```
FOLEY & LARDNER LLP
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:   415.434.4484
FACSIMILE:   415.434.4507

LAURENCE R. ARNOLD, CA BAR NO. 133715
SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for Petitioner Stanford Hospital & Clinics
```

ORIGINAL FILED
OCT -9 AM 10: 57
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>Petitioners,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>Respondent. | Case No:<br><br>**MMC**<br><br>PETITIONER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[CIVIL LOCAL RULE 3-16] |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Paul D. Staudohar, served as arbitrator in the arbitration at issue in this proceeding, and therefore may have a non-financial interest in the subject matter that could be substantially affected by the outcome of this proceeding.

///

1
2  Dated: October 8, 2007
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FOLEY & LARDNER LLP
LAURENCE R. ARNOLD
SCOTT P. INCIARDI

By: _____
    LAURENCE R. ARNOLD
    Attorneys for Petitioners
    Stanford Hospital & Clinics and Lucile
    Packard Children's Hospital

2
PETITIONER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

SFCA_488020.1