# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

STANFORD HOSPITAL & CLINICS and
LUCILE PACKARD CHILDREN'S
HOSPITAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 715

C 07 5158 MMC

TO: (Name and address of defendant)
Service Employees International Union, Local 715
2302 Zanker Road
San Jose, CA 95131-1115

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laurence R. Arnold

Scott P. Inciardi

Foley & Lardner LLP

One Maritime Plaza, Sixth Floor

San Francisco, CA 94111-3409

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE OCT - 9 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc.
www.USCourtForms.com

| | |
|---|---|
| LAURENCE R. ARNOLD (CA BAR NO. 133715)<br>SCOTT P. INCIARDI (CA BAR NO. 228814)<br>FOLEY & LARDNER LLP<br>ONE MARITIME PLAZA, SIXTH FLOOR<br>SAN FRANCISCO, CA 94111-3409<br>Telephone: (415) 434-4484<br>Facsimile: (415) 434-4507<br>**Attorney(s) for:** PETITIONER STANFORD HOSPITAL & CLINICS<br>Reference: 3002345 | |
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF** _____ ||
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDRENS HOSPITAL<br>**Plaintiff (s)** | **CASE NUMBER: C 07 5158 MMC** |
| v.<br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br>**Defendant (s)** | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
   a. ☒ summons in a civil case    ☐ complaint    ☐ alias summons    ☐ first amended complaint
        ☐ second amended complaint
        ☐ third amended complaint

   ☒ other *(specify):* PETITION TO VACATE ARBITRATION AWARD; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; (BLANK) CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASE ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE; DROP BOX FILING PROCEDURES; IN ADDITION TO THE LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EASE AND ACCURACY; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; (BLANK) NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; (BLANK) WAIVER OF SERVICE OF SUMMONS; CIVIL COVER SHEET; PETITIONER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2. Person served:
   a. ☒ Defendant *(name):* SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715
   b. ☒ Other *(specify name and title or relationship to the party/business named):* MING LEE, DIRECTOR OF FINANCE, ACCEPTED SERVICE OF PROCESS ON BEHALF OF SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715
   c. ☒ Address Where papers were served: 2302 ZANKER ROAD, SAN JOSE, CA 95131

3. **Manner of service** in compliance with *(the appropriate box must be checked):*
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in item 2:

   a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ **Papers were served on** *(date):*    **OCTOBER 18, 2007**    at *(time):*    **2:45PM**

   b. ☐ By **Substituted service.** By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

---

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

3. ☐ **Papers were served on** *(date):* _____  at *(time):* _____

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____  at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

| | |
|---|---|
| **ISMAEL VELASCO/#908/SAN FRANCISCO**<br>**NATIONWIDE LEGAL, INC.**<br>**1255 POST STREET, SUITE #500**<br>**SAN FRANCISCO, CA 94109**<br>**(415) 351-0400** | a. Fee for service: $<br><br>b. ☐ Not a Registered California Process Server<br><br>c. ☐ Exempt from registration under B&P 2235(b)<br><br>d. ☒ Registered California Process Server |

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: OCTOBER 18, 2007

_____
*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)