**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:   415.434.4484
FACSIMILE:    415.434.4507

LAURENCE R. ARNOLD, CA BAR NO. 133715
SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for Petitioner Stanford Hospital & Clinics
and Lucile Packard Children's Hospital

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>Petitioners,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>Respondent. | Case No: C-07-5158-MMC<br><br>**DECLARATION OF LAURENCE R. ARNOLD IN SUPPORT OF MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Judge: Hon. Maxine M. Chesney |

1. I am an attorney at law, licensed to practice in the State of California and before this Court. I am a partner with the law firm of Foley & Lardner LLP, counsel of record for Petitioners Stanford Hospital & Clinics and Lucille Packard Children's Hospital (the "Hospitals") in the above-captioned case. I have personal knowledge of the matters stated herein and, if called to do so, could and would testify of my own personal knowledge to the facts set forth below.

2. I am lead trial counsel for the Hospitals in the above-captioned case.

3. Between January 17, 2008 and February 8, 2008, I will be traveling abroad. My

---

DECLARATION OF LAURENCE R. ARNOLD
IN SUPPORT OF MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
CASE NO. C-07-5158-MMC

SFCA_890317.1

travel arrangements have been in place for approximately half a year, and I have already committed to flight, hotel, and other travel arrangements.

4. On the week beginning February 18, 2008, I am scheduled to appear for jury duty in the United States District Court for the Northern District of California.

5. On December 26, 2007, I conferred by telephone with Vincent A. Harrington Jr., lead trial counsel for Respondent Service Employees International Union, Local 715 (the "Union"). During that conference, Mr. Harington and I discussed the filing of a Stipulated Motion For Relief From Case Management Schedule, which had been previously provided for Mr. Harrington's review. Mr. Harrington stated that he had no objection to the proposed stipulated motion. Mr. Harrington and I also agreed that it is likely that this case will be resolved through the filing of a dispositive motion, and that, for that reason, it is unlikely that formal discovery and a trial will be necessary in this case. We agreed that, in light of these facts, it would be economical to postpone the holding of an Initial Case Management Conference for an extended period, which would allow the Court to hear and decide a dispositive motion, and which could or would eliminate the need for the Court to hold the Initial Case Management Conference and issue a Case Management Order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 28, 2007

_____
LAURENCE R. ARNOLD

2
DECLARATION OF LAURENCE R. ARNOLD
IN SUPPORT OF MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
CASE NO. C-07-5158-MMC

SFCA_890317.1