1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:   415.434.4484
   FACSIMILE:   415.434.4507
3
   LAURENCE R. ARNOLD, CA BAR NO. 133715
   SCOTT P. INCIARDI, CA BAR NO. 228814
4  Attorneys for Petitioner Stanford Hospital & Clinics
   and Lucile Packard Children's Hospital
5
   **WEINBERG, ROGER & ROSENFELD**
6  **A PROFESSIONAL CORPORATION**
   1001 MARINA VILLAGE PARKWAY, SUITE 200
   ALAMEDA, CA 94501-1091
7  TELEPHONE:   510.337.1001
   FACSIMILE:   510.337.1023
8  VINCENT A. HARRINGTON, JR., CA BAR NO. 071119
   Attorneys for Respondent,
9  Service Employees International Union, Local 715

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| **STANFORD HOSPITAL & CLINICS** and **LUCILE PACKARD CHILDREN'S HOSPITAL**<br><br>Petitioners,<br><br>v.<br><br>**SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715**<br><br>Respondent. | Case No: C-07-5158-MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>**Judge:** Hon. Maxine M. Chesney |

23   Pursuant to Civil Local Rules 16-2(d) and 7-11, and the Court's Standing Orders, the
24 Parties have moved pursuant to stipulation for an order granting relief from the Court's October
25 9, 2007 Order Setting Initial Case Management Conference And ADR Deadlines.
26   Upon considering the papers and arguments submitted in support of the Motion, and good
27 cause having been shown, the Court has decided that the Motion should be GRANTED. The
28

[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
AND SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
CASE NO. C-07-5158-MMC

SFCA_890318.1

1  Court hereby orders that the Initial Case Management Conference shall be held on Friday, June
2  6, 2008 at 10:30 AM. Other deadlines referenced in the Court's October 9, 2007 Order are
3  continued accordingly.

4

5      PURSUANT TO STIPULATION IT IS SO ORDERED

6

7
   DATE:
8

9

10
                                             _____
                                             MAXINE M. CHESNEY
11                                           UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                             2
28
   [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
   AND SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   CASE NO. C-07-5158-MMC

SFCA_890318.1