UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stanford Hospital & Clinics and Lucile
Packard Children's Hospital

        Plaintiff(s),

v.

Service Employees International Union,
Local 715

        Defendant(s).

Case No. C-07-5158-MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/27/07

Dated: 12/28/07

        _Laurie J. Quintes_
        [Party]

        _Laurence R. Arnold_
        Laurence R. Arnold
        [Counsel]