## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Stanford Hospital & Clinics and
Lucile Packard Children's Hospital

Plaintiff(s),

CASE NO. C-07-5158-MMC

v.

Service Employees International
Union, Local 715

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 18, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Laurence R. Arnold | Plaintiffs | 415.434.4484 | larnold@foley.com |
| Vincent Harrington | Defendant | 510.337.1001 | vharrington@unioncounsel.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a*
*telephone conference with a member of the ADR Legal Staff before the Case Management*
*Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your*
*phone conference.*

Dated: **12/27/07**

Attorney for Plaintiff

Dated: **12/27/07**

Attorney for Defendant

Rev 12.05 When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."