VINCENT A. HARRINGTON, JR., Bar No. 071119
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>    Petitioners,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>    Respondent. | No.   C-07-5158-MMC<br><br>**RESPONDENT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[CIVIL LOCAL RULE 3-16]** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following list of persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Employees of the Petitioner represented by the Respondent Union who are entitled to receive, or were receiving, the five percent differential which was the subject matter of the of the

///

///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

**RESPONDENT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**Case No. C-07-5158-MMC**

- 2 -

1  underlying arbitration dispute.  The identities of each of those individuals is not now known to

2  counsel for the Respondent Union.

3  Dated:  January 3, 2008

4                                      WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation

6                                      By:   /s/ Vincent A. Harrington
                                            VINCENT A. HARRINGTON, JR.
7                                              Attorneys for Respondent

8  117443/479690

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

RESPONDENT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C-07-5158-MMC