1 | **FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
2 | TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

3 | LAURENCE R. ARNOLD, CA BAR NO. 133715
SCOTT P. INCIARDI, CA BAR NO. 228814
4 | Attorneys for Petitioner Stanford Hospital & Clinics
and Lucile Packard Children's Hospital

5 | **WEINBERG, ROGER & ROSENFELD
A PROFESSIONAL CORPORATION**
6 | 1001 MARINA VILLAGE PARKWAY, SUITE 200
ALAMEDA, CA 94501-1091
7 | TELEPHONE: 510.337.1001
FACSIMILE: 510.337.1023

8 | VINCENT A. HARRINGTON, JR., CA BAR NO. 071119
Attorneys for Respondent,
9 | Service Employees International Union, Local 715

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL**<br><br>Petitioners,<br><br>v.<br><br>**SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715**<br><br>**Respondent.** | Case No: C-07-5158-MMC<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>**Judge: Hon. Maxine M. Chesney** |

Pursuant to Civil Local Rules 16-2(d) and 7-11, and the Court's Standing Orders, the Parties have moved pursuant to stipulation for an order granting relief from the Court's October 9, 2007 Order Setting Initial Case Management Conference And ADR Deadlines.

Upon considering the papers and arguments submitted in support of the Motion, and good cause having been shown, the Court has decided that the Motion should be GRANTED. The

[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
AND SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
CASE NO. C-07-5158-MMC

SFCA_890318.1

1 Court hereby orders that the Initial Case Management Conference shall be held on Friday, ~~June 29~~ February
2 ~~6,~~ 2008 at 10:30 AM.  Other deadlines referenced in the Court's October 9, 2007 Order are
3 continued accordingly.

4

5        PURSUANT TO STIPULATION IT IS SO ORDERED

6

7

8 DATE:   January 4, 2008

9

10                                       MAXINE M. CHESNEY
11                                       UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
AND SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
CASE NO. C-07-5158-MMC

SFCA_890318.1