**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:   415.434.4484
FACSIMILE:   415.434.4507

LAURENCE R. ARNOLD, CA BAR NO. 133715
EILEEN R. RIDLEY, CA BAR NO. 151735
SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for Petitioner Stanford Hospital & Clinics and
Lucile Packard Children's Hospital

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>Petitioners,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>Respondent. | Case No: C07-5158-MMC<br><br>**NOTICE OF APPEARANCE OF EILEEN R. RIDLEY** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Eileen R. Ridley (California Bar No. 151735), of the law offices of Foley & Lardner LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Petitioners, Stanford Hospital & Clinics and Lucile Packard Children's Hospital, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at eridley@foley.com.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: January 16, 2008 | FOLEY & LARDNER LLP<br>LAURENCE R. ARNOLD |
| 2 | | EILEEN R. RIDLEY<br>SCOTT P. INCIARDI |

By: _____
EILEEN R. RIDLEY
Attorneys for Petitioners
Stanford Hospital & Clinics and Lucile
Packard Children's Hospital