1  FOLEY & LARDNER LLP
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:  415.434.4484
   FACSIMILE:   415.434.4507
3
   LAURENCE R. ARNOLD, CA BAR NO. 133715
   EILEEN R. RIDLEY, CA BAR NO. 151735
4  SCOTT P. INCIARDI, CA BAR NO. 228814
   Attorneys for Petitioner Stanford Hospital & Clinics
5  and Lucile Packard Children's Hospital

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Petitioners,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>Respondent. | Case No: C-07-5158-MMC<br><br>**MOTION FOR CHANGE OF INTRADISTRICT ASSIGNMENT**<br><br>[CIVIL L.R. 3-2]<br><br>Judge: Hon. Maxine M. Chesney |
|---|---|

Petitioners Stanford Hospital & Clinics and Lucile Packard Children's Hospital (the "Hospitals") hereby move to change the intradistrict assignment of the above-captioned case.

The intradistrict assignment of actions is governed by Civil Local Rule 3-2. That rule provides that, except for certain categories of cases not applicable here, "upon initial filing, all civil actions and proceedings for which this district is the proper venue shall be assigned by the Clerk to a Courthouse serving the county in which the action arises. A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Civil L.R. 3-2(c). Civil Local Rule 3-2 further states that "all civil actions which arise in the counties of Santa Clara, Santa Cruz, San Benito or Monterey shall be assigned to the San Jose

1  Division." Civil L.R. 3-2(e).
2      Under Civil Local Rule 3-2(c) and (e), this case should have been assigned to the Court's
3  San Jose division. All of the acts and omissions that give rise to this action took place in Santa
4  Clara County. Santa Clara County is where the Hospitals are located, where the employees at
5  issue in the underlying arbitration work, and where the arbitration hearing was held. The
6  respondent, Service Employees International Union, Local 715 ("Local 715") claims Santa Clara
7  County as the site of its office and principal place of business. In the petition that initiated this
8  action, the Hospitals alleged that a substantial part of the acts or omissions giving rise to the
9  action occurred in Santa Clara County, and therefore assignment to the San Jose division was
10 proper. (Petition To Vacate Arbitration Award ¶ 4.) Local 715 admitted those allegations in
11 full. (Answer To Petition To Vacate Arbitration Award ¶ 2.)
12     Civil Local Rule 3-2(f) provides that "[w]henever a Judge finds, upon the Judge's own
13 motion or the motion of any party, that a civil action has not been assigned to the proper division
14 within this district in accordance with this rule, or that the convenience of parties and witnesses
15 and the interests of justice will be served by transferring the action to a different division within
16 the district, the Judge may order such transfer, subject to the provisions of the Court's
17 Assignment Plan." Given that the facts that 1] the parties reside in Santa Clara County, 2] the
18 acts and omissions giving rise to this action occurred in Santa Clara County, 3] the convenience
19 of the parties and witnesses will be served by having the matter properly venued in Santa Clara
20 County, and 4] Civil Local Rule 3-2(c) and (e) mandate that the assignment of the action should
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2
MOTION FOR CHANGE OF INTRADISTRICT ASSIGNMENT
CASE NO. C-07-5158-MMC

SFCA_901224.2

1 | be with the San Jose Division of this Court, the Hospitals believe this matter should be
2 | transferred to the San Jose Division of the Northern District.

Dated: January 16, 2008

FOLEY & LARDNER LLP
LAURENCE R. ARNOLD
EILEEN R. RIDLEY
SCOTT P. INCIARDI

By: *[signature]*
LAURENCE R. ARNOLD
Attorneys for Petitioners
Stanford Hospital & Clinics and Lucile Packard Children's Hospital

3
MOTION FOR CHANGE OF INTRADISTRICT ASSIGNMENT
CASE NO. C-07-5158-MMC

SFCA_901224.2