**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:   415.434.4484
FACSIMILE:   415.434.4507

LAURENCE R. ARNOLD, CA BAR NO. 133715
EILEEN R. RIDLEY, CA BAR NO. 151735
SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for Petitioner Stanford Hospital & Clinics
and Lucile Packard Children's Hospital

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>Petitioners,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>Respondent. | Case No: C-07-5158-MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CHANGE OF INTRADISTRICT ASSIGNMENT**<br><br>Judge: Hon. Maxine M. Chesney |

Pursuant to Civil Local Rule 3-2, Petitioners Stanford Hospital & Clinics and Lucile Packard Children's Hospital (the "Hospitals") have moved the Court for an order changing the intradistrict assignment of this case and reassigning the case to the District's San Jose Division.

Upon considering the papers and arguments submitted in support of the Motion, and good cause having been shown, the Court orders that the motion is GRANTED. The Court hereby orders that this case shall be reassigned to the Northern District's San Jose Division.

///

///

///

1   IT IS SO ORDERED

2

3
    DATE:
4

5

6                                              _____
                                                      MAXINE M. CHESNEY
7                                                  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                2
    [PROPOSED] ORDER GRANTING MOTION FOR CHANGE OF INTRADISTRICT ASSIGNMENT
                        CASE NO. C-07-5158-MMC

SFCA_908767.1