FOLEY & LARDNER LLP
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507

LAURENCE R. ARNOLD, CA BAR NO. 133715
EILEEN R. RIDLEY, CA BAR NO. 151735
SCOTT P. INCIARDI, CA BAR NO. 228814

Attorneys for Petitioner Stanford Hospital & Clinics
and Lucile Packard Children's Hospital

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>Petitioners,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>Respondent. | Case No: C-07-5158-MMC<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Maxine M. Chesney |

Service Employees International Union, Local 715 ("Local 715), respondent in the above-captioned case, has filed an Administrative Motion To Consider Whether Cases Should Be Related requesting that that the above-captioned case be related to three (3) other cases filed in this District, designated case numbers C-08-0213 EMC, C-08-0215 JCS, and C-08-0216 JL. Petitioners Stanford Hospital & Clinics and Lucile Packard Children's Hospital filed an Opposition to the Motion.

Upon considering the papers and arguments submitted in support of and in opposition to the Motion, the Court has decided that the cases identified by Local 715 are not related to the

1 | above-captioned case within the meaning of Civil Local Rule 3-12, and therefore that the Motion
2 | is DENIED.
3
4 |     IT IS SO ORDERED
5
6
7 | DATE:
8
9 |                                         MAXINE M. CHESNEY
10 |                                         UNITED STATES DISTRICT JUDGE