```
 1  WILLIAM A. SOKOL, Bar No. 072740
    W. DANIEL BOONE, Bar No. 046553
 2  BRUCE A. HARLAND, Bar No. 230477
    WEINBERG, ROGER & ROSENFELD
 3  A Professional Corporation
    1001 Marina Village Parkway, Suite 200
 4  Alameda, California 94501-1091
    Telephone 510.337.1001
 5  Fax 510.337.1023

 6  Attorneys for Petitioner
    SEIU, LOCAL 715
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>        Petitioner,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 715,<br><br>        Respondents. | No.   C 07 5158 MMC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[CIVIL L.R. 3-12]**<br><br>RELATED TO:<br>C-08-0213-EMC |

PLEASE TAKE NOTICE, that Petitioner Service Employees International Union, Local 715, has reason to believe that this case is related to another case in this Court. Pursuant to Civil Local Rule 3-12, Petitioner, Service Employees International Union, Local 715 ("Local 715" or the "Union") files this Administrative Motion to Consider Whether Cases Should Be Related. Local 715 believes that this case is related to the case referenced below, which is currently pending before Magistrate Judge Edward M. Chen. Both cases involve the same parties, the same Collective Bargaining Agreement, and substantially the same legal issues.

///

///

///

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Administrative Motion to Consider Whether Cases Should Be Related, Case No.  C 07 5158 MMC

1. **Related Case.**

*Service Employees International Union, Local 715 v Stanford Hospital and Clinics and Lucile Packard Children's Hospital*, Case No. C-08-0213-EMC, currently pending before Magistrate Judge Edward M. Chen.

2. **Relationship of the Actions.**

The above-captioned matter and the matter before Judge Chen are related as defined by Civil Local Rule 3-12(a) in that they involve substantially the same parties, labor agreement, and questions of law.

Both actions involve the same parties and same Collective Bargaining Agreement ("CBA"). In the matter before Judge Chen, Local 715 is seeking an order confirming a recent arbitration award in which Stanford Hospital and Clinics and Lucile Packard Children's Hospital (the "employer") has failed, refused, and continues to fail and refuse to comply with. Local 715 presumes that the employer will seek from the Court an order vacating the decision. Similarly, in this matter, before Judge Chesney, the employer is seeking an Order vacating an arbitration award which it lost and, consequently, has failed and refused to comply with. In the present case, Local 715 seeks an order from the Court denying the employer's petition to vacate and entering an order confirming the arbitration award.

The legal issues are substantially the same, and if the cases are heard by different judges, there will be an unduly burdensome duplication of both labor and expenses, and the possibility of conflicting results. Both cases are brought pursuant to Section 301 of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. § 185(a). In addition, both cases involve the same legal issues. In the present case, the employer has indicated through correspondence that it is refusing to abide by the arbitrator's award and is seeking to have it vacated because the award allegedly fails to draw its essence from the parties' CBA, decided issues that were not arbitrable under the CBA, decided issues that were not submitted to the arbitrator, ignored, modified, and/or contradicted provisions of the CBA, and, that the arbitrator exceeded his authority and/or had no authority to decide the matter. Likewise, in the matter before Judge Chen, it is anticipated that the

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Administrative Motion to Consider Whether Cases Should Be Related, Case No. C 07 5158 MMC

employer will make the same legal arguments as to why it is refusing to abide by the arbitrator's award.

Accordingly, because it appears likely that there will be an unduly burdensome duplication of labor and expense, and/or conflicting results if the cases are conducted before different judges. This is primarily because both cases involve substantially the same parties and questions of law.

### 3. Assignment of the Actions.

Local 715 believes that the assignment of the action to Judge Chesney will conserve judicial resources and promote an efficient determination of the actions. The matter assigned to Judge Chesney was filed first in order; therefore, relating the cases before Judge Chesney is appropriate.

### 4. Conclusion.

For the reasons stated above, Local 715 respectfully requests that a related case order be entered respecting this new case listed above.

Dated: January 17, 2008

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

                By:  */s/* W. DANIEL BOONE
                       WILLIAM A. SOKOL
                       W. DANIEL BOONE
                       BRUCE A. HARLAND
                       Attorneys for Petitioner
                       SEIU, LOCAL 715

117443/480973

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -
Administrative Motion to Consider Whether Cases Should Be Related, Case No. C 07 5158 MMC