1  FOLEY & LARDNER LLP
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:   415.434.4484
   FACSIMILE:   415.434.4507
3
   LAURENCE R. ARNOLD, CA BAR NO. 133715
   EILEEN R. RIDLEY, CA BAR NO. 151735
4  SCOTT P. INCIARDI, CA BAR NO. 228814
   Attorneys for Petitioners Stanford Hospital & Clinics
5  and Lucile Packard Children's Hospital

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Petitioners,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>Respondent. | Case No:  C-07-5158-MMC<br><br>**OPPOSITION TO ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[CIVIL L.R. 3-12 & 7-11]<br><br>Judge:  Hon. Maxine M. Chesney |
|---|---|

On January 18, 2008, Respondent Service Employees International Union, Local 715 ("Local 715") filed three (3) motions in the above-captioned case each titled Administrative Motion To Consider Whether Cases Should Be Related (the "Related Case Motions"). The Related Case Motions seek an order from this Court relating this case to three later-filed cases designated C-08-0213 EMC, C-08-0215 JCS, and C-08-0216 JL. Local 715 had filed similar motions in case numbers C-08-0213 EMC, C-08-0215 JCS, and C-08-0216 JL on January 11, 2008. Although Stanford Hospital & Clinics and Lucile Packard Children's Hospital (the "Hospitals") are named as respondents in the three newly-filed cases, to date, they have not been

served with summons and have not made an appearance in those cases.

As the Northern District's Civil Local Rules call for related case motions to be filed in the earliest-filed case, the Hospitals filed an opposition and proposed order in this case on January 16, 2008 (Docket Nos 17 & 18.) The Hospitals rely upon their January 16, 2006 Opposition to oppose Local 715's January 18, 2008 Related Case Motions.

For the reasons stated in their January 16, 2006 Opposition, Petitioners Stanford Hospital & Clinics and Lucile Packard Children's Hospitals respectfully submit that the Motions To Consider Whether Cases Should Be Related should be DENIED.

Dated: January 18, 2008

FOLEY & LARDNER LLP
LAURENCE R. ARNOLD
EILEEN R. RIDLEY
SCOTT P. INCIARDI

By: _____
SCOTT P. INCIARDI
Attorneys for Petitioners
Stanford Hospital & Clinics and Lucile
Packard Children's Hospital

2
OPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C-07-5158-MMC

SFCA_910457.1