1
2
3
4
5
6
7
8         IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  STANFORD HOSPITAL & CLINICS, et al.,         No. C-07-5158 MMC
12              Petitioners,                     **ORDER AFFORDING RESPONDENT OPPORTUNITY TO FILE RESPONSE TO PETITIONERS' MOTION FOR CHANGE OF INTRADISTRICT ASSIGNMENT**
13       v.
14  SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,
15              Respondent
16  _____/
17
18       The Court is in receipt of petitioners' "Motion for Change of Intradistrict Asigment,"
19  filed January 16, 2008, by which petitioners seek, pursuant to Civil Local Rule 3-2(f),
20  reassignment of the instant petition to the San Jose Division of the Northern District.
21       If respondent wishes to file a response thereto, respondent shall file its response no
22  later than February 4, 2008.  As of February 4, 2008, the Court will take the matter under
23  submission.
24       **IT IS SO ORDERED.**
25  Dated:  January 25, 2008
26                                               _____
                                                  MAXINE M. CHESNEY
                                                  United States District Judge
27
28