IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS, et al., | No. C-07-5158 MMC |
| Petitioners, | **ORDER AFFORDING RESPONDENT OPPORTUNITY TO FILE RESPONSE TO PETITIONERS' MOTION FOR CHANGE OF INTRADISTRICT ASSIGNMENT** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, | |
| Respondent | |

The Court is in receipt of petitioners' "Motion for Change of Intradistrict Asigment," filed January 16, 2008, by which petitioners seek, pursuant to Civil Local Rule 3-2(f), reassignment of the instant petition to the San Jose Division of the Northern District.

If respondent wishes to file a response thereto, respondent shall file its response no later than February 4, 2008. As of February 4, 2008, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: January 25, 2008

_____
MAXINE M. CHESNEY
United States District Judge