VINCENT A. HARRINGTON, JR., Bar No. 071119
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Respondent
SEIU Local 715

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>　　　　Respondent. | No.　C-07-5158-MMC<br><br>**[PROPOSED] ORDER DENYING PETITIONERS' MOTION FOR INTRA-DISTRICT ASSIGNMENT**<br><br>**[CIVIL L.R. 3-2]**<br><br>Judge: Hon. Maxine M. Chesney |

　　　　Pursuant to Civil Local Rule 3-2, Petitioners Stanford Hospital & Clinics and Lucile Packard Children's Hospital have moved the Court for an order changing the intra-district assignment of this case and reassigning the case to the District's San Jose Division.

　　　　Upon considering the papers and arguments submitted in support and in opposition to the Motion, the Court orders that the motion is DENIED.

　　　　IT IS SO ORDERED

Dated:_____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[PROPOSED] ORDER DENYING MOTION FOR CHANGE OF INTRA-DISTRICT ASSINGMENT