IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS, et al., | No. C-07-5158 MMC |
| Petitioners, | **ORDER GRANTING PETITIONERS' MOTION FOR CHANGE OF INTRADISTRICT ASSIGNMENT** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, | |
| Respondent | |

    Before the Court is petitioners' "Motion for Change of Intradistrict Assigment," filed January 16, 2008, by which petitioners seek, pursuant to Civil Local Rule 3-2(f), reassignment of the instant petition to the San Jose Division of the Northern District. Respondent has filed opposition. Having read and considered the papers filed in support of and in opposition to the motion, the Court rules as follows.

    Pursuant to the Local Rules of this District, a civil action that arises in Santa Clara County "shall be assigned to the San Jose Division." See Civil L.R. 3-2(e). Petitioners assert, and respondent does not dispute, that all of acts and omissions giving rise to the instant action took place in Santa Clara County. Nonetheless, respondent argues, transfer is inappropriate because, the instant action having been pending in the San Francisco Division for three months, transfer would waste judicial resources and would prejudice

1  respondent. The undersigned has not had occasion to address any substantive claims in
2  the instant matter, however, and, consequently, transfer would not waste judicial resources.
3  Further, there is no showing respondent has taken any action that would need to be
4  repeated if the matter were transferred to the proper Division, and, consequently, there is
5  no showing transfer would result in any prejudice to respondent.[1]

6  Accordingly, the motion is hereby GRANTED, and the matter is hereby
7  TRANSFERRED to the San Jose Division, pursuant to Civil Local Rule 3-2(f).

8  **IT IS SO ORDERED.**

10  Dated: January 31, 2008

_____
MAXINE M. CHESNEY
United States District Judge

---

27,28  [1] The parties did prepare a Joint Case Management Conference Statement shortly before petitioner filed the instant motion. (See Harland Decl. Ex. A.) Upon reassignment, however, such statement may be refiled with minimal changes thereto.