**E-filed 2/11/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

STANFORD HOSPITAL,

    Plaintiff,

     v.

SERVICE EMPLOYEES LOCAL 715,

    Defendant.
_____

No. C-07-5158-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment in this matter, the Court has rescheduled the Case Management Conference currently scheduled for February 29, 2008. The new hearing date is Friday, March 21, 2008 at 10:30 AM, before Judge Jeremy Fogel.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 2/11/08                        For the Court,
                                        Richard W. Wieking, Clerk

                                        Diana Munz
                                        electronic signature
                                        Courtroom Deputy