1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:   415.434.4484
   FACSIMILE:   415.434.4507
3
   LAURENCE R. ARNOLD, CA BAR NO. 133715
   EILEEN R. RIDLEY, CA BAR NO. 151735
4  SCOTT P. INCIARDI, CA BAR NO. 228814
   Attorneys for Petitioners Stanford Hospital & Clinics
5  and Lucile Packard Children's Hospital

6  **WEINBERG, ROGER & ROSENFELD**
   **A PROFESSIONAL CORPORATION**
   1001 MARINA VILLAGE PARKWAY, SUITE 200
7  ALAMEDA, CA 94501-1091
   TELEPHONE:   510.337.1001
8  FACSIMILE:   510.337.1023

   VINCENT A. HARRINGTON, JR., CA BAR NO. 071119
9  BRUCE HARLAND, CA BAR NO. 230477
   Attorneys for Respondent,
10 Service Employees International Union, Local 715

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>Petitioners,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>Respondent. | Case No: C-07-CV-05158-JF<br><br>**JOINT PROPOSED DISCOVERY PLAN**<br><br>Judge: Hon. Jeremy Fogel |
|---|---|

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held in December 2007, via telephone and was attended by Laurence R. Arnold for Petitioners Stanford Hospital & Clinics and Lucile Packard Children's Hospital (the "Hospitals") and by Vincent A. Harrington, Jr. for Respondent Service Employees International Union, Local 715 (the "Union"). The Parties hereby respectfully submit their Joint Proposed Discovery Plan.

///

**I.    PRE-DISCOVERY DISCLOSURES**

Under Federal Rule of Procedure 26(a)(1)(E), this action is exempt from the requirement of Rule 26(a) pre-discovery disclosures.

**II.    DISCOVERY PLAN**

The Parties anticipate that this case will be resolved by means of a dispositive motion. The Parties further believe that all evidence that will be relied upon in the resolution of that motion is already in the possession of both of the Parties. To the extent that either party requires additional evidence from the other for the resolution of the motion, the Parties will make arrangements for an informal exchange of such evidence, and believe that this will eliminate the need for formal discovery in this case.

In the absence of stipulations, or in the event that the Parties cannot reach informal agreement concerning the exchange of evidence, the Parties intend to utilize formal discovery procedures, including interrogatories, requests for admissions, requests for production of documents, and depositions. Additionally, in the absence of a stipulation, the Union intends to utilize Requests for Admissions to establish the dates of the filing and service of the Petition, and the arguments presented by the parties to the Arbitrator.

The Parties propose that, in the event that the case has not been resolved by dispositive motion by June, 15, 2008, that the Parties submit a revised discovery plan at that time.

Dated: March 14, 2008

FOLEY & LARDNER LLP
LAURENCE R. ARNOLD
EILEEN R. RIDLEY
SCOTT P. INCIARDI

By: _____
EILEEN R. RIDLEY
Attorneys for Petitioners
Stanford Hospital & Clinics and Lucile Packard Children's Hospital

| | |
|---|---|
| Dated: March 14, 2008 | WEINBERG, ROGER & ROSENFELD<br>VINCENT A. HARRINGTON, JR.<br><br>By: _____/s/ VAH_____<br>VINCENT A. HARRINGTON, JR.<br>Attorneys for Respondent<br>Service Employees International Union,<br>Local 715 |

3
JOINT PROPOSED DISCOVERY PLAN
CASE NO. C-07-CV-05158-JF

SFCA_890135.2