**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, March 21, 2008
**Case Number:** CV-07-5158-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        STANFORD HOSPITAL  V.  SERVICE EMPLOYEES LOCAL 715

                PLAINTIFF                                            DEFENDANT

   **Attorneys Present: Eileen Ridley**          **Attorneys Present:  Bruce Harland**

---

PROCEEDINGS:
   Case management conference held.  Parties are present.  Continued to 6/20/08 at 10:30 a.m. for further case management conference.