WILLIAM A. SOKOL, Bar No. 072740
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner
SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 715

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 715,<br><br>　　　　　Respondents. | No.　C-07-5158 JF<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[CIVIL L.R. 3-12]**<br><br>RELATED TO:<br>C-08 1726 RS; and<br>C-08 1727 HRL |

PLEASE TAKE NOTICE, that Petitioner Service Employees International Union, Local 715, has reason to believe that this case is related to another case in this Court. Pursuant to Civil Local Rule 3-12, Petitioner, Service Employees International Union, Local 715 ("Local 715" or the "Union") files this Administrative Motion to Consider Whether Cases Should Be Related. Local 715 believes that this case is related to the cases referenced below, which are currently pending before the Honorable Jeremy Fogel. Both cases involve the same parties, the same Collective Bargaining Agreement, and substantially the same legal issues.

1. **Related Case.**

*Stanford Hospital and Clinics and Lucile Packard Children's Hospital v. Service Employees International Union, Local 715*, Case No. C-07-5158 JF;

*Service Employees International Union, Local 715 v Stanford Hospital and Clinics and Lucile Packard Children's Hospital*, Case No. C-08-0213 JF;

*Service Employees International Union, Local 715 v Stanford Hospital and Clinics and Lucile Packard Children's Hospital*, Case No. C-08-0215 JF; and

*Service Employees International Union, Local 715 v Stanford Hospital and Clinics and Lucile Packard Children's Hospital*, Case No. C-08-0216 JF.

Each of these cases are currently pending before the Honorable Jeremy Fogel.

**2.    Relationship of the Actions.**

The present matter and the matters before Judge Fogel are related as defined by Civil Local Rule 3-12(a) in that they involve substantially the same parties, labor agreement, and questions of law.

Each of the actions involve the same parties and same Collective Bargaining Agreement ("CBA"). In the new actions recently filed, the Union seeks an Order compelling arbitration of one a grievance involving the unjust termination of a worker; the employer has refused to arbitrate the issue. In the related cases, Stanford Hospital and Clinics and Lucile Packard Children's Hospital (the "employer") have refused to arbitrate grievances pursuant to the parties' CBA, or are attempting to vacate awards issued by a neutral third party arbitrator. Thus, Local 715 brought the related action in an effort to obtain an order from the Court compelling the employer to arbitrate the Union's grievance pursuant the grievance/arbitration provisions of the parties' CBA.

The legal issues are substantially the same, and if the cases are heard by different judges, there will be an unduly burdensome duplication of both labor and expenses, and the possibility of conflicting results. All of the cases are brought pursuant to Section 301 of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. § 185(a). In addition, all of the cases involve substantially the same legal issues.

Accordingly, because it appears likely that there will be an unduly burdensome duplication of labor and expense, and/or conflicting results if the cases are conducted before different judges. This is primarily because both cases involve substantially the same parties and questions of law.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
Administrative Motion to Consider Whether Cases Should Be Related, Case No.  C-07-5158 JF

### 3. Assignment of the Actions.

Local 715 believes that the assignment of the action to Judge Fogel will conserve judicial resources and promote an efficient determination of the actions. The matters assigned to Judge Fogel were filed first in order; therefore, relating the cases before Judge Fogel is appropriate.

### 4. Conclusion.

For the reasons stated above, Local 715 respectfully requests that a related case order be entered respecting this new case listed above.

Dated: April 17, 2008

                                            WEINBERG, ROGER & ROSENFELD
                                            A Professional Corporation

                                        By: */s/* BRUCE A. HARLAND
                                                WILLIAM A. SOKOL
                                                BRUCE A. HARLAND
                                                Attorneys for Petitioner

1/488632

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -
Administrative Motion to Consider Whether Cases Should Be Related, Case No. C-07-5158 JF