1

2

3

4

5

6

7

8                                    **UNITED STATES DISTRICT COURT**

9                                **NORTHERN DISTRICT OF CALIFORNIA**

10

11  STANFORD HOSPITAL & CLINICS and      Case No:  5:07-CV-05158-JF
    LUCILE PACKARD CHILDREN'S
12  HOSPITAL,

13               Petitioners,            **[PROPOSED] ORDER GRANTING
                                         STANFORD HOSPITAL & CLINICS
                                         and LUCILE PACKARD
14         vs.                           CHILDREN'S HOSPITAL'S
                                         MOTION TO CONTINUE
15  SERVICE EMPLOYEES                    DEADLINE TO FILE/HEAR
    INTERNATIONAL UNION, LOCAL 715,      DISPOSITIVE MOTIONS**
16                                       [Local Rules 6-1 and 6-3]
                 Respondent.
17

18
                                         Judge:        Hon. Jeremy Fogel
19

20  SERVICE EMPLOYEES                    Case No:  5:08-CV-00213-JF
    INTERNATIONAL UNION, LOCAL 715
21
                 Petitioner and Counter-
22               Respondent,

23         vs.

24  STANFORD HOSPITAL & CLINICS and
    LUCILE PACKARD CHILDREN'S
25  HOSPITAL

26               Respondents and Counter-
                 Petitioners.            Judge:        Hon. Jeremy Fogel
27

28  **[PROPOSED] ORDER GRANTING HOSPITALS' MOTION TO CONTINUE DEADLINE TO
    FILE/HEAR DISPOSITIVE MOTIONS**
    CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
    5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1421512.1

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-00215-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:          Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-00216-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:          Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-01726-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:          Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-01727-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:          Hon. Jeremy Fogel |

2

**[PROPOSED] ORDER GRANTING HOSPITALS' MOTION TO CONTINUE DEADLINE TO FILE/HEAR DISPOSITIVE MOTIONS**
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1421512.1

1

**ORDER**

2      Pursuant to U.S. District Court – Northern District of California's Civil Local

3 Rules ("Local Rules") 6-1 and 6-3, Petitioners and Respondents STANFORD

4 HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL (the

5 "HOSPITALS") brought their motion for an order continuing the date to file and hear

6 dispositive motions in the above-referenced actions (the "Actions").  The HOSPITALS

7 were represented by Eileen R. Ridley of Foley & Lardner, LLP while Respondent and

8 Petitioner, SERVICE EMPLOYEES INTERNATIONAL UNION ("SEIU"), Local 715

9 (herein referred to as "SEIU-Local 715" or "Local 715"), was represented by Bruce

10 Harland of Weinberg, Roger & Rosenfeld.

11      After considering the papers in support of and in opposition to said motion, and

12 finding good cause therefore, this Court hereby GRANTS the HOSPITALS' motion.

13 Thus, the deadline to file dispositive motions in the above-referenced Actions shall be

14 continued from July 18, 2008 to _____, 2008.  Similarly, the hearing date for

15 such dispositive motions shall be continued from August 29, 2008 to

16 _____, 2008.

17      IT IS SO ORDERED.

18

19

20 Dated:  July ___, 2008

21

22

23                                                    _____
                                                     Hon. Jeremy Fogel
                                                     U.S. District Court Judge

24

25

26

27

28

3

**[PROPOSED] ORDER GRANTING HOSPITALS' MOTION TO CONTINUE DEADLINE TO
FILE/HEAR DISPOSITIVE MOTIONS**
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1421512.1