EXHIBIT H

1   **FOLEY & LARDNER LLP**
    ONE MARITIME PLAZA, SIXTH FLOOR
2   SAN FRANCISCO, CA 94111-3409
    TELEPHONE:    415.434.4484
    FACSIMILE:    415.434.4507
3
    LAURENCE R. ARNOLD, CA BAR NO. 133715
    EILEEN R. RIDLEY, CA BAR NO. 151735
4   SCOTT P. INCIARDI, CA BAR NO. 228814
    Attorneys for Respondents STANFORD HOSPITAL & CLINICS and
5   LUCILE PACKARD CHILDREN'S HOSPITAL

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  SERVICE EMPLOYEES                     Case No: 08-CV-00215-JF
    INTERNATIONAL UNION, LOCAL 715
                                          **REQUEST FOR PRODUCTION OF**
13                                        **DOCUMENTS, SET NO. ONE**
            Petitioner,
14                                        Judge:        HON. JEREMY FOGEL
        vs.
15
    STANFORD HOSPITAL & CLINICS and
16  LUCILE PACKARD CHILDREN'S
    HOSPITAL
17
            Respondents.
18

19

20  PROPOUNDING PARTY:        STANFORD HOSPITAL & CLINICS and LUCILE

21                            PACKARD CHILDREN'S HOSPITAL

22  RESPONDING PARTY:         SERVICE EMPLOYEES INTERNATIONAL

23                            UNION, LOCAL 715

24  SET NUMBER:               ONE

25  TO PETITIONER SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715

26  AND TO ITS ATTORNEYS OF RECORD:

27      Pursuant to Rule 34 the Federal Rules of Civil Procedure, Respondents

28  STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S

SFCA_1378807.1

1   HOSPITAL ("RESPONDENT"), by their attorneys, Foley & Lardner LLP, hereby

2   demand that within thirty (30) days after service of these requests that Petitioner

3   SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, produce and permit

4   for inspection and copying the documents and tangible things described below in its

5   possession, custody or control.  The place and time for inspection shall be at the offices

6   of Foley & Lardner LLP, One Maritime Plaza, Suite 600, San Francisco, California, or

7   such other location and/or time as counsel for the parties may agree.

8                       **DEFINITIONS AND INSTRUCTIONS**

9

10          The following definitions and instructions apply throughout this demand for

11  identification and production, unless the context clearly indicates otherwise:

12          A.      "YOU" and "YOUR" shall mean and include SERVICE EMPLOYEES

13  INTERNATIONAL UNION, LOCAL 715 and any of its agents, affiliates,

14  representatives, or any other person or entity acting on its behalf.

15          B.      This demand requires that YOU identify and produce all DOCUMENTS

16  and WRITINGS responsive to the following numbered demands which are in YOUR

17  possession or control or subject to YOUR control, wherever they may be located.  The

18  DOCUMENTS and WRITINGS which YOU must identify and produce include not only

19  writings which YOU presently possess, but also writings which YOU are aware of

20  (regardless of whether they are in YOUR possession or not), DOCUMENTS and

21  WRITINGS that are in the possession or control of YOUR attorneys, accountants,

22  bookkeepers, employees, representatives, or anyone else acting on YOUR behalf.

23          B.      YOU are requested to produce all DOCUMENTS and WRITINGS which

24  are responsive to the following numbered demands for inspection and photocopying at

25  the law offices of Foley & Lardner LLP, located at One Maritime Plaza, Sixth Floor, San

26  Francisco, California 94111-3404, 30 days after service of this demand (or the next

27  business day if that day falls on a Saturday, Sunday or court holiday).

28          C.      All DOCUMENTS and WRITINGS which are responsive in whole or in

                                            2

SFCA_1378807.1

1   part to the following numbered demand shall be produced in full, without abridgment,

2   abbreviation or expurgation of any sort. If any such DOCUMENTS and WRITINGS

3   cannot be produced in full, produce the DOCUMENT and/or WRITING to the greatest

4   extent possible and indicate in YOUR written response what portion of the DOCUMENT

5   and/or WRITING is not produced and why it could not be produced.

