**EXHIBIT I**

1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:    415.434.4484
   FACSIMILE:    415.434.4507
3
   LAURENCE R. ARNOLD, CA BAR NO. 133715
   EILEEN R. RIDLEY, CA BAR NO. 151735
4  SCOTT P. INCIARDI, CA BAR NO. 228814
   Attorneys for Respondents STANFORD HOSPITAL & CLINICS and
5  LUCILE PACKARD CHILDREN'S HOSPITAL

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  SERVICE EMPLOYEES                    Case No: 08-CV-00216-JF
    INTERNATIONAL UNION, LOCAL 715
                                         **REQUEST FOR PRODUCTION OF**
13            Petitioner,                **DOCUMENTS, SET NO. ONE**

14      vs.                              Judge:        HON. JEREMY FOGEL

15  STANFORD HOSPITAL & CLINICS and
    LUCILE PACKARD CHILDREN'S
16  HOSPITAL

17            Respondents.

18

19

20  PROPOUNDING PARTY:        STANFORD HOSPITAL & CLINICS and LUCILE

21                            PACKARD CHILDREN'S HOSPITAL

22  RESPONDING PARTY:         SERVICE EMPLOYEES INTERNATIONAL

23                            UNION, LOCAL 715

24  SET NUMBER:               ONE

25  TO PETITIONER SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715

26  AND TO ITS ATTORNEYS OF RECORD:

27      Pursuant to Rule 34 the Federal Rules of Civil Procedure, Respondents

28  STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S

SFCA_1378804.1

1  HOSPITAL ("RESPONDENT"), by their attorneys, Foley & Lardner LLP, hereby

2  demand that within thirty (30) days after service of these requests that Petitioner

3  SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, produce and permit

4  for inspection and copying the documents and tangible things described below in its

5  possession, custody or control.  The place and time for inspection shall be at the offices

6  of Foley & Lardner LLP, One Maritime Plaza, Suite 600, San Francisco, California, or

7  such other location and/or time as counsel for the parties may agree.

8  ## DEFINITIONS AND INSTRUCTIONS

9
10  The following definitions and instructions apply throughout this demand for
    identification and production, unless the context clearly indicates otherwise:

11
12  A.  "YOU" and "YOUR" shall mean and include SERVICE EMPLOYEES
    INTERNATIONAL UNION, LOCAL 715 and any of its agents, affiliates,
13  representatives, or any other person or entity acting on its behalf.

14
15  B.  This demand requires that YOU identify and produce all DOCUMENTS
    and WRITINGS responsive to the following numbered demands which are in YOUR
16  possession or control or subject to YOUR control, wherever they may be located.  The
17  DOCUMENTS and WRITINGS which YOU must identify and produce include not only
18  writings which YOU presently possess, but also writings which YOU are aware of
19  (regardless of whether they are in YOUR possession or not), DOCUMENTS and
20  WRITINGS that are in the possession or control of YOUR attorneys, accountants,
21  bookkeepers, employees, representatives, or anyone else acting on YOUR behalf.

22
23  B.  YOU are requested to produce all DOCUMENTS and WRITINGS which
    are responsive to the following numbered demands for inspection and photocopying at
24  the law offices of Foley & Lardner LLP, located at One Maritime Plaza, Sixth Floor, San
25  Francisco, California 94111-3404, 30 days after service of this demand (or the next
26  business day if that day falls on a Saturday, Sunday or court holiday).

27
28  C.  All DOCUMENTS and WRITINGS which are responsive in whole or in

1    part to the following numbered demand shall be produced in full, without abridgment,

2    abbreviation or expurgation of any sort. If any such DOCUMENTS and WRITINGS

3    cannot be produced in full, produce the DOCUMENT and/or WRITING to the greatest

4    extent possible and indicate in YOUR written response what portion of the DOCUMENT

5    and/or WRITING is not produced and why it could not be produced.

