**EXHIBIT NN**



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
foley.com

June 30, 2008

CLIENT/MATTER NUMBER
085437-3056, 3080, 3081, 3083, 3094 and 3097

**VIA FACSIMILE AND U.S. MAIL**

William A. Sokol
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Ste. 200
Alameda, CA 94501-1091

Re: *SEIU v. Stanford Hospital & Clinics, et al.*
U.S. Dist. Ct. Case Nos.: C-07-cv-5158, 5:08-cv-00213, 5:08-cv-00215, 5:08-cv-002216, 5:08-cv-01727 and 5:08-cv-01726

Dear Mr. Sokol:

This will respond to your letter of June 13 2008 regarding the above-referenced matters and the subpoena issued to UHW. UHW indisputably has responsive documents to the subpoena given the simple fact that it apparently entered into a services agreement with Local 715 (which my clients rejected). Nevertheless, while the litigation certainly concerns issues about local 715, that does not mean that UHW may simple ignore a subpoena – especially when it in fact retains documents related to Local 715's operations. To date, UHW has failed to properly respond to the subpoena and has produced no documents. Please confirm that UHW will provide a proper response to the subpoena (as noted in our last correspondence) and will produce documents this week. Failure of UHW to do so will result in a motion to compel being failed to obtain the discovery requested.

Very truly yours,

Eileen R. Ridley

BOSTON         JACKSONVILLE    NEW YORK          SAN FRANCISCO    TOKYO
BRUSSELS       LOS ANGELES     ORLANDO           SHANGHAI         WASHINGTON, D.C.
CENTURY CITY   MADISON         SACRAMENTO        SILICON VALLEY
CHICAGO        MIAMI           SAN DIEGO         TALLAHASSEE
DETROIT        MILWAUKEE       SAN DIEGO/DEL MAR TAMPA

SFCA_1421047.1



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

# FACSIMILE TRANSMISSION

### Total # of Pages 2 (including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| William A. Sokol<br>Weinberg, Roger & Rosenfeld<br>1001 Marina Village Parkway, Ste. 200<br>Alameda, CA 94501-1091 | 5101.337.1001 | 510.337.1023 |

| | |
|---|---|
| From: | Scott P. Inciardi |
| Email Address: | sinciardi@foley.com |
| Sender's Direct Dial: | 415.984.9863 |
| Date: | June 30, 2008 |
| Client/Matter No: | 085437-3056, 3080, 3094, 3083, 3081 & 3097 |
| User ID No: | 3578 |

**MESSAGE:**

Please see the attached letter from Eileen Ridley.

If there are any problems with this transmission or if you have not
received all of the pages, please call 415.434.4484, extension 858.

| Operator: | Time Sent: | Return Original To:<br>Scott P. Inciardi |
|---|---|---|

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

06/30/2008 17:50 FAX                                                                @001

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

TRANSMISSION OK

TX/RX NO                  0668
DESTINATION TEL #         3578#085437#3056#151033371023#
DESTINATION ID
ST. TIME                  06/30 17:49
TIME USE                  00'43
PAGES SENT                   2
RESULT                    OK
```

FAXED
JUN 30 2008



# FOLEY
FOLEY & LARDNER LLP

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

## FACSIMILE TRANSMISSION

**Total # of Pages 2 (including this page)**

| TO: | PHONE #: | FAX #: |
|---|---|---|
| William A. Sokol<br>Weinberg, Roger & Rosenfeld<br>1001 Marina Village Parkway, Ste. 200<br>Alameda, CA 94501-1091 | 5101.337.1001 | 510.337.1023 |

| | |
|---|---|
| From: | Scott P. Inciardi |
| Email Address: | sinciardi@foley.com |
| Sender's Direct Dial: | 415.984.9863 |
| Date: | June 30, 2008 |
| Client/Matter No: | 085437-3056, 3080, 3094, 3083, 3081 & 3097 |
| User ID No: | 3578 |

**MESSAGE:**

Please see the attached letter from Eileen Ridley.