.

**EXHIBIT XX**

**Quintel, Laurie**

| | |
|---|---|
| **From:** | Quintel, Laurie |
| **Sent:** | Wednesday, March 01, 2006 8:26 AM |
| **To:** | 'Greg Pullman' |
| **Subject:** | Clarification regarding SEIU representation |

Greg:

Thank you for your reply.  Your response does raise a question.  The collective bargaining
agreement we have with SEIU is between the Hospitals and SEIU Local 715.  You have told me
that I should be working with Ella Hereth.

On her correspondence, Ms. Hereth identifies herself as follows:

Ella Hereth
Field Representative
SEIU United Healthcare Workers West
1338 Mission St.
San Francisco, CA 94103
phone (415)503-5740
fax (415)563-9914
ehereth@seiu-uhw.org

Additionally, last week Ms. Hereth brought Rachel Deutsch to my office.  Ms. Deutsch
indicated that UHW would be taking over representation for the hospital. The Hospitals
have not received any such notification.

 would like to receive clarification.

Regards,

Laurie J. Quintel
Manager - Employee Labor Relations
*-lquintel@stanfordmed.org
*Ph: 650-725-2770
7Fax: 650-723-2370
mailing address: 300 Pasteur Drive
                        Stanford, CA 94305-5513 office location at 1510 Page Mill Drive
-----Original Message-----
From: Greg Pullman [mailto:gpullman@seiu715.org]
Sent: Tuesday, February 28, 2006 11:16 AM
To: Quintel, Laurie
Cc: Ella Hereth
Subject: RE: Contract Books and other issues

Laurie,

I got your correspondence.  We are working on the dues forms.  Ella will be in touch with
you about the grievances/ULP settlement.

Greg

1

**Quintel, Laurie**

| | |
|---|---|
| **From:** | Greg Pullman [gpullman@seiu715.org] |
| **Sent:** | Wednesday, March 01, 2006 11:10 PM |
| **To:** | Quintel, Laurie |
| **Cc:** | rdeutsch@seiu-uhw.org; ehereth@seiu-uhw.org |
| **Subject:** | RE: Contract Books and other issues |

Laurie,

I am writing in response to your request for clarification. I want to confirm that SEIU Local 715 represents the workers covered by our agreement at Stanford Hospital and Clinics, that they are members of Local 715, and that the contract is with Local 715. This will further confirm that Local 715 has entered into an agreement with SEIU UHW to help service the Local 715 members at the Hospital. Local 715 will still have ultimate responsibility for the contractual and representational relationship, but Local 715 has asked SEIU UHW to service this unit in many ways on a day-to-day basis.

Therefore, the representatives you will see representing Local 715's members in the unit will be individuals from SEIU UHW providing these services. You should expect to see Local 715's members serviced by UHW representatives including Ella Hereth and Rachel Deutch. If you have any need for further clarification, please do not hesitate to contact me.

Greg Pullman
Staff Director
SEIU Local 715

-----Original Message-----
From: Quintel, Laurie [mailto:LQuintel@stanfordmed.org]
Sent: Tuesday, February 28, 2006 10:34 AM
To: Greg Pullman
Subject: FW: Contract Books and other issues

Greg:

I understand that you were out of your office last week.   I sent you several pieces of correspondence during that time.  I wanted to confirm the message you sent me previously, February 6, that you remain the primary contact and will respond to my letters.

Thank you,


Laurie J. Quintel
Manager - Employee Labor Relations
*-lquintel@stanfordmed.org
*Ph: 650-725-2770
7Fax: 650-723-2370
mailing address: 300 Pasteur Drive
                    Stanford, CA 94305-5513 office location at 1510 Page Mill Drive

-----Original Message-----
From: Greg Pullman [mailto:gpullman@seiu715.org]
Sent: Monday, February 06, 2006 12:54 PM
To: Quintel, Laurie
Cc: Ella Hereth; Ricardo Ramirez
Subject: RE: Contract Books

Laurie,

I will be your primary contact on the new agreement.  Ella Hereth and Richard Ramirez remain worksite organizers for now.  I will get you a steward list later in the week.

1

It would be helpful to have the following information:

1) Process and timeline for getting agreement printed.
2) Date for raise implementation in payroll and any retro pay owed.
3) Confirmation that the hospital has resumed dues deductions as of the ratification date.
4) Whether or not the hospital is interested in meeting to try to work out resolutions to the ULPs and grievances filed during the last few months.

Thanks,

Greg


        -----Original Message-----
        From: Quintel, Laurie [mailto:LQuintel@stanfordmed.org]
        Sent: Mon 2/6/2006 8:10 AM
        To: Greg Pullman
        Cc:
        Subject: FW: Contract Books


        Greg:


        Now that we have successfully completed negotiations, I will be working on
coordinating publishing the new agreement. Can you tell me who will be my primary
contact? I ask as Ella copied you on her inquiry to me. Will it be you?


        Also, to assist me and the Employee Relations Team in working with the SEIU would
you please confirm the following:

        *       The current SEIU staff assigned to work with employees
at SHC and LPCH

        *       Current list of stewards, including the chief steward
for each hospital


        Thank you in advance for you assistance,


        Regards,


        Laurie


        Laurie J. Quintel
        Manager - Employee Labor Relations
        *-lquintel@stanfordmed.org <mailto:lquintel@stanfordmed.org>
        *Ph: 650-725-2770
        7Fax: 650-723-2370
        mailing address: 300 Pasteur Drive
                        Stanford, CA 94305-5513

2

office location at 1510 Page Mill Drive


-----Original Message-----
From: Ella Hereth [mailto:ehereth@seiu715.org]
Sent: Friday, February 03, 2006 5:30 PM
To: Quintel, Laurie
Cc: Greg Pullman
Subject: Contract Books


Dear Laurie,


What is the status of printing the contract books? Please let me know what you need
from us to do this. Thank you.


Sincerely,


Ella Hereth

WorksiteOrganizer

SEIU 715

(650)723-3644



# LOCAL 715

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO/CLC

www.seiu715.org

May 1, 2006

Laurie J. Quintel
Manager, Employee and Labor Relations
Stanford Hospital and Clinics
300 Pasteur Drive
Stanford, CA 94305-5513

Dear Laurie,

You have sent me a number of pieces of correspondence regarding approving the
agreement and access issues. As I have previously explained to you, Local 715 has a
service agreement with SEIU-UHW to handle all representational matters at Stanford and
Lucille Packard Hospitals. They have authority from us to approve the contract language
and to deal with any matters regarding access, database lists, grievances, etc.

Rachel Deutsch is the lead organizer for the hospitals. Ella Hereth and Jocelyn Olick are
also assigned. Please direct your correspondence to them. Please cooperate with them on
questions about list matters and contract production.

Thank you for your cooperation.

