**EXHIBIT ZZ**

**Quintel, Laurie**

**From:** Quintel, Laurie
**Sent:** Monday, February 12, 2007 7:21 AM
**To:** Curry, Lori; Taylor, David; Yarbrough, Mary; Coffman, Brian; Jeffries, Valerie; Mckenzie, Arthur; Sun-Young, May
**Subject:** Emailing: www.seiu715.org.htm



We are in the process of transitioning to our new Local 521. This web site will be taken down on Feb. 28. On March 1, our new local's web site www.seiu521.org will have your chapter pages and other information.

★ **Apply today for a 2007 SEIU Scholarship!** ★

**Santa Clara County Contract is Ready!**

Pick up Places and Times

Find Your Ch Page

SEIU 715 Cau and Commit

2006 Stewa Training On Sign-Up Fo

*Moved Recen*

Online Name/Addr Change For

Facing a Jo Layoff?

Check out Chapters' J Listings



GC Exhibit # 23

04/21/2008



**SEIU Announces Major Health Care Campaign >>**



**Celebrate our history.**
Learn more about Black Labor History >>



**Join SEIU in Celebrating Black History Month on Monday, Feb. 19.**

## POLITICAL *Speed Dating* IN SILICON VALLEY
### COOL, FUN AND EXCITING

How would you like to get up close and personal with your state assemblymembers and senators? Give your elected officials, a quick-fire quizzing.

**Find out more how you can join political speed dating on Saturday, Feb. 24 in Silicon Valley.**

**SEIU Local 715 in the News**



**Palo Alto Weekly: Unions protect quality of city services (January 24, 2007)**

SEIU Members Overwhelmingly Vote by 88 Percent

Localwide
October 20

Links:

SEIU Internat

SEIU Califor
State Coun

Margin for California Unite to Win Plan



Read Our New Local's Newsletter

Visit Our New Local's Website

Read about the Reorganization Plan for Our New Local

Questions and Answers about Our New Local



SEIU's Response to Governor's Proposal on Healthcare

**County Workers Fight Back Against County's Plan to Slash Funds from Critical Healthcare Programs**

Read the latest Buffalo.



Members Fight Back Against Palo Alto's Attack on City Workers and Services at City Council Meeting



Update on Palo Alto's Attack on City Workers and Services

Listen to KPFA's Story about Protest Against City's Attack on Workers

Palo Alto Daily News: City Gets an Earful Over Plans

Visit the Palo Alto Chapter Website

www.pachapterseiu715.org

---

### Sign Up for SEIU Local 715 Email Alerts

---

### Our Annual Report to Membership

English   EspaÃ±ol   Chinese   Vietnamese

---

[x] ChangetoWin

The six million members of the unions of the new Change to Win labor federation have united to renew hope, opportunity, and prosperity for American workers and their families.

Only by uniting millions more workers in a strong and innovative union movement can we ensure that work is valued and rewarded in America and create hope for a better future for our children and grandchildren. Read more

---

### Help the Survivors of Hurricane Katrina

### Donate a Cell Phone or Transistor Radio

Click here to find out how you can help. 

---

*News You Can Use*

*Media Center*
 ☐ *information on upcoming meetings, actions, and events*
  ☐ *press releases regarding completed events*

Contracts a many other documents on site are in PDF format and req the free Adobe

*Events Calendar*
☐ *dates of upcoming meetings, events, actions, and steward trainings*



Acrobat Reader



📧 Email this Page   🖨 Print this Page

Home | On The Job | Benefits | Our Local | Action Center | Around S]
Join SEIU | Events Calendar | Search | Contact Us | PRIVACY POLI
Copyright © SEIU Local 715 2007. All rights reserved.

04/21/2008