**EXHIBIT AAA**



# SEIU LOCAL 521
United for Quality Jobs and Quality Public Services

home

**Search SEIU Local 521:**

[Stanford Hospital]  [search]

## Site Map

Double click on the purple arrows to expand and collapse the outline for each section.

▼ Home
- Home Index
- address
- afram
- Articles
- Bakersfield Meeting
- Bakersfield Pictures
- Bulletin Boards County Kern
- Caucuses
- CCAPE Benefits
- CCAPE Gym
- Cemeteries
- Chapter Page
- Cities
- committees
- Community Colleges
- Contact Us
- Counties
- Courts
- dentists
- Feedback
- Former 415 Members
- Former 535 Members
- Former 700 Members
- Former 817 Members
- Head Start
- health.cfm
- Homecare workers
- Housing Authorities and Other Housing Employers
- KernCountyStewards
- Latino
- New Local's Views
- nonprofits
- Officers
- Other
- Parks
- regional

**GC Exhibit # 25**

MAR-06-2007 09:44 From: 16507232370 To:914154344507 P.3/14
SEIU Local 521                                                                Page 2 of 2

- retired700
- Save the Date
- save700building
- Schools
- Stewards
- Stewards SJ
- Transit
- Water
- ▶ Action Center
- ▶ Around SEIU
- ▶ Benefits
- ▶ Chapters
- ▶ Events Calendar
- ▶ Join SEIU
- ▶ On the Job
- ▶ Our Local

 Email this Page   Print this P

Home | On The Job | Benefits | Our Local | Action Center | Around SEIU
Join SEIU | Events Calendar | Search | Contact Us | PRIVACY POLICY
Copyright © SEIU Local 521 2007. All rights reserved.

http://www.seiu521.org/siteguide.cfm                                          03/02/2007



# SEIU LOCAL 521
*United for Quality Jobs and Quality Public Services*

home

Sorry, no records matched your search criteria.

New Search

📧 Email this Page    🖨 Print this P





Home | On The Job | Benefits | Our Local | Action Center | Around SEIU
Join SEIU | Events Calendar | Search | Contact Us | PRIVACY POLICY
Copyright © SEIU Local 521 2007. All rights reserved.

SEIU Local 521    Page 1 of 1



# SEIU LOCAL 521
*United for Quality Jobs and Quality Public Services*

home | our local

## Local 521 Chartered on January 2, 2007

On January 2, 2007, our new local SEIU Local 521 received its charter. Five lo(cals) 415, 535, 700, 715 and 817 have come together to cover the North Central reg(ion) by forming one larger, more-powerful local.

Our new local will represent more than 45,600 workers. We will specialize in homecare in San Mateo and Santa Clara counties and public sector services fr(om) Silicon Valley to Santa Cruz, and Monterey to the Central Valley.




 Email this Page   Print this P(age)

Home | On The Job | Benefits | Our Local | Action Center | Around SEIU
Join SEIU | Events Calendar | Search | Contact Us | PRIVACY POLICY
Copyright © SEIU Local 521 2007. All rights reserved.



Case 5:07-cv-05158-JF    Document 49-54    Filed 07/11/2008    Page 6 of 13
MAR-06-2007 09:44 From:    16507232370    To:914154344507    P.6/14

SEIU Local 521                                                  Page 1 of 2



# SEIU LOCAL 521
*United for Quality Jobs and Quality Public Services*

home | benefits

## Benefits for former SEIU Local 715 members

Our Members Only Benefits continue to grow!

### Our Members Only Benefits Brochure  [x] PDF icon

We will continue to add to and improve these programs and will get the changes to you through our website and printed material.

**The newest programs are:**

**Camden Auto Body** is offering special benefits to SEIU members who use their services. Click here for more information.

**Paul Mousalam & Associates** is offering a Free Consultation and 20% off Legal Fees for SEIU Local 715 Members in need of a divorce lawyer. Click here for more information.

**Stanford University Athletic Department** is offering Local 715 members season tickets to its football games for 50% off the regular price! See a whole season of Stanford football for just $90!

Moving? **All American Moving and Storage** is offering discounts exclusively for Local 715 members and their families! Click here for more information on their services. [x] PDF icon

- **Courtesy Chevrolet** is offering cars and trucks at $100 under invoice to our members! Click here for details. [x] PDF icon
- **AAA** is pleased to offer special savings for employees of SEIU Local 715. Employees who wish to join AAA will have their enrollment fee waived - that's a $17 savings. You pay only $49 to join (usually $66).
- **Union Plus Mortgage Program** specifically for Union Members, their parents, and children. Lender fees limited to $100.

