**EXHIBIT FFF**



SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



| | | |
|---|---|---|
| Community Hospital of Huntington Park | Huntington Park | CA |
| Community Hospital Of San Bernardino | San Bernardino | CA |
| Contra Costa County IHSS Public Authority | Martinez | CA |
| Convalescent Center Mission Street | San Francisco | CA |
| Cottonwood Health Care Center | Woodland | CA |
| Country Drive Care Center | Fremont | CA |
| Courtyard Care Center | Hayward | CA |
| Creekside Health Care Center | San Pablo | CA |
| Crestwood Geriatric Treatment Center | Fremont | CA |
| Crothall Health Care Inc | Los Angeles | CA |
| D Goren DDS & Associates | Lakewood | CA |
| Desert Regional Medical Center | Palm Springs | CA |
| Diamond Ridge Health Care Center | Pittsburg | CA |
| Doctors Hospital Of Manteca | Manteca | CA |
| Doctors Medical Center Modesto | Modesto | CA |
| Doctors Medical Center San Pablo / Pinole | San Pablo | CA |
| Dominican Hospital | Santa Cruz | CA |
| Dominican Oaks Assisted Living | Santa Cruz | CA |
| Driftwood Healthcare Center | Hayward | CA |
| Eden Medical Center | Castro Valley | CA |
| El Camino Hospital | Mountain View | CA |
| Emerald Gardens Nursing Center | Sacramento | CA |
| Emmanuel Convalescent Hospital - Alameda | Alameda | CA |
| Emmanuel Convalescent Hospital - Los Gatos | Los Gatos | CA |
| Emmanuel Convalescent Hospital - Millbrae | Millbrae | CA |
| Emmanuel Convalescent Hospital - San Jose | San Jose | CA |
| Emmanuel Health Care Ctr - Yuba City | Yuba City | CA |
| Empress Care Center | San Jose | CA |
| Encino-Tarzana Regional Medical Center, Encino Campus | Encino | CA |
| Encino-Tarzana Regional Medical Center, Tarzana Campus | Tarzana | CA |
| Enloe Medical Center | Chico | CA |

11

SFCA_1336378.1



| | | |
|---|---|---|
| Enloe Medical Center | Chico | CA |
| Evergreen Castro Valley Care | Castro Valley | CA |
| Evergreen HC Ctrs of Vallejo - Heartwood | Vallejo | CA |
| Evergreen HC Ctrs of Vallejo - Louisiana | Vallejo | CA |
| Evergreen HC Ctrs of Vallejo - Springs Road | Vallejo | CA |
| Evergreen Health and Rehab Ctr of Petaluma | Petaluma | CA |
| Evergreen New Hope Health & Rehab | Tracy | CA |
| Excell Care Ctr | Oakland | CA |
| Fields Dental Group | Van Nuys | CA |
| Fifth Ave Health Care Center | San Rafael | CA |
| Florin Healthcare | Sacramento | CA |
| Foothill Oaks Care Center | Auburn | CA |
| Frank Campbell DDS Inc | Pasadena | CA |
| Fremont Health Ctr | Fremont | CA |
| French Hospital Medical Center | San Luis Obispo | Ca |
| Fresno Care & Guidance Center | Fresno | CA |
| Fresno County IHSS Public Authority | Fresno | CA |
| Fruitvale Care Ctr | Oakland | CA |
| Garden Grove Hospital and Medical Center | Garden Grove | CA |
| Garfield Medical Center | Monterey Park | CA |
| Gateway Care & Rehab Center | Hayward | CA |
| Gateways Hospital & Mental Health Center | Los Angeles | CA |
| Gilroy Healthcare and Rehabilitation Center | Gilroy | CA |
| Gladman Mental Health Rehab Center | Oakland | CA |
| Golden Cross Health Care Of Fresno | Fresno | CA |
| Golden Gate Health Care Center | San Francisco | CA |
| Good Samaritan Hospital/Los Angeles | Los Angeles | CA |
| Good Samaritan Hospital/Mission Oaks | San Jose | CA |
| Grand Lake Gardens | Oakland | CA |
| Grant Cuesta Nursing & Rehab Center | Mountain View | CA |
| Greater El Monte Community Hospital | South El Monte | CA |
| Greenfield Care Center Of Fairfield | Fairfield | CA |
| Grove Street Care Center | San Francisco | CA |

