1 **FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
2 TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507
3
LAURENCE R. ARNOLD, CA BAR NO. 133715
EILEEN R. RIDLEY, CA BAR NO. 151735
4 SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for STANFORD HOSPITAL & CLINICS and
5 LUCILE PACKARD CHILDREN'S HOSPITAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Petitioners,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>Respondent. | Case No: 5:07-CV-05158-JF<br><br>[PROPOSED] ORDER GRANTING STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITALS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS PROPOUNDED TO LOCAL 715<br><br>Date:    August 27, 2008<br>Time:    9:30 A.M.<br>Dept:    Courtroom 4, 5th Floor<br><br>Judge:    Hon. Jeremy Fogel<br>Magis. Judge:    Hon. Richard Seeborg |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>Petitioner and Counter-Respondent,<br><br>vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>Respondents and Counter-Petitioners. | Case No: 5:08-CV-00213-JF<br><br><br><br><br><br><br><br>Judge:    Hon. Jeremy Fogel |

[PROPOSED] ORDER GRANTING STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD
CHILDREN'S HOSPITALS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS
PROPOUNDED TO LOCAL 715
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1422954.1

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>　　　　Respondents. | Case No: 5:08-CV-00215-JF<br><br><br><br><br><br>Judge:　　Hon. Jeremy Fogel | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>　　　　Respondents. | Case No: 5:08-CV-00216-JF<br><br><br><br><br><br>Judge:　　Hon. Jeremy Fogel | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>　　　　Respondents. | Case No: 5:08-CV-01726-JF<br><br><br><br><br><br>Judge:　　Hon. Jeremy Fogel | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>　　　　Respondents. | Case No: 5:08-CV-01727-JF<br><br><br><br><br><br>Judge:　　Hon. Jeremy Fogel | |

2

[PROPOSED] ORDER GRANTING STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITALS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS PROPOUNDED TO LOCAL 715
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1422954.1

The Motion to Compel Further Responses To Discovery Requests Propounded to Local 715 (the "Motion") brought by Stanford Hospital And Clinics and Lucile Packard Children's Hospital (the "Hospitals"), in the above-referenced related cases came on for hearing before the above-captioned Court, the Honorable Richard Seeborg presiding, on _____, 2008.

The Court, having considered the pleadings in this matter, and all papers submitted in support of, and in opposition to, said motion, and having heard the argument of counsel, and good cause appearing therefor, hereby **GRANTS** the Motion in its entirety.

Service Employees International Union, Local 715 ("Local 715") shall provide full and complete responses to request for production numbers 1-14, 17-21, 27-28, 31, 34, 37, 40, 42-45, 48-53, and 56 in each case in accordance with Federal Rules of Civil Procedure. Local 715's responses shall include electronically stored information that is responsive to the requests, including website-related information. Any withholding of responsive information on the basis of a privilege or work product protection shall be supported by a privilege log that identifies the documents withheld on a document by document basis, including the following information:

1) the Bates number of the document;

2) the date of the document;

3) the specific individual author/s of the document;

4) the specific individual recipient/s of the document;

5) a precise document description;

6) the specific privilege/s claimed; and

7) the present location of the document.

Local 715 shall not withhold responsive information not subject to a privilege or work product protection.

Local 715 is ordered to serve responsive documents on or before the tenth

3
[PROPOSED] ORDER GRANTING STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITALS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS PROPOUNDED TO LOCAL 715
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF; 5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1422954.1

1  business day following the date of this order.

2      It is further ordered that Local 715 shall pay the Hospitals' reasonable expenses

3  incurred in making this motion, including attorneys fees, in the amount of

4  $_____.

5      IT IS SO ORDERED.

6

7  DATE:

8

9                                            _____

                                          HON. RICHARD SEEBORG
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA, SAN JOSE DIVISION

4

[PROPOSED] ORDER GRANTING STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITALS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS PROPOUNDED TO LOCAL 715
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1422954.1