**\*E-FILED 7/11/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STANFORD HOSPITAL & CLINICS, et al.,

    Petitioners,

    v.

SERVICE EMPLOYEES INTERNATIONAL, UNION, LOCAL 715,

    Respondent.
_____/

THIS NOTICE APPLIES TO
ALL RELATED ACTIONS.
_____/

No. C 07-05158 JF (RS)

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Due to the unavailability of the Court, petitioners' motions to compel, dockets [46], [47], [48] and [53], noticed for hearing on August 27, 2008, shall be held on **September 3, 2008 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

    This change of hearing date does *not* alter the briefing schedule. Briefing deadlines for these motions shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

Dated:  7/11/08

For the Court,
RICHARD W. WEIKING, Clerk

By:  /s/ Martha Parker Brown
      Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Laurence R. Arnold    larnold@foley.com

W. Daniel Boone    courtnotices@unioncounsel.net

Bruce A. Harland    courtnotices@unioncounsel.net, bharland@unioncounsel.net

Vincent A. Harrington , Jr    courtnotices@unioncounsel.net

Scott Powers Inciardi    sinciardi@foley.com, syardley@foley.com

Eileen Regina Ridley    eridley@foley.com, tschuman@foley.com, wdelvalle@foley.com

Dated: 7/11/08

          /s/ BAK
          Chambers of Magistrate Judge Richard Seeborg

2