1 | **FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
2 | TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507

3 | LAURENCE R. ARNOLD, CA BAR NO. 133715
EILEEN R. RIDLEY, CA BAR NO. 151735
4 | SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for STANFORD HOSPITAL & CLINICS and
5 | LUCILE PACKARD CHILDREN'S HOSPITAL

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | STANFORD HOSPITAL & CLINICS and
LUCILE PACKARD CHILDREN'S
12 | HOSPITAL,

Case No:  5:07-CV-05158-JF

PROOF OF SERVICE

13 |           Petitioners,

14 |      vs.

15 | SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 715,
16

17 |           Respondent.

18 | SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 715

Case No:  5:08-CV-00213-JF

19 |           Petitioner and Counter-
          Respondent,
20

21 |      vs.

STANFORD HOSPITAL & CLINICS and
22 | LUCILE PACKARD CHILDREN'S
HOSPITAL
23

24 |           Respondents and Counter-
          Petitioners.

Judge:        Hon. Jeremy Fogel

25

26

27

28

SFCA_1423837.1

| | | |
|---|---|---|
| 1 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00215-JF |
| 2 | Petitioner, | |
| 3 | | |
| 4 | vs. | |
| 5 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 6 | Respondents. | Judge:       Hon. Jeremy Fogel |
| 7 | | |
| 8 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00216-JF |
| 9 | Petitioner, | |
| 10 | vs. | |
| 11 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S | |
| 12 | HOSPITAL | |
| 13 | Respondents. | Judge:       Hon. Jeremy Fogel |
| 14 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-01726-JF |
| 15 | Petitioner, | |
| 16 | | |
| 17 | vs. | |
| 18 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S | |
| 19 | HOSPITAL | Judge:       Hon. Jeremy Fogel |
| 20 | Respondents. | |
| 21 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-01727-JF |
| 22 | Petitioner, | |
| 23 | vs. | |
| 24 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S | |
| 25 | HOSPITAL | |
| 26 | Respondents. | Judge:       Hon. Jeremy Fogel |
| 27 | | |
| 28 | | |

PROOF OF SERVICE
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423837.1

1 | **PROOF OF SERVICE**

2 | I am employed in the **County of San Francisco, State of California.** I am over the age of 18 and not a party to this action; my current business address is **One Maritime Plaza,**

3 | **Sixth Floor, San Francisco, CA 94111-3409.**

4 | On **July 11, 2008**, I served the foregoing document(s) described as: **1) STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S**

5 | **HOSPITAL'S MOTION TO COMPEL RESPONSES TO DISCOVERY SUBPOENA PROPOUNDED TO UHW; 2) DECLARATION OF EILEEN**

6 | **RIDLEY IN SUPPORT OF STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL'S MOTION TO COMPEL**

7 | **FURTHER RESPONSES TO DISCOVERY REQUESTS AND MOTIONS TO COMPEL RESPONSES TO SUBPOENAS; and 3) [PROPOSED] ORDER**

8 | **GRANTING STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITALS' MOTION TO COMPEL RESPONSES TO**

9 | **DISCOVERY SUBPOENA PROPOUNDED TO UHW Case No. 5:07-CV-05158-JF,** on the interested parties in this action as follows:

10 |

11 | ✓    BY THE FOLLOWING MEANS:
         I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

12 | **Attorneys for UHW:**
   William Sokol, Esq.

13 | W. Daniel Boone, Esq.
   Bruce A. Harland, Esq.

14 | Weinberg, Roger & Rosenfeld
   1001 Marina Village Pkwy, Suite 200

15 | Alameda, CA 94501-1091
   (510) 337-1023

16 |

17 | ✓    BY EXPRESS SERVICE CARRIER (**Via Overnight Courier Service**)

18 |     ✓    I am readily familiar with the firm's practice for collection and processing of correspondence for delivery by Federal Express: collected packages are picked up by an express carrier representative on the same day, with the

19 | Airbill listing the account number for billing to sender, at **San Francisco, California**, in the ordinary course of business. I placed the envelope(s) in

20 | an envelope or package designated by the express service carrier for collection and processing for express service delivery on the above date

21 | following ordinary business practices.

22 | ✓    Executed on **July 11, 2008**, at **San Francisco, California.**

23 | ✓    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24 | ✓    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

25 |

26 |

27 | *[signature]* Susan Yardley

28 |

**Yardley, Susan E.**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, July 14, 2008 10:26 AM |
| **To:** | Yardley, Susan E. |
| **Subject:** | FedEx Shipment 790051125612 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Foley & Lardner  LLP |
| Name: | Laurence Arnold |
| E-mail: | larnold@foley.com |

Our records indicate that the following  shipment has been delivered:

| | |
|---|---|
| Reference: | 085437-3056-Arnold,Laurence |
| Ship (P/U) date: | Jul 11, 2008 |
| Delivery date: | Jul 14, 2008 10:19  AM |
| Sign for by: | F.HOOKER |
| Delivered to: | Receptionist/Front  Desk |
| Service type: | FedEx Standard  Overnight |
| Packaging type: | Your Packaging |
| Number of pieces: | 1 |
| Weight: | 15.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 790051125612 |

| Shipper Information | Recipient Information |
|---|---|
| Laurence Arnold | William Sokol |
| Foley & Lardner LLP | Weinberg, Roger & Rosenfeld |
| One Maritime Plaza;Suite 600 | 1001 Marina Village Pkwy;Ste 200 |
| San Francisco | Alameda |
| CA | CA |
| US | US |
| 94111 | 945016480 |

1