**EXHIBIT A**

X  RM____  RD____

(1-88)

# UNITED STATES OF AMERICA
## NATIONAL LABOR RELATIONS BOARD

| | |
|---|---|
| **UCSF STANFORD HEALTH CARE**<br><br>Employer<br><br>and<br><br>**LOCAL 715, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO**<br><br>Petitioner | **TYPE OF ELECTION**<br><br>(CHECK ONE)<br><br>_X_ STIPULATED<br><br>____ RD DIRECTED<br><br>____ BOARD DIRECTED<br><br>(ALSO CHECK BELOW WHEN APPROPRIATE)<br><br>____ 8(b)(7) (Expedited)<br><br>**CASE 32-RC-4504** |

## CERTIFICATION OF REPRESENTATIVE

An election has been conducted under the Board's Rules and Regulations. The Tally of Ballots shows that a collective-bargaining representative has been selected. No timely objections have been filed.

As authorized by the National Labor Relations Board, it is certified that a majority of the valid ballots have been cast for

**LOCAL 715, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO**

and that it is the exclusive collective-bargaining representative of the employees in the following appropriate unit.

**UNIT:** All full-time and regular part-time non-professional employees of the Employer at its Stanford Hospital, Lucile Salter Packard Children's Hospital, Welsh Road, and Blake-Wilbur Drive, Palo Alto, California locations, performing service and patient care functions, including those occupying those job classifications set forth in Appendix A; excluding employees in out-patient clinics, employees at other locations, employees represented by other labor organizations, RNs, physicians, professional employees, technical employees, skilled maintenance employees, business office/office clerical employees, and all other employees, including those set forth in Appendix B, guards and supervisors, as defined in the Act.

Signed at Oakland, California

On the 30th day of November, 1998.

/s/  James S. Scott
Regional Director, Region 32
National Labor Relations Board

