**EXHIBIT C**

## ARTICLE 21
## PERSONNEL FILES

21.1   An employee will, upon request to the Employer, have the opportunity to review his/her personnel file(s) within a reasonable time and during the normal business hours of the Human Resources Department in the presence of a representative of the Employer.

21.2   Copies of letters of warning and/or disciplinary action will, upon being placed in the employee's personnel file(s), be provided to the employee. Employees' written comments, if any, regarding such letters will be placed in their personnel file(s). Such comments will not require the Employer to change or alter the letters or the actions indicated by the letters.

21.3   Records protected by recognized legal privilege and records excepted from disclosure by law may be withheld from the employee and the employee's representative. An employee will not be entitled to review confidential pre-employment information.

21.4   Notwithstanding the above restrictions, upon the written authorization of the employee, the Union may, in the presence of a the Employer representative, review those documents of an employee's personnel file upon which the Employer intends to rely in a grievance or arbitration proceeding involving the employee; provided however, that the Employer may  protect or remove any privileged information and/or any confidential information such as medical information and/or patient identifiers, except to the extent that such medical information relates to the employee; and provided further that the Employer may condition the review of documents concerning or relating to patient care and treatment issues upon execution by the Union of a confidentiality agreement.

21.5   The Employer may charge reasonable fees for making copies of personnel file information or extracts thereof; however, there is no charge for the first copy of the individual employee's own records.

21.6   Union requests for information not contained in the personnel files of employees will be subject to Article 24 – Union Access, Bulletin Boards, Information Requests.

## ARTICLE 22
## JOINT MANAGEMENT AND LABOR COMMITTEE

22.1    A Joint Management and Labor Committee will be established consisting of up to five (5) management members selected by the Employer, and up to five (5) members selected by the Union, one of which may be a Union representative, and the other four (4) being current regular employees employed in the bargaining unit.

22.2    At the request of either party the Committee will be convened up to once each calendar quarter for the purpose of discussing areas of concern and/or proposed methods of fostering better cooperation and communication. The Committee may be convened more often upon agreement of the parties. Each party will present to the other an agenda of the items it proposes to discuss at least fourteen (14) calendar days in advance of the meeting. The parties agree, however, that the Committee will not have the authority to add to, subtract from, or in any way alter the terms and conditions set forth in this Agreement; nor will it have any authority to make decisions which are binding on the parties.

22.3    Employees selected to participate on the Committee will be compensated for the time spent in meetings for up to two (2) hours at their straight time rate.

22.4.1    In addition to issues concerning cooperation and communication, at the request of either party, issues concerning staffing or work process/patient care improvement may be brought to the Committee; provided the matter has first been taken to the manager for the unit/department involved. To address such issues, the Committee will appoint a subcommittee consisting of: one employee Committee member selected by the Union; one Committee member selected by the Employer; two (2) employee members appointed by the Union Committee members, who will be from the unit or department involved; and two members of management appointed by the Employer, at least one of whom will have responsibilities for the unit/department involved. The subcommittee will meet to discuss the issues in an attempt to reach agreement regarding whether recommended changes are appropriate under all of the relevant circumstances, and if so, what those recommendations should be. If a majority of the six (6) members reach agreement, the recommendations, if any, together with the facts and other bases for the recommendation and the projected costs and benefits of the recommendation, will be submitted to the Administrative official with oversight for the unit/department in question. If no majority agreement is reached, either party may submit its position, including the facts and other bases for the position together with its projections of its costs and benefits, in writing, to the Administrative official with oversight for the unit/department in question. The other party may then submit its position in writing, in similar fashion. In either case, the Administrative official or his/her designee will review, consider, and analyze the recommendation (s) or positions of the parties, and will provide a response within sixty (60) days. If more time is needed, the Administrative official will so inform the Committee members sitting on the subcommittee, and will advise of the amount of additional time needed, and establish a date on which (s)he will provide his/her response.

22.4.2    There will be no more than one subcommittee in place at a time, and the subcommittee may meet once per month for up to three (3) months, if necessary, to reach agreement or deadlock. An employee Committee member sitting on the subcommittee will be compensated at his/her straight time rate, for one (1) hour for each subcommittee meeting in which (s)he participates.

22.4.3    If the Union's committee members are not satisfied with the decision of the Administrative official or designee made pursuant to 22.4.1., they may make a request to the Administrative official in writing for the services of a mediator of the Federal Mediation and Conciliation Service. The mediator assigned by the Federal Mediation and Conciliation Service will meet with the Administrative official or designee and a Union selected Committee member, who will be one of the employee members, to attempt to facilitate consensus.

22.4.4    Notwithstanding the provisions of this Section 22.4., it is understood that the Employer retains final discretion and authority for determining staffing and work process/patient care improvement issues.

22.4.5    Disputes over compliance with the procedures set forth in this Article, but not a final decision of the Employer, will be subject to the grievance and arbitration procedures of Article 26.

## ARTICLE 23
## STEWARDS

23.1    The Employer will recognize stewards designated by the Union, including up to two chief stewards (one for Stanford Hospital and one for Lucile Packard Children's Hospital). The Union will notify the Employer, in writing, of the names of all stewards, and of the stewards designated as chief stewards. The Employer will not recognize any employee as a steward unless the employee's name is included on the most recent list provided by the Union.

23.2    The duties of the stewards designated by the Union as described in 23.1, above, and recognized by the Employer include:

a.    Participation, as provided in *NLRB v. Weingarten* and subsequent cases, on behalf of an employee who has requested the presence of a steward in investigatory interviews that the employee reasonably believes may result in disciplinary action;

b.    Representation of a grievant or grievants employed in the steward's area, or in other areas where there is no steward designated, or no steward available, in meetings with the Employer's designated representative(s) in accordance with the grievance procedure; and

c.    Participating in meetings with the Employer's designated representative in such other meetings as the parties mutually convene.

Nothing in this provision is intended to limit the other duties which may be assigned to the steward by the Union and which are not recognized by the Employer under this Agreement, provided such duties do not violate the policies or rules of conduct established by the Employer, and do not interfere with the Employer's operations or the work of the steward or any other employee.

23.3    The Employer will not be obligated to deal with more than one steward at a time. Any resolution reached regarding an issue or grievance will be binding upon the employee(s) involved, the Union, and the Employer provided such resolution does not conflict with the terms of this Agreement.

23.4    Stewards will advise employees with grievances that they are to perform their duties and follow the instructions while the grievance is pursued, and will not interfere with operations of the Employer or the instructions of the supervisor.

23.5    Stewards will perform their duties on their own time unless the presence and participation of a particular steward during his/her scheduled work time is requested by, or agreed to by, the Employer. For purposes of conducting legitimate union business under this Agreement, stewards may use the Employer's telephones in non-clinical, non-patient care areas to converse with Union representatives during non-work time, provided such use is minimal, does not involve toll charges, and does not interfere with the normal operations of the Employer or the work of any employee. If the Employer determines that a steward has inappropriately used the Employer telephones, upon notice to the union and the steward permission for such usage may be revoked.

49

23.6    Upon advance request by the steward and approval by the Employer, a steward may be relieved from work and pay status to participate in a meeting held pursuant to the Grievance and Arbitration Procedure of this Agreement during his/her regularly scheduled work hours subject to the provisions of Article 26. Factors to be considered by the Employer in exercising its discretion to approve or deny the release time request include but are not limited to projected release time needed, patient care and operational concerns, and frequency of such requests.

**ARTICLE 24**
**UNION ACCESS, BULLETIN BOARDS, INFORMATION REQUESTS**

24.1    ACCESS

24.1.1    The Union will be permitted access to the Employer premises under the terms set forth in, and for the purposes described in, this Article. The access applies only to employees covered by this Agreement.

24.1.2.1    Representatives of the Union will be granted reasonable access to the Employer's facilities where the Union represents employees for the purpose of ascertaining whether the terms and conditions of the Agreement are being met and for activities specified by the Grievance and Arbitration Procedure, provided they do not interfere with the work activities of any employee, whether or not covered by this Agreement, or otherwise interfere with the Employer's operations. The Union representative will first check in at the Employer's Security Dispatch Center located in H0258A in Stanford Hospital, and identify himself/herself and advise the Security Staff of the facility(ies) and location(s) in the facility(ies) where (s)he would like to go. Security will contact the manager or appropriate administrative official of the department(s)/unit(s) to which access is being requested to determine whether authorization will be given to issue a pass for that visit. The pass will be valid only for the facility(ies) and area(s) for which authorization is granted and listed on the pass, and for a two (2) hour time period from the time it is issued. Exceptions may be made to the two (2) hour limit where the circumstances warrant. The Employer agrees that there will be a standing authorization for the issuance of a pass to the locations where the Union Representatives may meet with individual employees designated in and pursuant to 24.1.3, below, and the pass may be for a time period of up to eight (8) hours, provided that if the Union representative fails to adhere to the requirements of this Article, this exception to the approval and time limits provisions will be revoked as to that Union representative. When a meeting with Human Resources or other Administrative Officials is pre-scheduled through the Human Resources Department, that Department will notify the Security Dispatch Center of the date and time of the meeting and the Union representative(s) involved, as identified by the Union, and the Security Dispatch Center will arrange to have the appropriate passes ready when the Union representative(s) arrive. When a Union representative seeks to gain access after 10:00 PM and before 5:00 AM, the Nursing Supervisor from the respective hospital will be notified prior to the pass being issued. At the completion of the visit, the Union representative will check out at the Security Dispatch Center and turn in the pass.

24.1.2.2    A Union representative may also call the Security Dispatch Center a reasonable time in advance on the day the

51

representative intends to visit a facility to identify himself/herself, the facility(ies) and department(s)/unit(s) (s)he would like to visit, and the time of his/her visit. The Security Dispatch Center will, consistent with its other responsibilities and activities, begin to obtain approvals from the appropriate individuals prior to the Union representative's arrival at the Security Dispatch Center to check in, with the goal of limiting delays in the issuance of a pass to areas where authorization is given.

24.1.2.3    Under no circumstances, even when authorization is erroneously granted by a manager or other administrative official, will Union representatives be allowed in patient rooms, nursing stations, exam rooms, or treatment rooms. The Employer retains the right to refuse Union representatives access described in this Article to a facility(ies) due to medical, facility, or other emergencies, and/or the implementation of the Employer's disaster plan. Failure of a Union representative to follow all access procedures will result in his/her immediate removal from the Employer's facilities and premises.

