**EXHIBIT E**

APR-25-06   10:55   FROM-LOCAL 250 SF            415 563 9914         T-456  P 002/002  F-399


# SEIU GRIEVANCE FORM

**Instructions:** This form is to be used by an individual SEIU employee, a group of SEIU employees, and the Union to file a formal grievance for an alleged violation of a specific provision in the Agreement with SEIU. Please attach additional sheets to the form if needed.

Grievant's Name: All Affected Anesthesia Techs

Home Address: n/a

Home Phone: _____  Work Phone: _____ Ext. _____

Employer (County, School District, City, etc): _____

Department: Anesthesia        Job Classification: Anesthesia Techs

Dept. Mgr.: Alice Beltran     Immediate Supervisor: Alice Beltran

**STATEMENT OF GRIEVANCE:** Please describe what was the action you believe to be improper and describe specifically, what took place, how it happened, who was involved (please attach additional written documentation if needed):

1. PLEASE DESCRIBE THE SPECIFIC ARTICLE(S) & SECTION(S) OF THE AGREEMENT WITH SEIU THAT HAS BEEN VIOLATED: Article 9 and the contract as a whole

2. WHO IS THE GRIEVANCE BROUGHT AGAINST? The Employer

3. WHEN DID THE INCIDENT OCCUR? (date and, if appropriate, time or if ongoing): Ongoing

4. PLEASE DESCRIBE WHAT WAS THE CONSEQUENCE OR ADVERSE EFFECT ON YOU AS A RESULT OF THE IMPROPER ACTION: Employer not paying 5% Relief in Higher Classification Differential to Anesthesia Techs carrying the Spectra-Link Phone.

5. PLEASE DESCRIBE INFORMAL ATTEMPTS MADE BY YOU TO RESOLVE THIS GRIEVANCE AS COVERED BY STEP 1. (Informal Review) OF THE GRIEVANCE AND ARBITRATION PROCEDURE: Informal grievance meeting held on Monday April 17th

6. THE REMEDY OR ACTION THAT YOU ARE REQUESTING TO RESOLVE THE GRIEVANCE: Make whole, including but not limited to: Reinstating the RHC pay for carrying the Specra Link Phone.

7. ADDITIONAL COMMENTS:

GRIEVANT: All Affected Anesthesia Techs
STEWARD: Paul Granados                          DATE: 4/25/06
WORKSITE ORGANIZER: Ela Hereth                  DATE: 4/25/06
EMPLOYER SIGNATURE:                             DATE:

Please send this completed form and any supporting documentation to Employee/Labor Relations (Room HG005), 300 Pasteur Drive, Stanford, CA 94305.

TH. 4