**EXHIBIT F**



# STANFORD
## UNIVERSITY
### MEDICAL CENTER

*Stanford Hospital & Clinics*
*Lucile Salter Packard Children's Hospital*

July 21, 2006



RECEIVED AUG - 1 2006 Local 715, SEIU

Lourdes Arafiles
Shop Steward
SEIU Local 715
P.O. Box 19152
Stanford, CA 94309

Re: Second Step Grievance Response - All Affected Anesthesia Techs

Dear Lourdes,

A Second Step Grievance Hearing was conducted on July 21, 2006, in response to the Union's allegation that the Hospital is in violation of Article 9 of the Agreement by not paying Anesthesia Techs an additional 5% relief in higher classification pay for carrying a spectra-link phone on the evening shift. You and Anesthesia Tech Paul Granados were present for the union. Anesthesia Administration Manager Alice Beltran and Manager of OR Education Sheryl Michelson were present for the Hospital.

Article 9.1 states:
> "An employee temporarily assigned by the Employer to perform the typical duties of a position in a higher pay grade for four (4) consecutive hours or more will receive a differential of five percent (5%) for each grade above the grade of the employee's regular classification for all hours during which the employee is so assigned. As an exception, if an employee is assigned by the Employer to a position in a lead classification listed in Appendix A and to perform all of the duties thereof, the employee will be paid a lead premium of five (5%) for the actual hours worked in the lead position provided the lead position is in a classification in a higher wage range than the employee's regular classification or position."

You stated that communication is an important aspect of patient care and that carrying the spectra-link phone is an added responsibility for the evening shift techs, because the physicians use it to communicate their needs in the OR. You continued that the Anesthesia Tech carrying the spectra-link has the responsibility to answer it and respond to the caller's requests. You claimed that this responsibility requires additional incentive and that the added workload warrants added compensation.

Ms. Beltran stated that the Spectra-link phone is a tool used to facilitate communication between the ORs and the Anesthesia Techs. The ORs have several means to communicate request to the Anesthesia Techs. There is a call light system, a land-line phone, an overhead page system, an intercom system, and the spectra-link phone, all of which are responded to by an Anesthesia Tech.

Ms. Beltran explained that carrying the spectra-link phone is an assigned task. It does not imply or require that the carrier must perform the duties of the Lead Anesthesia Tech or any other position in a higher classification.

The Lead Anesthesia Tech position was created and filled at the end of March 2006. The Lead Anesthesia Tech carries their own spectra-link phone separate from the one carried by an Anesthesia Tech on a daily basis. The responsibilities of the Anesthesia Tech assigned to carry the spectra-link phone have not changed since the creation of the Lead Anesthesia Tech position. It is one of several communication tools used to facilitate the normal operations of the OR.

By everyone's admission, RHC pay had been paid to Anesthesia Techs who carried the spectra-link phone in the past. It is unknown when or why this started. There was no justification to pay for RHC since the Lead position did not exist in the SEIU Local 715 12/19/2002 through 11/4/2005 Agreement, and the practice was stopped on 2/17/2006. No attempt was made by the Hospital to re-coop the previous RHC pay paid out in error.

You argued that carrying the spectra-link equates to more work, and, therefore, should receive additional compensation. The spectra-link phone is assigned on a rotational basis, one-week at a time, amongst the Anesthesia Techs. This rotation includes the Lead Anesthesia Tech, who carries it and responds to work request communicated through it in addition to the Lead's assigned spectra-link phone. This rotation ensures the work is distributed fairly amongst the work group.

The Union is only requesting RHC pay for the Anesthesia Techs carrying the phone on evening shift, not on day shift. By the Union's own admission, the job tasks and responsibilities associated with carrying the spectra-link phone are unchanged from shift to shift. If an employee assigned to carry the phone on dayshift does not have Lead responsibilities, logically the employee assigned to the identical tasks on evening shift does not have Lead responsibilities and, therefore, is not entitled to relief in higher classification pay. Additionally, the Union admitted that the type of information or request communicated via the spectra-link phone may also be communicated via other means to other Anesthesia Techs on duty who are not carrying the phone. Therefore, there is no distinction in the typical duties of an Anesthesia Tech carrying the spectra-link vs. one who is not.

Relief in higher classification pay is owed to "an employee temporarily assigned by the Employer to perform the typical duties of a position in a higher pay grade for four (4) consecutive hours or more" or "is assigned by the Employer to a position in a lead classification listed in Appendix A and to perform all the duties thereof." The Union did

not present any information associating the responsibilities of an Anesthesia Tech carrying the spectra-link phone to the typical duties of the Lead Anesthesia Tech or any other position in a higher pay grade. The act of carrying the phone and performing normal Anesthesia Tech job duties associated with it does not constitute work in a higher classification. There is no contractual obligation for five percent (5%) RHC pay to be paid to an Anesthesia Tech assigned to carry the spectra-link phone. Accordingly, this grievance is denied.

Brian Coffman
Sr. Employee/Labor Relations Specialist

Cc: Laurie Quintel
     Betsy Musselman
     Alice Beltran