**EXHIBIT G**

## Stanford Hospital and Clinics
### Job Description

Perioperative Services  
Anesthesia Technician  
Department Head Approval _Jenn Rick_ Date: 5/5/04

Payroll Cost Center 74501  
Job Code: 500008

**JOB SUMMARY**

The Anesthesia Technician is responsible for clinically supporting the activities of the Department of Anesthesia. Activities include: provision of supplies and equipment as well as performing a variety of tasks that help ensure the safe delivery of anesthetic patient care.

**REPORTING RELATIONSHIPS**

The Anesthesia Technician works under the direct supervision of the Lead Anesthesia Technician and is responsible to and evaluated by the Supervisor of Anesthesia. There are no individuals who report to this position

**ESSENTIAL FUNCTIONS**

1. Has a current working knowledge of location, operation and maintenance of anesthesia equipment and supplies.
2. Correctly checks and sets up all equipment and supplies utilized by the Department of Anesthesia including anesthesia machines, monitors, invasive lines, non-controlled pharmaceuticals and other tasks as requested by Anesthesia .
3. Attends and participates in equipment and supply inservices, evaluations and staff meetings.
4. Practices aseptic techniques according to established standards of care and infection control policies.
5. Actively participates in quality control, quality assurance and preventative maintenance activities.
6. Supports administrative decisions and assures implementation and compliance with all department , institutional and regulatory policies and procedures.
7. Proactively uses the problem solving process to identify, prevent or resolve inter- or intra-departmental problems.
8. Participates in the monitoring and documenting of quality improvement issues
9. Assists in the evaluation of new products by providing feedback regarding use.
10. Identifies and shares recommendations for containing costs in assigned area.
11. Assures replacement or repair of malfunctioning equipment.
12. Demonstrates ability to provide appropriate care based on the needs of the individual taking into consideration age, culture, and developmental issues.

**OTHER FUNCTIONS AND RESPONSIBILITIES**

1. Participates on unit, department or hospital committees as requested.
2. Performs housekeeping/stocking duties in order to maintain a clean, safe work environment.
3. Works with clinical educator to orient new staff members and students to the role of anesthesia technician as requested.
4. Responsible for self assessment of skill level and seeking resources to learn new skills, equipment, or procedures to maintain currency in position.

Er #1

5. Maintains an effective working relationship with staff, managers, physicians, patients and their families.
6. Performs other duties as assigned to support patient care and unit functions.
7. Contributes in a positive manner to unit and department.
8. Demonstrates flexibility in assignment.
9. Assists with record keeping and patient charges
10. Able to work in a fast paced environment with individuals of diverse cultural backgrounds.

**AGE SPECIFIC COMPETENCIES-AGES SERVED**
__X__ Neonates
__X__ Pediatrics
__X__ Adolecents
__X__ Geriatrics
__X__ N/A

**CERTIFICATION/LICENSURE**

Certification as Certified Anesthesia Technician desired
Successful completion of AHA Healthcare Provider BLS within 1 month of hire

**QUALIFICATION**

**Required**: High school graduate or equivalent required. Ability to speak, write, read and comprehend English fluently. Ability to work independently and prioritize duties during time of stress. Able to learn and evaluate new equipment and procedures quickly. Minimum 1 year experience in an OR environment.

**Desired**: At least 1 year experience as an anesthesia technician in a high volume, highly technical OR setting.

**PHYSICAL REQUIREMENTS/WORK ENVIRONMENT**

Able to lift a minimum of 40 lbs. Able to stand and walk for most of shift. Ability to turn, lift, push and move without restriction.

Physical Demand    3        Work Environment    2

**RISK OF EXPOSURE TO BLOODBORNE PATHOGENS**

__X__ Category I:   Tasks involve exposure to blood, body fluids or tissues. The potential for spills or splashes of blood, body fluids or tissues exists in job related tasks.
_____ Category II:  Usual tasks do not involve exposure to blood, body fluids or tissues, but job may require performing unplanned Category I tasks.
_____ Category III: Tasks involve no exposure to blood, body fluids or tissues. Category I tasks are not a condition of employment.

Date Reviewed: 5/92
Date Revised: 12/92, 7/94, 5/97, 3/00, 1/01, 5/03, 4/04
jd:anesthesia technician 2004