**EXHIBIT H**

# Anesthesia Tech Phone List

| | |
|---|---|
| Lead Anesthesia Tech Spectralink | 6-9754 |
| Main O.R. Anesthesia Workroom | 3-5865 |
| Main O.R. Spectralink | 6-1850 |
| Out-of Department Spectralink | 4-4587 |
| Main O.R. Extension Spectralink | 4-0219 |
| ASC Anesthesia Workroom | 3-5701 |
| ASC Anesthesia Spectralink | 6-2120 |
| ASC Anesthesia Beepers | pgr. 16505 |
| | pgr. 25005 |

Er #2