**EXHIBIT I**

Stanford Hospital and Clinics
Job Description

Perioperative Services
Lead Anesthesia Technician
Department Head Approval _____ Date 3/24/06

Payroll Cost Center: 74501
Job Code: 500281

## JOB SUMMARY

The Lead Anesthesia Technician is responsible for organizing and overseeing the daily work activities of the anesthesia workroom, assuring that the daily tasks of the Anesthesia Technicians are completed thoroughly and accurately. Other duties include: orientation and mentoring of staff, problem-solving instrument issues, providing feedback for employee evaluations and budget and assisting in the Quality Improvement Process.

## REPORTING RELATIONSHIPS

The Lead Anesthesia Technician reports to the Administrative Manager of Anesthesia or their designee.

## ESSENTIAL FUNCTIONS

1. Assigns, organizes and coordinates the daily activities in anesthesia workroom.
2. Monitors anesthesia technician's job performance and coaches/counsels as needed to assure standards are being followed.
3. Provides input related to staff's performance to assist the Administrative Manager of Anesthesia in writing evaluations.
4. Performs all the duties assigned to Anesthesia Technicians.
5. Acts as a resource to staff, managers and physicians related to anesthesia support services.
6. Supports administrative decisions and assures implementation and compliance with all department, institutional and regulatory policies and procedures.
7. Proactively uses the problem solving process to identify, prevent or resolve inter-or intra-departmental problems.
8. Participates in the monitoring and documenting of quality improvement issues
9. Assists in the evaluation of new products by providing feedback regarding use.
10. Identifies and shares recommendations for containing costs in assigned area.
11. Assures replacement or repair of malfunctioning equipment.
12. Demonstrates ability to provide appropriate care based on the needs of the individual taking into consideration age, culture, and developmental issues.

## OTHER FUNCTIONS AND RESPONSIBILITIES

1. Participates on unit, department or hospital committees as requested.
2. Performs housekeeping/stocking duties in order to maintain a clean, safe work environment.
3. Works with clinical educator to orient new staff members and students to role of anesthesia technician requested.
4. Responsible for self assessment of skill level and seeking resources to learn new skills, equipment or procedures to maintain currency in position.
5. Maintains an effective working relationship with staff, managers, physicians, patients and their families.

Er #3

6. Performs other duties as assigned to support patient care and unit functions.
7. Contributes in a positive manner to unit and department.
8. Demonstrates flexibility in assignment.
9. Able to work in a fast paced environment with individuals of diverse cultural backgrounds.

**CERTIFICATION/LICENSURE**

Certification as Certified Anesthesia Technician obtained within one year of hire or first available test date.
Successful completion of AHA Healthcare Provider BLS within 1 month of hire

**AGE SPECIFIC COMPETENCIES-AGES SERVED**
_X_ Neonates
_X_ Pediatrics
_X_ Adolescents
_X_ Geriatrics
_X_ N/A

**QUALIFICATION**

**Required**: High school graduate or equivalent required. Strong organizational skills and the ability to speak, write, read and comprehend English fluently. At least 3 years experience as an anesthesia technician in a high volume, highly technical OR setting. Minimum of 1 year experience in a leadership role.
**Desired**: AA or BS in health care or related field. Certified Anesthesia Technician.

**PHYSICAL REQUIREMENTS/WORK ENVIRONMENT**

Able to lift a minimum of 40 lbs. Able to stand and walk for extended periods of time. Ability to turn, lift and move without restriction.

Physical Demand     3          Work Environment     2

**RISK OF EXPOSURE TO BLOODBORNE PATHOGENS**

_X_ Category I:   Tasks involve exposure to blood, body fluids or tissues. The potential for spills or splashes of blood, body fluids or tissues exists in job related tasks.
____ Category II:  Usual tasks do not involve exposure to blood, body fluids or tissues, but job may require performing unplanned Category I tasks.
____ Category III: Tasks involve no exposure to blood, body fluids or tissues. Category I tasks are not a condition of employment.

Date Reviewed:5/92
Date Revised:5/92,7/94,5/97,5/03,4/04,1/06,3/06
jd:anesthesia lead 2006