**EXHIBIT J**

STANFORD HOSPITAL AND CLINICS
OR Region
EOC Ongoing Compliance Audit
ANESTHESIA WORKROOM

Date_____

Revised 3/06

| yes | no | # | |
|---|---|---|---|
| | | 1 | All employees are wearing name tags with first and last name and title. The name on the badge can be seen. **(Check this on any staff members you encounter while doing this checklist)** |
| | | 2 | No OR schedules or any other patient information can be seen by patients or visitors. |

**Ask a RN or clerk how they would verify that a particular physician is credentialed to do a particular procedure. (Answer: they would ask their manager, the Nursing Supervisor, or would check in MSONet)

Ask a RN: A patient has a reaction to a medication. Who do you report it to? (Answer: to the MD, to the Pharmacy using the PSN system, or by calling the Drug Information Center at 3-6422)

**HALLWAYS**

| | | 3 | Equipment, stock, or carts are not blocking the hallways, fire extinguishers, fire alarm boxes, or exits. (If in the halls, they must be on the same side of the hall.) |
|---|---|---|---|
| | | 4 | Doors in the OR remain closed. |
| | | 5 | Fire extinguishers are inspected annually. **(Check the tag on the extinguisher)** |
| | | 6 | Exits are clear and free of obstruction. Nothing is stored within 6 feet of any exit. |

**MEDICAL GAS SHUTOFF VALVES**

| | | 7 | Staff knows where the emergency medical gas shutoff valves are. **(Ask a couple staff members if they know where the shut-off valves are)** |
|---|---|---|---|

**CRASH CART AND HYPERTHERMIA CARTS**

| | | 8 | Carts are readily available, uncluttered, and locked. |
|---|---|---|---|
| | | 9 | a. Crash cart and the defibrillator are checked daily. **(check the log for entries)** b. Malignant hyperthermia carts are checked daily and are locked. **(check log for entries)** |

**GENERAL ENVIRONMENT**

| | | 10 | Emergency numbers are on telephones in all areas. |
|---|---|---|---|
| | | 11 | All linen carts are covered |
| | | 12 | Only cleaning supplies are stored in cabinets under sinks. There are no paper towels under the sink. |
| | | 13 | Countertops are clear and clean. Sinks are clean. |
| | | 14 | All signs are laminated |
| | | 15 | If IV bags have been spiked and hung prior to being used the staff knows that they are only good for 24 hours. |
| | | 16 | Syringes and needles are properly disposed of. Sharps containers have lids on them and are no more than 3/4 full **(Check the sharps containers in the area where you are doing this checklist )** |
| | | 17 | Electrical and other equipment has been inspected within the past year and inspection labels with dates are visible **(Check a few electrical items such as an infusion pump, a suction machine or ventilator)** |

**WORKROOM AREA**

| | | 18 | The desk is tidy, with no food at the nursing station, including coffee. |
|---|---|---|---|
| | | 19 | No meds are on top of Pyxis or in unlocked places. Cabinets containing meds are locked. |
| | | 20 | |
| | | 21 | There is a daily log of the temperatures of med refrigerators. Med refrig. Temp--36-46 degrees F. |
| | | 22 | All meds are within expiration dates. **(Do random checks of several of the unit's stock medications)** |
| | | 23 | Any multi-dose vial discarded after each procedure. |

**MEDICATION PASS OBSERVATION**

| | | 24 | a. |
|---|---|---|---|

**STORAGE and SUPPLY ROOMS**

| | | 25 | Supplies are not stored directly on the floor |
|---|---|---|---|
| | | 26 | Items on shelves are at least 18 inches from the ceiling in storage rooms. |

1

Er#4

|   |   |   |
|---|---|---|
|   | 27 | All supplies are within expiration dates:<br>**(Do a random check of the supplies-you don't need to check them all)**<br>a.  Blood culture bottles<br>b.  Culture tubes<br>c.  Betadine, blood collection tubes, wrapped tongue blades, KY Jelly, etc. (almost everything now has an expira date—check several items) |
|   | 28 | All cleaning and disinfection products in containers labeled. The products are hospital <u>approved.</u><br>(There are no cleaning products, soaps or lotions brought in from home.) |
|   | 29 | Soiled linen is in blue bags. Linen bags are no more than 3/4 filled. |
|   | 30 | Filled linen and trash bags labeled (only in the OR label w/ suite # and time)<br>(The bags are not overfilled or ripped.) |
|   | 31 | a.  All biohazard containers lined with a red bag and labeled with a biohazard sign.<br>b.  All biohazard containers have covers on them.<br>     (Regular trashcans and trashcans for glass do not need covers.) |
|   | 32 | Biohazard signs stating "no food" posted on all refrigerators containing biohazardous material. |
|   | 33 | O2 cylinders are restrained or are in a cart/carrier. |
|   | 34 | There are no more than 12 $O_2$ cylinders in any one room. |
|   | 35 | Equipment stored in rooms with electrical panels is at least 3 feet away from the control panels. |

**OR ROOMS WITH LASERS IN USE**

|   |   |   |
|---|---|---|
|   | 36 |   |
|   | 37 |   |

**WARMERS**

|   |   |   |
|---|---|---|
|   | 38 |   |
|   | 39 | a.<br>b. |
|   | 40 | a.  Warmers with IV solutions are no warmer than 104 degrees F.<br>b.  Not stored in warmers longer than 14 days<br>     (IV solutions removed from their over wraps must be used or discarded within 24 hours) |

**WORKROOM AND OPERATING ROOM**

|   |   |   |
|---|---|---|
|   | 41 |   |
|   | 42 | There is no dust on the anesthesia equipment or other equipment in the room.<br>(Yes, the surveyors actually look for this sort of thing!) |
|   | 43 |   |
|   | 44 | Staff know where the eye wash stations are located |

**ALARMS**

|   |   |   |
|---|---|---|
|   | 45 | When patient care alarms go off can you hear them?<br>**(staff must be aware that alarms are NEVER turned off)** |
|   | 46 | Does the staff respond to the alarms promptly?<br>**(staff must be aware that a response is necessary on all alarms)** |