**EXHIBIT K**

# STANFORD HOSPITAL AND CLINICS
## DECEMBER 2007

## MALIGNANT HYPERTHERMIA CART CHECKLIST
### MAIN OR ((Keep completed forms for 3 years)

| LOCK NUMBER | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| DRUG OUTDATE | | | | | | | | | | | | | | | |
| TECHNICIANS INITIALS | | | | | | | | | | | | | | | |

| LOCK NUMBER | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| DRUG OUTDATE | | | | | | | | | | | | | | | | |
| TECHNICIANS INITIALS | | | | | | | | | | | | | | | | |

Er #5