6        D.     The term "DOCUMENT" as used herein means and includes any and all

7   documents, tangible things, and all WRITINGS of any kind, including the originals and

8   all non-identical copies, whether different from the originals by reason of any notation

9   made on such copies or otherwise, and includes, without limitation, agreements, purchase

10  orders, invoices, receipts, accounting records, contracts, bills of lading, shipping records,

11  correspondence, memoranda, notes, diaries, statistics, letters, telegrams, telex, faxes,

12  minutes, contracts, reports, studies, statements, summaries, interoffice and intra-office

13  communications, notations of any sort of conversations, telephone calls, meetings or

14  other communications, computer printouts, tape recordings, audiotapes, videotapes,

15  charts, graphs, and electronic, mechanical or electronic records, compact discs, computer

16  discs, computer tapes, computer software, electronically stored media, and any other

17  form of stored information. The term "WRITINGS" as used herein means and includes

18  the definition of that term under Federal Rule of Evidence ("FRE") Rule 1001(1).

19       E.     YOU are required to produce not only the original or an exact copy of the

20  original of all DOCUMENTS and WRITINGS responsive to the following numbered

21  demands, but also all copies of such DOCUMENTS and WRITINGS which bear any

22  notes or markings not found on the originals and all preliminary, intermediate, final, and

23  revised drafts of said DOCUMENTS and WRITINGS.

24       F.     If YOU are not producing any DOCUMENT or WRITING responsive to

25  any of the numbered demands below on the basis of a claimed privilege, or for any other

26  reason, state the following information:

27            1.     Describe the DOCUMENT and/or WRITING with specificity;

28            2.     Identify the privilege claimed or other reason why the DOCUMENT

3

SFCA_1378807.1

1 | and/or WRITING is not produced;

2 |        3.     State the names and capacities of all persons who participated in the

3 | preparation of the DOCUMENT and/or WRITING; and

4 |        4.     State the names and capacities of all persons to whom the

5 | DOCUMENT and/or WRITING was circulated or its contents communicated.

6 |      G.     "RELATING TO" or "RELATE(S) TO" are used in their broadest sense

7 | and means referring to, describing, evidencing, containing, supporting, rebutting,

8 | reflecting, refuting, negating, pertaining to, comprising, memorializing, identifying,

9 | verifying, and/or in any way involving or having a logical connection to the subject

10 | matter of the request, in whole or in part.

11 |      H.     "COMPLAINT" means the operative complaint filed in the above

12 | captioned action.

13 |      I.     "RESPONDENT" means Stanford Hospital & Clinics and Lucile Packard

14 | Children's Hospital.

15 |      J.     "LOCAL" means any local union or labor organization affiliated with the

16 | Service Employees International Union ("SEIU").

17 | **REQUESTS FOR PRODUCTION**

18 | **REQUEST FOR PRODUCTION NO. 1:**

19 |      Produce all DOCUMENTS and WRITINGS RELATING TO the identification of

20 | counsel representing LOCAL 715 regarding the issues which are the subject of the

21 | COMPLAINT.

22 | **REQUEST FOR PRODUCTION NO. 2:**

23 |      Produce all DOCUMENTS and WRITINGS RELATING TO the present or future

24 | representative capacity of LOCAL 715 regarding any employees of RESPONDENT from

25 | June 30, 2005 to the present.

26 | **REQUEST FOR PRODUCTION NO. 3:**

27 |      Produce all DOCUMENTS and WRITINGS RELATING TO the present or future

28 | representative capacity of LOCAL 521, whether by that name or by other reference to the

SFCA_1378807.1

1  entity which became LOCAL 521 when chartered by SEIU International, regarding any

2  employees of RESPONDENT from June 30, 2005 to the present.

3  **REQUEST FOR PRODUCTION NO. 4:**

4      Produce all DOCUMENTS and WRITINGS RELATING TO the present or future

5  representative capacity of SEIU-UHW regarding any employees of RESPONDENT from

6  June 30 2005 to the present.

7  **REQUEST FOR PRODUCTION NO. 5:**

8      Produce all DOCUMENTS and WRITINGS RELATING TO correspondence

9  between YOU and any SEIU International official and/or representative from June 30,

10  2005 to the present regarding the status of LOCAL 715 (including, without limitation, its

11  existence, its termination and/or its merger with or into another LOCAL, or the transfer

12  by any manner of any of its represented bargaining units to another LOCAL or

13  LOCALS).

14  **REQUEST FOR PRODUCTION NO. 6:**

15      Produce all DOCUMENTS and WRITINGS RELATING TO correspondence

16  between YOU and any SEIU-UHW official and/or representative from June 30, 2005 to

17  the present regarding the status of LOCAL 715 (including, without limitation, its

18  existence, its termination and/or its merger with or into another LOCAL, or the transfer

19  by any manner of its represented bargaining units to another LOCAL or LOCALS).