6        D.    The term "DOCUMENT" as used herein means and includes any and all

7    documents, tangible things, and all WRITINGS of any kind, including the originals and

8    all non-identical copies, whether different from the originals by reason of any notation

9    made on such copies or otherwise, and includes, without limitation, agreements, purchase

10   orders, invoices, receipts, accounting records, contracts, bills of lading, shipping records,

11   correspondence, memoranda, notes, diaries, statistics, letters, telegrams, telex, faxes,

12   minutes, contracts, reports, studies, statements, summaries, interoffice and intra-office

13   communications, notations of any sort of conversations, telephone calls, meetings or

14   other communications, computer printouts, tape recordings, audiotapes, videotapes,

15   charts, graphs, and electronic, mechanical or electronic records, compact discs, computer

16   discs, computer tapes, computer software, electronically stored media, and any other

17   form of stored information. The term "WRITINGS" as used herein means and includes

18   the definition of that term under Federal Rule of Evidence ("FRE") Rule 1001(1).

19       E.    YOU are required to produce not only the original or an exact copy of the

20   original of all DOCUMENTS and WRITINGS responsive to the following numbered

21   demands, but also all copies of such DOCUMENTS and WRITINGS which bear any

22   notes or markings not found on the originals and all preliminary, intermediate, final, and

23   revised drafts of said DOCUMENTS and WRITINGS.

24       F.    If YOU are not producing any DOCUMENT or WRITING responsive to

25   any of the numbered demands below on the basis of a claimed privilege, or for any other

26   reason, state the following information:

27           1.    Describe the DOCUMENT and/or WRITING with specificity;

28           2.    Identify the privilege claimed or other reason why the DOCUMENT

3

SFCA_1378804.1

1    and/or WRITING is not produced;

2             3.      State the names and capacities of all persons who participated in the

3    preparation of the DOCUMENT and/or WRITING; and

4             4.      State the names and capacities of all persons to whom the

5    DOCUMENT and/or WRITING was circulated or its contents communicated.

6        G.      "RELATING TO" or "RELATE(S) TO" are used in their broadest sense

7    and means referring to, describing, evidencing, containing, supporting, rebutting,

8    reflecting, refuting, negating, pertaining to, comprising, memorializing, identifying,

9    verifying, and/or in any way involving or having a logical connection to the subject

10   matter of the request, in whole or in part.

11       H.      "COMPLAINT" means the operative complaint filed in the above

12   captioned action.

13       I.      "RESPONDENT" means Stanford Hospital & Clinics and Lucile Packard

14   Children's Hospital.

15       J.      "LOCAL" means any local union or labor organization affiliated with the

16   Service Employees International Union ("SEIU").

17                        **REQUESTS FOR PRODUCTION**

18   **REQUEST FOR PRODUCTION NO. 1:**

19       Produce all DOCUMENTS and WRITINGS RELATING TO the identification of

20   counsel representing LOCAL 715 regarding the issues which are the subject of the

21   COMPLAINT.

22   **REQUEST FOR PRODUCTION NO. 2:**

23       Produce all DOCUMENTS and WRITINGS RELATING TO the present or future

24   representative capacity of LOCAL 715 regarding any employees of RESPONDENT from

25   June 30, 2005 to the present.

26   **REQUEST FOR PRODUCTION NO. 3:**

27       Produce all DOCUMENTS and WRITINGS RELATING TO the present or future

28   representative capacity of LOCAL 521, whether by that name or by other reference to the

4

SFCA_1378804.1

1 entity which became LOCAL 521 when chartered by SEIU International, regarding any

2 employees of RESPONDENT from June 30, 2005 to the present.

3 **REQUEST FOR PRODUCTION NO. 4:**

4       Produce all DOCUMENTS and WRITINGS RELATING TO the present or future

5 representative capacity of SEIU-UHW regarding any employees of RESPONDENT from

6 June 30 2005 to the present.

7 **REQUEST FOR PRODUCTION NO. 5:**

8       Produce all DOCUMENTS and WRITINGS RELATING TO correspondence

9 between YOU and any SEIU International official and/or representative from June 30,

10 2005 to the present regarding the status of LOCAL 715 (including, without limitation, its

11 existence, its termination and/or its merger with or into another LOCAL, or the transfer

12 by any manner of any of its represented bargaining units to another LOCAL or

13 LOCALS).

14 **REQUEST FOR PRODUCTION NO. 6:**

15       Produce all DOCUMENTS and WRITINGS RELATING TO correspondence

16 between YOU and any SEIU-UHW official and/or representative from June 30, 2005 to

17 the present regarding the status of LOCAL 715 (including, without limitation, its

18 existence, its termination and/or its merger with or into another LOCAL, or the transfer

19 by any manner of its represented bargaining units to another LOCAL or LOCALS).