Sincerely,

Greg Pullman
Staff Director

cc.   Rachel Deutsch, Ella Hereth, Jocelyn Olick- SEIU- United Healthcare Workers
      1338 Mission St, San Francisco, CA 94103

GP:jb opeiu local 29 afl-cio
© 2006 SEIU Local 715 /CLC
Stanford/Chapters/Stanford Hospital & Clinics/ USW Hosp LQuintel-UHW 050106.doc

**GC Exhibit #** 

Laurie J. Quintel
Director - Employee Labor Relations
*-lquintel@stanfordmed.org
*Ph: 650-725-2770
7Fax: 650-618-2246
mailing address: 300 Pasteur Drive
                          Stanford, CA 94305-5513
office location at 1530 Page Mill Drive

-----Original Message-----
From: Greg Pullman [mailto:gpullman@seiu715.org]
Sent: Monday, May 22, 2006 5:11 PM
To: Sun-Young, May; jolick@MAIL.SEIU-UHW.ORG
Cc: rdeutsch@mail.seiu-uhw.org; Quintel, Laurie
Subject: RE: Julio Andrade's grievance

May,

I have explained numerous times that Jocelyn Olick, Rachel Deutch and Ella
Hereth out of the SEIU UHW San Francisco office are handling all
representation matters for SEIU Local 715.  Local 715 has the right to
designate whomever we chose to handle representation matters.  Your
continued refusal to accept that fact appears to be a clear attempt to deny
representation to the workers we represent.  I don't know how to say this
any more clearly- please direct all correspondance on matters regarding
representation of the SEIU Local 715 unit to these three people at the
office that they work out of.

Greg Pullman
SEIU Local 715

        -----Original Message-----
        From: Sun-Young, May [mailto:MSunyoung@stanfordmed.org]
        Sent: Mon 5/22/2006 4:23 PM
        To: jolick@MAIL.SEIU-UHW.ORG
        Cc: Greg Pullman; rdeutsch@mail.seiu-uhw.org; Quintel, Laurie
        Subject: Julio Andrade's grievance


        Jocelyn,

        I'll fax a copy of a letter from Laurie Quintel to your fax number in
        San Francisco as a one-time exception. Please note that Greg Pullman
        confirmed that SEIU Local 715 has the ultimate responsibility for the
        contractual and representational relationship with SHC and LPCH.
        Therefore, we will continue to send all correspondences to Local SEIU
        715 unless we receive written authorization from SEIU Local 715
stating
        otherwise.

        Julio's former manager and I are available on Friday, June 2 from
        9:30-10:30 to meet with you and Julio Andrade.  We will be glad to
meet
        you at SEIU 715 office on campus.

Page 1

May Sun-Young
Sr. Employee Labor Relations Specialist
MC 5513
ph:  650-497-8690
fax: 650-618-2259 or 723-2370


-----Original Message-----
From: Jocelyn Olick [mailto:jolick@MAIL.SEIU-UHW.ORG]
Sent: Monday, May 22, 2006 12:31 PM
To: Sun-Young, May
Cc: rdeutsch@MAIL.seiu-uhw.ORG
Subject:


Dear May,

        I am writing in response to an e-mail that you sent to Greg
Pullman, for me, on Friday May 19, 2006.  First of all I would like to
reiterate that I and Ella Hereth do not work for SEIU 715. SEIU-UHW is
doing the representation work here at Stanford Hospital; please direct
all your correspondence here.  Secondly, I am assuming none of the
three
days that I proposed work for you for the grivance meeting for Julio
Andrade, since have given two new dates. Unfortunately, neither May
24,
2006 nor June 1, 2006 work for me. Here are some new proposed days:
Friday May 26, 2006 between 9:30 -12pm., Wednesday May 31, 2006
between
1pm and 4pm and Friday June 2, 2006 between 9:30-12pm. For the
formalities of the meeting, having a grievance meeting via telephone
is
ridiculous and unacceptable. Since the HR department has decided to
ban
the union representatives from the hospital and I am still the union
representative for Stanford, we will have to have the meeting off
sight.
        Please respond immediately so I can confirm Mr. Andrade's
availability.


        Sincerely,

        Jocelyn Olick
        Union Representative/ Organizer
        1338 Mission St.
        San Francisco, CA 94103
        Phone (510)773-7102
        Fax (415)563-9914

Sent via the WebMail system at MAIL.SEIU-UHW.ORG

## Quintel, Laurie

| | |
|---|---|
| ˜om: | Greg Pullman [gpullman@seiu715.org] |
| ˌnt: | Tuesday, May 30, 2006 5:58 PM |
| To: | Quintel, Laurie |
| Cc: | ehereth@MAIL.SEIU-UHW.ORG |
| Subject: | RE: Service Credit and Contract Printing |

Laurie,

As I've previously told you, I've designated Ella as the authority on this matter and there is no reason for you to doubt that her communications are representative of Local 715's position.  Please proceed with the direction Ella has given you.

Greg Pullman

-----Original Message-----
From: Quintel, Laurie [mailto:LQuintel@stanfordmed.org]
Sent: Tuesday, May 30, 2006 3:17 PM
To: Greg Pullman
Subject: FW: Service Credit and Contract Printing

Greg:

As I told you in my letter to you dated May 25, 2006, Ella Hereth is not the appropriate person to make a decision regarding any terms and conditions of the newly bargained agreement.  I do not consider her e-mail below as authority to accept the revision to 5.3.1.

Please send me a response from one of the three sources as stated in my May 25 letter, so that I can proceed with publishing the contract.

Laurie J. Quintel
Director - Employee Labor Relations
*-lquintel@stanfordmed.org
*Ph: 650-725-2770
7Fax: 650-723-2370
mailing address: 300 Pasteur Drive
                    Stanford, CA 94305-5513 office location at 1510 Page Mill Drive

-----Original Message-----
From: Ella Hereth [mailto:ehereth@MAIL.SEIU-UHW.ORG]
Sent: Friday, May 26, 2006 6:38 PM
To: Quintel, Laurie
Cc: jolick@seiu-uhw.org
Subject: Service Credit and Contract Printing

Laurie

In regards to the service credit language in the contract, we have discussed the changes that you have proposed. Though not explicitly expressed in the Tentative Agreement, we have heard your concerns and we are willing to agree to the changes that you are suggesting.

You should be receiving the signature page shortly if you have not already received it. As I understand it, that was the last thing we needed to settle before the contract could be sent to the printer.

Please contact me if you have any questions.

Ella Hereth
Field Representative/Organizer
SEIU United Healthcare Workers West
1338 Mission St.

**GC Exhibit #**  ||

San Francisco, CA 94103
phone (415)503-5740
fax (415)563-9914

---

Sent via the WebMail system at MAIL.SEIU-UHW.ORG



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
**ATTORNEYS AT LAW**

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3000

June 7, 2006

**VIA FACSIMILE AND U.S. MAIL**

Greg Pullman
Staff Director
SEIU, Local 715
2302 Zanker Road
San Jose, CA 95131-1115

    Re: **Stanford Hospital & Clinics and SEIU, Local 715**



Dear Mr. Pullman:

    I write on behalf of Stanford Hospital & Clinics and Lucile Packard Children's Hospital. Not long after the contract negotiations were completed, you wrote Laurie Quintel to advise that certain individuals employed by SEIU-UHW were going to be utilized on behalf of SEIU Local 715 to assist in contract administration. When the Hospitals initially raised the issue of their use and SEIU Local 715's status as the exclusive representative of the employees in the bargaining unit at the Hospitals for which it is certified, you responded with assurances that SEIU Local 715 remained the exclusive representative. Accordingly, the Hospitals accepted this assurance, and assumed that SEIU Local 715 was having staffing difficulties for which UHW was supplying manpower assistance until they could be addressed within SEIU Local 715.