For more details, please contact the Member Benefits Coordinator at SEIU San Jose Office 408-954-8715.

[x] PDF icon
Note:




Email this Page    Print this P

Home | On The Job | Benefits | Our Local | Action Center | Around SEIU
Join SEIU | Events Calendar | Search | Contact Us | PRIVACY POLICY

http://www.seiu521.org/benefits/seiu715benefits.cfm                 03/02/2007



SEIU Local 521                                                                       Page 2 of 2



Copyright © SEIU Local 521 2007. All rights reserved.

(



# SEIU LOCAL 521
United for Quality Jobs and Quality Public Services

home | benefits

## SEIU Member Benefits

Below are general member benefits for our new local. You also may be entitled to other member benefits during our transition period for our new local. Please visit our forme five locals' web pages for more information.

- **Former Local 415**
- **Former Local 535**
- **Former Local 700**
- **Former Local 715**
- **Former Local 817**





## SEIU Benefits for You and Your Family

Because you are a member or retiree of SEIU, you have access to a variety of services and discounts through Union Plus. These benefits supplement what you may receive through your union-negotiated contract. With these SEIU-Union Plus benefits, you can save on life insurance, health savings, mortgages, legal services, and more.

> Need assistance?
> Call 1-800-452-9425.
> Or visit www.unionplus.or
>
> ¿Tiene preguntas? Tenem informacíon en Español

### Money and Credit

- **Credit Card** with great value and service
- **Secured Credit** Card for members who have poor credit or little or no credit history
- **Loans**—personal loans, lines of credit, and home equity loans
- **Credit Counseling** to help eliminate debt
- Your **Credit Score** for a 15% discount

### Family Services

- **Find a Lawyer**—Union Plus legal services for your Local
- **Immigration Legal Services** including free initial consultations and discounts on hourly rates
- **Planning for College**—resources on applying, paying, and more
- **Paying for College**—resources include loans, financial aid, and savings plans
- **Pet Health**—savings on veterinary services for all animals

### House and Home

- **Mortgage and Real Estate**—low down payments and reduced closing costs
- **Home Heating Oil**

### Health and Well-Being

- **Health Savings** reduces out-of-pocket expenses for prescriptions, vision, and other services
- **Health Club Discounts** at

Case 5:07-cv-05158-JF   Document 49-54   Filed 07/11/2008   Page 9 of 13
MAR-06-2007 09:45 From:            16507232370            To:914154344507           P.9/14

SEIU Local 521                                                                Page 2 of 2

- Discounts—save on service contracts and fuel oil purchases
- **Moving Van Discounts**—Save on interstate moves, truck rentals, and storage

more than 1,500 locations

### Insurance Protection

- **Life Insurance** protection regardless of job or health conditions
- **Accident Insurance** including insurance for accidental death in the workplace
- **Auto Insurance** with competitive rates, multi-vehicle discounts, and 24-hour service
- **Professional Liability Insurance** for medical professionals
- **Pet Insurance**—accident and illness insurance for your dog or cat

### Union Marketplace

- **Cingular Wireless Discounts** on monthly service for union members
- **Auto Buying Service** to help you find the right vehicle for the right price
- **Goodyear Discounts** on tires and service
- **Powell's Bookstore**—a union-organized online bookstore
- **Union-Made Clothing**—support good jobs at good pay with a discount
- **Union-Made Checks** with your union's logo
- **Music Discount Club**—choose from 15,000 music titles

### SEIU Scholarships

- **SEIU Scholarship Program**
- **Jesse Jackson Scholarship**
- **John Gegan Scholarship**
- **Moe Foner Scholarship**
- **Nora Piore Scholarship**
- **Union Plus Scholarship Program**

### Travel and Recreation

- Union **Hotel Discounts** in selected states
- **Vacation** Tours with a discount
- **Grand Bahama Island Vacations**—savings at a union-organized resort
- **Car Rentals** for up to 25% off