SFCA_1336378.1



| | | |
|---|---|---|
| Greenfield Care Center Of Fairfield | Fairfield | CA |
| Grove Street Care Center | San Francisco | CA |
| Hacienda Care Center | Livermore | CA |
| Hayes Convalescent Hospital | San Francisco | CA |
| Hayward Convalescent Hospital | Hayward | CA |
| Hayward Hills Healthcare Center | Hayward | CA |
| Hazel Hawkins Memorial Hospital | Hollister | CA |
| Hemet Valley Medical Center | Hemet | CA |
| Heritage Convalescent Hospital | Sacramento | CA |
| High Street Convalescent Hospital | Oakland | CA |
| Hillside Care Center | San Rafael | CA |
| Hollywood Community Hospital | Hollywood | CA |
| Hollywood Presbyterian Medical Center | Los Angeles | CA |
| Horizon Health & Sub-Acute Center | Fresno | CA |
| Insomnia Coffee Co | Roseville | CA |
| Institute On Aging | San Francisco | CA |
| Irvine Regional Hospital and Medical Center | Irvine | CA |
| Jewish Home of San Francisco | San Francisco | CA |
| John F Kennedy Memorial Hospital | Indio | CA |
| John Muir Medical Center - Concord | Concord | CA |
| Kaiser Alameda Medical Office Bldg | Alameda | CA |
| Kaiser Antioch | Antioch | CA |
| Kaiser Arden | | |
| Kaiser Baldwin Park Medical Center and MOB Outlying Clinics | Baldwin Park | CA |
| Kaiser Bayhill Medical Offices | San Bruno | CA |
| Kaiser Bellflower Medical Center and MOB Outlying Clinics | | |
| Kaiser Berkeley | Berkeley | CA |
| Kaiser Berkeley Lab | Berkeley | CA |
| Kaiser Campbell | Campbell | CA |
| Kaiser Daly City Medical Offices | Daly City | CA |

SFCA_1336378.1



Facility Search - Microsoft Internet Explorer provided by Foley

http://www.seiu-uhw.org/aboutuhw/facilities/

| Kaiser Campbell | Campbell | CA |
| Kaiser Daly City Medical Offices | Daly City | CA |
| Kaiser Davis | Davis | CA |
| Kaiser Fair Oaks | | |
| Kaiser Fairfield | Fairfield | CA |
| Kaiser Folsom | Folsom | |
| Kaiser Fremont Medical Center & Offices | Fremont | CA |
| Kaiser French Campus | San Francisco | CA |
| Kaiser Fresno | Fresno | CA |
| Kaiser Gilroy Medical Offices | Gilroy | CA |
| Kaiser Hayward | Hayward | CA |
| Kaiser Lancaster Medical Offices | | |
| Kaiser Livermore Distribution Center | | |
| Kaiser Livermore Medical Offices | Livermore | CA |
| Kaiser Manteca | Manteca | |
| Kaiser Martinez | Martinez | CA |
| Kaiser Milpitas | Milpitas | CA |
| Kaiser Modesto | | |
| Kaiser Mountain View | Mountain View | CA |
| Kaiser Napa | Napa | CA |
| Kaiser Novato Medical Offices | Novato | CA |
| Kaiser Oakland | Oakland | CA |
| Kaiser Orange County Facilities | | |
| Kaiser Palmdale Medical Offices | Palmdale | CA |
| Kaiser Panorama City and MOB Outlying Clinics | | |
| Kaiser Petaluma Medical Offices | Petaluma | CA |
| Kaiser Pleasanton Medical Offices | Pleasanton | CA |
| Kaiser Point West | | |
| Kaiser Post Acute Care Center | San Leandro | CA |
| Kaiser Rancho Cordova | Rancho Cordova | CA |
| Kaiser Redwood City Medical Center & Medical Offices | Redwood City | CA |
| Kaiser Regional Operations | | |