24.1.2.4    These procedures are not intended for the purpose of unduly delaying reasonable and appropriate access.

24.1.3    Union representatives may meet with employees that it represents in Room HO141 for as long as it remains a lunch/break room (if the lunch/break room is moved to another location the access will continue at the new location), the cafeteria and third floor patio at SH&C and the cafeteria and cafeteria patio at LPCH, if available. The Employer may designate other meeting locations between employees and the Union for purposes allowed under this Agreement. The Employer may also require a representative to accompany the Union representative to, into and from areas where operational requirements or other restrictions do not permit unlimited access. Nothing in this subsection, or this Article is to be construed to permit the Union to hold group meetings except as provided under 21.5.

24.1.4    The Union will furnish the Employer with a written list of all designated non-employee officers and representatives designated and authorized to conduct Union business. This list will be maintained by the Union and any changes, additions or deletions will be submitted in a timely manner in writing to the Director of Employee and Labor Relations, or designee, at the Employer. Any non-employee union representative not on the current written list provided to the Employer by the Union will have no right of access except as a patient seeking treatment or as a visitor to a patient admitted to the hospital.

24.1.5    The Union officers and representatives and bargaining unit employees, including local union officers and representatives, will not conduct any union activity or union business on the Employer premises unless such activity is specifically authorized by the provisions of this Agreement and is conducted in accordance and conformance with the Employer procedures. This section 21.1.5 is not intended to prevent employees from engaging in legitimate

union business in accordance with the Employer procedures while on a paid break or during unpaid non-work time.

24.1.6     The Employer retains the right to enforce access rules and regulations in accordance with applicable procedures.   If the Employer determines that an access rule or regulation is being violated it may deny access rights to non-employee Union officer(s) and/or representative(s) determined to have violated these provisions or the access policy on more than one occasion,  for a specified period of time not to exceed one (1) year.

24.1.7     When the Employer determines that a violation of the access rules and regulations has occurred, it will notify the Union of the violation before taking the actions described in 21.1.6 above.

24.1.8     If the Union disputes the Employer's assertion that the non-employee Union officer(s) and/or representative(s) to whom it has denied access violated the provisions of this Article or the Employer rules and regulations on more than one occasion, it may file a grievance pursuant to Article 26, and at the Union's option the matter may proceed directly to arbitration.  The arbitrator will render a bench decision, and thereafter confirm the decision in writing.  If the arbitrator finds that repeated violations did occur, the arbitrator will have no authority to overturn the Employer's decision.

24.2     BULLETIN BOARDS

24.2.1     Bulletin board availability for display of appropriate materials related to the bargaining unit will be provided on the following basis:

      a.     The Employer will designate a bulletin board on each floor of Stanford Hospital and Lucile Packard Children's Hospital, which may at the Employer's option, be a locking glass enclosed bulletin board.  The Union may use such bulletin boards to post materials related to union business. The Employer will retain a key to each such bulletin board.

      b.     A copy of all union postings will be provided to the Director of Human Resources or designee at the time of posting.

      c.     Posted materials will be limited to notices of Union meetings, elections and other similar general Union matters.

      d.     The Union agrees that it will post nothing of a libelous, obscene, defamatory or partisan political nature, nor will it post literature or material detrimental to or derogatory of the Employer, its agents or officials.

      e.     In the event a dispute arises concerning appropriateness of the material posted, the Director of Employee and Labor Relations or designee will remove the material in question and then notify the designated union representative as to the nature of the dispute.

f.    Bulletin board space available to the Union will be maintained by the Local 715 designated union representative.

g.    No union-related literature of any kind will be posted by the Union or the employees at any other location on the Employer premises.

24.2.2    The Union agrees to indemnify, defend and hold the Employer harmless against any claims made of any nature and against any suit instituted against the Employer arising from the bulletin board privileges provided in this Article.

24.3    TELEPHONE, FACSIMILE AND ELECTRONIC MAIL

Neither the Union nor employees will use the Employer telephones, facsimile machines, or the electronic mail system for conducting union business or disseminating union information, except as provided in 23.4. Employees' work telephone numbers will not be listed on union literature or in any union publication.

24.4    USE OF THE SHC/LPCH FACILITIES

Subject to the applicable policies, rules and requirements in effect at the time of a Union request for use of facilities, and subject to availability, the Employer will permit use of its facilities for Union meetings for the purpose of selecting its negotiating committee or stewards. Written requests for use of such the Employer facilities will be made in advance to the Director of Employee and Labor Relations or designee, and will specify the purpose for the meeting.

24.5    PRINTING OF AGREEMENT

Both parties will share equally in the cost of the printing and distribution of the Agreement, based on a reasonable estimate of the number of copies the respective parties need. The Employer will provide cost estimates from Union printers and estimated printing timelines. The Employer will provide the Union with the number of copies which the Union has requested for its own purposes.

24.6    INFORMATION PROVIDED TO UNION

24.6.1    The Employer will provide the Union upon request, but no more frequently than quarterly, with the following information for each employee covered by this Agreement:

a.    Name
b.    Home mailing address
c.    Date of hire or adjusted date of hire, if any
d.    Home telephone number (if not unlisted)

24.6.2    The Employer will provide the Union on a monthly basis the names, dates of employment, including the hire date or adjusted hire date if any, classification and department of all newly hired employees covered by this Agreement and of all employees who transfer into positions covered by this Agreement and the names of employees covered by this Agreement who have resigned or

54

been terminated, or who have transferred to positions in classifications not covered by this Agreement.

24.6.3   All other requests for information by the Union will be made by the local designated union representative to the Director of Employee and Labor Relations or designee.  Where such request is for information or data which is necessary to the performance of the Union's representational responsibilities, it will be provided by the Employer subject to the following:

a.      The information must be information that is presently maintained by the Employer and in its possession.  The Employer is not required to develop new information or data or to modify existing information or data.

b.      The gathering, copying and/or other preparation of the requested information must not be unduly burdensome and time consuming.

c.      Where the information or data can be provided by the Employer at de minimis expense, the Employer will use its best efforts to provide such information within thirty (30) calendar days of such request.

d.      Where the estimated expenses associated with providing such information or data (e.g., including the costs of labor, copying, sorting, redaction, etc.) are greater than de minimis, the Employer will advise the Union of the estimated cost of providing the information.  Upon payment by the Union, the Employer will commence the gathering of such information and use its best efforts to provide such information to the Union within thirty (30) calendar days of such payment.

e.      If, for any reason, the Union declines to pay the Employer the estimated cost under the preceding subparagraph, the parties will discuss possible alternatives to providing the requested information including, but not limited to, modifying and/or limiting the type or form of the information requested.  If no alternative involving de minimis costs is identified and agreed upon, and if the Union continues to refuse to pay the costs of providing the information it has requested, the Employer will not be obligated to provide the requested information, unless the requested information is otherwise required by law to be provided at no charge.  If any of the information requested is deemed proprietary or confidential by the Employer, the parties will meet to discuss and agree upon ways to safeguard the confidentiality of such information.  Prior to reaching such agreement, however, the Employer will not be obligated to provide the information that it deems proprietary or confidential.

**ARTICLE 25**
**HEALTH AND SAFETY**

25.1    The Employer is committed to furnishing and maintaining safe working conditions in the workplace and will develop and implement health and safety, training and orientation policies as it deems appropriate. SEIU recognizes the duty of employees to cooperate with the Employer by complying with health and safety policies and to utilize personal efforts for the prevention of accidents and illnesses to employees. SEIU will encourage employees to cooperate with the Employer in such efforts.  An employee's complaints or safety and health concerns should be taken to the employee's supervisor, and SEIU may place health and safety issues on the agenda for Joint Management and Labor Committee meetings held pursuant to Article 22.  If either party places a health or safety issue on the agenda, the Employer will appoint a member of the Hospitals' Safety Committee to serve as a management member of the Joint Management and Labor Committee and as its liaison with the Safety Committee.

25.2    The Employer will endeavor to provide orientation to employees who are floated to a unit other than the one to which they are regularly assigned, as the Employer deems appropriate, and as circumstances permit.

25.3    This Article will not be subject to the grievance and arbitration provisions of this Contract, except that the failure to appoint a member of the Hospital's Safety Committee consistent with section 25.1 will be grievable.

56

## ARTICLE 26
## GRIEVANCE AND ARBITRATION PROCEDURE

26.1   DEFINITION

26.1.1   "Grievance" means a claim during the term of this Agreement that the Employer has violated this Agreement, and, except as expressly provided otherwise in this Agreement, will be the exclusive remedy for all asserted violations of this Agreement.

26.1.2   Only one transaction or occurrence, or series of closely related transactions or occurrences, will be covered in any one grievance.

26.1.3   Group grievances are defined as, and limited to, those grievances which cover more than one employee, and which involve like circumstances and facts for the grievance involved.  Grievances which are group grievances must be so designated on the grievance form at Step 2, and the Union will identify to the extent possible all employees covered by the grievance on the grievance form, or an attachment to the grievance form.

26.1.4   Alleged violations of a specific provision of this Agreement may be grieved by the Union and will be so identified as a Union grievance on the grievance form.  Such Union grievances will be signed by the President of the Union or designee and will contain all information as specified above for any other grievance.

26.1.5   Except as otherwise provided in this Agreement, an individual employee, a group of employees, and the Union will have the right to use the Grievance Procedure.

26.2   REPRESENTATION RIGHTS

26.2.1   The Union will have the right to present grievances under this procedure on behalf of an individual employee, on behalf of a group of employees or on behalf of itself as a Union grievance, as defined above.  It will be the Union's responsibility to inform an employee that it is bringing a grievance on behalf of said employee (including an employee named in a group grievance). In the event an employee named on a group or individual grievance which has been submitted to the Employer wishes to withdraw from the grievance, the employee will so notify the Employer in writing, and upon such written request the named employee will be withdrawn as a party to the grievance.  The Employer will promptly provide the Union with a copy of the employee's written request to withdraw.  Employees who voluntarily terminate their employment with the Employer will have their pending grievances immediately withdrawn and will not benefit from any subsequent settlement or disposition of any individual or group grievance, unless the grievance involves the claim alleging unpaid wages or differentials required under Article 7.

26.2.2  An employee or group of employees will have the right to be represented at all steps of the Grievance Procedure by one Union representative or one steward.