20  **REQUEST FOR PRODUCTION NO. 7:**

21      Produce all DOCUMENTS and WRITINGS RELATING TO correspondence

22  between YOU and any LOCAL 521 official and/or representative from June 30, 2005 to

23  the present regarding the status of LOCAL 715 (including, without limitation, its

24  existence, its termination and/or its merger with or into another LOCAL, or the transfer

25  by any manner of any of its represented bargaining units to another LOCAL or

26  LOCALS).

27  **REQUEST FOR PRODUCTION NO. 8:**

28      Produce all DOCUMENTS and WRITINGS RELATING TO correspondence

5

SFCA_1378807.1

1 | between YOU and any LOCAL 715 official and/or representative from June 30, 2005 to
2 | the present regarding the status of LOCAL 715 (including, without limitation, its
3 | existence, its termination and/or its merger with or into another LOCAL, or the transfer
4 | by any manner of any of its represented bargaining units to another LOCAL or
5 | LOCALS).

6 | **REQUEST FOR PRODUCTION NO. 9:**

7 | Produce all DOCUMENTS and WRITINGS RELATING TO the handling of any
8 | funds (including, without limitation, dues payments) RELATING TO LOCAL 715
9 | (including, without limitation, all deposits, payments and transfers of said funds) from
10 | January 2007 to the present.

11 | **REQUEST FOR PRODUCTION NO. 10:**

12 | Produce all DOCUMENTS and WRITINGS RELATING TO the affairs and
13 | transactions of LOCAL 715 from January 2006 to the present (including, without
14 | limitation, all reports and monitoring activities of said affairs and transactions).

15 | **REQUEST FOR PRODUCTION NO. 11:**

16 | Produce all DOCUMENTS and WRITINGS RELATING TO the establishment of
17 | a trusteeship for LOCAL 715 from January 2007 to the present.

18 | **REQUEST FOR PRODUCTION NO. 12:**

19 | Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 715's
20 | website from January 2007 to the present including, without limitation, all links from the
21 | website to other sites, all references to LOCAL 715's status (including existence,
22 | termination or merger with or into another LOCAL), all references to LOCAL 715's
23 | funds, and all references to LOCAL 715's officers and/or trustees. This request
24 | specifically includes all versions of LOCAL 715's website during the time period
25 | including, without limitation, all changes to the website and the reasons for such changes.

26 | **REQUEST FOR PRODUCTION NO. 13:**

27 | Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 521's
28 | website from January 2007 to the present including, without limitation, all links from the

1  website to other sites, all references to LOCAL 521's status (including its creation,

2  existence, or merger with other LOCALS), all references to LOCAL 521's funds, and all

3  references to LOCAL 521's officers and/or trustees.  This request specifically includes all

4  versions of LOCAL 521's website during the time period including, without limitation,

5  all changes to the website and the reasons for such changes.

6  **REQUEST FOR PRODUCTION NO. 14:**

7        Produce all DOCUMENTS and WRITINGS RELATING TO SEIU-UHW's

8  website from January 1, 2006 to the present including, without limitation, all links from

9  the website to other sites, all references to SEIU-UHW's status in any capacity as

10  representative of any employees of RESPONDENT, and all references to SEIU-UHW's

11  receipt of funds from SEIU-LOCAL 715 and/or SEIU-LOCAL 521.  This request

12  specifically includes all versions of SEIU-UHW's website during the time period

13  including, without limitation, all changes to the website and the reasons for such changes.

14  **REQUEST FOR PRODUCTION NO. 15:**

15        Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence

16  between YOU and LOCAL 715 regarding LOCAL 715's website and/or any changes

17  thereto from January 1, 2007 to the present.

18  **REQUEST FOR PRODUCTION NO. 16:**

19        Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence

20  between YOU and LOCAL 521 regarding LOCAL 521's website and/or changes thereto

21  from January 1, 2007 to the present.