20 **REQUEST FOR PRODUCTION NO. 7:**

21       Produce all DOCUMENTS and WRITINGS RELATING TO correspondence

22 between YOU and any LOCAL 521 official and/or representative from June 30, 2005 to

23 the present regarding the status of LOCAL 715 (including, without limitation, its

24 existence, its termination and/or its merger with or into another LOCAL, or the transfer

25 by any manner of any of its represented bargaining units to another LOCAL or

26 LOCALS).

27 **REQUEST FOR PRODUCTION NO. 8:**

28       Produce all DOCUMENTS and WRITINGS RELATING TO correspondence

SFCA_1378804.1

1  between YOU and any LOCAL 715 official and/or representative from June 30, 2005 to

2  the present regarding the status of LOCAL 715 (including, without limitation, its

3  existence, its termination and/or its merger with or into another LOCAL, or the transfer

4  by any manner of any of its represented bargaining units to another LOCAL or

5  LOCALS).

6  **REQUEST FOR PRODUCTION NO. 9:**

7       Produce all DOCUMENTS and WRITINGS RELATING TO the handling of any

8  funds (including, without limitation, dues payments) RELATING TO LOCAL 715

9  (including, without limitation, all deposits, payments and transfers of said funds) from

10  January 2007 to the present.

11  **REQUEST FOR PRODUCTION NO. 10:**

12       Produce all DOCUMENTS and WRITINGS RELATING TO the affairs and

13  transactions of LOCAL 715 from January 2006 to the present (including, without

14  limitation, all reports and monitoring activities of said affairs and transactions).

15  **REQUEST FOR PRODUCTION NO. 11:**

16       Produce all DOCUMENTS and WRITINGS RELATING TO the establishment of

17  a trusteeship for LOCAL 715 from January 2007 to the present.

18  **REQUEST FOR PRODUCTION NO. 12:**

19       Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 715's

20  website from January 2007 to the present including, without limitation, all links from the

21  website to other sites, all references to LOCAL 715's status (including existence,

22  termination or merger with or into another LOCAL), all references to LOCAL 715's

23  funds, and all references to LOCAL 715's officers and/or trustees.  This request

24  specifically includes all versions of LOCAL 715's website during the time period

25  including, without limitation, all changes to the website and the reasons for such changes.

26  **REQUEST FOR PRODUCTION NO. 13:**

27       Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 521's

28  website from January 2007 to the present including, without limitation, all links from the

6

SFCA_1378804.1

1  website to other sites, all references to LOCAL 521's status (including its creation,

2  existence, or merger with other LOCALS), all references to LOCAL 521's funds, and all

3  references to LOCAL 521's officers and/or trustees. This request specifically includes all

4  versions of LOCAL 521's website during the time period including, without limitation,

5  all changes to the website and the reasons for such changes.

6  **REQUEST FOR PRODUCTION NO. 14:**

7        Produce all DOCUMENTS and WRITINGS RELATING TO SEIU-UHW's

8  website from January 1, 2006 to the present including, without limitation, all links from

9  the website to other sites, all references to SEIU-UHW's status in any capacity as

10  representative of any employees of RESPONDENT, and all references to SEIU-UHW's

11  receipt of funds from SEIU-LOCAL 715 and/or SEIU-LOCAL 521. This request

12  specifically includes all versions of SEIU-UHW's website during the time period

13  including, without limitation, all changes to the website and the reasons for such changes.

14  **REQUEST FOR PRODUCTION NO. 15:**

15        Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence

16  between YOU and LOCAL 715 regarding LOCAL 715's website and/or any changes

17  thereto from January 1, 2007 to the present.

18  **REQUEST FOR PRODUCTION NO. 16:**

19        Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence

20  between YOU and LOCAL 521 regarding LOCAL 521's website and/or changes thereto

21  from January 1, 2007 to the present.