    Subsequent events and statements now lead the Hospitals to the conclusion that more may be involved. The Hospitals have received letters from union counsel, who represent both SEIU Local 715 and UHW, referring to arbitrations at the Hospitals and referencing, as the labor organization, "SEIU-UHW (formerly SEIU Local 715)." The Hospitals have also received letters from counsel requesting that deducted dues be paid directly to UHW, and making requests for information that is to be sent directly to UHW. Virtually all correspondence has, until the last few days, been on UHW letterhead with no mention of SEIU Local 715. While the Hospitals have recently received correspondence with the SEIU Local 715 letterhead pasted onto earlier correspondence received from UHW on UHW letterhead (and returned by the Hospitals), the text in many cases still refers to grievances filed by UHW on behalf of its members.

BOSTON  JACKSONVILLE  NEW YORK  SAN DIEGO/DEL MAR  TAMPA
BRUSSELS  LOS ANGELES  ORLANDO  SAN FRANCISCO  TOKYO
CHICAGO  MADISON  SACRAMENTO  SILICON VALLEY  WASHINGTON, D.C.
DETROIT  MILWAUKEE  SAN DIEGO  TALLAHASSEE

# ∎FOLEY

Greg Pullman
June 7, 2006
Page 2

UHW personnel assigned "to assist" SEIU Local 715 have also boldly denied that they are working for Local 715, but rather assert that they work for UHW, even though their only possible representational role at the Hospitals would be working for and on behalf of SEIU Local 715. As previously noted, grievances are purportedly being filed by SEIU-UHW in its name on behalf of employees described as its members, even though they are Hospital employees represented exclusively by SEIU Local 715. You even recently wrote to Laurie Quintel directing her to deal with the UHW personnel who are "handling all representational matters," and you have attempted to turn over to UHW personnel the right and responsibility for resolving any issues regarding the agreement recently negotiated on behalf of SEIU Local 715, in which they had and have no cognizable role or place. It certainly appears, from these actions and communication and others, that SEIU Local 715 has abandoned, or is effectively in the process of abandoning, its status as the certified representative.

As a result of, and in response to, these actions and communications, please be formally advised that Stanford Hospital & Clinics and Lucile Packard Children's Hospital do not assent to any assignment of SEIU Local 715's representation rights under its certification to another labor organization, formally or informally. You stated in one of your recent e-mails to Laurie Quintel that the union has the right to select its representatives. The union may have the right to employ personnel from another local to negotiate its contract on its behalf, as it did by using Mr. Vellardita as its chief negotiator, but it does not have the unilateral right to select another labor organization to take on its representational role and rights, at least not in any manner that binds or obligates the Hospitals to recognize and deal with that other labor organization. There are, of course, procedures that must be followed, and criteria that must be met, in order to transfer representational rights. To the Hospitals' knowledge no such procedures have been followed, and no such criteria have been met.

Because of the various above-described circumstances, it is imperative that the Hospitals have an understanding of status of SEIU Local 715 as it relates to the employees at the Hospitals it is certified to represent, and to receive appropriate assurances that SEIU Local 715 remains, in practice and not in name only, the exclusive collective bargaining representative of the bargaining unit employees. If there has not been a transfer of representational responsibilities and control, then the Hospitals must have an understanding of the role which SEIU Local 715 is asking UHW to perform before they can determine whether that is a proper role under the law and whether the Hospitals are obligated to honor that role. If, on the other hand, you contend that there has been a transfer of bargaining rights, please provide information regarding this purported transfer and how it was affected.

The Hospitals certainly stand ready, willing and able to continue honoring their obligations with respect to SEIU Local 715 and to work with your organization as the certified representative of certain of their employees. Indeed, they even hope that a better and more collaborative relationship between the parties can be forged in an environment of mutual respect and mutual adherence to the terms and the spirit of the parties' agreement. Accordingly, they will continue to meet and deal with such representatives of SEIU Local 715 as you may designate and who are employed by SEIU Local 715, while the matter is sorted out. However, until they receive

# ▪FOLEY

Greg Pullman
June 7, 2006
Page 3

suitable assurances that SEIU Local 715 has not transferred its representational rights and role to UHW, and that SEIU Local 715 is maintaining control of the representational activities of those persons designated by it to represent it, they will no longer meet with representatives of UHW, nor will they respond to their requests, demands or other communications; provide information to their representatives; recognize UHW personnel in any grievance proceeding or investigatory meetings with Hospital employees, or honor requests for participation by UHW personnel.

The Hospitals hope that the issues can be resolved quickly. To that end, please provide to the undersigned information and documentation describing the relationship between your organization and UHW that clearly sets forth the nature of, and limitations on, the latter's role as between the two labor organizations. The Hospitals are willing to review that documentation and other evidence and information promptly to determine whether they are satisfied that SEIU Local 715 is in fact retaining its status as the exclusive representative of the Hospital employees it was certified to represent. The Hospitals are also amenable to meeting promptly with you or an officer of SEIU Local 715 to review the information and to discuss these issues and their concerns if you would prefer such a meeting. To arrange such a meeting, please call either Laurie Quintel or me.

In the mean time, and until that can occur, please immediately designate other representatives employed and controlled by SEIU Local 715 to serve as the representatives of the Hospital employees represented by your organization, since, effective immediately, and until the matter can be resolved, UHW employees will no longer be acknowledged, and have no contractual right of access to the Hospitals or to the employees while on Hospital premises. In the interim, in the absence of SEIU Local 715 representatives being appointed, the Hospitals will look to the stewards and to you to handle the representational activities in the Hospitals.

Again, the Hospitals look forward to a prompt and amicable resolution of the issues.

Sincerely,

Laurence R. Arnold

LRA:sey
cc:    Laurie Quintel

Job number        : 066          \*\*\* SEND SUCCESSFUL \*\*\*

 **FOLEY**
FOLEY & LARDNER LLP

ATTORNEYS AT LAW
ONE MARITIME PLAZA  SIXTH FLOOR
SAN FRANCISCO  CA  94111-3409
TELEPHONE   415 434 4484
FACSIMILE   415 434 4507
WWW.FOLEY.COM

## FACSIMILE TRANSMISSION

ORIGINAL WILL BE SENT BY MAIL

Total # of Pages **4** (including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| Greg Pullman SEIU, Local 715 | (408) 954-8715 | (408) 954-1538 |
| CC: | PHONE #: | FAX #: |
| Laurie Quintel Stanford Hospital & Clinics | (650) 725-2770 | (650) 723-2370 |

| From | Laurence R. Arnold |
|---|---|
| Email Address : | larnold@foley.com |
| Sender's Direct Dial : | 415.984.9819 |
| Date : | June 7, 2006 |
| Client/Matter No : | 082-437-3000 |
| User ID No : | 0054 |

**MESSAGE:**

If there are any problems with this transmission or if you have not
received all of the pages, please call 415.434 4484, extension 858

| Operator: | Time Sent: | Return Original To. Susan E. Yardley |
|---|---|---|

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

387743 1                                    Cover Page 1 of 1



# LOCAL 715

*SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO/CLC*

www.seiu715.org

**CERTIFIED MAIL**

June 14, 2006

FOLEY & LARDNER LLP
RECEIVED

JUN 1 5 2006

WORKING COPY

Larry Arnold
Foley & Lardner
1 Maritime Plaza #600
San Francisco, CA 94111

Dear Mr. Arnold,

I am writing in response to your inquiry dated June 7, 2006. Your letter is replete with misunderstandings, misstatements and misrepresentations. SEIU Local 715 is the exclusive representative of the collective bargaining unit at Stanford and Lucile Packard Hospitals and we have not ceded that representation to another organization as you allege. We have asked our sister SEIU Local, SEIU-UHW, to provide two employees to help enforce the collective bargaining agreement.