### Computers

- **IBM Computers** for a 10% discount
- **Dell Computers** for a 5-10% discount

### Gift Shop

- **Flowers**—delivery service with a discount

 Email this Page    Print this P





# SEIU LOCAL 521
United for Quality Jobs and Quality Public Services

home | worksiteprofiles

## Worksite Profile Pages
abc | def | ghi | jkl | mno | pqr | stu | vwxyz | view all

Achieve Kids
Addus Healthcare, Inc.
Albert Schultz Jewish Community Center
Alliance for Community Care
American Red Cross -San Jose
Arvin Edison
Ashton Dental
Bears Valley Springs Community Service District
Cabrillo College
Campbell Union High School District
Catholic Cemetary
Central California Legal Services
Chamberlain's Children Center
Children Services International
CHISPA Housing Management
City of Arvin
City of Bakersfield
City of Coalinga
City of Corcoran
City of Delano
City of East Palo Alto
City of Exeter
City of Hanford
City of Hollister
City of Lindsay
City of Menlo Park
City of Mountain View
City of Palo Alto
City of Redwood City
City of Salinas
City of San Mateo
City of San Mateo Blue Collar Unit
City of San Mateo General Unit
City of San Mateo Library Unit
City of San Mateo Per Diem Unit




- City of Santa Cruz
- City of Santa Cruz Temps
- City of Shafter
- City of Sunnyvale
- City of Taft
- City of Tulare
- City of Wasco
- City of Watsonville
- Community Bridges
- Community Solutions
- Copa Centro Familiar
- Cupertino Union School District
- Edison School District
- Foothill-DeAnza Community College District
- Fresno Area Substitute Teachers
- Fresno County - Unit 2 Correctional Officers Association
- Fresno County Courts
- Fresno County Housing Authority
- Fresno County Supervisors
- Fresno County Unit 12
- Fresno County Unit 22
- Fresno County Unit 2-Child Support
- Fresno County Unit 2-Juvenile Hall
- Fresno County Unit 31 -Public Defenders
- Fresno County Unit 3-Social Worker Association
- Fresno County Unit 4- Job Specialists
- Fresno County Unit 4-Eligibility Workers
- Fresno Unified School District
- Gardner Family Center
- Golden Valley Health Centers
- Gonzales Unified School District
- Head Start Kern County
- Head Start Kings County
- Head Start Madera County
- Head Start Santa Cruz County
- Hope Rehabilitation
- Housing Authority of Monterey County
- Housing Authority of Santa Clara County
- Humane Society of Santa Clara Valley
- Institute on Aging
- Kern County
- Kern County Water Agency
- King City
- King County Courts
- Kings County
- Laidlaw Transit

- Law Foundation of Silicon Valley
- Lindsay, Strathmore Irrigation District
- Los Gatos-Saratoga High School District
- Madera County (COMPA)
- Madera County (SEMC)
- Marina Coast Water District
- Mariposa County
- Mariposa County Courts
- Mexican American Community Service Agency
- Monterey Bay Unified Air Population Control District
- Monterey County (Formerly 535)
- Monterey County (Formerly 817)
- Monterey Regional Waste Management District
- Morgan Hill Unified School District
- MV Transportation
- North Kern Cemetery District
- North of the River Sanitation District
- Orchard School District
- Pathways Continous Care Services
- Peninsula Dental Center
- Peninsula Jewish Community Center
- Public Cemetery District Number One
- Rebekah Children's Services
- Regional Center Kern
- Riverdale School District
- Salida Head Start
- Salud Para La Gente, Inc.
- San Andreas Regional Center
- San Benito County
- San Benito County Courts
- San Benito County Water District
- San Joaquin Valley
- San Lorenzo Valley Unified School District
- San Mateo County
- San Mateo County IHSS
- San Mateo County Office of Education
- San Mateo County Superior Court
- Santa Clara County (Formerly 535)
- Santa Clara County (Formerly 715)
- Santa Clara County IHSS
- Santa Clara County Office of Education
- Santa Clara County Supervisors
- Santa Cruz Community Counseling Center (Head Start)
- Santa Cruz County
- Santa Cruz Metropolitian Transit District
- Scotts Valley

- Soquel Creek Water District
- South San Joaquin Municipal Utility District
- Stallion Springs Community Service District
- Standard School District
- Stanislaus County
- Starlight Adolescent Center
- Student Transportation
- Sunshine Villa
- Superior Court: Santa Clara County
- Superior Courts-Santa Cruz County
- Taft Union High School District
- Tulare County (Formerly 535)
- Tulare County (Formerly 700)
- Tulare County Superior Court
- Valley Transportation Authority
- Watsonville Temps
- West Valley-Mission Community College District
- Women's Crisis Support/Defensa de Mujeres
- Yosemite National Park



Email this Page    Print this P