14



Facility Search - Microsoft Internet Explorer provided by Foley

http://www.seiu-uhw.org/aboutuhw/facilities/

| Kaiser Regional Operations | | |
| Kaiser Richmond | Richmond | CA |
| Kaiser Roseville | | |
| Kaiser Sacramento | Sacramento | CA |
| Kaiser Sacramento Call Center | Sacramento | CA |
| Kaiser San Bruno Medical Offices | San Bruno | CA |
| Kaiser San Francisco Medical Center & Medical Offices | San Francisco | CA |
| Kaiser San Jose Call Center | San Jose | CA |
| Kaiser San Rafael Medical Center & Medical Offices | San Rafael | CA |
| Kaiser Santa Clara | Santa Clara | CA |
| Kaiser Santa Clarita Medical Offices | Santa Clarita | CA |
| Kaiser Santa Rosa | Santa Rosa | CA |
| Kaiser Santa Teresa Medical Center | San Jose | CA |
| Kaiser South Bay Medical Center and MOB Outlying Clinics | | |
| Kaiser South Sacramento | Sacramento | CA |
| Kaiser South San Francisco Medical Center & Medical Offices | South San Francisco | CA |
| Kaiser Stockton | Stockton | CA |
| Kaiser Stockton Call Center | | |
| Kaiser Sunset (Los Angeles Medical Center) and MOB Outlying Clinics | Los Angeles | CA |
| Kaiser Tracy Medical Offices | Tracy | CA |
| Kaiser Union City | Union City | CA |
| Kaiser Vacaville | Vacaville | CA |
| Kaiser Vallejo Call Center | Vallejo | CA |
| Kaiser Vallejo Medical Center & Medical Offices | Vallejo | CA |
| Kaiser Walnut Creek | Walnut Creek | CA |
| Kaiser West Los Angeles Medical Center and MOB Outlying Clinics | Los Angeles | CA |
| Kaiser Woodland Hills Medical Center | Woodland Hills | CA |

15

SFCA_1336378.1



Facility Search - Microsoft Internet Explorer provided by Foley

http://www.seiu-uhw.org/aboutuhw/facilities/

| | | |
|---|---|---|
| Kaiser Woodland Hills Medical Center | Woodland Hills | CA |
| Katherine Healthcare Center | Salinas | CA |
| Kindred Hospital San Leandro | San Leandro | CA |
| Kyakameena Skilled Nursing Facility | Berkeley | CA |
| La Mariposa Care & Rehab Center | Fairfield | CA |
| Laguna Honda Hospital | | |
| Lake Park Retirement Residence | Oakland | CA |
| Lakeshore Convalescent Hospital | Oakland | CA |
| Lakewood Regional Medical Center | Lakewood | CA |
| Laurel Heights Convalescent Hospital | San Francisco | CA |
| Lawton Health Care Center | San Francisco | CA |
| Linda Mar Care Center | Pacifica | CA |
| Lone Tree Convalescent Hospital | Antioch | CA |
| Los Alamitos Medical Center | Los Alamitos | CA |
| Los Angeles Gay & Lesbian Community Service Center | Los Angeles | CA |
| Los Robles Regional Medical Center | Thousand Oaks | CA |
| Mac Arthur Nursing Center | Oakland | CA |
| Madera County | | |
| Magnolia Gardens Healthcare Center | Burlingame | CA |
| Majestic Pines Care Center | Hayward | CA |
| Marian Medical Center | Santa Maria | Ca |
| Marin County IHSS Public Authority | San Rafael | CA |
| Mariposa County | | |
| Mark Twain Convalescent Hospital | San Andreas | CA |
| Mark Twain Saint Joseph's Hospital | San Andreas | CA |
| Marysville Care & Rehabilitation | Marysville | CA |
| Matilda Brown Home | Oakland | CA |
| McClure Convalescent Hospital | Oakland | CA |
| Menifee Valley Medical Center | Sun City | CA |
| Mercy General Hospital | Sacramento | CA |
| Mercy Hospital Of Folsom | Folsom | CA |
| Mercy Hospitals of Bakersfield | Bakersfield | |