26.2.3  An employee or group of employees may also choose a representative other than a Union representative for purposes of grievance representation and adjustment, so long as the representative is not a managerial or supervisory employee.  In the event the Employer is involved in the adjustment and/or resolution of a grievance from an employee representing himself/herself, a group of employees who are represented by one of the group, or a single grievant or group of grievants represented by someone other than a Union representative:

a.  The Employer will provide the Union with a copy of the grievance and the proposed resolution thereto indicating the employee or employees have chosen a representative other than one from the Union.

b.  The Union will have ten (10) calendar days from the date of issuance of such copy within which to comment in writing on the proposed resolution.

c.  The Employer will not implement the proposed resolution of the grievance until timely receipt and review of the Union's written comments, if any.

d.  The adjustment and/or resolution of grievances presented absent Union representation will not be inconsistent with the terms of this Agreement.

e.  Only the Union may appeal a grievance to arbitration.

26.3  STEP 1. INFORMAL REVIEW

26.3.1  An employee alleging a violation of this Agreement other than discharge without cause will discuss the alleged violation with the employee's immediate supervisor within five (5) calendar days of the date of the alleged violation or the date the grievant knew or should have reasonably known of the alleged violation.

26.3.2  If the grievance is resolved by the immediate supervisor at step 1, the resolution will not be precedent setting.  Attempts at resolving the grievance at step 1 will not extend the time limits for filing a formal grievance at step 2, as described below, unless an exception is granted in writing by the Director of Employee and Labor Relations or designee.

26.3.3  If the employee's grievance is not satisfactorily resolved at step 1, the grievance may be appealed to step 2.

26.4   STEP 2. FORMAL REVIEW

26.4.1   An employee grievance may be appealed to step 2, and a grievance by the Union will be filed initially at step 2, within thirty (30) calendar days of the date of the alleged violation or the date the grievant knew or should have reasonably known of the alleged violation of this Agreement. However, any grievance alleging the discharge of an employee without cause or otherwise in violation of this Agreement will be filed initially at step 2 within seven (7) calendar days of the discharge.

26.4.2   Such appeal or filing must be in writing on a form mutually agreeable to the parties, from the employee or a designated Union representative to the Director of Human Resources or designee, and must contain a clear and concise statement of the grievance by indicating the issue involved, the relief sought, the date the incident or alleged violation took place and the specific Article(s) and section(s) of the Agreement alleged to have been violated and/or involved, and the remedy sought.

26.4.3   Within twenty-one (21) calendar days of receipt of the written grievance, the Director of Employee Relations or designee will either provide a written response to the grievant with a copy to the Union or will schedule and convene a meeting to discuss the alleged violation with appropriate the Employer representatives, the grievant and one union representative, unless the employee has opted to have other representation.

26.4.4   The reviewing the Employer representative will provide a written response to the grievant with a copy to the Union within twenty-one (21) calendar days of receipt of the written grievance, or fourteen (14) calendar days of the review meeting.  If a written response is not provided within the specified time period, the grievance will be considered denied.          .

26.4.5   If the grievance is not satisfactorily resolved at step 2, the Union may appeal the grievance to arbitration within fourteen (14) calendar days of the date of the written response, or of the date the written response should have been received.

26.5   CONSOLIDATION OF GRIEVANCES

Grievances not appealed within Grievances of two or more employees, as well as multiple grievances by or related to the same employee or which relate to the same incident, issue or course of conduct, may be consolidated for purposes of the Grievance Procedure by mutual agreement of the Employer and the Union.

26.6   TIME LIMITS FOR FILING

26.6.1   All grievances (individual, group, Union) must be presented promptly in compliance with the timelines established under this Article.  Grievances not presented within these time periods will be considered untimely and ineligible for processing through the Grievance Procedure.  Disputes over timeliness may be submitted to arbitration pursuant to Section 26.7.7.

26.6.2    The designated time limits in any step of the Grievance Procedure will be considered resolved on the basis of the last preceding response. Grievances not answered within the designated time limits of any step of the Grievance Procedure may be appealed to the next step of the Grievance Procedure by giving written notice of the appeal within the specified time period. The parties may, however, mutually agree in writing to extend the time limits in any step of the Grievance Procedure. Such written extension by mutual agreement must be accomplished in advance of the expiration of the time limit being waived. Deadlines that fall on a day that is not a business day (i.e., Saturday, Sunday or recognized holiday) will automatically be extended to the next business day. The mailing or faxing of the grievance appeal form will constitute a timely appeal if it is postmarked, or there is an acknowledgment of receipt of the fax, within the appeal period. Likewise, the mailing or faxing of the answer will constitute a timely response if it is postmarked, or there is an acknowledgement of receipt of the fax, within the answer period.

## 26.7    ARBITRATION

26.7.1    If the parties do not agree on an arbitrator within fourteen (14) calendar days of the date on the appeal to arbitration, the Union must request a panel of seven (7) arbitrators from the Federal Mediation and Conciliation Service within fourteen (14) calendar days, specifying arbitrators who reside in Northern California and who have experience in the health care industry. Upon receipt of the list, the Union will contact the Director of Employee and Labor Relations or his/her designee to select an arbitrator by alternately striking a name from the list. The arbitrator must be selected within twenty-one (21) calendar days of receipt of the panel of arbitrators; provided that if the Director or designee is not available and ready within the twenty-one (21) calendar day period the time will be extended until the Director or designee is available, and provided further that the parties may agree in writing to extend the time.

26.7.2    If the grievance is not filed, appealed and processed within the time limits established under this Article, it will be deemed to have been waived by the Union. The arbitrator will have no authority to hear a grievance that has not been filed or appealed and processed in accordance with the time limits and procedures set forth in this Article.

26.7.3    The arbitrator's authority will be limited to interpreting the specific provisions of this Agreement and will have no power to add to, subtract from, or to change any part of the terms or conditions of this Agreement. If the grievance is sustained in whole in or in part, the remedy will not exceed restoring to the employee the pay, benefits, or rights lost as a result of a violation of the Agreement, less any compensation from any source, including, but not limited to, Workers' Compensation and Unemployment insurance benefits. The decision of the arbitrator, within the limits described herein, will be final and binding upon the parties and will be the exclusive remedy for the subject matter of the grievance.

26.7.4    Arbitration expenses will be shared equally by the Employer and the Union, including the cost of facilities if there are such costs, and the costs of the court reporter and the arbitrator's transcript.  However, each party will bear its own expenses of representation and presentation of its case, including all costs or expenses associated with the appearance of witnesses, and the cost of any transcript for the party's own use.

26.7.5    Upon receiving no less than thirty (30) days prior notice, the Employer will release the grievant (or one grievant in the case of a group grievance) to attend the arbitration proceedings.  Upon receipt of such notice, the Employer will also make reasonable efforts to release employees whom the Union identifies as witnesses it intends to call, for the time reasonably required for such testimony, provided staffing needs permit.  The grievant and witnesses may elect to take the time off on an unpaid basis, or to utilize accrued but unused paid time off.

26.7.6    Settlement offers made during attempts at informal resolution or during the steps of the Grievance Procedure will not be introduced as evidence in subsequent steps of the Procedure.

26.7.7    When the Employer has the information upon which to base a challenge to the arbitrability of a grievance, and has such information prior to the selection of an arbitrator, The Employer will inform the Union in writing of the intent to raise the issue of arbitrability prior to the selection of the arbitrator.

26.7.8    Should arbitrability of the subject matter or timeliness of the grievance be an issue, a separate arbitrator will be appointed to determine the question of arbitrability unless the parties agree otherwise. Arbitration hearings conducted pursuant to this Article will be closed unless the parties mutually agree otherwise in advance and in writing.

26.7.9    The arbitrator will have the obligation of assuring that all necessary facts and considerations are brought before him or her by the representatives of the parties at the hearing. In all respects, he or she will assure that the hearing is a fair one. The arbitrator will be the sole judge of the relevancy and materiality of the evidence and testimony offered. The arbitrator may receive and consider evidence, but will give appropriate weight to any objections made. All documents to be considered by the arbitrator will be filed at the hearing.

26.7.10    The decision of the arbitrator on any issue properly before the arbitrator will be final and binding upon the Employer, the Union and all employees. The arbitrator's authority will be limited to determining whether the Employer has violated the provision(s) of this Agreement. The arbitrator will not have jurisdiction or authority to add to, amend, modify, nullify or ignore in any way the provisions of this Agreement, and will not make any award that would, in effect, grant the Union or the employee(s) any matters that were not obtained in the negotiation process.

26.7.11    The arbitrator will have the authority to subpoena and require the attendance of witnesses upon the reasonable request of either party, but not upon the

arbitrator's own motion. The arbitrator will have no authority to subpoena documents, except that the arbitrator may issue a subpoena for documents within the custody or control of the Employer if, and only if, (a) the documents sought are specifically and narrowly described, and (b) the arbitrator determines that such documents are essential to a determination of a material issue in the arbitration. The arbitrator will, in advance of the hearing date, inform each party of the identity of witnesses subpoenaed by the other party.  The expense of service and appearance fees, if any, will be borne entirely by the party requesting the subpoena of witnesses.

26.712   Either or both parties may, at their discretion, file briefs with the arbitrator. The order and time limits of briefing will, on a case-by-case basis, be as mutually agreed upon by the parties or as specified by the arbitrator.  Briefing time limits may be extended if mutually agreed upon by the parties.

26.7.13   The arbitrator will consider the evidence presented, and render a written decision within thirty (30) calendar days of the close of the record of the hearing.

26.7.14   With regard to a grievance appealed to arbitration for which, in whole or in part, the remedy sought involves back wages or other monetary reimbursement, the Employer will not, in providing such remedy as a result of an arbitrator's award or a settlement, be required to make any payment of wages or any other monetary reimbursement for:

a.   Any period of time between the date a hearing was originally scheduled to be held and, due to a request from the Union (not consented to by the Employer) to postpone or change the scheduled hearing, the rescheduled date of the hearing; and

b.   The Employer will not be liable for, nor will any review or arbitration hearing concern, a claim for back wages or other financial reimbursement for any period prior to six (6) months before the filing of the formal grievance which is the subject of the claim, review or arbitration.  The Employer will not be liable for any other aspect of an arbitrator's award or remedy, whether for the same or any other violation, for any period of time earlier than five (5) calendar days prior to the date of initiation of the Step 1 grievance or, if Step 1 is not used, more than thirty (30) calendar days prior to the filing of the grievance at Step 2 (nor more than seven (7) calendar days in the event of a grievance alleging a termination without cause).

26.7.15   In all cases appealed to arbitration by the Union or an employee pursuant to the terms of this Article and this Agreement, with the exception of those cases in which the issue is that of actions taken by the Employer pursuant to Article 20 - Discipline and Dismissal, the Union or the grievant will have the burden of proceeding and the burden of proof.  In cases in which the issue is that of actions taken by the Employer pursuant to Article 20 - Discipline and Dismissal, the Employer will have the burden of proceeding and the burden of proof.