22  **REQUEST FOR PRODUCTION NO. 17:**

23        Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence

24  between YOU and SEIU-UHW regarding SEIU-UHW's website and/or changes thereto

25  from January 2006 to the present.

26  **REQUEST FOR PRODUCTION NO. 18:**

27        Produce all DOCUMENTS and WRITINGS RELATING TO any Servicing

28  Agreement between LOCAL 715 and SEIU-UHW.

SFCA_1378807.1

1 | **REQUEST FOR PRODUCTION NO. 19:**

2 Produce all DOCUMENTS and WRITINGS RELATING TO any Servicing
3 Agreement between LOCAL 715 and SEIU LOCAL 1877 or its successors or affiliated
4 LOCALS.

5 | **REQUEST FOR PRODUCTION NO. 20:**

6 Produce all DOCUMENTS and WRITINGS RELATING TO Weinberg, Roger &
7 Rosenfeld's representation of LOCAL 715 from January 2006 to the present. This
8 request does not seek production of DOCUMENTS and WRITINGS concerning
9 counsel's advice but merely seeks production of DOCUMENTS and WRITINGS
10 RELATING TO Weinberg, Roger & Rosenfeld's retention to represent LOCAL 715.

11 | **REQUEST FOR PRODUCTION NO. 21:**

12 Produce all DOCUMENTS and WRITINGS RELATING TO Altshuler Berzon
13 LLP's representation of LOCAL 715 from January 2007 to the present. This request
14 does not seek production of DOCUMENTS and WRITINGS concerning counsel's advice
15 but merely seeks production of DOCUMENTS and WRITINGS RELATING TO
16 Altshuler Berzon's retention to represent LOCAL 715.

17 | **REQUEST FOR PRODUCTION NO. 22:**

18 Produce all DOCUMENTS and WRITINGS RELATING TO YOUR receipt of
19 funds from SEIU-LOCAL 715.

20 | **REQUEST FOR PRODUCTION NO. 23:**

21 Produce all DOCUMENTS and WRITINGS RELATING TO YOUR receipt of
22 funds from SEIU-LOCAL 521

23 | **REQUEST FOR PRODUCTION NO. 24:**

24 Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 715's
25 transfer and/or payment of funds to SEIU-UHW.

26 | **REQUEST FOR PRODUCTION NO. 25:**

27 Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 521's
28 transfer and/or payment of funds to SEIU-UHW.

1  **REQUEST FOR PRODUCTION NO. 26:**

2  Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 521's

3  transfer and/or payment of funds to SEIU LOCAL 1877 or its successor or affiliated

4  LOCALS.

5  **REQUEST FOR PRODUCTION NO. 27:**

6  Produce all DOCUMENTS and WRITINGS RELATING TO any exchange of

7  funds between LOCAL 715 and LOCAL 521 (including, without limitation, any transfer

8  of funds, payment of funds and/or receipt of funds).

9  **REQUEST FOR PRODUCTION NO. 28:**

10  Produce all DOCUMENTS and WRITINGS RELATING TO all notices of

11  Executive Board meetings and/or Special Executive Board meetings for LOCAL 715

12  between July 1, 2005 and June 9, 2007.

13  **REQUEST FOR PRODUCTION NO. 29:**

14  Produce all DOCUMENTS and WRITINGS RELATING TO all notices of

15  Executive Board meetings and/or Special Executive Board meetings for LOCAL 521

16  between July 1, 2006 and June 9, 2007.

17  **REQUEST FOR PRODUCTION NO. 30:**

18  Produce all DOCUMENTS and WRITINGS RELATING TO all notices of

19  Executive Board meetings and/or Special Executive Board meetings for SEIU-UHW

20  between July 1, 2005 and June 9, 2007 which reference in any manner the representation

21  of any employees of RESPONDENT.

22  **REQUEST FOR PRODUCTION NO. 31:**

23  Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of

24  Executive Board meetings for LOCAL 715 held between July 1, 2005 and June 9, 2007

25  including, without limitation, a list of those in attendance and those not in attendance at

26  said meetings.

27  **REQUEST FOR PRODUCTION NO. 32:**

28  Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of

9

SFCA_1378807.1

1    Executive Board meetings for LOCAL 521 held between July 1, 2006 and June 9, 2007

2    including, without limitation, a list of those in attendance and those not in attendance at

3    said meetings.