22  **REQUEST FOR PRODUCTION NO. 17:**

23        Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence

24  between YOU and SEIU-UHW regarding SEIU-UHW's website and/or changes thereto

25  from January 2006 to the present.

26  **REQUEST FOR PRODUCTION NO. 18:**

27        Produce all DOCUMENTS and WRITINGS RELATING TO any Servicing

28  Agreement between LOCAL 715 and SEIU-UHW.

SFCA_1378804.1

1  **REQUEST FOR PRODUCTION NO. 19:**

2       Produce all DOCUMENTS and WRITINGS RELATING TO any Servicing

3  Agreement between LOCAL 715 and SEIU LOCAL 1877 or its successors or affiliated

4  LOCALS.

5  **REQUEST FOR PRODUCTION NO. 20:**

6       Produce all DOCUMENTS and WRITINGS RELATING TO Weinberg, Roger &

7  Rosenfeld's representation of LOCAL 715 from January 2006 to the present. This

8  request does not seek production of DOCUMENTS and WRITINGS concerning

9  counsel's advice but merely seeks production of DOCUMENTS and WRITINGS

10  RELATING TO Weinberg, Roger & Rosenfeld's retention to represent LOCAL 715.

11  **REQUEST FOR PRODUCTION NO. 21:**

12       Produce all DOCUMENTS and WRITINGS RELATING TO Altshuler Berzon

13  LLP's representation of LOCAL 715 from January 2007 to the present. This request

14  does not seek production of DOCUMENTS and WRITINGS concerning counsel's advice

15  but merely seeks production of DOCUMENTS and WRITINGS RELATING TO

16  Altshuler Berzon's retention to represent LOCAL 715.

17  **REQUEST FOR PRODUCTION NO. 22:**

18       Produce all DOCUMENTS and WRITINGS RELATING TO YOUR receipt of

19  funds from SEIU-LOCAL 715.

20  **REQUEST FOR PRODUCTION NO. 23:**

21       Produce all DOCUMENTS and WRITINGS RELATING TO YOUR receipt of

22  funds from SEIU-LOCAL 521

23  **REQUEST FOR PRODUCTION NO. 24:**

24       Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 715's

25  transfer and/or payment of funds to SEIU-UHW.

26  **REQUEST FOR PRODUCTION NO. 25:**

27       Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 521's

28  transfer and/or payment of funds to SEIU-UHW.

1 | **REQUEST FOR PRODUCTION NO. 26:**

2 Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 521's

3 transfer and/or payment of funds to SEIU LOCAL 1877 or its successor or affiliated

4 LOCALS.

5 | **REQUEST FOR PRODUCTION NO. 27:**

6 Produce all DOCUMENTS and WRITINGS RELATING TO any exchange of

7 funds between LOCAL 715 and LOCAL 521 (including, without limitation, any transfer

8 of funds, payment of funds and/or receipt of funds).

9 | **REQUEST FOR PRODUCTION NO. 28:**

10 Produce all DOCUMENTS and WRITINGS RELATING TO all notices of

11 Executive Board meetings and/or Special Executive Board meetings for LOCAL 715

12 between July 1, 2005 and June 9, 2007.

13 | **REQUEST FOR PRODUCTION NO. 29:**

14 Produce all DOCUMENTS and WRITINGS RELATING TO all notices of

15 Executive Board meetings and/or Special Executive Board meetings for LOCAL 521

16 between July 1, 2006 and June 9, 2007.

17 | **REQUEST FOR PRODUCTION NO. 30:**

18 Produce all DOCUMENTS and WRITINGS RELATING TO all notices of

19 Executive Board meetings and/or Special Executive Board meetings for SEIU-UHW

20 between July 1, 2005 and June 9, 2007 which reference in any manner the representation

21 of any employees of RESPONDENT.

22 | **REQUEST FOR PRODUCTION NO. 31:**

23 Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of

24 Executive Board meetings for LOCAL 715 held between July 1, 2005 and June 9, 2007

25 including, without limitation, a list of those in attendance and those not in attendance at

26 said meetings.

27 | **REQUEST FOR PRODUCTION NO. 32:**

28 Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of

9

1  Executive Board meetings for LOCAL 521 held between July 1, 2006 and June 9, 2007
2  including, without limitation, a list of those in attendance and those not in attendance at
3  said meetings.