The two employees we have asked SEIU-UHW to provide are under the direction of Local 715 and are there to represent Local 715 and its bargaining unit at Stanford Hospital. That is all that is happening. This practice of providing staff to assist in various activities is quite common among SEIU Locals. Our Local has currently assigned staff to assist other SEIU Locals and the employees of other SEIU Locals have assisted us in the past. In fact, a staff member of our sister Local 817 sat across the table from you and negotiated the current collective bargaining agreement. You raised no objection to that.

The hospitals are currently in violation of Sections 8(a)1 and 8(a)5 of the National Labor Relations Act because you have expressly refused to recognize Local 715 and Ella Hereth and Jocelyn Olick, who report directly to Local 715,. The fact that they are "on loan" from SEIU-UHW to assist Local 715 does not allow your client to so flagrantly refuse to carry out its legal duty to continue to recognize and meet with Local 715 and its designated representatives.

It is ironic that in the same letter that you express a desire to improve the relationship between our union and the hospitals, you express objections to working with the people we have assigned as our representatives. I assume that upon receipt of this letter, Stanford Hospital will have the decency to respect the wishes of its employees and meet with the two representatives assigned by Local 715 to the facilities.

Sincerely,

Greg Pullman
Staff Director

c:      Ella Hereth
        Jocelyn Olick
        William Sokol, esq.
        Laurie Quintel

kw:opeiu29/afl-cio/clc © SEIU Local 715/CLC Larry Arnold Ltr 6-14-06



**FOLEY**

**FOLEY & LARDNER LLP**

**ATTORNEYS AT LAW**

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434 4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3044

August 29, 2006

**VIA FACSIMILE AND U.S. MAIL**

Kristy Sermersheim
Executive Secretary
SEIU Local 715
2302 Zanker Road
San Jose, CA 95131-1115

Re:    **SEIU Local 715 and SEIU-UHW Representation Issues**

Dear Ms. Sermersheim:

Stanford Hospital & Clinics and Lucile Packard Children's Hospital have received and reviewed the "service agreement," copies of which both Greg Pullman and your counsel forwarded. From a review of that document, as well as a review of other documents relating to purported SEIU Local 715 representation by SEIU-UHW representatives, and a comparison of the scope of the duties and relationships between the two organizations as outlined in the agreement provided against the activities engaged in by the persons apparently assigned by SEIU-UHW to the Hospitals, the Hospitals do not believe that the actual arrangements between the unions comport with those set forth in the document. Accordingly, the Hospitals reconfirm their previous communication to Mr. Pullman that they do not recognize the purported service agreement; nor do they recognize as representatives of SEIU Local 715 any personnel from SEIU-UHW.

As also previously communicated to Mr. Pullman, if you wish to assign personnel employed directly by SEIU Local 715 to provide representational functions on behalf of the employees represented exclusively by SEIU Local 715, please notify the Hospitals of the names of those employees of SEIU Local 715. Until then, the Hospitals will continue to abide by their duty to recognize and deal with SEIU Local 715 through the stewards appointed by SEIU Local 715.

In the past, the Hospitals have forwarded correspondence received from SEIU-UHW personnel to Mr. Pullman and have directed responses thereto to him as well, as if the correspondence was received from him initially. In response, they receive further correspondence from the SEIU-UHW personnel. Going forward, and effective immediately, all future correspondence, purported grievances, referrals to arbitration and other communications received from any individuals other than Local 715 employees, designated stewards (or individual employees in the bargaining unit as contemplated by Article 26. with respect to the filing and informal

BOSTON          LOS ANGELES        SACRAMENTO         TALLAHASSEE
BRUSSELS        MADISON            SAN DIEGO          TAMPA
CHICAGO         MILWAUKEE          SAN DIEGO/DEL MAR  TOKYO
DETROIT         NEW YORK           SAN FRANCISCO      WASHINGTON, D.C.
JACKSONVILLE    ORLANDO



**FOLEY & LARDNER LLP**

Kristy Sermersheim
August 29, 2006
Page 2

resolution of grievances) will be disregarded as not properly sent on behalf of Local 715. In order to avoid problems in resolving issues properly addressed between the Hospitals and the bargaining representative of the unit employees, and to avoid missing the deadlines on grievances, etc., please have the stewards handle all communications regarding such matters unless and until you appoint SEIU Local 715 personnel to handle such matters. Please also advise whether you would like inquiries, notices and other communications initiated by the Hospitals on matters that fall within the realm of collective bargaining or the parties' contractual commitments and obligations, to be directed to you, to Mr. Pullman, to the stewards, or to some other Local 715 employee.

Finally, this is also to advise that the Hospitals will not participate in any meetings or proceeding attended by persons who are employed by SEIU-UHW, and that the Hospitals do not recognize employees of SEIU-UHW as representatives of SEIU Local 715 for purposes of access to Hospital premises.

The Hospitals understand that a reorganization is being imposed upon the various locals of SEIU in California by the International, and that you may have little flexibility or autonomy in these matters, which appear to have been already determined at the International level. However, the Hospitals are obligated to recognize SEIU Local 715, and only SEIU Local 715, as the exclusive representative of the unit employees unless and until proper steps have been taken to change the representative, and doing so *de facto* through a purported service agreement is not the appropriate method.

Sincerely,

Laurence R. Arnold

LRA:sey

cc:    Laurie Quintel



**FOLEY & LARDNER LLP**

AT.   .NEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

# FACSIMILE TRANSMISSION

ORIGINAL WILL BE SENT BY MAIL

## Total # of Pages 3 (including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| Kristy Sermersheim<br>SEIU Local 715 | (408) 954-8715 | (408) 954-1538 |
| CC: | PHONE #: | FAX #: |
| Laurie Quintel<br>Stanford Hospital & Clinics | (650) 725-2770 | (650) 723-2370 |

|  |  |
|---|---|
| **From :** | Laurence R. Arnold |
| **Email Address :** | larnold@foley.com |
| **Sender's Direct Dial :** | 415.984.9819 |
| **Date :** | August 29, 2006 |
| **Client/Matter No :** | 085437-3044 |
| **User ID No :** | 0034 |

**MESSAGE:**

If there are any problems with this transmission or if you have not
received all of the pages, please call 415.434.4484, extension 858.

| Operator: | Time Sent: | Return Original To:<br>Susan E. Yardley |
|---|---|---|

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

Job number     : 278              *** SEND SUCCESSFUL ***


**FOLEY**
FOLEY & LARDNER LLP

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA  94111-3409
TELEPHONE  415.434.4484
FACSIMILE  415.434.4507
WWW.FOLEY.COM

## FACSIMILE TRANSMISSION

ORIGINAL WILL BE SENT BY MAIL

**Total # of Pages 3 (including this page)**

| TO: | PHONE #: | FAX #: |
|---|---|---|
| Kristy Sermersheim<br>SEIU Local 715 | (408) 954-8715 | (408) 954-1538 |

| CC: | PHONE #: | FAX #: |
|---|---|---|
| Laurie Quintel<br>Stanford Hospital & Clinics | (650) 725-2770 | (650) 723-2370 |

|   |   |
|---|---|
| From : | Laurence E. Arnold |
| Email Address : | larnold@foley.com |
| Sender's Direct Dial : | 415.984.9819 |
| Date : | August 29 2006 |
| Client/Matter No : | 08 437-3044 |
| User ID No : | 0054 |

**MESSAGE:**

If there are any problems with this transmission or if you have not
received all of the pages, please call 415 434 4484, extension 656

| Operator. | Time Sent | Return Original To: |
|---|---|---|
|  |  | Susan E. Yeralsy |