SFCA_1336378.1



Facility Search - Microsoft Internet Explorer provided by Foley

http://www.seiu-uhw.org/aboutuhw/facilities/

| | | |
|---|---|---|
| Mercy Hospital Of Folsom | Folsom | CA |
| Mercy Hospitals of Bakersfield | Bakersfield | CA |
| Mercy Medical Center Of Redding | Redding | CA |
| Mercy Medical Center Of Mt Shasta | Mount Shasta | CA |
| Mercy San Juan Medical Center | Carmichael | CA |
| Mercy Southwest Hospital | Bakersfield | CA |
| Methodist Hospital of Sacramento | Sacramento | CA |
| Millbrae Serra Convalescent Hospital | Millbrae | CA |
| Mission Bay Convalescent Hospital | San Francisco | CA |
| Mission Hospital of Huntington Park | Huntington Park | CA |
| Mission Neighborhood Health Clinic | San Francisco | CA |
| Monterey Care Center | Monterey | CA |
| Monterey Park Hospital | Monterey Park | CA |
| Monterey Pines Skilled Nursing Facility | Monterey | CA |
| Moreno Valley Community Hospital | Moreno Valley | CA |
| Motion Picture & Television Fund | Woodland Hills | CA |
| Mt Diablo Medical Center | Concord | CA |
| Nineteenth Ave Healthcare Center | San Francisco | CA |
| Northeast Valley Health Corp | San Fernando | CA |
| Northgate Care Center | San Rafael | CA |
| Northridge Hospital Medical Center | Northridge | CA |
| O'Connor Hospital | San Jose | CA |
| Oakland Care Center | Oakland | CA |
| Oakridge Care Center | Oakland | CA |
| Olympia Medical Center | Los Angeles | CA |
| Pacific Coast Care Center | Salinas | CA |
| Pacific Grove Convalescent Hospital | Pacific Grove | CA |
| Pacifica Hospital Of The Valley | Sun Valley | CA |
| Palm Haven Care Center | Manteca | CA |
| Palo Alto Nursing Center | Palo Alto | CA |
| Park Central Care & Rehab Center | Fremont | CA |
| Parkmont Care Center | Fremont | CA |

17



SFCA_1336378.1



Facility Search - Microsoft Internet Explorer provided by Foley

http://www.seiu-uhw.org/aboutuhw/facilities/

| Saint Louise Regional Hospital | Gilroy | CA |
| Saint Mary Medical Center | Long Beach | CA |
| Saint Mary's Hospital & Medical Center | San Francisco | CA |
| Saint Paul's Towers | Oakland | CA |
| Salinas Rehab & Care Center | Salinas | CA |
| Salinas Valley Memorial Hospital | Salinas | |
| San Francisco Community Conv | San Francisco | CA |
| San Francisco Consortium | San Francisco | CA |
| San Francisco General Hospital | | |
| San Francisco IHSS Public Authority | San Francisco | CA |
| San Joaquin County IHSS Public Authority | Stockton | CA |
| San Jose Medical Center | San Jose | CA |
| San Jose Medical Group | San Jose | CA |
| San Leandro Healthcare Center | San Leandro | CA |
| San Marco Nursing & Rehab Ctr | Walnut Creek | CA |
| San Miguel Villa | Concord | CA |
| San Ramon Regional Medical Center | San Ramon | CA |
| Santa Cruz Healthcare Center | Santa Cruz | CA |
| Saylor Lane Healthcare Center | Sacramento | CA |
| Sequoia Hospital | Redwood City | CA |
| Sequoias, The | San Francisco | CA |
| Serra Community Medical Clinic, Inc | Sun Valley | CA |
| Seton Medical Center | Daly City | CA |
| Seton Medical Center - Coastside | Moss Beach | CA |
| Sharon Heights Care & Rehab | Menlo Park | CA |
| Shasta Regional Medical Center | Redding | CA |
| Sheffield Convalescent | San Francisco | CA |
| Sherwood Healthcare | Sacramento | CA |
| Shields Nursing Center - El Cerrito | El Cerrito | CA |
| Shields Nursing Center - Richmond | Richmond | CA |
| Sierra Vista Regional Medical Center | San Luis Obispo | CA |
| Skyline Care Center | Salinas | CA |
| Skyline Convalescent Hospital - San Jose | San Jose | CA |