26.7.16   Under no circumstances will any grievance involving employees engaged in the violation of Article 27 - No Strikes - be discussed or processed by the Employer to the arbitration stage or heard by an arbitrator while such violation continues. This provision will not, however, waive compliance with the time limits for filing grievances or appeals from decisions rendered with regard to grievances or appeals to the Arbitration Procedure. Any grievance settlements and arbitration awards regarding back pay and/or reinstatement of benefits for employees who engage in violations of Article 27 - No Strikes - will not be made for any period of the time during which violations of Article 27 - No Strikes - are occurring or have occurred.

26.7.17   At all steps in the Grievance Procedure and in the Arbitration Procedure, the grievant and the Union representatives will materially expedite the resolution of the grievance by disclosing to the appropriate the Employer representatives a full and detailed statement of the facts relied upon, the remedies sought, and the provision(s) of the Agreement relied upon --- provided that the Union is not required to disclose information that it lacks, because the Employer has failed to provide it upon reasonable request.

26.7.18   The Union will have full authority to settle, withdraw, or otherwise dispose of any grievance brought by it on its own behalf and/or on the behalf of employees. An agreement to settle, withdraw, or otherwise dispose of a grievance appealed to arbitration reached by and between the Employer and the Union will be binding upon employees represented by the Union.

26.8   PAY STATUS

26.8.1   If the Employer convenes a meeting involving the parties to a grievance for the purposes of resolving the grievance and/or completing the steps of the Grievance Procedure enumerated above, the grievant will be in a without loss of straight time pay status during the meeting if the meeting is held during the grievant's regularly scheduled work hours. However, such time does not count as time worked for purposes of overtime compensation unless it is within the regularly scheduled hours of work of the employee.

26.8.2   Upon advance written request and approval by the Employer, a Union steward will be granted time off without loss of regular straight time pay to attend a grievance meeting convened by the Employer, if the meeting is convened during the Union steward's regular hours. Otherwise a Union steward will not be on pay status for time spent participating in meetings convened by the Employer for the purposes of grievance resolution and/or complying with the steps of the Grievance Procedure.

26.9   EXCLUSION OF RELIEF, FIXED TERM AND TRIAL PERIOD EMPLOYEES

The discipline, retention or release of relief, fixed term, and trial period employees will not be subject to the Grievance and Arbitration Procedures of this Agreement. The discipline, retention or release of relief, fixed term, and trial period employees is at the sole discretion of the Employer.

## ARTICLE 27
## NO STRIKES

27.1 During the life of this Agreement or any written extension thereof, the Union on behalf of its officers, agents and members, agrees that there will be no strikes, slowdowns, job actions, walkouts, work-to-rule actions, refusal to perform assigned duties, sit-downs, sympathy strikes, sick-outs, picketing, refusal to cross picket lines, boycotts or any such concerted activities which interfere, directly or indirectly, with the operations of the Employer. As the sole exception to the prohibition against picketing activities, it will not be a violation of this provision for non-employee union representatives to engage in informational picketing adjacent to the Employer property regarding lawful subjects that are unrelated to this Agreement and the employees covered hereunder, provided that such informational picketing is carried out in compliance with Section 8(g) of the National Labor Relations Act, and the signs indicate that the picketing is informational as well as the subject matter and/or employee group that is the subject of the picketing. Any employee who is absent from work without permission, or who abstains wholly or in part from the full performance of his or her duties without permission, on the date or dates when such activities indicated above occur, will be presumed to have engaged in such activities on such date or dates. The Employer will not engage in a lockout.

27.2 The Union, its officers, agents, representatives and members and all other employees covered by this Agreement, agree that they will not in any way, directly or indirectly, authorize, assist, encourage, participate in, sanction, ratify, condone or lend support to any such activities in violation of this Article.

27.3 The Employer may pursue any or all available legal recourse against the Union for violations of this Article. The Union may be held liable and ordered to make restitution to the Employer for all losses suffered by the Employer as a result of activity prohibited in this Article; however, such restitution will not preclude the awarding of any other damages to which the Employer may be entitled.

27.4 In addition to any other liability, remedy or right provided by applicable law or statute, should any such activities in violation of this Article occur, the Union will immediately notify employees by the best means reasonably available of its disapproval of such action and do all within its power to require such employees to cease such action and return to work immediately, informing them that the prohibited activity is unauthorized and in violation of the Agreement and that their misconduct subjects them to disciplinary action up to and including discharge.

27.5 If the Union performs in good faith and in a timely way all of the obligations of 23.4, the Union will not be liable to the Employer for damages suffered as a result of the strike, except for such damages as are caused by the activities of officers of the Union or with their assistance.

64

## ARTICLE 28
## WAIVER

The parties acknowledge that during the negotiations which resulted in this Agreement, each had the unlimited right and opportunity to make demands and proposals with respect to any subject or matter not removed by law from the area of collective bargaining, and the understandings and agreements arrived at by the parties after the exercise of the right and opportunity are set forth in this Agreement. The Employer and the Union, for the life of this Agreement, each voluntarily and unqualifiedly waives the right, and each agrees that the other will not be obligated to bargain collectively with respect to any subject or matter referred to, or covered in this Agreement, or with respect to any subject or matter not specifically referred to or covered by this Agreement, even though such subject or matter may not have been within the knowledge or contemplation of either or both of the parties at the time they negotiated or signed this Agreement.

## ARTICLE 29
## SEVERABILITY

In the event that any provision of this Agreement is declared invalid or void by statute or judicial decision, such action will not invalidate the entire Agreement. It is the express intention of the parties that all other provisions not declared invalid or void will remain in full force and effect. In the event that any provision of this Agreement is declared invalid or void, the parties agree to meet promptly upon request of the other party in an attempt to reach an agreement on a substitute provision.

## ARTICLE 30
## MERGER

The Employer agrees to notify the Union in writing of any change in ownership, partnership or merger of the Employer or a change of the entity that operates Stanford Hospital and Clinics or Lucile Packard Children's Hospital at Stanford where work is performed by employees covered by this Agreement. If the Employer retains majority ownership and control of the new owner or such changed entity, the terms and conditions of this Agreement will be applicable to such work. In all other cases, upon the union's written request, the Employer will meet to discuss the union's recommendations and suggestions concerning the effect of the change on employees covered by this agreement. The Employer will not use any sale, transfer or other mechanism for the purpose of evading the terms of the Agreement. The Employer is obligated to notify in writing any new owner, buyer or partner of the Agreement between the Employer and SEIU, Local 715.

**ARTICLE 31**
**AMENDMENTS AND TERM OF AGREEMENT**

31.1    The parties may mutually agree to amend or add to any provision of this Agreement or its appendices. Any such amendment or modification must be in writing executed by the duly authorized representatives of each party, and any verbal modification or amendment will be of no force or effect.

31.2    This Agreement will be effective from December 19, 2002, and will continue in effect to and including November 4, 2005, and from year to year thereafter, unless, at least ninety (90) days prior to November 4, 2005 or at least ninety (90) days prior to any subsequent anniversary date hereafter, either party gives written notice to the other of its desire to terminate or make changes in this Agreement.

31.3    Release Time for Bargaining.  For purposes of negotiating a subsequent Agreement, paid release time will be provided for up to four (4) members of the bargaining unit for their scheduled shift to attend scheduled negotiation meetings with the Employer, provided such release time does not cause an operational hardship.  Release time will not be provided to more than one member from a particular unit.  Paid release time will include any differentials to which the employee would have been entitled and will count toward PTO accrual.

The foregoing Agreement between SEIU Local 715 and Stanford Hospital and Clinics and Lucile Packard Children's Hospital, having been duly approved by both parties, is hereby executed by the undersigned authorized representatives of each party this _____ day of _____, 2003.

**STANFORD HOSPITAL AND CLINICS
AND LUCILE PACKARD CHILDREN'S HOSPITAL**

Larry Arnold, Attorney at Law

Cindy Day, Vice President Patient Care
Services & Director of Nursing

Sharon Coker, Director of Human Resources

Paul Watkins, Director of Engineering & Maintenance

Madeleine Viden, Vice President SHC Finance

Maggie Church, Patient Care Manager LPCH

Denise Lutz, Manager Paratechnical Services

Joan Nichols, Manager Employee/Labor Relations

**FOR SEIU LOCAL 715**

Danielle Mahones, Worksite Organizing Director

Jose Alavez

Elizabeth Blount

Dominador Del Rosario

Rey Docena

Ana Esquivel

Chuck Fonseca

Mary Garcia

Annamarie Gonzalez

Sue Ramirez

Robert Valenzuela

Lourdes Arañles

© 2003 SEIU Local 715 AFL-CIO/CLC/kw opeiu 29afl-cio

## APPENDIX A

### INCLUDED JOB CLASSIFICATIONS

| JOB TITLE | DEPARTMENT NAME | LOCATION |
|---|---|---|
| Anesthesia Assistant | | Stanford/Lucile Packard |
| Anesthesia Technician* | | Stanford |
| Autopsy Room Attendant II | | Stanford |
| Cardiology Technician I* | | Stanford |
| Cardiology Technician II* | | Stanford |
| Cath Angio Lab Assistant | | Stanford |
| Central Services Assistant I | | Stanford |
| Central Services Assistant II | | Stanford |
| Cook | | Stanford |
| Darkroom Technician | | Stanford |
| Data Aide III | | |
| Dialysis Aide | | Stanford |
| Dietetic Assistant | | Stanford |
| EEG Technician I* | | Stanford |
| EEG Technician II* | | Stanford |
| EEG Technician III* | | Stanford |
| Epilepsy Monitor Aide | | Stanford |
| Film Library Clerk | | Lucile Packard |
| Food Service Worker | | Stanford/Lucile Packard |
| Head Cook | | Stanford |
| Health Information Associate II | | |
| Health Information Associate III | | |
| Health Information Associate IV | | |
| Horticultural Technician | | Lucile Packard |
| Hospital Medical Transcriber | HIMS Only | Stanford |
| Hospital Technician | | |
| | | |
| Housekeeping Assistant | | Stanford/Lucile Packard |
| Housekeeping Specialist | | Stanford |
| | | |
| Lab Assistant II | | Stanford |
| Lab Assistant III* | | Stanford/Lucile Packard |
| Lab Assistant Specialist* | | Lucile Packard |
| Lab Technician* | | Stanford |
| Lead Central Services Assistant | | Stanford |
| Lead EEG Technician* | | Stanford |
| Lead Food Service Worker | | Stanford/Lucile Packard |
| Lead Hospital Medical Transcriber | | |
| Lead Housekeeping Assistant | | Stanford/Lucile Packard |
| Lead Instrument Assistant* | | Stanford |
| Lead Lab Assistant* | | Lucile Packard |
| Lead Lab Technician* | | Stanford |
| Lead Materials Assistant | Supply Distribution | Stanford |
| Lead Operating Room Assistant | | Stanford |
| Lead Operating Room Supply Technician | | Stanford |
| Lead Patient Support Assistant | | |