4    **REQUEST FOR PRODUCTION NO. 33:**

5    Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of

6    Executive Board meetings for SEIU-UHW held between July 1, 2005 and June 9, 2007

7    which reference in any manner the representation of any employees of RESPONDENT

8    including, without limitation, a list of those in attendance and those not in attendance at

9    said meetings.

10    **REQUEST FOR PRODUCTION NO. 34:**

11    Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 715's

12    annual budget and/or budgets covering and/or applicable to calendar year 2007 or any

13    portion thereof.

14    **REQUEST FOR PRODUCTION NO. 35:**

15    Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 521's

16    annual budget and/or budgets covering and/or applicable to calendar year 2007 or any

17    portion thereof.

18    **REQUEST FOR PRODUCTION NO. 36:**

19    Produce all DOCUMENTS and WRITINGS RELATING TO SEIU-UHW's

20    annual budget and/or budgets covering and/or applicable to calendar years 2007 and 2008

21    or any portion thereof.

22    **REQUEST FOR PRODUCTION NO. 37:**

23    Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of any

24    general membership meetings for LOCAL 715 (including, without limitation, all regular

25    and special general membership meetings) held between July 1, 2005 and June 9, 2007.

26    **REQUEST FOR PRODUCTION NO. 38:**

27    Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of any

28    general membership meetings for LOCAL 521 (including, without limitation, all regular

10

SFCA_1378807.1

1    and special general membership meetings) held between January 1, 2007 and June 9,

2    2007.

3    **REQUEST FOR PRODUCTION NO. 39:**

4        Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of any

5    general membership meetings for SEIU-UHW (including, without limitation, all regular

6    and special general membership meetings) which reference in any manner the

7    representation of any employees of RESPONDENT and were held between July 1, 2005

8    and June 9, 2007.

9    **REQUEST FOR PRODUCTION NO. 40:**

10       Produce all DOCUMENTS and WRITINGS RELATING TO all bank records of

11    LOCAL 715 showing all dues receipts deposits in accounts held by LOCAL 715 from

12    January 2006 to the present.

13    **REQUEST FOR PRODUCTION NO. 41:**

14       Produce all DOCUMENTS and WRITINGS RELATING TO all bank records of

15    LOCAL 521 showing all dues receipts deposits in accounts held by LOCAL 521 received

16    from or on behalf of any employees of RESPONDENT from January 2006 to the present.

17    **REQUEST FOR PRODUCTION NO. 42:**

18       Produce all DOCUMENTS and WRITINGS RELATING TO all bank records of

19    SEIU-UHW showing all dues receipts deposits in accounts held by SEIU-UHW received

20    from or on behalf of any employees of RESPONDENT from January 2006 to the present.

21    **REQUEST FOR PRODUCTION NO. 43:**

22       Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

23    other appointment of any employee of SEIU-UHW to provide services to LOCAL 715

24    RELATING TO the representation of any employees of RESPONDENT.

25    **REQUEST FOR PRODUCTION NO. 44:**

26       Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

27    other appointment of any employee of SEIU-UHW to provide services to LOCAL 521

28    RELATING TO the representation of any employees of RESPONDENT.

1 | **REQUEST FOR PRODUCTION NO. 45:**

2 | Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

3 | other appointment of counsel by SEIU-UHW to provide services to LOCAL 715

4 | RELATING TO the representation of any employees of RESPONDENT.

5 | **REQUEST FOR PRODUCTION NO. 46:**

6 | Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

7 | other appointment of counsel by SEIU-UHW to provide services to LOCAL 521

8 | RELATING TO the representation of any employees of RESPONDENT.

9 | **REQUEST FOR PRODUCTION NO. 47:**

10 | Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

11 | other appointment of counsel by LOCAL 521 to provide services RELATING TO the

12 | representation of any employees of RESPONDENT.

13 | **REQUEST FOR PRODUCTION NO. 48:**

14 | Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 715's

15 | representation employees of Stanford University from January 2006 to the present.

16 | **REQUEST FOR PRODUCTION NO. 49:**

17 | Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 715's

18 | representation employees of Santa Clara University from January 2006 to the present.