4  **REQUEST FOR PRODUCTION NO. 33:**

5        Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of
6  Executive Board meetings for SEIU-UHW held between July 1, 2005 and June 9, 2007
7  which reference in any manner the representation of any employees of RESPONDENT
8  including, without limitation, a list of those in attendance and those not in attendance at
9  said meetings.

10  **REQUEST FOR PRODUCTION NO. 34:**

11        Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 715's
12  annual budget and/or budgets covering and/or applicable to calendar year 2007 or any
13  portion thereof.

14  **REQUEST FOR PRODUCTION NO. 35:**

15        Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 521's
16  annual budget and/or budgets covering and/or applicable to calendar year 2007 or any
17  portion thereof.

18  **REQUEST FOR PRODUCTION NO. 36:**

19        Produce all DOCUMENTS and WRITINGS RELATING TO SEIU-UHW's
20  annual budget and/or budgets covering and/or applicable to calendar years 2007 and 2008
21  or any portion thereof.

22  **REQUEST FOR PRODUCTION NO. 37:**

23        Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of any
24  general membership meetings for LOCAL 715 (including, without limitation, all regular
25  and special general membership meetings) held between July 1, 2005 and June 9, 2007.

26  **REQUEST FOR PRODUCTION NO. 38:**

27        Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of any
28  general membership meetings for LOCAL 521 (including, without limitation, all regular

1  and special general membership meetings) held between January 1, 2007 and June 9,
2  2007.

3  **REQUEST FOR PRODUCTION NO. 39:**

4      Produce all DOCUMENTS and WRITINGS RELATING TO all minutes of any
5  general membership meetings for SEIU-UHW (including, without limitation, all regular
6  and special general membership meetings) which reference in any manner the
7  representation of any employees of RESPONDENT and were held between July 1, 2005
8  and June 9, 2007.

9  **REQUEST FOR PRODUCTION NO. 40:**

10     Produce all DOCUMENTS and WRITINGS RELATING TO all bank records of
11  LOCAL 715 showing all dues receipts deposits in accounts held by LOCAL 715 from
12  January 2006 to the present.

13  **REQUEST FOR PRODUCTION NO. 41:**

14     Produce all DOCUMENTS and WRITINGS RELATING TO all bank records of
15  LOCAL 521 showing all dues receipts deposits in accounts held by LOCAL 521 received
16  from or on behalf of any employees of RESPONDENT from January 2006 to the present.

17  **REQUEST FOR PRODUCTION NO. 42:**

18     Produce all DOCUMENTS and WRITINGS RELATING TO all bank records of
19  SEIU-UHW showing all dues receipts deposits in accounts held by SEIU-UHW received
20  from or on behalf of any employees of RESPONDENT from January 2006 to the present.

21  **REQUEST FOR PRODUCTION NO. 43:**

22     Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or
23  other appointment of any employee of SEIU-UHW to provide services to LOCAL 715
24  RELATING TO the representation of any employees of RESPONDENT.

25  **REQUEST FOR PRODUCTION NO. 44:**

26     Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or
27  other appointment of any employee of SEIU-UHW to provide services to LOCAL 521
28  RELATING TO the representation of any employees of RESPONDENT.

SFCA_1378804.1

1 **REQUEST FOR PRODUCTION NO. 45:**

2      Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

3 other appointment of counsel by SEIU-UHW to provide services to LOCAL 715

4 RELATING TO the representation of any employees of RESPONDENT.

5 **REQUEST FOR PRODUCTION NO. 46:**

6      Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

7 other appointment of counsel by SEIU-UHW to provide services to LOCAL 521

8 RELATING TO the representation of any employees of RESPONDENT.

9 **REQUEST FOR PRODUCTION NO. 47:**

10      Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

11 other appointment of counsel by LOCAL 521 to provide services RELATING TO the

12 representation of any employees of RESPONDENT.

13 **REQUEST FOR PRODUCTION NO. 48:**

14      Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 715's

15 representation employees of Stanford University from January 2006 to the present.