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND
CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT
COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED
RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU
HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE
IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY
TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

SFCA_395844 1                              Cover Page 1 of 1

# Group Send Report

```
Time     : Aug-29-06  04:37pm
Tel line 1 : +
Tel line 2 : +
Name     : FOLEY & LARDNER
```

Job number            :   278

Date                  :   Aug-29 04:34pm

Document Pages        :   03

Start time            :   Aug-29 04:34pm

End time              :   Aug-29 04:37pm

Successful

   Fax number

☎0034▪085437▪3044▪14089541538▪
☎0034▪085437▪3044▪16507232370▪

Unsuccessful                                                           Pages sent

## Quintel, Laurie

| | |
|---|---|
| **From:** | Robert W. Rutledge [crabycat@sbcglobal.net] |
| **Sent:** | Wednesday, January 31, 2007 5:29 PM |
| **To:** | Jeffries, Valerie |
| **Cc:** | Kassenbrock, Amy; Jocelyn Olick; Quintel, Laurie; Kim Tavaglione |
| **Subject:** | Layoff meeting |

Dear Valerie,
        This is a follow-up to my phone earlier today.
As I mentioned in my phone message, I sincerely regret not getting back to you in a more
expedient manner. I have a couple suggestions that I hope will be benificial. First, let
me give you my weekly schedule in my hope that this information will move things along.
Mondays, Wednesdays and Fridays I attend classes from 08:00-12:00, followed by an hour or
so of homework, During this time I do not answer phone calls however I check my messages
and return calls when I am able. We have a son who is profoundly handicapped and
obviously time consuming and on Tuesdays Thursdays and Fridays I work as a Unit Clerk in
the Float Department at LPCH. I give you this information not as an excuse but to
allieviate the frustration I sense in your E-mails and voice messages. Another obvious
solution would be to contact our UHW Representative, Jocelyn Olick directly, at
510-773-7102. SEIU 715 no longer exists and a service agreement between the former 715
and UHW
has been in place since March first of 2006. With
respect to our current layoff bargaining sessions, Myself, Chuck Fonseca, Linda Eskridge,
have been the principle agents of these meetings from the beginning.
A situation approved by the Director of Labor Relations and illustrated in Laurie
Quintels letter of January 25th 2007 where she asked me to coordinate this impending
meeting with Chuck and Linda to find
mutually agreeable time.   Moreover, I recall that
Chuck, Linda and I were gracious and accomodating when yourself and May appeared without
prior notification acting as primary agents for the hospital after Laurie excused herself
shortly after the beginning of our last meeting.
        Finally, as I said on the phone, if you maintain your position of refusing the
admission of all the bargaining team members, I can only interpret this action as Stanford
Hospitals and Clinics is bargaining in bad faith. The Union Insists that change your
positon and allow the bagaining access so we can move forward. Thank you Valerie, and all
concerned, for your attention to this matter. Very truly yours, Rob Rutledge, SEIU Chief
Steward, LPCH

1

*file*

STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
VINCENT A. HARRINGTON, JR.
W. DANIEL BOONE
BLYTHE MICKELSON
BARRY E. HINKLE
JAMES RUTKOWSKI +
SANDRA RAE BENSON
CHRISTIAN L. RAISNER
JAMES J. WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K. IKEDA
LINDA BALDWIN JONES
PATRICIA A. DAVIS
ALAN G. CROWLEY
J. FELIX DE LA TORRE
KRISTINA L. WILLIAM
ANDREA LAMODNA
EMILY P. RICH

LORI K AQUINO ★★
ANNE I. YEN
NICOLE M. PHILLIPS
BROOKE D. PIERMAN ★★★
BRUCE A. HARLAND
CONCEPCION E. LOZANO-BATISTA
CAREN P. SENCER
LINELLE S. MOGADO
MANUEL CHAVELA
KRISTINA M. ZINNEN

PATRICIA M. GATES, Of Counsel
ROBERTA D. PERKINS, Of Counsel
JOHN PLOTZ, Of Counsel

★ Also admitted in Arizona
★★ Admitted in Hawaii
★★★ Also admitted in Nevada

## WEINBERG, ROGER & ROSENFELD
A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

March 5, 2007

VIA FACSIMILE & U.S. MAIL

Laurie Quintel
Stanford Hospital & Clinics
300 Pasteur Drive
Stanford, CA 94305-5250

Re:     Local 715 Status

Dear Ms. Quintel:

I am writing in response to a letter you addressed to Kristy Sermersheim, the Executive Secretary of SEIU Local 715, regarding "Local 715 Status," of which I just received today, and which appears to have been sent by you on March 2, 2007.

Please rest assured that SEIU Local 715 continues to exist, continues to represent a collective bargaining unit of employees at the Stanford University Medical Center and the Lucile Packard Children's Hospital, and will continue to do so for the indefinite future. There has been no change in Local 715's status, and therefore, you should continue to remit dues to Local 715, which represents the employees at your institutions.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*William A. Sokol*
[Dictated but not read]

WAS/rfb
opeiu 3 afl-cio(1)
cc:     Kristy Sermersheim

1/450501

**GC Exhibit #** 26

LOS ANGELES OFFICE
3435 Wilshire Boulevard, Suite 620
Los Angeles, CA 90010-1907
TEL 213.380.2344 FAX 213.381.1088

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI 96813-4500
TEL 808.528.8880 FAX 808.528.8881

04-09-2007  02:18pm  From-Weinberg, Roger & Rosenfeld              3371023              T-763  P.002/004  F-039

# WEINBERG, ROGER & ROSENFELD

, A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

April 9, 2007

<u>VIA FACSIMILE & U.S. MAIL</u>

Laurie Quintel
Stanford Hospital & Clinics
300 Pasteur Drive
Stanford, CA 94305-5250

Re:    <u>Request for Information Change in Local 715 Affiliating</u>

Dear Ms. Quintel:

Your letter dated March 29, 2007, regarding a "request for information change in Local 715 affiliating," has been forwarded to me Local 715 for a response. All of the information that you have requested is irrelevant to the parties bargaining process, is equally available to Stanford Hospital, and/or involves information of another Local Union that does not have any collective bargaining relationship with Stanford Hospital. Therefore, the Union has no duty to provide you with any of the information requested in your letter. I will, however, address each of your information requests one-by-one so that you know exactly what the Union's position is.

First, you request the "identity of officers, directors, executives, and managerial employees of SEIU Local 715." This request is not relevant to the collective bargaining process, and is equally available to Stanford Hospital. In addition, this information is protected from disclosure by the National Labor Relations Act, the First Amendment of the United States Constitution, as well as on public policy grounds.

Second, you request the "identity of officers, directors, executives, and managerial employees of SEIU Local 521." This request is not relevant to the collective bargaining process, is equally available to Stanford Hospital, and involves a completely different Local than 715. I do not know of any legal basis for you to demand that Local 715 provide information regarding a completely different Local Union that Stanford Hospital does not have a collective bargaining relationship with.

Third, you request the "identity of Local 715's employees." This request is not relevant to the collective bargaining process, and is equally available to Stanford Hospital. In addition, this information is protected from disclosure by the National Labor Relations Act, the First Amendment of the United States Constitution, as well as on public policy grounds.