SFCA_1336378.1



Facility Search - Microsoft Internet Explorer provided by Foley

http://www.seiu-uhw.org/aboutuhw/facilities/

| | | |
|---|---|---|
| Skyline Care Center | Salinas | CA |
| Skyline Convalescent Hospital - San Jose | San Jose | CA |
| Sonoma County IHSS Public Authority | Santa Rosa | CA |
| Sonoma Healthcare Center | Sonoma | CA |
| Southwest Community Health Center | Santa Rosa | CA |
| Stanford University Medical Center | | |
| Summit Medical Center | | |
| Sunbridge Care Center For San Leandro | San Leandro | CA |
| Sunbridge Heritage Care Center | Stockton | CA |
| Sunnyside Convalescent Hospital | Fresno | CA |
| Sunrise Healthcare Center | Roseville | CA |
| Sutter Amador Hospital | | |
| Sutter Coast Hospital | Crescent City | CA |
| Sutter County | | |
| Sutter Delta Medical Center | Antioch | CA |
| Sutter Lakeside Hospital | Lakeport | CA |
| Sutter Medical Center of Santa Rosa | Santa Rosa | CA |
| Sutter Roseville Medical Center | Roseville | CA |
| Sutter Solano Medical Center | Vallejo | CA |
| Tiburcio Vasquez Health Center | Union City | CA |
| Tracy Convalescent Hospital | Tracy | CA |
| Tunnell Healthcare Center | San Francisco | CA |
| Tuolumne County | | |
| Tuolumne County Health Care Employees | Tuolumne | CA |
| Twin Cities Community Hospital | Templeton | CA |
| University Mound Ladies Home | San Francisco | CA |
| University Of Southern California University Hospital | Los Angeles | CA |
| Vale Care Center | San Pablo | CA |
| Valley Care & Guidance Center | Fresno | CA |
| Valley Manor Rehab Center | Concord | CA |
| Valley Pointe Rehab / Sub-Acute | Castro Valley | CA |
| Valley Skilled Nursing Center | Sacramento | CA |

20



| | | |
|---|---|---|
| Valley Skilled Nursing Center | Sacramento | CA |
| Victorian Healthcare Center | San Francisco | CA |
| Villa Fairmont Mental Health Center | San Leandro | CA |
| Villa Residential Care | Daly City | CA |
| Vintage Estates Of Hayward | Hayward | CA |
| Visiting Nurses Association Of Santa Cruz County | Santa Cruz | CA |
| Vista Manor Nursing Center | San Jose | CA |
| Washington Hospital | Fremont | CA |
| Watsonville Community Hospital | Watsonville | CA |
| Watts Healthcare Corporation | Los Angeles | CA |
| West Hills Hospital & Medical Center | West Hills | CA |
| West Oakland Health Council | Oakland | CA |
| Western Dental | | |
| Western Medical Center - Anaheim | Anaheim | CA |
| Willow Pass Healthcare Center | Concord | CA |
| Willow Tree Convalescent Hospital | Oakland | CA |
| Windsor Gardens Care Center of Hayward | Hayward | CA |
| Windsor Gardens Rehabilitation Center of Salinas | Salinas | CA |
| Windsor Manor Rehabilitation Center of Concord | Concord | CA |
| Windsor Park Care Center of Fremont | Fremont | CA |
| Woodland Healthcare Clinic | Woodland | CA |
| Woodland Hospital | Woodland | CA |
| Woodland Skilled Nursing Center | Woodland | CA |
| Woodside Nursing & Rehab | San Luis Obispo | CA |
| Yolo County IHSS Public Authority | Woodland | CA |
| Yuba City Care & Rehabilitation | Yuba City | CA |
| Yuba County IHSS Public Authority | Marysville | CA |

SFCA_1336378.1



SFCA_1336378.1