| JOB TITLE | DEPARTMENT NAME | LOCATION |
|---|---|---|
| Lead SH Radiology Scheduler | | Stanford |
| Lead LP Radiology Scheduler | | Packard |
| Lead Support Services Assistant | | Stanford |
| Lead Transporter | | |
| Linen Assistant | | |
| Materials Assistant I | | Stanford |
| Medical Records Assistant I | | Lucile Packard |
| Medical Records Assistant II | | Lucile Packard |
| Milieu Assistant | | Lucile Packard/El Camino |
| Milieu Counselor I* | | Lucile Packard/El Camino |
| Milieu Counselor II* | | Lucile Packard/El Camino |
| MRI Tech Aide | | |
| New Patient Coordinator | | |
| | | |
| Nursing Assistant II | | |
| OA IV-Radiology Scheduler | | |
| OB Technician* | | Stanford/Lucile Packard |
| | | |
| Office Assistant II-S | | |
| Office Asst. III | Warehouse | Stanford |
| Office Asst. III | Radiation Oncology – File Room | Stanford |
| Office Asst. III | Radiation Oncology – Front Desk | Stanford |
| Office Asst. III | MRI | Stanford |
| Office Asst. III | Diag. Rad. – Film Library Clerks | Stanford |
| Office Asst. III | Clin. Lab – Paratech Svcs | Stanford |
| Office Asst. III | Surgical Pathology | Stanford |
| Office Asst. III | Film Clerk – Neuro | Stanford |
| Office Asst. III | Echocardiography | Stanford |
| Office Asst. III | Rad. Onc. & BMT | Stanford |
| Office Asst. III | HIMS Information Services | Stanford |
| Office Asst. III | Diag. Rad. – Sched. Clerk | Stanford |
| Office Asst. III | Diag. Rad. – Reports Distrib. | Stanford |
| Office Asst. III | Interventional Radiology | Stanford |
| Office Asst. III | Surgical Pathology – Neuropath & Autopsy | Stanford |
| Office Asst. III | Clin Lab | Stanford |
| Office Asst. III | Periop – Statistics | Stanford |
| Office Asst. III | Emergency Services | Stanford |
| Office Asst. III-S | Lab Data Entry | Stanford |
| Office Asst. III-S | Rad. Onc. – Front Desk | Stanford |
| Office Asst. III-S | Rad. Mammo. Rad Tech Aide | Stanford |
| Office Asst. III-S | Surg. Path. – Neuro & Autopsy | Stanford |
| Office Asst. III-S | O.R. | Stanford |
| Office Asst. III-S | Rad. Onc. – File Room | Stanford |
| Office Asst. IV | Warehouse | Stanford |
| Operating Room Assistant | | Stanford |
| Operating Room Instrument Assistant* | | Stanford |

A-2

| JOB TITLE | DEPARTMENT NAME | LOCATION |
|---|---|---|
| Operating Room Supply Technician | | Stanford |
| PACU Clinical Assistant | PACU | Lucile Packard |
| Patient Support Assistant I | | |
| Patient Support Assistant II | | |
| Patient Transport Technician | | Lucile Packard |
| Pediatric Clerical Lead | | |
| Pediatric EEG Technician Specialist* | | Stanford |
| Processor Equipment Technician* | | Stanford |
| Radiation Therapist Aide | | |
| Radiology Technician Aide | | Stanford |
| Resource Scheduler, Radiology | | |
| Respiratory Care Assistant | | |
| Scheduling Clerk | Patient Transport | Lucile Packard |
| Scheduling Clerk | Radiology Diagnostic | Lucile Packard |
| Scheduling Clerk | Ambulatory Proc. Unit | Lucile Packard |
| Sr. Food Service Worker | | Stanford/Lucile Packard |
| Sr. Housekeeping Assistant | | Stanford |
| Sr. Housekeeping Specialist | | Stanford |
| Storekeeper | Dietary | Stanford |
| Support Services Assistant I | | Stanford/Lucile Packard |
| Support Services Assistant II | | Stanford |
| Support Services Assistant II | F2 Antepartum Postpartum Nurse | Lucile Packard |
| Transporter | | Stanford |
| Unit Facilitator | | Lucile Packard |
| Unit Secretary* | | Stanford/Lucile Packard |

## EXCLUDED JOB CLASSIFICATIONS

| JOB TITLE | DEPARTMENT NAME |
|---|---|
| Admitting Representative | |
| All Other Clinic Assistant Is | |
| All Other Clinic Assistant IIs | |
| All Other Clinic Assistant IIIs | |
| Clinic Asst. II | HAND |
| Clinic Courier | |
| Communications Asst. | |
| Greeter | Pt. Relation/Volunteer |
| Host/Greeter | Parking Lot |
| Lab Asst. III | REI Lab |
| Lead Mail Courier | Mail Service |
| Lead Materials Assistant | Dock Services |
| Mail Courier | |
| Mail/Duplication Tech | Copy Center |
| Medical Records Asst. III | |
| Med. Transcriber | MRI |
| Med. Transcriber | Radiation Therapy |
| Med. Transcriber | Neurodiagnostics Lab |
| Med. Transcriber | Medical Oncology |
| Med. Transcriber | Surgical Specialties Clinic |
| Med. Transcriber | Diagnostic Radiology |
| Med. Transcriber | Radiation Onc-outpatient |
| Parking Assistance Officer | |
| Patient Admitting Rep | |
| Prk & CAO Coord | |
| PSCAS Attendant | |
| Rehab Services Aide | |
| Rehab Services Lead | |
| Service Host | |
| Sr. Medical Records Tech | Stanford |
| Telecommunications Operator | |
| Transportation Tech | Transportation |
| Unit Secretary II | Partial Hospitalization |
| Urology Tech Specialist | Urology Surgery |
| All Medical Records Coders | |
| All other OA-Is | |
| All other OA-IIs | |
| All other OA-IIIs | |
| All other OA-III-Specialists | |
| All other OA-IVs | |
| All Secretary-Is | |
| All Secretary-IIs | |
| All Secretary-IIIs | |

Relief job classifications/positions which correspond directly to Regular positions specifically listed in this
Appendix A as included in the bargaining unit will be considered a part of the bargaining unit. Relief job
classifications/positions which correspond directly to Regular positions specifically listed in this Appendix
A as excluded from the bargaining unit, and all other relief positions, will not be considered a part of the
bargaining unit.

**PAY GRADE/CLASSIFICATION/JOB CODES**

| PAY GRADE | CLASSIFICATIONS | JOB CODE |
|---|---|---|
| | | |
| | | |
| SM05 | Food Service Worker | 800045 |
| | Housekeeping Assistant | 800034 |
| | Linen Assistant | 800133 |
| | Patient Support Assistant I | 800104 |
| | Support Services Assistant I | 800059 |
| | Transporter | 800092 |
| | Unit Facilitator | 800106 |
| SM06 | Dialysis Aide | 700003 |
| | Housekeeping Specialist | 800037 |
| | Lead Transporter | 800013 |
| | MRI Technician Aide | 700006 |
| | Sr. Food Service Worker | 800048 |
| | Sr. Housekeeping Assistant | 800036 |
| SM07 | | 800042 |
| | Cook | 700035 |
| | Darkroom Technician | 800044 |
| | Dietetic Assistant | 600211 |
| | Health Information Associate II | 800071 |
| | Materials Assistant I | 600070 |
| | Medical Records Assistant I | 600231 |
| | Office Assistant II-S | 800105 |
| | Patient Support Assistant II | 800093 |
| | Patient Transport Technician | 800038 |
| | Sr. Housekeeping Specialist | 800060 |
| | Support Services Assistant II | |
| SM08 | Anesthesia Assistant | 700001 |
| | Cath Angio Lab Assistant | 700002 |
| | Central Services Assistant I | 800069 |
| | Data Aide III | 600238 |
| | Epilepsy Monitor Aide | 700004 |
| | Film Library Clerk | 600043 |
| | Health Information Associate III | 600212 |
| | Lab Assistant II | 700027 |
| | Lead Food Service Worker | 800046 |
| | Lead Housekeeping Assistant | 800033 |
| | Lead Patient Support Assistant | 800131 |
| | Lead Support Services Assistant | 800108 |
| | Lift Team Member | 700015 |
| | Medical Records Assistant II | 600072 |
| | Office Assistant III | 600232 |
| | Operating Room Assistant | 700011 |
| | Radiation Therapist Aide | 700059 |
| | Radiology Technician Aide | 700007 |
| SM09 | Cardiology Technician I | 500012 |
| | Central Services Assistant II | 800070 |

A-5

| PAY GRADE | CLASSIFICATIONS | JOB CODE |
|---|---|---|
| | Lab Assistant III | 700029 |
| | Lead Central Services Assistant | 800102 |
| | Lead Instrument Assistant | 700012 |
| | Lead Materials Assistant | 800097 |
| | Lead Operating Room Assistant | 700014 |
| | Milieu Assistant | 700039 |
| | Nursing Assistant | 700020 |
| | Office Assistant III-S | 600233 |
| | Operating Room Instrument Assistant | 700013 |
| | Operating Room Supply Tech | 800086 |
| | PACU Clinical Assistant | 500241 |
| | Respiratory Care Assistant | 700069 |
| | Scheduling Clerk | 600098 |
| | Storekeeper | 800080 |
| | Unit Secretary | 600147 |
| SM10 | Head Cook | 800043 |
| | Horticultural Technician | 800040 |
| | Hospital Technician | 700042 |
| | Lead Lab Assistant | 700032 |
| | Lead Operating Room Supply Technician | 800087 |
| | Milieu Counselor I | 500061 |
| | New Patient Coordinator | 600254 |
| | OB Technician | 700054 |
| | Pediatric Clerical Lead | 600262 |
| | Resource Scheduler, Radiology | 600255 |
| SM11 | Anesthesia Tech | 500008 |
| | Cardiology Technician II | 500013 |
| | Health Information Associate IV | 600214 |
| | Hospital Medical Transcriber | 600160 |
| | Lab Assistant Specialist | 700033 |
| | Office Assistant IV | 600234 |
| | Office Assistant IV - Radiology Scheduler | 600077 |
| | Processor Equipment Technician | 700036 |
| SM12 | Lab Technician | 700066 |
| | Lead SH Radiology Scheduler | 600076 |
| | Lead LP Radiology Scheduler | 600076 |
| | Milieu Counselor II | 500063 |
| SM13 | Autopsy Room Attendant II | 700050 |
| | Lead Hospital Medical Transcriber | 600069 |
| | Lead Lab Technician | 700034 |
| SM14 | EEG Technician I | 500015 |
| SM15 | EEG Technician II | 500017 |
| | Pediatric EEG Technician Specialist | 500019 |
| SM16 | EEG Technician III | 500018 |
| SM18 | Lead EEG Technician | 500016 |