19 | **REQUEST FOR PRODUCTION NO. 50:**

20 | Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

21 | other appointment of any employee of LOCAL 1877 (or any other LOCAL) to provide

22 | services to LOCAL 715 RELATING TO the representation of any employees of Stanford

23 | University from January 2006 to the present.

24 | **REQUEST FOR PRODUCTION NO. 51:**

25 | Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

26 | other appointment of any employee of LOCAL 1877 (or any other LOCAL) to provide

27 | services to LOCAL 715 RELATING TO the representation of any employees of Santa

28 | Clara University from January 2006 to the present.

12

SFCA_1378807.1

1 | **REQUEST FOR PRODUCTION NO. 52:**

2 Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence
3 between LOCAL 1877 (and/or any other LOCAL) and LOCAL 715 RELATING TO the
4 representation of any employees of Stanford University from January 2006 to the present.

5 | **REQUEST FOR PRODUCTION NO. 53:**

6 Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence
7 between LOCAL 1877 (and/or any other LOCAL) and LOCAL 715 RELATING TO the
8 representation of any employees of Santa Clara University from January 2006 to the
9 present.

10 | **REQUEST FOR PRODUCTION NO. 54:**

11 Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence
12 between LOCAL 1877 (and/or any other LOCAL) and LOCAL 521 RELATING TO the
13 representation of any employees of Stanford University from January 2006 to the present.

14 | **REQUEST FOR PRODUCTION NO. 55:**

15 Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence
16 between LOCAL 1877 (and/or any other LOCAL) and LOCAL 521 RELATING TO the
17 representation of any employees of Santa Clara University from January 2006 to the
18 present.

19 | **REQUEST FOR PRODUCTION NO. 56:**

20 Produce all DOCUMENTS and WRITINGS RELATING TO any exchange of
21 funds between LOCAL 1877 (and/or any other LOCAL) and LOCAL 715 (including,
22 without limitation, any transfer of funds, payment of funds and/or receipt of funds).

23 | **REQUEST FOR PRODUCTION NO. 57:**

24 Produce all DOCUMENTS and WRITINGS RELATING TO any exchange of
25 funds between LOCAL 1877 (and/or any other LOCAL) and LOCAL 521 (including,
26 without limitation, any transfer of funds, payment of funds and/or receipt of funds).

27

28

SFCA_1378807.1

1  Dated: May 13, 2008                    FOLEY & LARDNER LLP
                                          LAURENCE R. ARNOLD
2                                         EILEEN R. RIDLEY
                                          SCOTT P. INCIARDI
3

4

5                                  By: _____
                                          EILEEN R. RIDLEY
6                                         Attorneys for RESPONDENTS
                                          STANFORD HOSPITAL & CLINICS
7                                         and LUCILE PACKARD CHILDREN'S
                                          HOSPITAL
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     14
                  REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. ONE
                              CASE NO. 08-CV-00215-JF

SFCA_1378807.1

1

**PROOF OF SERVICE**

2   I am employed in the **County of San Francisco**, **State of California**. I am over the age of 18 and not a party to this action; my current business address is **One Maritime Plaza,**
3   **Sixth Floor, San Francisco, CA 94111-3409.**

4   On **May 13, 2008**, I served the foregoing document(s) described as: **REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. ONE** on the interested parties in this
5   action as follows:

6   __X__      BY THE FOLLOWING MEANS:
            I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:
7

8   *Attorneys for Petitioner SERVICE
    EMPLOYEES INTERNATIONAL
9   UNION LOCAL 715

10  Bruce A. Harland
    Weinberg, Roger & Rosenfeld
    1001 Marina Village Parkway, Suite 200
11  Alameda, California 94501-1091

12  __X__      BY MAIL

13          __x__      I am readily familiar with the firm's practice of collection and processing
                    correspondence for mailing with the United States Postal Service; the firm
14                  deposits the collected correspondence with the United States Postal
                    Service that same day, in the ordinary course of business, with postage
15                  thereon fully prepaid, at **San Francisco, California**. I placed the
                    envelope(s) for collection and mailing on the above date following
16                  ordinary business practices.

17  __X__      Executed on **May 13, 2008**, at **San Francisco, California**.

18  __X__          I declare that I am employed in the office of a member of the bar of this
                court at whose direction the service was made.
19
                                        _Teresa Schuman_
20                                      TERESA SCHUMAN

21

22

23

24

25

26

27

28