16 **REQUEST FOR PRODUCTION NO. 49:**

17      Produce all DOCUMENTS and WRITINGS RELATING TO LOCAL 715's

18 representation employees of Santa Clara University from January 2006 to the present.

19 **REQUEST FOR PRODUCTION NO. 50:**

20      Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

21 other appointment of any employee of LOCAL 1877 (or any other LOCAL) to provide

22 services to LOCAL 715 RELATING TO the representation of any employees of Stanford

23 University from January 2006 to the present.

24 **REQUEST FOR PRODUCTION NO. 51:**

25      Produce all DOCUMENTS and WRITINGS RELATING TO the assignment or

26 other appointment of any employee of LOCAL 1877 (or any other LOCAL) to provide

27 services to LOCAL 715 RELATING TO the representation of any employees of Santa

28 Clara University from January 2006 to the present.

SFCA_1378804.1

1    **REQUEST FOR PRODUCTION NO. 52:**

2        Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence
3    between LOCAL 1877 (and/or any other LOCAL) and LOCAL 715 RELATING TO the
4    representation of any employees of Stanford University from January 2006 to the present.

5    **REQUEST FOR PRODUCTION NO. 53:**

6        Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence
7    between LOCAL 1877 (and/or any other LOCAL) and LOCAL 715 RELATING TO the
8    representation of any employees of Santa Clara University from January 2006 to the
9    present.

10    **REQUEST FOR PRODUCTION NO. 54:**

11        Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence
12    between LOCAL 1877 (and/or any other LOCAL) and LOCAL 521 RELATING TO the
13    representation of any employees of Stanford University from January 2006 to the present.

14    **REQUEST FOR PRODUCTION NO. 55:**

15        Produce all DOCUMENTS and WRITINGS RELATING TO any correspondence
16    between LOCAL 1877 (and/or any other LOCAL) and LOCAL 521 RELATING TO the
17    representation of any employees of Santa Clara University from January 2006 to the
18    present.

19    **REQUEST FOR PRODUCTION NO. 56:**

20        Produce all DOCUMENTS and WRITINGS RELATING TO any exchange of
21    funds between LOCAL 1877 (and/or any other LOCAL) and LOCAL 715 (including,
22    without limitation, any transfer of funds, payment of funds and/or receipt of funds).

23    **REQUEST FOR PRODUCTION NO. 57:**

24        Produce all DOCUMENTS and WRITINGS RELATING TO any exchange of
25    funds between LOCAL 1877 (and/or any other LOCAL) and LOCAL 521 (including,
26    without limitation, any transfer of funds, payment of funds and/or receipt of funds).

27

28

SFCA_1378804.1

1   Dated: May 13, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOLEY & LARDNER LLP
LAURENCE R. ARNOLD
EILEEN R. RIDLEY
SCOTT P. INCIARDI



By: _____
    EILEEN R. RIDLEY
    Attorneys for RESPONDENTS
    STANFORD HOSPITAL & CLINICS
    and LUCILE PACKARD CHILDREN'S
    HOSPITAL

14

REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. ONE
CASE NO. 08-CV-00216-JF

SFCA_1378804.1

## PROOF OF SERVICE

I am employed in the **County of San Francisco, State of California**. I am over the age of 18 and not a party to this action; my current business address is **One Maritime Plaza, Sixth Floor, San Francisco, CA 94111-3409.**

On **May 13, 2008**, I served the foregoing document(s) described as: **REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. ONE** on the interested parties in this action as follows:

 X    BY THE FOLLOWING MEANS:
       I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

*Attorneys for Petitioner SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 715

Bruce A. Harland
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091

 X    BY MAIL

       x     I am readily familiar with the firm's practice of collection and processing
             correspondence for mailing with the United States Postal Service; the firm
             deposits the collected correspondence with the United States Postal
             Service that same day, in the ordinary course of business, with postage
             thereon fully prepaid, at **San Francisco, California**. I placed the
             envelope(s) for collection and mailing on the above date following
             ordinary business practices.

 X    Executed on **May 13, 2008**, at **San Francisco, California**.

 X           I declare that I am employed in the office of a member of the bar of this
             court at whose direction the service was made.

                              *Teresa Schuman*
                              TERESA SCHUMAN