PR-09-2007 13:47 From:                     16507232370              .o:914154344507         P.4/5

04-09-2007   02:18pm   From-Weinberg, Roger & Rosenfeld          3371023            T-763  P.003/004  F-033

April 9, 2007
Laurie Quintel
Page 2

Fourth, you request the "identity of all individuals authorized to act on behalf of Local 715."
This request is not relevant to the collective bargaining process, and is equally available to
Stanford Hospital. Moreover, it is vague and ambiguous, as well as overbroad.

Fifth, you request the "identity of all individuals who receive paychecks reflecting the name and
address of the legal entity of the employer as Local 715, pursuant to California Labor Code
226(a)(8)." This request is not relevant to the collective bargaining process. Nor is the Union
obligated to provide Stanford Hospital information regarding the Union's operating expenses.
*See Serv. Employees Local 535 (No. Bay Reg'l Ctr.)*, 287 NLRB 1223 (1998). In addition, this
information is protected from disclosure by the National Labor Relations Act, the First
Amendment of the United States Constitution, as well as on public policy grounds.

Sixth, you request "the current organization chart of Local 715." This request is not relevant to
the collective bargaining process. In addition, this information is protected from disclosure by
the National Labor Relations Act, the First Amendment of the United States Constitution, as well
as on public policy grounds.

Seventh, you request "the current organization chart of Local 521." This request is not relevant
to the collective bargaining process. I do not know of any legal basis for you to demand that
Local 715 provide information regarding a completely different Local Union that Stanford
Hospital does not have a collective bargaining relationship with.

Eighth, you request "SEIU Local 715's current bylaws." This request is not relevant to the
collective bargaining process.

Ninth, you request "SEIU Local 521's current bylaws." I do not know of any legal basis for you
to demand that Local 715 provide information regarding a completely different Local Union that
Stanford Hospital does not have a collective bargaining relationship with.

Tenth, you request "a description of Local 715's current assets." This request is not relevant to
the collective bargaining process. Nor is the Union obligated to provide Stanford Hospital
information regarding the Union's operating expenses. *See Serv. Employees Local 535 (No. Bay
Reg'l Ctr.)*, 287 NLRB 1223 (1998). In addition, this information is protected from disclosure
by the National Labor Relations Act, the First Amendment of the United States Constitution, as
well as on public policy grounds.

Eleventh, you request "a description of Local 521's current assets." I do not know of any legal
basis for you to demand that Local 715 provide information regarding a completely different
Local Union that Stanford Hospital does not have a collective bargaining relationship with.

Twelve, you request "any documents filed with the sate of California or the U.S. Department of
Labor regarding any change in the status of SEIU Local 715. This request is not relevant to the
collective bargaining process, and is equally available to Stanford Hospital.

Finally, I note that the information requested in your letter appears to be the same type of
information that Stanford Hospital is attempting to obtain through the discovery process in the

APR-09-2007 13:48 From:                16507232370              :914154344507          P.5/5

04-09-2007  02:18pm    From-Weinberg, Roger & Rosenfeld        3371029          T-763   P.004/004  F-033

April 9, 2007
Laurie Quintel
Page 3

pending lawsuit between Stanford Hospital and Local 715. Most importantly, you sent your
letter just days after Stanford Hospital attempted to obtain this irrelevant information through the
deposition of Local 715's person most knowledgeable. In any event, your letter appears to be an
illegitimate attempt to bypass the discovery process. If you have any questions, please do not
hesitate to contact me.

Sincerely,

Bruce A. Harland

Bruce A. Harland

BAH/not
cc:    Client
113889/454034

APR-09-2007 13:47 From:                 16507232370              14154344587           P.2/5

04-09-2007  02:17pm  From-Weinberg, Roger & Rosenfeld          3371023          T-783  P.001/004  F-033

# WEINBERG, ROGER & ROSENFELD
### A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Voice: 510.337.1001
Fax:   510.337.1023

**DATE:**   **Monday, April 09, 2007**                          Confirmation: rfo

**FROM:**   **Bruce A. Harland**

**RE:**     **"Request for Information Change in Local 715 Affiliation"**

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT: | FAX # | PHONE # |
|---|---|---|
| Laurie Quintel<br>Stanford Hospital & Clinics | +1 (650) 723-2370 | (650) 725-2770 |

Total number of pages including this page: 4
If you do not receive all the pages, please call and ask for the mailroom.

PLEASE NOTE: The information contained in this facsimile message is privileged and confidential, and
is intended only for the use of the individual named above and others who have been specifically
authorized to receive it. If you have received this communication in error, or if any problems occur with
transmission, please notify us immediately by telephone. Thank you.

**ALTSHULER BERZON LLP**

ATTORNEYS AT LAW

177 POST STREET, SUITE 300

SAN FRANCISCO, CALIFORNIA 94108

(415) 421-7151

FAX (415) 362-8064

www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

June 18, 2007

*Via Facsimile & U.S. Mail*

Laurie J. Quintel
Director, Employee and Labor Relations
Stanford Hospital and Clinics, Lucile Packard Children's Hospital
300 Pasteur Drive
Stanford, CA 94305-5513

    **Re:    Request for Information related to Local 715**

Dear Ms. Quintel:

    As you are aware, pursuant to an order by Service Employees International Union ("SEIU") President Andrew L. Stern, SEIU Local 715 ("Union" or "Local 715") has been placed in trusteeship and Rusty Smith has been appointed Trustee of Local 715. I have been retained to represent the Trustee, and write in response to your information request dated March 29, 2007.

    Pursuant to the Constitution and Bylaws of SEIU and the trusteeship order, the officers and directors of Local 715 have been removed, and Trustee Smith has sole authority to manage and direct the affairs of the Local. Local 715's bylaws have also been suspended during the period of the trusteeship. I trust that this information responds to your requests Nos. 1 and 8.

    Several of your information requests seek information about Local 521, purportedly because the employer is concerned that Local 521 might seek representational rights with respect to the bargaining unit at Stanford Hospital & Clinics/Lucile Packard Children's Hospital ("Stanford Hospital"). However, as Mr. Harland previously made clear, and as I will reiterate, Local 715 – not Local 521 – represents the Stanford Hospital bargaining unit. Local 715 has not

Laurie J. Quintel
June 18, 2007
Page 2

asked Stanford Hospital to have any dealings whatsoever with Local 521.  Accordingly, none of the information sought regarding Local 521 is relevant to the collective bargaining relationship between Stanford Hospital and Local 715.

Local 715 responds to your remaining information requests as follows.  With respect to information requests 3 and 5, the Union notes that the question of whether it has paid employees is irrelevant to its ability to carry out its collective bargaining responsibilities, and thus the Employer has no legitimate right to this information.  Subject to this objection, the Trustee responds that there are not currently any paid employees of Local 715.

With respect to information request 4, I reiterate Mr. Harland's complaint that the request is vague and ambiguous.  To the extent the request seeks the identities of individuals authorized to engage in collective bargaining activities on behalf of Local 715, Trustee Smith wrote to you on June 14, 2007, and informed you that he had been appointed Trustee and that "all matters relating to the representation of the employees" under Stanford Hospital's collective bargaining agreement with Local 715 "will be handled under [his] direction."  Trustee Smith's letter further informed you that Kim Tavaglione, Jocelyn Olick, and Ella Hereth would continue to be the representatives responsible for the Stanford Hospital unit.  Moreover, Stanford Hospital is already aware of the servicing agreement between Local 715 and UHW, an agreement Trustee Smith informed you would be unaffected by the trusteeship.  Accordingly, Stanford Hospital possesses the only responsive information to which it is entitled.