## APPENDIX B-1

### INITIAL WAGE RANGE TO WAGE SCALE CONVERSION CHART

| GRADE | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12 | Step 13 | Step 14 | Step 15 (Max.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMO 1 | $ 9.95 | $ 10.15 | $ 10.35 | $ 10.56 | $ 10.77 | $ 10.99 | $ 11.21 | $ 11.43 | $ 11.66 | $ 11.89 | $ 12.13 | $ 12.37 | $ 12.62 | $ 12.87 | $ 13.13 |
| SMO 2 | $ 10.45 | $ 10.66 | $ 10.87 | $ 11.09 | $ 11.31 | $ 11.54 | $ 11.77 | $ 12.01 | $ 12.25 | $ 12.49 | $ 12.74 | $ 12.99 | $ 13.25 | $ 13.52 | $ 13.79 |
| SMO 3 | $ 10.97 | $ 11.19 | $ 11.41 | $ 11.64 | $ 11.87 | $ 12.11 | $ 12.35 | $ 12.60 | $ 12.85 | $ 13.11 | $ 13.37 | $ 13.64 | $ 13.91 | $ 14.19 | $ 14.48 |
| SMO 4 | $ 11.52 | $ 11.75 | $ 11.99 | $ 12.23 | $ 12.47 | $ 12.72 | $ 12.97 | $ 13.23 | $ 13.49 | $ 13.76 | $ 14.04 | $ 14.32 | $ 14.61 | $ 14.90 | $ 15.20 |
| SMO 5 | $ 12.10 | $ 12.34 | $ 12.59 | $ 12.84 | $ 13.10 | $ 13.36 | $ 13.63 | $ 13.90 | $ 14.18 | $ 14.46 | $ 14.75 | $ 15.04 | $ 15.34 | $ 15.65 | $ 15.96 |
| SMO 6 | $ 12.71 | $ 12.96 | $ 13.22 | $ 13.48 | $ 13.75 | $ 14.02 | $ 14.30 | $ 14.59 | $ 14.88 | $ 15.18 | $ 15.48 | $ 15.79 | $ 16.11 | $ 16.43 | $ 16.76 |
| SMO 7 | $ 13.33 | $ 13.60 | $ 13.87 | $ 14.15 | $ 14.43 | $ 14.72 | $ 15.01 | $ 15.31 | $ 15.62 | $ 15.93 | $ 16.25 | $ 16.58 | $ 16.91 | $ 17.25 | $ 17.60 |
| SMO 8 | $ 13.99 | $ 14.27 | $ 14.56 | $ 14.85 | $ 15.15 | $ 15.45 | $ 15.76 | $ 16.08 | $ 16.40 | $ 16.73 | $ 17.06 | $ 17.40 | $ 17.75 | $ 18.11 | $ 18.48 |
| SMO 9 | $ 14.71 | $ 15.00 | $ 15.30 | $ 15.61 | $ 15.92 | $ 16.24 | $ 16.56 | $ 16.89 | $ 17.23 | $ 17.57 | $ 17.92 | $ 18.28 | $ 18.65 | $ 19.02 | $ 19.40 |
| SMO 10 | $ 15.44 | $ 15.75 | $ 16.07 | $ 16.39 | $ 16.72 | $ 17.05 | $ 17.39 | $ 17.74 | $ 18.09 | $ 18.45 | $ 18.82 | $ 19.20 | $ 19.58 | $ 19.97 | $ 20.37 |
| SMO 11 | $ 16.21 | $ 16.53 | $ 16.86 | $ 17.20 | $ 17.54 | $ 17.89 | $ 18.25 | $ 18.62 | $ 18.99 | $ 19.37 | $ 19.76 | $ 20.16 | $ 20.56 | $ 20.97 | $ 21.39 |
| SMO 12 | $ 17.02 | $ 17.36 | $ 17.71 | $ 18.08 | $ 18.42 | $ 18.79 | $ 19.17 | $ 19.55 | $ 19.94 | $ 20.34 | $ 20.75 | $ 21.17 | $ 21.59 | $ 22.02 | $ 22.46 |
| SMO 13 | $ 17.88 | $ 18.24 | $ 18.60 | $ 18.97 | $ 19.35 | $ 19.74 | $ 20.13 | $ 20.53 | $ 20.94 | $ 21.36 | $ 21.79 | $ 22.23 | $ 22.67 | $ 23.12 | $ 23.58 |
| SMO 14 | $ 18.75 | $ 19.13 | $ 19.51 | $ 19.90 | $ 20.30 | $ 20.71 | $ 21.12 | $ 21.54 | $ 21.97 | $ 22.41 | $ 22.86 | $ 23.32 | $ 23.79 | $ 24.27 | $ 24.76 |
| SMO 15 | $ 19.71 | $ 20.10 | $ 20.50 | $ 20.91 | $ 21.33 | $ 21.76 | $ 22.20 | $ 22.64 | $ 23.09 | $ 23.55 | $ 24.02 | $ 24.50 | $ 24.99 | $ 25.49 | $ 26.00 |
| SMO 16 | $ 20.69 | $ 21.10 | $ 21.52 | $ 21.95 | $ 22.39 | $ 22.84 | $ 23.30 | $ 23.77 | $ 24.25 | $ 24.74 | $ 25.23 | $ 25.73 | $ 26.24 | $ 26.76 | $ 27.30 |
| SMO 17 | $ 21.73 | $ 22.16 | $ 22.60 | $ 23.05 | $ 23.51 | $ 23.98 | $ 24.46 | $ 24.95 | $ 25.45 | $ 25.96 | $ 26.48 | $ 27.01 | $ 27.55 | $ 28.10 | $ 28.66 |
| SMO 18 | $ 22.82 | $ 23.28 | $ 23.75 | $ 24.22 | $ 24.70 | $ 25.19 | $ 25.69 | $ 26.20 | $ 26.72 | $ 27.25 | $ 27.79 | $ 28.35 | $ 28.92 | $ 29.50 | $ 30.09 |

**APPENDIX B-2**

Effective the pay period beginning after December 19, 2002, the wage scales will be as follows:

| GRADE | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12 | Step 13 | Step 14 | Step 15 (Max.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMO 1 | $ 10.35 | $ 10.56 | $ 10.76 | $ 10.98 | $ 11.20 | $ 11.43 | $ 11.66 | $ 11.89 | $ 12.13 | $ 12.37 | $ 12.62 | $ 12.86 | $ 13.12 | $ 13.38 | $ 13.66 |
| SMO 2 | $ 10.87 | $ 11.09 | $ 11.30 | $ 11.53 | $ 11.76 | $ 12.00 | $ 12.24 | $ 12.49 | $ 12.74 | $ 12.99 | $ 13.25 | $ 13.51 | $ 13.78 | $ 14.06 | $ 14.34 |
| SMO 3 | $ 11.41 | $ 11.64 | $ 11.87 | $ 12.11 | $ 12.34 | $ 12.59 | $ 12.84 | $ 13.10 | $ 13.36 | $ 13.63 | $ 13.90 | $ 14.19 | $ 14.47 | $ 14.76 | $ 15.06 |
| SMO 4 | $ 11.98 | $ 12.22 | $ 12.47 | $ 12.72 | $ 12.97 | $ 13.23 | $ 13.49 | $ 13.76 | $ 14.03 | $ 14.31 | $ 14.60 | $ 14.89 | $ 15.19 | $ 15.50 | $ 15.81 |
| SMO 5 | $ 12.58 | $ 12.83 | $ 13.09 | $ 13.35 | $ 13.62 | $ 13.89 | $ 14.18 | $ 14.46 | $ 14.75 | $ 15.04 | $ 15.34 | $ 15.64 | $ 15.95 | $ 16.28 | $ 16.60 |
| SMO 6 | $ 13.22 | $ 13.48 | $ 13.75 | $ 14.02 | $ 14.30 | $ 14.58 | $ 14.87 | $ 15.17 | $ 15.48 | $ 15.79 | $ 16.10 | $ 16.42 | $ 16.75 | $ 17.09 | $ 17.43 |
| SMO 7 | $ 13.86 | $ 14.14 | $ 14.42 | $ 14.72 | $ 15.01 | $ 15.31 | $ 15.61 | $ 15.92 | $ 16.24 | $ 16.57 | $ 16.90 | $ 17.24 | $ 17.59 | $ 17.94 | $ 18.30 |
| SMO 8 | $ 14.55 | $ 14.84 | $ 15.14 | $ 15.44 | $ 15.76 | $ 16.07 | $ 16.39 | $ 16.72 | $ 17.06 | $ 17.40 | $ 17.74 | $ 18.10 | $ 18.46 | $ 18.83 | $ 19.22 |
| SMO 9 | $ 15.30 | $ 15.60 | $ 15.91 | $ 16.23 | $ 16.56 | $ 16.89 | $ 17.22 | $ 17.57 | $ 17.92 | $ 18.27 | $ 18.64 | $ 19.01 | $ 19.40 | $ 19.78 | $ 20.18 |
| SMO 10 | $ 16.06 | $ 16.38 | $ 16.71 | $ 17.05 | $ 17.39 | $ 17.73 | $ 18.09 | $ 18.45 | $ 18.81 | $ 19.19 | $ 19.57 | $ 19.97 | $ 20.36 | $ 20.77 | $ 21.18 |
| SMO 11 | $ 16.86 | $ 17.19 | $ 17.53 | $ 17.89 | $ 18.24 | $ 18.61 | $ 18.98 | $ 19.36 | $ 19.75 | $ 20.14 | $ 20.55 | $ 20.97 | $ 21.38 | $ 21.81 | $ 22.25 |
| SMO 12 | $ 17.70 | $ 18.05 | $ 18.42 | $ 18.78 | $ 19.16 | $ 19.54 | $ 19.94 | $ 20.33 | $ 20.74 | $ 21.15 | $ 21.58 | $ 22.02 | $ 22.45 | $ 22.90 | $ 23.36 |
| SMO 13 | $ 18.60 | $ 18.97 | $ 19.34 | $ 19.73 | $ 20.12 | $ 20.53 | $ 20.94 | $ 21.35 | $ 21.78 | $ 22.21 | $ 22.66 | $ 23.12 | $ 23.58 | $ 24.04 | $ 24.52 |
| SMO 14 | $ 19.50 | $ 19.90 | $ 20.29 | $ 20.70 | $ 21.11 | $ 21.54 | $ 21.96 | $ 22.40 | $ 22.85 | $ 23.31 | $ 23.77 | $ 24.25 | $ 24.74 | $ 25.24 | $ 25.75 |
| SMO 15 | $ 20.50 | $ 20.90 | $ 21.32 | $ 21.75 | $ 22.18 | $ 22.63 | $ 23.09 | $ 23.55 | $ 24.01 | $ 24.49 | $ 24.98 | $ 25.48 | $ 25.99 | $ 26.51 | $ 27.04 |
| SMO 16 | $ 21.52 | $ 21.94 | $ 22.38 | $ 22.83 | $ 23.29 | $ 23.75 | $ 24.23 | $ 24.72 | $ 25.22 | $ 25.73 | $ 26.24 | $ 26.76 | $ 27.29 | $ 27.83 | $ 28.39 |
| SMO 17 | $ 22.60 | $ 23.05 | $ 23.50 | $ 23.97 | $ 24.45 | $ 24.94 | $ 25.44 | $ 25.95 | $ 26.47 | $ 27.00 | $ 27.54 | $ 28.09 | $ 28.65 | $ 29.22 | $ 29.81 |
| SMO 18 | $ 23.73 | $ 24.21 | $ 24.70 | $ 25.19 | $ 25.69 | $ 26.20 | $ 26.72 | $ 27.25 | $ 27.79 | $ 28.34 | $ 28.90 | $ 29.48 | $ 30.08 | $ 30.68 | $ 31.29 |