With respect to information request 7, which requests an "organization chart" of Local 715, I am unclear what specific information is sought.  An employer is not entitled to information that would reflect internal union communications, or that would intrude on a union's associational privacy rights.  Subject to these objections, Local 715 responds that it does not possess a chart reflecting the organization's current internal structure.

Finally, with respect to information request 12, the Trustee is currently unaware of any responsive document in the possession of Local 715.

Thank you for your attention to this matter.

Sincerely,

Barbara J. Chisholm
Attorney for Trustee of SEIU Local 715

cc:    B.W. ("Rusty") Smith
       Laurence R. Arnold, Esq.

**ALTSHULER BERZON LLP**

ATTORNEYS AT LAW

177 POST STREET, SUITE 300

SAN FRANCISCO, CALIFORNIA 94108

(415) 421-7151

FAX (415) 362-8064

www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKA H B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

FOLEY & LARDNER LLP
R E C E I V E D

JUL 0 2 2007

June 29, 2007

*Via Facsimile and U.S. Mail*

David C. Nevins
Arbitrator
3145 Geary Boulevard, No. 751
San Francisco, CA 94118

> Re:    **Service Employee International Union, Local 715 and**
> **Stanford Hospital & Clinics**
> **Joe Hayes Termination Arbitration**

Dear Mr. Nevins:

This letter is to confirm that Jeffrey B. Demain and Stacey Leyton from our office will be appearing on behalf of Local 715 in the arbitration currently scheduled for July 10, 2007, in the above-referenced matter.  Please contact me if you have any questions.

Sincerely,

Barbara J. Chisholm

cc:    Laurence Arnold ✓
Nina Kani
B.W. "Rusty" Smith

GC Exhibit # 56B



## ALTSHULER BERZON LLP

ATTORNEYS AT LAW

177 POST STREET, SUITE 300

SAN FRANCISCO, CALIFORNIA 94108

(415) 421-7151

FAX (415) 362-8064

www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

July 3, 2007

**VIA FACSIMILE AND FIRST CLASS MAIL**

David C. Nevins, Esq.
Arbitrator
3145 Geary Boulevard, No. 751
San Francisco, CA 94118

> Re:  **Service Employee International Union, Local 715 and
> Stanford Hospital & Clinics
> Joe Hayes Termination Arbitration**

Dear Arbitrator Nevins:

This letter is to inform you that Vin Harrington and Andrea Laiacona from the Weinberg Roger & Rosenfeld law firm will be appearing on behalf of Local 715 in the arbitration currently scheduled for July 10, 2007, in the above-referenced matter, in place of Altshuler Berzon. The subpoena issued by my office on Monday, July 2 remains in effect. Please contact Mr. Harrington or Ms. Laiacona if you have any questions.

Thank you for your consideration.

Sincerely,

Jeffrey B. Demain

cc:   Laurence Arnold, Esq. (via facsimile only)
Nina Kani, Esq. (via facsimile only)
B.W. "Rusty" Smith (via facsimile only)
Vin Harrington, Esq. (via facsimile only)
Andrea Laiacona, Esq. (via facsimile only)



085437-3068

# ALTSHULER BERZON LLP

### ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

# FACSIMILE COVER SHEET

**TO:**    Laurence R. Arnold, Esq.      **FAX #:**    415-434-4507
       Nina Kani, Esq.

**DATE:**    July 3, 2007              **PAGES:**    2   (including cover page)

**FROM:**    Jeffrey B. Demain, Esq.

**RE:**    Stanford Hospital & Clinics and SEIU, Local 715
       Joe Hayes Termination Arbitration

**MESSAGE:**      Please see attached.

**GC Exhibit # 56 D**

**IF YOU ENCOUNTER PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 421-7151.**

**CONFIDENTIALITY NOTE**
     The information contained in this facsimile transmission is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the agent or employee responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone at (415) 421-7151, and return the original facsimile to us at the above address by mail. Thank you.



LOCAL 715
www.seiu715.org

# LOCAL 715

## SERVICE EMPLOYEES INTERNATIONAL UNION

July 26, 2007                    CERTIFIED MAIL 7007 0220 0001 4286 9248

Laurie J. Quintel, Director
Employee and Labor Relations
Stanford Hospital and Clinics
300 Pasteur Drive – M/C 5513
Stanford, CA 94305-5513

Dear Ms. Quintel:

In my letter of June 18, 2007, received in your office on June 20, 2007, I informed you that SEIU President Andrew Stern has placed Local 715 into trusteeship and has appointed me trustee and that, "all matters relating to the representation of the employees or your organization under the Local 715 collective bargaining agreement will be handled under my direction."

I further informed you that the representatives assigned to represent Local 715 members and Stanford and Lucille Packard Hospitals and Clinics were Kim Tavaglione, Jocelyn Olick, and Ella Hareth.

At this time, please add Michelle (Chelli) Guzman to the list of authorized representatives of Local 715 pursuant to the servicing agreement with United Healthcare Workers – West.

If you have any questions, please feel free to call me at 408-316-4460.

Sincerely yours,

B.W. Smith

B. W. (Rusty) Smith
International Trustee

C:    Kim Tavaglione
      JJ Johnston
      Bill Sokol
      BJ Chisholm

BW:ch ô2007SEIULocal715-Trusteeship-Stanford-LQuintellrerepresent-072607

*San Jose Office:* 2302 Zanker Road, San Jose, CA 95131-1115 • (408) 954-8715 • Fax (408) 954-1518
*Redwood City Office:* 891 Marshall Street, Redwood City, CA 94063 • (650) 365-8715 • Fax (650) 365-7956
*Stanford Office:* P.O. Box 19152, Stanford, CA 94309 • (650) 723-3680 • Fax (650) 723-3650
*Affiliated SEIU 1972.*

# WEINBERG, ROGER & ROSENFELD

A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

August 22, 2007

## VIA FACSIMILE & U.S. MAIL

Laurie Quintel
Director-Employee and Labor Relations
Stanford Hospital & Clinics
300 Pasteur Drive
Stanford, CA 94305-5250

Re:     Your August 16, 2007 Memorandum to
        Jesus Andrade and Robert Rutledge, SEIU Local 715
        "Revised Substance Abuse Free Workplace Policy"

Dear Ms. Quintel:

This office represents SEIU Local 715. I am writing in response to your August 16, 2007 memorandum.

Local 715 demands that the employer cease and desist from implementing any modified or new policy applicable to bargaining unit employees as described in your memorandum, and its attachment. The establishment or modification of substance abuse policies, and work rules associated with it are mandatory subjects of bargaining, and Local 715 does not consent to the employer's implementation of any such policies until or unless the bargaining obligation imposed upon the employer by the National Labor Relations Act is fully met.

Please provide me, as representative of Local 715, with copies of any existing policies concerned with "substance abuse," a "substance abuse-free workplace," or drug or alcohol use/abuse applicable to any employee of Stanford Hospital and Clinics, or Lucile Packard Children's Hospital, at any time since June 1, 2004. Please provide me with the material at the above-referenced Alameda office address.

**GC Exhibit # 42**

LOS ANGELES OFFICE
3435 Wilshire Boulevard, Suite 620
Los Angeles, CA 90010-1907
TEL 213.380.2344 FAX 213.381.1088

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1802
Honolulu, HI 96813-4500
TEL 808.528.8880 FAX 808.528.8881

August 22, 2007
Laurie Quintel
Page 2

In the meantime, we are available to meet and bargain with you concerning this proposed policy, or amendment to the policy, on August 29 or August 30, 2007.  Please advise me of your availability.