## APPENDIX B-3

Effective the pay period beginning closest to December 19, 2003, the wage scales will be as follows:

| GRADE | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12 | Step 13 | Step 14 | Step 15 (Max.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMO 1 | $10.76 | $10.98 | $11.19 | $11.42 | $11.65 | $11.89 | $12.13 | $12.37 | $12.62 | $12.86 | $13.12 | $13.37 | $13.64 | $13.92 | $14.21 |
| SMO 2 | $11.30 | $11.53 | $11.75 | $11.99 | $12.23 | $12.48 | $12.73 | $12.99 | $13.25 | $13.51 | $13.78 | $14.05 | $14.33 | $14.62 | $14.91 |
| SMO 3 | $11.87 | $12.11 | $12.34 | $12.59 | $12.83 | $13.09 | $13.35 | $13.62 | $13.89 | $14.18 | $14.46 | $14.76 | $15.05 | $15.35 | $15.66 |
| SMO 4 | $12.46 | $12.71 | $12.97 | $13.23 | $13.49 | $13.76 | $14.03 | $14.31 | $14.59 | $14.88 | $15.18 | $15.49 | $15.80 | $16.12 | $16.44 |
| SMO 5 | $13.08 | $13.34 | $13.61 | $13.88 | $14.16 | $14.45 | $14.75 | $15.04 | $15.34 | $15.64 | $15.95 | $16.27 | $16.59 | $16.93 | $17.26 |
| SMO 6 | $13.75 | $14.02 | $14.30 | $14.58 | $14.87 | $15.16 | $15.46 | $15.78 | $16.10 | $16.42 | $16.74 | $17.08 | $17.42 | $17.77 | $18.13 |
| SMO 7 | $14.41 | $14.71 | $15.00 | $15.31 | $15.61 | $15.92 | $16.23 | $16.56 | $16.89 | $17.23 | $17.58 | $17.93 | $18.29 | $18.66 | $19.03 |
| SMO 8 | $15.13 | $15.43 | $15.75 | $16.06 | $16.39 | $16.71 | $17.05 | $17.39 | $17.74 | $18.10 | $18.45 | $18.82 | $19.20 | $19.58 | $19.99 |
| SMO 9 | $15.91 | $16.22 | $16.55 | $16.88 | $17.22 | $17.57 | $17.91 | $18.27 | $18.64 | $19.00 | $19.39 | $19.77 | $20.18 | $20.57 | $20.99 |
| SMO 10 | $16.70 | $17.04 | $17.38 | $17.73 | $18.09 | $18.44 | $18.81 | $19.19 | $19.56 | $19.96 | $20.35 | $20.77 | $21.17 | $21.60 | $22.03 |
| SMO 11 | $17.53 | $17.88 | $18.23 | $18.61 | $18.97 | $19.35 | $19.74 | $20.13 | $20.54 | $20.95 | $21.37 | $21.81 | $22.24 | $22.68 | $23.14 |
| SMO 12 | $18.41 | $18.77 | $19.16 | $19.53 | $19.93 | $20.32 | $20.74 | $21.14 | $21.57 | $22.00 | $22.44 | $22.90 | $23.35 | $23.82 | $24.29 |
| SMO 13 | $19.34 | $19.73 | $20.11 | $20.52 | $20.92 | $21.35 | $21.78 | $22.20 | $22.65 | $23.10 | $23.57 | $24.04 | $24.52 | $25.00 | $25.50 |
| SMO 14 | $20.28 | $20.70 | $21.10 | $21.53 | $21.95 | $22.40 | $22.84 | $23.30 | $23.76 | $24.24 | $24.72 | $25.22 | $25.73 | $26.25 | $26.78 |
| SMO 15 | $21.32 | $21.74 | $22.17 | $22.62 | $23.07 | $23.54 | $24.01 | $24.49 | $24.97 | $25.47 | $25.98 | $26.50 | $27.03 | $27.57 | $28.12 |
| SMO 16 | $22.38 | $22.82 | $23.28 | $23.74 | $24.22 | $24.70 | $25.20 | $25.71 | $26.23 | $26.76 | $27.29 | $27.83 | $28.38 | $28.94 | $29.53 |
| SMO 17 | $23.50 | $23.97 | $24.44 | $24.93 | $25.43 | $25.94 | $26.46 | $26.99 | $27.53 | $28.08 | $28.64 | $29.21 | $29.80 | $30.39 | $31.00 |
| SMO 18 | $24.68 | $25.18 | $25.69 | $26.20 | $26.72 | $27.25 | $27.79 | $28.34 | $28.90 | $29.47 | $30.06 | $30.66 | $31.28 | $31.91 | $32.54 |

**APPENDIX B-4**

Effective the pay period beginning closest to December 19, 2004, the wage scales will be as follows:

| GRADE | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12 | Step 13 | Step 14 | Step 15 (Max.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMO 1 | $11.30 | $11.53 | $11.75 | $11.99 | $12.23 | $12.48 | $12.74 | $12.99 | $13.25 | $13.50 | $13.78 | $14.04 | $14.32 | $14.62 | $14.92 |
| SMO 2 | $11.87 | $12.11 | $12.34 | $12.59 | $12.84 | $13.10 | $13.37 | $13.64 | $13.91 | $14.19 | $14.47 | $14.75 | $15.05 | $15.35 | $15.66 |
| SMO 3 | $12.46 | $12.72 | $12.96 | $13.22 | $13.47 | $13.74 | $14.02 | $14.30 | $14.58 | $14.89 | $15.18 | $15.50 | $15.80 | $16.12 | $16.44 |
| SMO 4 | $13.08 | $13.35 | $13.62 | $13.89 | $14.16 | $14.45 | $14.73 | $15.03 | $15.32 | $15.62 | $15.94 | $16.26 | $16.59 | $16.93 | $17.26 |
| SMO 5 | $13.73 | $14.01 | $14.29 | $14.57 | $14.87 | $15.17 | $15.49 | $15.79 | $16.11 | $16.42 | $16.75 | $17.08 | $17.42 | $17.78 | $18.12 |
| SMO 6 | $14.44 | $14.72 | $15.02 | $15.31 | $15.61 | $15.92 | $16.23 | $16.57 | $16.91 | $17.24 | $17.58 | $17.93 | $18.29 | $18.66 | $19.04 |
| SMO 7 | $15.13 | $15.45 | $15.75 | $16.08 | $16.39 | $16.72 | $17.04 | $17.39 | $17.73 | $18.09 | $18.46 | $18.83 | $19.20 | $19.59 | $19.98 |
| SMO 8 | $15.89 | $16.20 | $16.54 | $16.86 | $17.21 | $17.55 | $17.90 | $18.26 | $18.63 | $19.01 | $19.37 | $19.76 | $20.16 | $20.56 | $20.99 |
| SMO 9 | $16.71 | $17.03 | $17.38 | $17.72 | $18.08 | $18.45 | $18.81 | $19.18 | $19.57 | $19.95 | $20.36 | $20.76 | $21.19 | $21.60 | $22.04 |
| SMO 10 | $17.54 | $17.89 | $18.25 | $18.62 | $18.99 | $19.36 | $19.75 | $20.15 | $20.54 | $20.96 | $21.37 | $21.81 | $22.23 | $22.68 | $23.13 |
| SMO 11 | $18.41 | $18.77 | $19.14 | $19.54 | $19.92 | $20.32 | $20.73 | $21.14 | $21.57 | $22.00 | $22.44 | $22.90 | $23.35 | $23.81 | $24.30 |
| SMO 12 | $19.33 | $19.71 | $20.12 | $20.51 | $20.93 | $21.34 | $21.78 | $22.20 | $22.65 | $23.10 | $23.56 | $24.05 | $24.52 | $25.01 | $25.50 |
| SMO 13 | $20.31 | $20.72 | $21.12 | $21.55 | $21.97 | $22.42 | $22.87 | $23.31 | $23.78 | $24.26 | $24.75 | $25.24 | $25.75 | $26.25 | $26.78 |
| SMO 14 | $21.29 | $21.74 | $22.16 | $22.61 | $23.05 | $23.52 | $23.98 | $24.47 | $24.95 | $25.45 | $25.96 | $26.48 | $27.02 | $27.56 | $28.12 |
| SMO 15 | $22.39 | $22.83 | $23.28 | $23.75 | $24.22 | $24.72 | $25.21 | $25.71 | $26.22 | $26.78 | $27.28 | $27.83 | $28.38 | $28.95 | $29.53 |
| SMO 16 | $23.50 | $23.96 | $24.44 | $24.93 | $25.43 | $25.94 | $26.46 | $27.00 | $27.54 | $28.10 | $28.65 | $29.22 | $29.80 | $30.39 | $31.01 |
| SMO 17 | $24.68 | $25.17 | $25.66 | $26.18 | $26.70 | $27.24 | $27.78 | $28.34 | $28.91 | $29.48 | $30.07 | $30.67 | $31.29 | $31.91 | $32.55 |
| SMO 18 | $25.91 | $26.44 | $26.97 | $27.51 | $28.06 | $28.61 | $29.18 | $29.76 | $30.35 | $30.94 | $31.56 | $32.19 | $32.84 | $33.51 | $34.17 |