Sincerely,

Vincent A. Harrington, Jr.

VAH/map
opeiu 3 afl-cio(1)
1/467391

11-20-2007  08:34   From-Weinberg, Roger & Rosenfeld          3371023          T-794   P.002/003   F-082

WEINBERG, ROGER & ROSENFELD

A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX  510.337.1023

November 19, 2007


Thomas Angelo
Arbitrator
P.O. Box 1937
Mill Valley, CA  94942


Laurence R. Arnold
Foley & Lardner LLP
One Maritime Plaza, 6th Floor
San Francisco, CA  94111-3409


Re:    Stanford Hospital & Clinics/Lucile Packard Children's Hospital
       and
       SEIU Local 715 (Victor Acosta)
       <u>FMCS Case No.: 070420-55892-A</u>


Dear Gentlemen:

This letter is jointly addressed to Arbitrator Angelo, and employer attorney Arnold, because Mr. Arnold sent a copy of his November 7, 2007 letter to Barbara Chisholm to the Arbitrator.

First, Mr. Angelo, you should know that this firm represents the Union in this case. Our office participated in striking from the FMCS list with Mr. Arnold for your selection. We informed you of your selection by letter dated May 16, 2007, I am the attorney assigned to advocate this case on behalf of the Union on November 28, 2007.

The collective bargaining agreement is entered into between Stanford Hospital and Clinics and SEIU Local 715. I will be appearing and stating my appearance on behalf of SEIU Local 715. I made exactly that statement of appearance in a recent arbitration on a different discharge case with Mr. Arnold, and without incident. Although I am sure that Mr. Arnold would like to know whether and how much I am being paid for this arbitration, it is none of his business.

In addition, a Union representative will appear with me and the grievant at the arbitration. Mr. Arnold has a separate agenda, the nature of which is something of a mystery to me, but the designation of the Union representative appearing on this case is not for Mr. Arnold to question or challenge. Whether it be during collective bargaining negotiations, or at arbitration, each party may designate its representative.

LOS ANGELES OFFICE
3435 Wilshire Boulevard, Suite 620
Los Angeles, CA  90010-1907
TEL 213.380.2344 FAX 213.381.1035

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA  95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI  96813-4500
TEL 808.528.8880 FAX 808.528.8881

11-20-2007  09:34    From-Weinberg, Roger & Rosenfeld              3371023                    T-794  P.003/003  F-082

November 19, 2007
Thomas Angelo
Laurence R. Arnold
Page 2

By this letter, I request that Arbitrator Angelo communicate to the employer and to Mr. Arnold that the November 28, 2007 arbitration will proceed regardless of Mr. Arnold's protestations about my appearance, the payment arrangements between our office and the Union, and the identity of the party representative for the Union.

Finally, because it appears that Mr. Arnold may refuse to appear and participate, we request that the arbitration be held in our offices in Alameda, so that it may go ahead even if the employer refuses to participate or cooperate. Of course, if the "objections" are withdrawn, then we can proceed in a proper, mature labor-relations fashion.

Sincerely,

W. Daniel Boone

WDB/MPB
opeiu 3 afl-cio(1)
Enclosure
115888/476051



# WEINBERG, ROGER & ROSENFELD
### A Professional Corporation
**1001 Marina Village Parkway, Suite 200**
**Alameda, CA 94501-1091**

Voice:  510.337.1001
Fax:    510.337.1023

**DATE:**  **Tuesday, November 20, 2007**                Confirmation: MPB

**FROM:**  **W. Daniel Boone**

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT: | FAX # | PHONE # |
|---|---|---|
| Thomas Angelo<br>Arbitrator | (415) 380-9792 | (415) 381-1701 |
| Laurence R. Arnold<br>Foley & Lardner LLP | (415) 434-4507 | (415) 984-9819<br>(Direct) |

Total number of pages including this page: 3.
If you do not receive all the pages, please call and ask for the mailroom.

PLEASE NOTE: The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you have received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone. Thank you.



**LOCAL 715**
www.seiu715.org

# *LOCAL 715*

## SERVICE EMPLOYEES INTERNATIONAL UNION, CLC

December 19, 2007                    CERTIFIED MAIL 7007 0220 0001 4285 0758

Laurie Quintel, Director                         **RECEIVED**
Employee and Labor Relations
Stanford Hospital and Clinics                    DEC 2 7 2007
300 Pasteur Drive – M/C 5513
Stanford, CA 94305-5513                          VP, HUMAN RESOURCES

Dear Ms. Quintel:

As you know, I was appointed as the Trustee of SEIU, Local 715 by the International
Union. As Trustee of SEIU, Local 715, I am appointing Myriam Escamilla, as of this
date, as an Assistant to the Trustee of Local 715 with the authority to represent
bargaining unit members at Stanford Hospital and Lucile Packard's Children's Hospital.

Sincerely

*B W Smith*

B.W. (Rusty) Smith
International Trustee, SEIU Local 715

cc:     Myriam Escamilla
        Bruce Harland
        Norm Gleichman

RS:ch ©2007SEIU521/CTW-CLC-Stanford Hospital-LQuintelltreMEscamillaAssistrust-121907

*San Jose Office:* 2302 Zanker Road, San Jose, CA 95131-1115 • (408) 954-8715 • Fax (408) 954-1538
*Redwood City Office:* 891 Marshall Street, Redwood City, CA 94063 • (650) 365-8715 • Fax (650) 365-7956
*Stanford Office:* P.O.Box 19152, Stanford, CA 94309 • (650) 723-3680 • Fax (650) 723-3650
Affiliated SEIU 1972



# LOCAL 715

### SERVICE EMPLOYEES INTERNATIONAL UNION, CLC

www.seiu715.org

*rec'd 2.19.08*

February 12, 2008

Laurie Quintel, Director
Employee and Labor Relations
Stanford Hospital and Clinics
300 Pasteur Drive – M/C 5513
Stanford, CA  94305-5513

Dear Ms. Quintel:

This is in response to your letter dated February 6, 2008.  I have stated over and over again, as the Trustee of Local 715, appointed by the International Union, Local 715 continues to exist and continues to represent bargaining unit members at Stanford Hospital and Clinics and Lucile Packard Children's Hospital.  As you know, the Union continues to represent members at the hospitals and, among other things, the Union continues to process grievances on behalf of members (grievances that the hospitals unfortunately refuse to process or arbitrate), and the Union's stewards continue to meet with hospital representatives in Labor-Management meetings.

As to your claim that workers at Stanford and Lucile Packard Children's Hospital have independently contacted the United Healthcare Workers -- West, I am in no position to control the actions of those workers.  They are free to do this if they choose to.  Indeed, Local 715 will support the will of the majority and will respect any choice that workers make.  We hope that the hospitals will do the same, as you have stated in previous correspondence to workers, indicating that you honor their right to choose their own representatives.

In the meantime, however, I reiterate that the contract between Local 715 and Stanford and Lucile Packard Children's Hospitals continues in full force and effect, and Local 715, as the exclusive representative of bargaining unit members at the hospitals, will continue to vigorously represent those workers until a majority of them choose a different representative.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*B.W. Smith*

B.W. (Rusty) Smith
International Trustee Local 715, SEIU

c:     Myriam Escamilla, Bruce Harland, Norm Gleichman
RB:sw @2008-SEIU521/CTW-CLC Stanford Hospital Laurie Quintel Ltr 2-12-08