# APPENDIX C

## UNITS OF LAYOFF

### STANFORD HOSPITAL

| Med Surg | Critical Care | HIMS (Med Rec.) |
|---|---|---|
| 1202 Nursing Float | 1237 B2 | 1152 (eliminated) |
| 1211 (eliminated) | 1320 Emergency Services | 1153 Data Archives & Ware |
| 1214 CIRU Administration | 1252 IICU | 1154 Document Support |
| 1231 B3 | 1254 D1/CSU | 1155 Info Services |
| 1232 FGround | 1255 NICU | 1156 Coding & Data Report |
| 1238 F3 | 1262 E2/ICU | |
| 1246 CIRU Nursing | 1328 B2 Outpatient | **Ambulatory** |
| 1250 DGround | | 1228 Renal Acute |
| 1253 C3 | | 1306 Endoscopy |
| 1226 Cast Room *** | | 1327 Ambulatory Treatment |
| 1263 C2 | **OR** | |
| 1264 Bone Marrow O/P Treat. | 1300 Operating Room | **Dietary & Cafeteria** |
| 1273 E3 | 1301 Surgical Admission | 1340 Dietary |
| 1261E1/CHU** | 1302 Ambulatory Surgery Cntr | 1342 Cafeteria |
| | 1303 Anesthesia | |
| **Psych** | 1304 Post Anesthesia Recovery | |
| 1222 G2GP* | | |
| 1235 GCRC | | |
| 1242 G2* | | |
| 1248 H2 | | |

\*       Change designation (1222 was GeroPsych; 1242 was G2T)
\*\*      Moved from Critical Care to Med Surg
\*\*\*     Added

### LUCILE PACKARD CHILDREN'S HOSPITAL

| Perinatal | |
|---|---|
| F2 Angepartum/Postpartum | 6380 |
| Well Baby Nursery | 6530 |
| Labor & Delivery | 7400 |
| | |
| **NICU/IICN** | |
| Intermediate Nursery | |
| NICU | |

| Pediatrics | |
|---|---|
| PICU | 6050 |
| CVICU (new) | 6052 |
| 2 North – Med/Surg | 6200 |
| 3 West – Tx/Cardiac/ENT | 6201 |
| 3 East Med/Surg | 6202 |
| 3 North – 3 South / Med | 6203 |
| ECH – CPCU (El Camino) | 6204 |
| Nursing Float Personnel | 8730 |

NOTE:  Except as provided above, each "cost center" represents a separate "unit for layoff"

### SIDE LETTER OF AGREEMENT - RELIEF EMPLOYEES
### BETWEEN
### SHC/LPCH
### AND
### SEIU LOCAL 715

The parties agree that the following named individuals will, in addition to the employee's normal hourly rate of pay, continue to receive a $1.00/hour relief differential as long as the employee remains continuously employed in the relief job classification/position specified for the employee below. All relief employees not specifically named will not be eligible for the $1.00/hour relief differential. No relief employee who is receiving the relief premium on the date of ratification will lose the premium as a result of this Agreement, provided the employee meets the conditions set forth herein.

| Position | Job Code | Employee Name | Cost Center |
|---|---|---|---|
| USA II | 600147 | Rajasanshi, Pritika | 6380 |
| Patient Care Asst. I | 700017 | Charles, La'Zette<br>Calacsan, Chris | 8730 |
| Patient Care Asst. II | 700019 | Polizzi, Janet<br>Badakhshan, Yasaman<br>Nekaien, Seena<br>Won, Katrina<br>Heyne, Jennifer<br>Jensen, Sandra | 8730 |
| Milieu Counselor I | 500062 | Hernandez, Maria Farrah | 6204 |
| Milieu Counselor II | 500064 | Law, June | 6204 |
| Film Library Clerk | 600044 | Datta, Sujata I. | 7630 |
| Lab Asst. II | 700028 | Banda, Susan<br>Pagsolingan, Guy G.<br>Klor, Maria I.<br>Domingo, Giles<br>Tunguia, Danilo<br>Robey, Vivian<br>Nguyen, Josephine<br>Roca-Saniel, Terisita | 7500 |

D-1

**SIDE LETTER OF AGREEMENT**
**BETWEEN**
**SHC/LPCH**
**AND**
**SEIU LOCAL 715**

The Employer and SEIU Local 715 agree that adequate parking systems, shuttle services, car pools and other transit options are in the best interest of Stanford and Lucile Packard Hospitals and Clinics and their employees.  Issues concerning parking and transportation programs and systems may be placed on the agenda of the Management and Labor Committee.

The parties recognize that Stanford University is responsible for parking and transit programs, and the Employer will advise the Union of any changes in such programs when it is notified thereof by the University.

**SIDE LETTER OF AGREEMENT
BETWEEN
SHC/LPCH,
AND
SEIU LOCAL 715
RE
UNION ACCESS**


The Parties agree that after a period of six (6) months, either side may from time to time request a meeting to discuss issues arising in connection with Article 24.1., and if they agree that changes are appropriate, may amend that Section if necessary.

F-1

## INDEX

### A

Accrual ........................................................................................................................ See Paid Time Off
Agency Shop And Voluntary Dues Deduction ............................................................................ 5
Agreement ........................................................................................................................................ 1
Alternate Work Schedules ......................................................................................................... 15
Amendments And Term Of Agreement ................................................................................. 68
Arbitration ..................................................................................................................................... 60

### B

Benefits ........................................................................................................................................... 31
Bulletin Boards ............................................................................................................................ 51

### C

Callback .......................................................................................................................................... 17
Consolidation Of Grievances .................................................................................................. 59
Continuation Of Benefits ......................................................................................................... 30
Coverage Of Relief And Fixed Term Employees .............................................................. 12

### D

Daily Cancellation ...................................................................................................................... 24
Date Of Ratification ................................................................................................................... 11
Discharge ....................................................................................................................................... 44
Discipline And Dismissal .......................................................................................................... 44
Duration Of Leave ...................................................................................................................... 37

### E

Early Report To Work ............................................................................................................... 17
Educational Assistance ............................................................................................................. 40
Effective Date Of Increases ..................................................................................................... 8
Effects Of Layoffs ....................................................................................................................... 30
Eligibility ....................................................................................................................................... 31
Employment Categories ........................................................................................................... 12
Enumeration Of Emloyer Benefits ....................................................................................... 31
Exclusion Of Relief, Fixed Term And Trial Period Employees .................................... 63

### F

Fixed Term Employees .............................................................................................................. 12

### G

Grievance And Arbitration Procedure ................................................................................. 57

### H

Health And Safety ...................................................................................................................... 56
Holidays ......................................................................................................................................... 34
Hours Of Work ............................................................................................................................ 14

**I**

Indefinite Layoffs ................................................................................................................ 25
Information Provided To Union ............................................................................................ 54
Integration Of PTO ............................................................................................................. 35
Investigatory Interviews ..................................................................................................... 44

**J**

Joint Management And Labor Committee ............................................................................ 47
Jury Duty ............................................................................................................................ 41

**L**

Layoff And Reduction In Time ............................................................................................ 24
Leave Categories ............................................................................................................... 36
Leaves Of Absence ........................................................................................................... 36

**M**

Management Rights ............................................................................................................. 4
Meal Periods ...................................................................................................................... 15
Merger ............................................................................................................................... 67
Modification To Benefits ..................................................................................................... 31

**N**

New Hires And Promotions ................................................................................................ 10
New Positions ...................................................................................................................... 2
No Guarantee ..................................................................................................................... 18
No Strikes ........................................................................................................................... 64
Nondiscrimination In Employment ....................................................................................... 7
Notice ................................................................................................................................. 44
Notice Of Discharge ........................................................................................................... 44

**O**

On-Call ............................................................................................................................... 17
Other Increases .................................................................................................................. 10
Overtime ............................................................................................................................. 16

**P**

Paid Time Off ..................................................................................................................... 33
Pay Status .......................................................................................................................... 63
Personnel Files ................................................................................................................... 46
Plan Rates .......................................................................................................................... 31
Preference During Notice Period ........................................................................................ 30
Printing Of Agreement ........................................................................................................ 54
Purpose And Rate Of Pay .................................................................................................. 33
Purpose of Agreement ......................................................................................................... 1
Pyramiding Or Compounding Of Overtime And Other Premiums Prohibited ..................... 18

**R**

Reclassification From Bargaining Unit To Non-Unit Positions ............................................. 2
Recognition .......................................................................................................................... 1

Regular Employees ........................................................................................ 12
Reimbursements ........................................................................................... 11
Relief Employees .......................................................................................... 12
Representation Rights .................................................................................... 57
Resignation ................................................................................................... 43
Rest Periods .................................................................................................. 15

S

Selection For Promotion/Transfer .................................................................. 22
Seniority ........................................................................................................ 21
Severability ................................................................................................... 66
Severance Pay .............................................................................................. 27
Shift Assignment ........................................................................................... 23
Shift Differential ............................................................................................ 16
Standard Work Schedule .............................................................................. 14
Step 1. Informal Review ............................................................................... 58
Step 2. Formal Review ................................................................................. 59
Stewards ....................................................................................................... 49
Subcontracting .............................................................................................. 29

T

Telephone, Facsimile And Electronic Mail ................................................... 54
Temporary Assignments ............................................................................... 20
Temporary Layoffs ........................................................................................ 24
Time In File ......................................................... See Discipline And Dismissal
Time Limits For Filing ................................................................................... 59
Transfer Of PTO Credit ................................................................................ 34
Transfer, Promotion And Demotion ............................................................. 22
Transfer/Promotion OF Employees .............................................................. 22
Trial Period ................................................................................................... 19

U

Union Access, Bulletin Boards, Information Requests .................................. 51
Use Of SHC/LPCH Facilities ........................................................................ 54

V

Violations ...................................................................................................... 30

W

Wages ............................................................................................................. 8
Waiver ........................................................................................................... 65
Work Across Bargaining Unit Lines ............................................................... 3
Work Rules .................................................................................................... 42
Workday ........................................................................................................ 14
Workweek ...................................................................................................... 14