EXHIBIT L

ARBITRATION PROCEEDINGS

BEFORE PAUL D. STAUDOBAR, ARBITRATOR

STANFORD HOSPITAL AND CLINICS,   )
                                 )
                                 )
          and                    ) Case No. 06-59192
                                 )
                                 )
SERVICES EMPLOYEES INTERNATIONAL )
UNION, LOCAL 715,                )
                                 )     CERTIFIED COPY
                                 )
_____  )
                                 )
Grievance of Anesthesia          )
Techs; Relief Pay in Higher      )
Classifications-FMCS.            )
                                 )
_____  )

TRANSCRIPT OF PROCEEDINGS

PALO ALTO, CALIFORNIA

APRIL 24, 2007

REPORTED BY:  JANE H. STULLER, CSR NO. 7223  (394420)

575 Market Street, 11th Floor
San Francisco, CA 94105
415.357.4300
www.merrillcorp.com/law

PROCEEDINGS    April 24, 2007

```
 1                    ARBITRATION PROCEEDINGS
 2            BEFORE PAUL D. STAUDOBAR, ARBITRATOR
 3
 4  STANFORD HOSPITAL AND CLINICS,  )
                                    )
 5                                  )
               and                  ) Case No. 06-59192
 6                                  )
                                    )
 7  SERVICES EMPLOYEES INTERNATIONAL)
    UNION, LOCAL 715,               )
 8                                  )
    _____)
 9                                  )
    Grievance of Anesthesia         )
10  Techs; Relief Pay in Higher     )
    Classifications-FMCS.           )
11                                  )
    _____)
12
13
14
15
16          TRANSCRIPT OF PROCEEDINGS, taken at the 1530
17  Page Mill Road, Palo Alto, California, commencing at
18  10:00 a.m., April 24, 2007, before Jane H. Stuller, CSR
19  No. 7223.
20
21
22
23
24
25
```

2

PROCEEDINGS    April 24, 2007

1                    A P P E A R A N C E S

2

3    ARBITRATOR:

4            PAUL D. STAUDOBAR

             25800 Carlos Bee Boulevard

5            Hayward, California 94542-3060

             (510) 885-3080

6

7    FOR THE UNION:

8            WEINBERG, ROGER & ROSENFELD

             BY:  VINCENT A. HARRINGTON, JR., ESQUIRE

9            1001 Marina Village Parkway

             Suite 200

10           Alameda, California 94501-1091

             (510) 337-1001

11

12

     FOR the Employer:

13

             FOLEY & LARDNER, LLP

14           BY:  LAURENCE A. ARNOLD, ESQUIRE

             BY:  SCOTT P. INCIARDI, ESQUIRE

15           One Maritime Plaza

             6th Floor

16           San Francisco, California 94111-3409

             (414) 434-4484

17

18   ALSO PRESENT:

19           ELLA HERTH

20

21

22

23

24

25

                                                              3

PROCEEDINGS    April 24, 2007

```
 1                        I N D E X

 2                   INDEX OF WITNESSES

 3    WITNESSES:        DIRECT    CROSS    REDIRECT    RECROSS

 4    GERALD ASHFORD      13        33         52          56

 5    PAUL GRANADOS       59        83         90

 6    DIANE ALEJANDRO     92       126     148, 151    150, 153

 7    SHERYL MICHELSON   154       174        186         188

 8                                                  VOIR DIRE

 9    DIANE ALEJANDRO                                       95

10    SHERYL MICHAELSON                                    103

11

12    AFTERNOON SESSION                                     92

13

      JOINT                      MARKED FOR          INTO

14    EXHIBITS                 IDENTIFICATION      EVIDENCE

15    1     Contract dated January      7             7

16          20, 2006 through

17          November 4, 2008

18          Agreement

19    2     Contract from 2002 to       7             7

20          2005

21    3     Contract from '99 to '01    7             7

22    4     Grievance dated April       7             7

23          25th, 2006

24    5     Second level response       7             7

25          dated July 21st, 2006
```

4

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1               INDEX OF EXHIBITS (Continued)

2

3   EMPLOYER                    MARKED FOR              INTO
    EXHIBITS                    IDENTIFICATION      EVIDENCE

4

5   1    Job description of              94               95
         anesthesia technician

6

7   2    Anesthesia Tech Phone          101             105
         List

8   3    Stanford Hospital and          110             111
         Clinics Job Description

9        dated 2006

10  4    Stanford Hospital and          118             123
         Clinics OR Region EOC

11       Ongoing Compliance Audit
         Anesthesia Workroom

12

13  5    Stanford Hospital and          123             125
         Clinics dated 2006

13       Malignant Hyperthermia
14       Cart Checklist
         Main OR

15

16

17

18

19

20

21

22

23

24

25

Merrill Legal Solutions
(800) 869-9132

```
 1                    P R O C E E D I N G S

 2                          --oOo--

 3

 4            THE ARBITRATOR:  We are here for a grievance

 5    arbitration between Stanford Hospital and Clinics and

 6    Service Employees International Union Local 715.  This

 7    is a grievance pertaining to anesthesia techs and also

 8    in regard to relief pay in higher classifications.  This

 9    is Federal Mediation Conciliation Service case No.

10    06-59192.

11            For the Employer, Laurence R. Arnold, Esquire

12    from the law firm of Foley & Lardner in San Francisco.

13    For the Union, Vincent A. Harrington, Jr., Esquire from

14    the law firm of Weinberg, Roger & Rosenfeld in Alameda.

15            MR. ARNOLD:  Can we add to that Scott Inciardi

16    of Foley & Lardner as he may be doing some of the

17    questioning here.

18            THE ARBITRATOR:  Okay.  Certainly.  Co counsel

19    Scott Inciardi also here today.

20            Prior to going on the record, the parties

21    efficiently prepared some joint exhibits.

22            Joint Exhibit 1 is the contract dated January

23    20th, 2006 through November 4th, 2008 involving the

24    parties.

25            Joint Exhibit 2 is the previous contract going
```

6

PROCEEDINGS   April 24, 2007

1    from 2002 to 2005.

2          Joint Exhibit 3 is the earlier contract from

3    '99 to '01 involving the parties.

4          Joint Exhibit 4 is the grievance, which appears

5    to be dated April 25th, 2006, and Joint Exhibit 5 is the

6    second-step or second-level response by the Employer,

7    and that's dated July 21st, 2006.

8          (Whereupon, Joint Exhibit Nos. 1, 2, 3, 4 and

9          5 were marked for identification and received

10         into evidence.)

11         The parties stipulated that all procedural

12   issues have been complied with or waived and that the

13   grievance is properly before the arbitrator for a

14   finally and binding decision.

15         MR. HARRINGTON:  That's correct.

16         MR. ARNOLD:  Correct.

17         THE ARBITRATOR:  And they were unable to agree,

18   to stipulate to the grievance, although, their positions

19   are not really radically different.  May I invite each

20   side to state your version of the issue, and then as I

21   understand it, I would be empowered down the road to

22   frame an issue.

23         Mr. Harrington, would you --

24         MR. HARRINGTON:  Yes.  The Union states the

25   question presented is whether the Employer violated

7

PROCEEDINGS     April 24, 2007

1   Article 9 of the contract when it terminated the 5

2   percent differential pay to anesthesia techs who are

3   assigned to carry the Spectra -- S-P-E-C-T-R-A -- phone

4   beginning on or about February of 2006, and if so, what

5   is the remedy.

6           MR. ARNOLD:   The Employer's position is whether

7   or not anesthesia techs are entitled to receive

8   additional pay under Article 9 of the contract for

9   carrying the Spectralink -- S-P-E-C-T-R-A-L-I-N-K --

10  phone.

11          THE ARBITRATOR:   Okay.   Thank you.   And now

12  this is a nondisciplinary matter, so it's customary for

13  the Union to have the burden of proof and to present its

14  case first, so I would ask Mr. Harrington if he would

15  like to proceed with his opening statement.

16          MR. HARRINGTON:   Yes.   The Union will present

17  evidence that for a number of years prior to the

18  execution of the present contract, which is Joint

19  Exhibit 1 and during the term of, we believe, each of

20  the previous contracts, the Employer paid a 5 percent

21  differential to the anesthesia tech on a given shift who

22  was assigned special duties which distinguished that

23  person from the other techs on the shift.

24          The evidence we will offer will show that at

25  one point in time, the compensation that was paid, which

8

PROCEEDINGS    April 24, 2007

```
 1   was 5 percent differential, was paid to someone who
 2   carried a pager on a given shift.
 3          With the advent of the Spectra or Spectralink
 4   phone, which occurred prior to the execution of Joint
 5   Exhibit 1, the compensation of the 5 percent
 6   differential continues, but the method for communicating
 7   with that individual changed.  So you will hear that
 8   rather than having a pager device, the person actually
 9   was given a telephone with -- through which direct
10   verbal communication would occur throughout the duration
11   of the individual's shift.
12          The anesthesia techs who are -- on whose behalf
13   the Union brings this grievance, work in the operating
14   room and the surgery center of the Employer and in
15   various locations throughout the acute care hospital.
16   But you will hear that it does not involve employees in
17   that classification who work in the labor and delivery
18   area who have different terms and conditions,
19   apparently.
20          The evidence we will offer is that the -- on a
21   rotational basis, and at various times it's been for the
22   a period of a week at a time, and more recently
23   apparently on a daily basis, an individual on the day
24   shift, the p.m. or evening shift, as it's called, and
25   the night or midnight shift would be assigned to carry
```

9

PROCEEDINGS    April 24, 2007

1    this Spectralink device.

2            And the Spectralink device as we've indicated

3    is a means of directly communicating with that tech

4    during that shift concerning a whole range of issues

5    which would come up during the shift in which it was the

6    obligation of that person to address, such as supplies;

7    such as the need to move staffing or change staffing,

8    such as the need to open or close rooms, such as the

9    need to assist an anesthesiologist somewhere in the

10    facility.

11            The testimony we will offer will establish that

12    it was stated that the individual who had that

13    Spectralink phone had the first responsibility to deal

14    with those various requests as they occurred during the

15    day and were also obligated to complete their other

16    usual assignments.  Because like everyone else, if they

17    had certain rooms to which they were assigned, they had

18    certain duties that they were to accomplish during their

19    shift.

20            Our evidence will be that it was not uncommon

21    and is not uncommon to receive as many as 40 or 50 calls

22    on this telephone during the course of any normal

23    eight-hour shift.  And the carrying of that phone had

24    substantial impact on employees both with respect to

25    these additional duties and with respect to the need to

PROCEEDINGS    April 24, 2007

1    not only accomplish those duties, but as well accomplish
2    all other assigned duties.
3          It is also the case that it was understood, our
4    evidence will be by other techs, that the person with
5    that phone had the ability to seek and/or request and/or
6    cajole their coworkers to provide them with assistance,
7    to change their own assignments, to move from here to
8    there, to go get supplies, et cetera.
9          Now, historically, our evidence will also be
10   that there were a variety of other ways within the
11   hospital where hospital employees could be communicated
12   with.  Overhead pages, for example, telephones,
13   et cetera.  However, you will hear that the overhead
14   page is not the device which is utilized for this
15   communication with this designated tech for a couple of
16   reasons.  In the workroom which the techs work out of,
17   the overhead page can't be heard.
18         Secondly, the overhead page cannot be heard in
19   the OR.  It can't be, therefore, responded to.  So the
20   presence or absence of these other means of
21   communicating with the person on the shift with this
22   assignment are essentially irrelevant.  And it was the
23   literally handing off of this phone from shift to shift
24   in the physical way which identified the person who had
25   that responsibility.

11

PROCEEDINGS    April 24, 2007

1          On or about the middle of February of 2006

2    after the contract was bargained, the Employer

3    unilaterally said we're not paying this 5 percent

4    differential anymore.  Just stopped it.  They didn't

5    stop the duty.  They didn't stop the assignment.  They

6    didn't withdraw the phone.  They are simply getting the

7    same work without paying for it, which is a classic

8    unilateral change, in our judgment, which they could

9    have but did not bargain for in the contract on

10    negotiations which had only then recently concluded.

11          So it's our judgment that there's a violation

12    of practices associated with the application of this

13    article in this department unilaterally obtained by the

14    Employer, and therefore, is a violation of the contract.

15    And you should find that and you should order that

16    employees who had the assignment on and after the date

17    of the Employer's action should be retroactively made

18    whole for lost pay and associated benefits of -- for

19    carrying the Spectralink phone.

20          THE ARBITRATOR:  Okay.  Thank you very much,

21    Mr. Harrington.

22          Mr. --

23          MR. HARRINGTON:  We would also say --

24          THE ARBITRATOR:  I'm sorry.

25          MR. HARRINGTON:  -- just by way of conclusion

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1  with respect to the remedy that in the event that you

2  find a violation, that you, in our judgment, should

3  remand the identification of employees and the

4  calculation of any remedy to the parties for them to

5  bargain or consult concerning that, and you should

6  retain jurisdiction over the actual implementation of

7  any remedy if that's appropriate.

8            THE ARBITRATOR:  Okay.  Mr. Arnold, would you

9  like to make an opening statement?

10           MR. ARNOLD:  I'll reserve.

11           THE ARBITRATOR:  Okay.  Very well.  So then

12  would you like to proceed with your case in chief,

13  Mr. Harrington?

14           MR. HARRINGTON:  Yes.  Thank you.  I call

15  Gerald Ashford as a witness.

16           This is the hot seat.

17                  GERALD ASHFORD,

18           having first been duly sworn, was

19           examined and testified as follow:

20       DIRECT EXAMINATION BY MR. HARRINGTON

21  BY MR. HARRINGTON:

22    Q.  Sir, for our record, would you give us your

23  name, please.

24    A.  My name is Gerald R. Ashford.

25    Q.  Okay.  And have you provided your name on the

13

PROCEEDINGS    April 24, 2007

1    sign-in sheet for the reporter?

2        A.  Yes, I did.

3        Q.  Okay.  So as you can see, the reporter is

4    taking down what we say on the record, and I'd ask you

5    to keep that in mind, if you would, when you give your

6    testimony.

7        A.  Yes, sir.

8        Q.  And give us a verbal or audible answer rather

9    than nodding or shaking you head or saying "uh-huh" --

10       A.  Right.  I understand.

11       Q.  -- which we do in every day conversation, but

12   perhaps not here.

13       A.  I understand.

14       Q.  And the other thing I'd ask you to keep in

15   mind, if you can, is to speak up perhaps more loudly

16   than you might in normal conversation so we all hear

17   your testimony.

18       A.  Yes.

19       Q.  Thank you.  Do you presently work for the

20   Employer Stanford Hospital and Clinics?

21       A.  Yes, I do.

22       Q.  And where are you presently working for

23   employer?

24       A.  I'm currently employed in the main OR

25   anesthesia workroom.

                                                    14

PROCEEDINGS    April 24, 2007

1          Q.   And OR is --

2          A.   Operating room.

3          Q.   -- operating room.   Okay.

4          A.   Okay.

5          Q.   Thank you.   And briefly for our records, 'cause

6     we may be referring to this, what is the anesthesia

7     workroom?

8          A.   The anesthetic workroom is a room in which --

9     where we feed out of.   This is where all of our supplies

10    are kept.   And this is basically our room where we, you

11    know -- I guess you could say our workshop.   That's

12    where we -- when rooms come up for turnover, you know,

13    in our workroom we have all the supplies to turn the

14    room over; circuits, masks, gloves, ET tubes, you know,

15    things of that nature.   Our set ups for the following

16    cases, you know, we have to assemble those and get them

17    ready for the case that's going to be following, so the

18    workroom is basically our workshop.

19         Q.   Okay.   And how long have you -- strike that.

20              What's your present job classification with the

21    Employer?

22         A.   I'm an anesthesia technician.

23         Q.   And how long have you been an anesthesia tech?

24         A.   I came here June 3rd, 2002, so it's almost five

25    years.

                                                              15

PROCEEDINGS    April 24, 2007

1      Q.   Okay.  And you said that you work in the main

2    OR.   In which of the facilities is that location?

3      A.   That's in the Stanford Hospital building.

4      Q.   And could you briefly, for our record, describe

5    what your job duties -- putting aside what we've

6    referred to as the Spectralink phone, tell us, for our

7    record, what do you do as an anesthesia technician?

8      A.   An anesthesia tech sets up and disassembles

9    operating rooms before and after the cases.  We also

10   troubleshoot and do minor repairs on equipment.  We

11   start IVs -- you know, we create IVs for the patients in

12   pre-op, so a variety of other duties that -- we maintain

13   the logging of the malignant hypothermia parts.

14     Q.   Okay.  And what's that?

15     A.   It's the cart that they use -- some patients

16   are -- they call them -- are malignant, and we have to

17   make sure that cart is up to date and checked, you know,

18   on a daily basis.

19     Q.   Okay.  Are there any other substantial duties

20   that you describe -- that you perform during your shift

21   as an anesthesia tech that you've not yet described for

22   us?

23     A.   I can't think of any quite off the top of my

24   head, but there are other duties.

25     Q.   Okay.  What shift do you presently work?

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1    A.  Day shift.

2    Q.  And what are the hours of the day shift?

3    A.  6:45 to 3:15 in the afternoon.

4    Q.  And are you aware of how many other anesthesia

5  techs who work during the day shift when you're on duty?

6    A.  There are others.

7    Q.  Do you know what the approximate numbers are?

8    A.  Oh, it can vary.

9    Q.  Okay.

10    A.  It can vary.

11    Q.  Do you know -- could you give us an idea of

12  what the low and high would be?

13    A.  On the day shift you will probably have

14  approximately eight -- eight people.

15    MR. ARNOLD:  I'm sorry.  Can you say that

16  again, please.

17    THE WITNESS:  Approximately eight people.

18  BY MR. HARRINGTON:

19    Q.  And during your shift at 6:45 a.m. to 3:15 p.m.

20  approximately, how do you learn what your assignments

21  are?

22    A.  There's a sheet that's -- that's placed on the

23  manager's door.  And on that you look on the sheet, and

24  it has everyone's -- it has the assignments, you know,

25  Spectralink phone.  With a Spectralink phone, there's

17

1    two other duties involved with that.  One is the

2    malignant hypothermia cart, as well as ensuring that we

3    have equipment for our staffs.  So you have to ensure

4    that you have sufficient equipment for the setup as well

5    as, you know, logging up the hypo -- malignant

6    hypothermia cart.  I'm sorry.

7        Q.   Okay.  So associated -- so you would find a --

8    an assignment listing on the manager's door?

9        A.   Yes.

10       Q.   And what would it tell you -- apart from the

11   Spectralink phone assignment, what other kinds of

12   information would you find there?

13       A.   Restocking of the labor cart, cleaning the

14   soiled room that we have, restocking the pediatric

15   supply carts that we keep in the room, restocking fiber

16   optic carts.  Making sure that the processing sheets are

17   stamped like for -- when we -- when doctors use like --

18   let's say a -- fiber optic scopes, echo props, things of

19   that nature, we have to go to those rooms where those

20   items are located, and we have to stamp the reprocessing

21   sheets to make sure that the patient matches the scope

22   that was used for that case.

23       Q.   Okay.  So during your shift, for example, are

24   you assigned particular room locations or are you

25   assigned that work with anesthesiologist?  How do you

PROCEEDINGS    April 24, 2007

1    understand on a daily basis what you, Gerald Ashford,

2    are to do?

3        A.   What I am to do, that's -- there's no -- you're

4    not assigned to -- okay, you're assigned to this aisle.

5    You're assigned to this aisle, you know.  No.  I mean,

6    whatever room comes up, you get, you know.

7        Q.   Okay.  Is there a supervisor or a man -- is

8    there a supervisor on the day shift?

9        A.   Yes.

10       Q.   Okay.  And do you have interaction with that

11   person typically during your shift?

12       A.   Yes.

13       Q.   About what kinds of issues?

14       A.   Oh, issues of -- sometimes, you know, this

15   doctor would like this item here supplied in this cart;

16   or it could be an array of things, you know.

17       Q.   Now, you said that one of the assignments that

18   would appear on the assignment listing is the

19   Spectralink phone assignment --

20       A.   Uh-huh.

21       Q.   -- is that correct?

22       A.   Yes.

23       Q.   Have you carried the Spectralink phone?

24       A.   Yes.

25       Q.   And how do you know on any particular date that

19

PROCEEDINGS    April 24, 2007

1    you are given that particular assignment?

2        A.  You don't, sir.

3        Q.  Okay.  How do you learn that you have it on any

4    particular day?

5        A.  When you arrive -- when you report to work in

6    the morning, then you look at the sheet on the door.

7        Q.  Okay.  What is the Spectralink phone?

8        A.  It's a -- it's a internal phone that's used for

9    a resident or anesthesiologist.  It's a faster way of

10   communication.  It's a faster way of them contacting you

11   from the OR room, you know, to say, you know, I need

12   this item.  I need this item.

13       Q.  Okay.  So it's a -- is it in the nature of a

14   cell phone device?

15       A.  Just like one, yes, sir.

16       Q.  Okay.  And where -- if you have that assignment

17   that day, where do you get the phone from?

18       A.  You -- basically the night shift person would

19   pass it off to you along with the -- basically, it's

20   like a report off, you know.

21       Q.  Okay.  So let's assume it's a day where you

22   come on and you've discovered that you have that

23   particular assignment.

24       A.  Uh-huh, yes.

25       Q.  Is there some overlapping timeframe between the

20

PROCEEDINGS    April 24, 2007

1   off-going shift and the on-coming shift?

2       A.   No.

3       Q.   So how would you get the phone and -- and/or

4   how would you get this report that you referred to?

5       A.   I get the report from the night shift person,

6   you know, before the -- I would come in, okay, I'm the

7   person with the phone.  I -- you know, the person -- the

8   night shift person that has the phone, they say, okay --

9   you know, we switch off the phone.

10          And he says, okay, this case is going to start

11  here.  A case is in room 2, they reversed their order.

12  Room 1 is going to need an echo prop, so he's basically

13  giving you a heads up of what you're going to be needing

14  for these cases.

15      Q.   And is there then a physical transfer of the

16  phone?

17      A.   Yes, it is.

18      Q.   So there is some time during your shift when

19  that person is still on duty?

20      A.   Yes.

21      Q.   And how long a period is that?

22      A.   The night shift person leaves at 7:15.

23      Q.   Okay.  How many operating rooms are running in

24  the daytime typically?

25      A.   The OR has 20 -- the main OR has 21 rooms.  I'm

21

PROCEEDINGS    April 24, 2007

1   not going to count the extension rooms; so on average,

2   all rooms can be going.

3       Q.   Okay.  So what number of rooms -- if they're

4   all going, what number of rooms is that?

5       A.   Twenty-one.

6       Q.   Okay.  So, again, we're talking about a day

7   where you have been given the Spectralink phone, you get

8   this turnover report.  And what do you then do as you

9   carry the phone -- what occurs to you as a person

10  carrying the phone during that shift?

11      A.   Well, when you're carrying the phone, again,

12  you're still an anesthesia tech, you are expected to

13  carry out the normal duties of an anesthesia tech.  With

14  the Spectralink phone is when a phone does ring and, you

15  know, a doctor or resident needs an item -- let's say

16  you're turning over a room -- you have to stop what

17  you're doing.  Go retrieve that item, take it to that

18  doctor and return to the room that you were turning

19  over.

20      Q.   And how have you been made aware that that's

21  your responsibility?

22      A.   Again, when you arrive to work in the morning,

23  you look at the sheet on the manager's door, and you see

24  that that is your assignment for the day, in addition to

25  your --

PROCEEDINGS    April 24, 2007

1    Q.   So we have calls concerning retrieving items,

2    which sounds like additional supplies?

3    A.   And you also receive --

4    Q.   What other kinds of calls would you get?

5    A.   You receive calls from the control desk

6    notifying you of cancellations, add-ons and room

7    changes.

8    Q.   And as the person with the Spectralink phone,

9    what, if anything, are you to do with respect to this

10   new information?

11   A.   Well, when it comes to the calls from the

12   control desk, you know, you have to go back to the

13   anesthesia workroom and make those changes to the OR

14   schedules so the rest of the staff is aware.  For when

15   that room does come out and, you know, this add-on

16   patient is added to that room at that time, you need to

17   know who that patient is.  The patient's age.  That way

18   the room can be set up for that patient.

19   Q.   So if you have a Spectralink phone, do you have

20   responsibility to make those notations?

21   A.   Uh-huh, yes.  Yes.  I'm sorry.

22   Q.   And do you have any responsibility, as you

23   understand it, to notify your coworkers of these

24   changes?

25   A.   My way of notifying the coworkers would be to

23

PROCEEDINGS    April 24, 2007

1    make those changes to the schedule that we have up in

2    the room.

3        Q.   Okay.  Have you noticed -- are there other ways

4    that information gets communicated?

5        A.   There are times when the control desk will call

6    into the actual anesthesia workroom, by chance someone

7    will be there to answer the phone.

8        Q.   So we have the control desk communicating with

9    you about add-ons and cancellations.  We have requests

10   for additional items.

11           Are there other kinds of things which, in your

12   experience, occur during the day when you have the

13   Spectralink phone that you must respond to?

14       A.   I can't recall any right now.

15       Q.   Okay.  Prior to the implementation of this

16   contract, which is January 20, 2006, had you been

17   carrying the Spectralink?

18       A.   Yes.

19       Q.   And for how long prior then, to your

20   recollection, had you been carrying -- been assigned to

21   carry it?

22       A.   I'm sorry.  Can you repeat that?

23       Q.   For how long had the Spectralink phone been in

24   service, if you will, or in effect in the unit prior to

25   January of 2006?

24

PROCEEDINGS    April 24, 2007

1    A.   I can't really recall how long, sir.

2    Q.   Okay.  Was it more than one year?

3    A.   More than one year?  I believe.

4    Q.   Okay.  Do you know whether it was more than two

5    years?

6    A.   I'm sorry.  I really don't understand the

7    question you're asking.

8    Q.   Okay.  You've talked about this function with

9    the Spectralink phone; is that correct?

10   A.   Yes.

11   Q.   The question I'm asking is simply:  For how

12   long, prior to January of 2006, had the Spectralink

13   phone been in use in the department?

14   A.   More than a year.

15   Q.   Okay.  And before the Spectralink phone was

16   introduced, was there some other way of communicating

17   with someone who is assigned to have different

18   responsibilities on each shift?

19   A.   We had a pager.

20   Q.   And how was the pager assignment handled?

21   A.   That -- in that time the pager was assigned on

22   a weekly basis.

23    Q.   And if you had the pager, did you have the same

24   or similar responsibility as those assigned or

25   associated with the Spectralink phone?

25

PROCEEDINGS    April 24, 2007

1    A.    The same.

2    Q.    Okay.  And when you had the pager, were you

3  made aware of what the priority was as opposed to -- as

4  between the pager and your regular duty assignment?

5    A.    Pager was really the priority.

6    Q.    Was that true under the Spectralink assignment

7  as well?

8    A.    The same is true.

9    Q.    Now, are there other ways that you can receive

10  information during your shift other than through the

11  Spectralink phone?

12    A.    None other than if someone were to actually

13  call into the anesthesia workroom and someone was

14  actually there to answer the phone.

15    Q.    What about the use of overhead paging devices?

16    A.    No.

17    Q.    Okay.  Is that a way that is -- the

18  communication is made between and among the anesthesia

19  techs?

20    A.    No.

21    Q.    Do you know whether the overhead page is heard

22  in the work areas that you are assigned to?

23    A.    In the outside areas, you can hear.  But if

24  you're inside an OR room, you cannot.

25    Q.    What about in the workroom itself?

26

PROCEEDINGS    April 24, 2007

1        A.   No, you cannot.

2        Q.   Now, prior to January of 2006, of your own

3    experience, how often would you have the Spectralink

4    phone assignment?

5        A.   Prior to 2006?

6        Q.   Right.

7        A.   I believe at that time, they carried the same

8    as when we had the pager.

9        Q.   And what do you mean -- so how often would you

10    have the duty?

11        A.   It could be on a weekly basis if it's prior.

12        Q.   Okay.  When you had the pager, did you receive

13    any compensation for the shift when you were carrying

14    the pager?

15        A.   At the time, yes, we did.

16        Q.   Do you recall what the compensation was?

17        A.   I believe it was 5 percent.

18        Q.   When the Spectralink phone was introduced, did

19    you have any compensation for having that assignment?

20        A.   At that time, yes, we did.

21        Q.   And what was that?

22        A.   5 percent.

23        Q.   And when you had the Spectralink phone, for how

24    long would you have it?

25        A.   For the duration of your shift.

27

PROCEEDINGS    April 24, 2007

1      Q.   Okay.  And likewise, when you had the pager,
2    how long would you have it?
3      A.   For the duration of your shift.
4      Q.   And if you had the Spectralink phone on your
5    day shift, at the conclusion of your shift, what, if
6    anything, were you to do with the phone?
7      A.   Report it off to the evening shift person.
8      Q.   And would you give a similar report as you
9    described you would -- yourself had received in the
10   morning?
11     A.   Yes.
12     Q.   Okay.  And would you physically hand the phone
13   over?
14     A.   Yes.
15     Q.   And how would you know to whom to give it?
16     A.   That sheet on the manager's door.
17     Q.   Now, with respect to the duties associated with
18   carrying the Spectralink phone, did that -- did those
19   duties from time to time cause you to talk to your
20   coworkers about issues that were coming up?
21     A.   Yes.
22     Q.   And did you, in connection with that
23   assignment, have occasion to ask them to do something
24   different than they had been doing?  In other words,
25   change their -- their duty?

28

PROCEEDINGS    April 24, 2007

1      A.   Ask that question again.

2      Q.   Okay.

3      A.   I want to make sure I'm answering the question

4  that I'm asking you.

5      Q.   Right.  You said that one of the things you

6  might get is, for example, a call from the control desk

7  telling you about add-ons or cancellation.

8      A.   Right.

9      Q.   And you said you would communicate that by

10  writing notes on a document.

11      A.   Uh-huh.

12      Q.   Did you ever have occasion to communicate it

13  verbally to coworkers?

14      A.   Yes.

15      Q.   Okay.  And did you, as you understood it, have

16  the ability the ask them to change what they were doing

17  and to do something else?

18      A.   I didn't have that ability.

19      Q.   Did you have the ability to ask them to do

20  that?

21      A.   Yes.

22      Q.   Was that, likewise, true of the pager?

23      A.   Yes.

24      Q.   Now, on your shift in the daytime you said

25  there's a supervisor on the shift.

29

PROCEEDINGS    April 24, 2007

1        A.   Yes.

2        Q.   Is there also a manager -- or are these the

3   same person?

4        A.   They're one and the same.

5        Q.   Okay.  Have you worked on other shifts other

6   than the day shift during your experience with -- as an

7   -- employment as an anesthesia tech?

8        A.   Yes.

9        Q.   And which of the other shifts have you worked

10  on?

11       A.   Evening shift and night shift.

12       Q.   Okay.  And have you carried the Spectralink

13  phone on the evening shift?

14       A.   Yes, I have.

15       Q.   Have you had occasion to carry it on the night

16  shift?

17       A.   Yes.

18       Q.   And are there any differences in the activity

19  assigned to carrying it on those two shifts as compared

20  to the day shift?

21       A.   There's no difference in duties.

22       Q.   Is there any manager or supervisor on duty in

23  the p.m., if you know?

24       A.   I think they leave that to the nursing

25  supervisor.

                                                          30

PROCEEDINGS    April 24, 2007

1    Q.   Okay.

2    A.   The charge nurse is what they call it.  I'm

3  sorry.

4    Q.   So your own departmental manager would not be

5  present during the p.m.s?

6    A.   No.

7    Q.   What about during the night shift?

8    A.   No.  You still have the charge nurse.

9    Q.   Okay.  Are you able to give us an estimate or a

10  calculation of when you're carrying the Spectralink

11  phone, how many calls you would receive during a typical

12  or customary shift?

13    A.   Anywheres between 40 to 50.

14    Q.   And are the numbers greater or lesser, in your

15  experience, if you look at the p.m. shift?

16    A.   At times, it could be greater.

17    Q.   Okay.  And are you aware of why it might be

18  greater on the p.m. shift?

19    A.   Because you have some cases that are very

20  more -- much more involved and some cases that are going

21  longer than our shifts, and that's -- let's say a heart

22  transplant or something, which is a pretty lengthy case,

23  it can extend into the afternoon shift.  And, you know,

24  they can pick up additional calls from cases like that

25  that will be going on.

31

PROCEEDINGS    April 24, 2007

1      Q.   Okay.  So the afternoon shift, is that the same

2   as the evening shift when you use those terms?

3      A.   Yes, sir.  I'm sorry.

4      Q.   That's okay.  And what about on the night

5   shift, what -- is there a -- can you tell us, based on

6   your experience, whether a greater or lesser number of

7   calls on the night shift if you have the Spectra.

8      A.   It could be a lesser.

9      Q.   Okay.  And is there an explanation that you're

10   aware of for that?

11      A.   Well, night shift -- hopefully, people are kind

12   of healthy at night.  And, you know, you don't have as

13   many -- you still have surgeries that are going, but,

14   you know, they're more of a loner.  Let's just say we

15   have more time to do them type of things.  So you have

16   the night shift person, but they do get calls.

17      Q.   Now, did you became aware that the Employer

18   stopped paying the 5 percent differential?

19      A.   Yes, I did.

20      Q.   And after the time that you became aware that

21   the Employer had stopped paying the differential, did

22   you have the Spectralink phone assignment?

23      A.   Yes.

24      Q.   And were there any difference in the duties you

25   were asked to perform when carrying that phone after the

32

PROCEEDINGS    April 24, 2007

```
 1  time they stopped paying the money?
 2       A.  No.
 3       Q.  Is there any reduction in any of the numbers of
 4  times you would be asked to carry it if you compared
 5  before they stopped paying with --
 6       A.  No.
 7       Q.  -- after?
 8       A.  No.
 9            MR. HARRINGTON:  That's all I have for the
10  witness.  Thank you.
11            MR. ARNOLD:  Off the record for a few minutes.
12            THE ARBITRATOR:  Yes, certainly.
13            (Recess.)
14            MR. ARNOLD:  Back on the record.
15            THE ARBITRATOR:  Yes, sir.
16              CROSS EXAMINATION BY MR. ARNOLD
17  BY MR. ARNOLD:
18       Q.  Mr. Ashford, you testified there were
19  approximately eight techs on the day shift.  How many
20  techs, approximately, are there in the main OR in the
21  evening shift?
22       A.  My guess would be four.
23       Q.  And how about the -- that's a guess or is that
24  a --
25       A.  Well, it could be four.  It could -- sometimes
```

                                                                33

PROCEEDINGS    April 24, 2007

1    it could be five.

2         Q.   And what about the night shift?

3         A.   Two.

4         Q.   And the entire time you have been employed at

5    Stanford Hospital and Clinics, you were employed in the

6    main OR?

7         A.   No.

8         Q.   Where else were you employed?

9         A.   I've been employed in the main OR -- in the

10   operating -- in the main OR since June 3rd of 2002, is

11   when I started working in the main OR.

12        Q.   Okay.  And since then, you have worked in the

13   main OR --

14        A.   In anesthesia --

15        Q.   -- the entire time?

16        A.   In the anesthesia workroom.

17        Q.   So you've not worked, for instance, in

18   ambulatory surgeries?

19        A.   As a perioperative charge coordinator.

20        Q.   But not as an anesthesia tech?

21        A.   No.

22        Q.   And what about the out-of-department

23   assignment, do you take the out-of-department

24   assignment?

25        A.   Yes, I do.

34

PROCEEDINGS    April 24, 2007

1        Q.   And do you work the OR extension?

2        A.   The main OR extension is relatively new.  I

3    have been assigned, I do believe, only one time since

4    it's been open.

5        Q.   And have you carried the Spectralink phone in

6    the main OR extension?

7        A.   Yes, I have.

8        Q.   And how does that differ from working on the

9    main OR?

10       A.   Well, the main OR extension you only have four

11   OR rooms down there, and you don't get as many calls,

12   but the duties are still the same.

13       Q.   So when you're down in the main OR extension,

14   is one of your duties carrying the Spectralink phone to

15   do the hypothermia -- malignant hypothermia check?

16       A.   No.

17       Q.   What about -- I'm sorry.  I don't remember your

18   answer.  Did you say you had worked in the ambulatory

19   surgical center -- not in the ambulatory surgical center

20   as a tech?

21       A.   I work in -- since I've been employed as an

22   anesthesia tech where I am now, one of the assignments

23   you are assigned to work is in ASC, if that's the

24   question you're asking.

25       Q.   Okay.  So you have worked in the ASC?

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1        A.   Yes, I have.

2        Q.   And have you carried the Spectralink phone when

3    work in the ASC?

4        A.   Yes.

5        Q.   And how do the duties there differ?

6        A.   They don't.

7        Q.   What about the volume of calls?

8        A.   The volume of calls may differ.

9        Q.   In what direction, higher or lower?

10       A.   My guess -- I would say -- I really want to say

11   it could be the same, but it would be slightly lower.

12       Q.   And are you responsible in the ASC for checking

13   the malignant hypothermia checklist?

14       A.   Not in the ASC, sir.

15       Q.   What about out-of-department assignments, have

16   you carried the Spectralink phone on out-of-department

17   assignments?

18       A.   Yes, I have.

19       Q.   And how does it -- what is the

20   out-of-department assignment?  What are you doing when

21   you're assigned out of the department?

22       A.   When you're assigned out of department,

23   basically you're covering areas, such as, MRI, CAT scan,

24   cath lab, and interventional radiology; so you're

25   providing support to the doctors and residents who are

36

PROCEEDINGS    April 24, 2007

1    working in those areas on cases.

2        Q.   And what are the duties of a person -- how do

3    the duties of a person carrying the Spectralink phone

4    differ in the out-of-department assignment?

5        A.   The Spectralink phone that you're carrying for

6    out of department is, again, you're supporting the

7    doctors and residents who are working out of department.

8        Q.   Well, give me some examples.  I mean, isn't it

9    true that the Spectralink phone carried by the

10   out-of-department anesthesia tech is so that they can be

11   communicated with because they're not in the department

12   and they're being told where they need to go next?

13       A.   No.

14       Q.   Then what is the use of it?

15       A.   The use of the phone -- like I say, you have a

16   schedule of your out-of-department -- of the cases that

17   you've got going, okay.  You carry a phone because the

18   nurses can call and say, okay, we need you to set up

19   cath lab room 3 for this case here.  We need you to set

20   up cath lab room 4 for an angiograph.  You know, that's

21   for the cath lab and those departments to get ahold of

22   you.

23       Q.   Just to give you -- that's just to give you

24   your assignment, though; right?

25       A.   That's -- that's not my interpretation of an

37

PROCEEDINGS    April 24, 2007

1    assignment.  You know, there are --

2         Q.  What's --

3         A.  -- an assignment --

4              MR. HARRINGTON:  Could you let him finish.

5              MR. ARNOLD:  No.  He said it wasn't his

6    interpretation, so I'm asking what is your

7    interpretation of assignment?

8              MR. HARRINGTON:  I object to him interrupting

9    the witness when giving the answer.

10             Let him finish his answer.

11             THE ARBITRATOR:  Okay.

12   BY MR. ARNOLD:

13        Q.  What is your interpretation of an assignment?

14        A.  My interpretation of an assignment is when you

15   report to work in the morning and you look at that sheet

16   on the manager's door.  Okay, Gerald, you're assigned to

17   work out of this department.  That's my assignment.

18   Okay.

19             That assignment, it includes the Spectralink

20   phone and you are to answer the call, you know, per --

21   for out of department, you know.  We have a case that's

22   going to start in CAT scan, could you set this case up.

23   We have a case starting down in MRI, could you set this

24   case up.  You know, we need a turnover in a cath lab

25   room 7, could you go and turn it over.

PROCEEDINGS    April 24, 2007

1    Q.  Okay.  So your daily assignment is out of the

2    department, but your specific assignments are set up

3    cath lab or set up this or do that; correct?

4    A.  Where they tell you to set up.

5    Q.  And that's -- and you learn of those

6    assignments because they call you on the Spectralink

7    phone and tell you that's what you need to do next;

8    correct?

9    A.  You're really kind of mixing me up here because

10   when they call you, you know, they call you, okay, we're

11   done with this case and would you mind -- you know,

12   we're done here, would you turn it over.  Okay.  We've

13   got another case coming.

14       Okay.  I'm sorry, sir.  Would you rephrase your

15   question again?

16   Q.  How do you find out what you're supposed to do

17   at different times during the day is by virtue of

18   getting a call on the Spectralink phone; correct?

19   A.  Correct.

20   Q.  And that's the purpose and the use of

21   Spectralink phone when you are out of department;

22   correct?

23   A.  We're out of department.

24   Q.  This malignant hypothermia checklist, what

25   exactly does that involve?

39

PROCEEDINGS    April 24, 2007

1       A.   It just involves that you -- it involves that

2   the -- the tag on a cart has not been removed.  That the

3   tag number is still the same and that the drugs are

4   still within -- within range of the date and not

5   outdated.

6       Q.   So you look at the -- it's a cart?

7       A.   Uh-huh.

8       Q.   You look at the cart and make sure it's still

9   got that lock tag?

10      A.   Make sure it's still got it.

11      Q.   And on the top it's got dates of drugs; right?

12      A.   What it is, you have a logbook on top of the

13  cart.  Now, pharmacy is --

14      Q.   Right.

15      A.   -- their portion is to check on the outdates.

16  Basically, we just follow the log.

17      Q.   And that takes how long to do that, all that, a

18  minute?

19      A.   Give or less.

20      Q.   A minute or less?

21      A.   Give or take.

22      Q.   To check the hypothermia cart --

23      A.   Yeah.

24      Q.   -- the malignant hypothermia cart?

25      A.   Yes.

40

PROCEEDINGS     April 24, 2007

```
 1          Q.   Now, you said that the -- is it your testimony
 2     that the overhead pager is not used?
 3          A.   Not for anesthesia techs.
 4          Q.   It's never used to page an anesthesia tech;
 5     that's your testimony?
 6          A.   There are rare occasions where someone would be
 7     overhead paged, but that's a rare occasion.  You're more
 8     -- if you're carrying the Spectralink phone, that's how
 9     they're going to call you.
10          Q.   But if you aren't the person carrying the
11     Spectralink phone and they're paging an anesthesia tech,
12     would they page over the overhead page?
13          A.   Maybe so, sir.
14          Q.   And could they also call on the landline into
15     the workroom?
16          A.   Yes, sir.
17          Q.   If you're in the workroom as an anesthesia
18     tech; whether or not you're carrying the Spectralink
19     phone, aren't you expected to answer the landline when
20     it rings?
21          A.   Yes, sir.
22          Q.   And if they ask you to bring something to them
23     or just do something, you're supposed to do it?
24          A.   Yes, sir.
25          Q.   And if you're busy at the moment and there's
```

41

PROCEEDINGS    April 24, 2007

```
 1   another tech there, you can ask them if they could cover
 2   it for you; right?
 3        A.   If one is available.
 4        Q.   Right. ·And when you're carrying the
 5   Spectralink phone, all you can do is ask someone who is
 6   available if they'll change their assignment; correct?
 7        A.   You can't ask someone to change their
 8   assignment, sir.
 9        Q.   So if they're available, you can ask them if
10   they'll do something?
11        A.   Exactly.
12        Q.   But you can't -- you can't change their
13   assignment?
14        A.   No.
15        Q.   And isn't it true that any anesthesia tech can
16   ask another anesthesia tech who's available, if they
17   will do a particular task if the first anesthesia tech
18   is busy?
19        A.   It's true they can ask.
20        Q.   And the same as the guy with the Spectralink
21   phone can ask; correct?
22        A.   If you find someone that's not so, so busy.
23        Q.   Right.  So any anesthesia tech if they find
24   another tech who is not so, so busy, can ask them if
25   they can handle a particular request that's been made;
```

42

PROCEEDINGS    April 24, 2007

1    correct?

2        A.  Yes.

3        Q.  And if someone -- you said that sometimes the

4    control desk might call into the anesthetic workroom on

5    landline to notify of an add-on or a cancellation or a

6    change in schedule; is that correct?

7        A.  Yes, they have.

8        Q.  And whoever answers the phone and gets that

9    information, are they expected to write it on the board?

10       A.  Yes.

11       Q.  The same as the person carrying the Spectralink

12   phone?

13       A.  Yes.

14       Q.  And you testified about a number -- early on in

15   your testimony you testified about -- I missed the first

16   one, but you talked about restocking carts.  There was a

17   pediatric cart, and a fiber optic cart -- and what was

18   the third cart?

19       A.  The malignant hypothermia -- let's see

20   malignant hypothermia -- oh, pediatric -- the pediatric

21   anesthesia supply carts.

22       Q.  And the fiber optic cart.  Is there any other

23   cart that -- I just didn't get it written down, what you

24   said.

25       A.  There is another one.  It's called the block

43

1    cart which is kept in the pre-op area.

2        Q.   And now, making sure those are restocked,

3    that's -- that's just a general duty of anesthesia

4    techs, that's not the Spectralink tech's duty; right?

5        A.   The block cart, FOB, fiber optic carts as well

6    as pediatric supply carts, those are general

7    assignments.  That can be assigned to anyone.

8        Q.   Yeah.  But they're not necessarily assigned

9    to --

10        A.   They don't fall under the Spectralink phone.

11        Q.   And I think that you said that you -- you don't

12    get specific assignments to OR room No. 2 and OR room

13    No. 3.  You're basically expected to handle requests as

14    they come up?

15        A.   As they come.

16        Q.   And certainly one way to contact people is to

17    contact them by use of the Spectralink phone, but if --

18    if an anesthesia tech is approached by -- in the

19    hallway, the corridors, outside the OR by a nurse or by

20    a physician or an anesthesiologist who says I need this,

21    they're expected to do that; correct?

22        A.   They're expected to follow up.

23        Q.   And, again, if they're in the middle of

24    something right then and there's another tech down the

25    corridor who is not busy, they can say, could you do

44

PROCEEDINGS    April 24, 2007

```
 1    that for the doctor?
 2         A.   That's called the buddy system, yeah.
 3         Q.   Now, did you ever have any understanding, prior
 4    to February of 2006, as to what position you were
 5    filling in when you were carrying the Spectralink phone?
 6         A.   Say that again, sir.
 7         Q.   Did anyone ever tell you on the days that
 8    you're carrying -- or the week that you're carrying the
 9    Spectralink phone, you are actually functioning as some
10    different classification?
11         A.   No.  You're functioning as an anesthesia tech.
12         Q.   And do you know whether, in 2006 right after
13    the extra pay for carrying a Spectralink phone was
14    stopped, they filled a lead anesthesia tech position?
15         A.   Let's see. . .  When they took away that
16    differential, I don't think a lead was immediately
17    placed.
18         Q.   Within a month or so?
19         A.   Maybe, sir.  I can't be sure of the exact time,
20    but sometime later a lead did follow.
21         Q.   And isn't it true that after the lead position
22    was filled, the lead tech began receiving a lot of calls
23    that the main OR Spectralink person would also receive?
24         A.   No.
25         Q.   Did the lead anesthesia tech carry a
```

45

PROCEEDINGS    April 24, 2007

1    Spectralink phone?

2        A.    The lead carried a Spectralink phone, yes.

3        Q.    Their own -- their own specific Spectralink

4    phone?

5        A.    Their own specific phone.

6        Q.    And didn't they at times also carry the main OR

7    Spectralink phone, too?

8        A.    No.

9        Q.    Now, the lead could change people's

10   assignments; correct?

11       A.    The lead could, yes.

12       Q.    And after -- the things that you've described

13   in answering my questions, the ability to ask a tech who

14   is not busy to help you out by doing something, that

15   didn't change -- it remained the same after the lead

16   tech was --

17       A.    That remains the same.

18       Q.    So you still couldn't assign someone -- as a

19   Spectralink phone tech, you couldn't assign someone to

20   change their duties?

21       A.    No.

22       Q.    But the lead could?

23       A.    The lead could.

24       Q.    And the duties you've described about the buddy

25   system and those sorts of things, that also applies to

46

PROCEEDINGS    April 24, 2007

1  carrying the Spectralink phone in the ambulatory

2  surgical center?

3          MR. HARRINGTON:  Vague and ambiguous.

4  BY MR. ARNOLD:

5      Q.  Meaning the -- can you Spectralink -- can the

6  tech carrying the Spectralink phone in the ambulatory

7  surgical center change someone's assignment?

8      A.  No.

9      Q.  What about in the main OR extension, can they

10  change someone's assignment?

11      A.  Another anesthesia tech?

12      Q.  Right.

13      A.  No.

14      Q.  And generally the out-of-department anesthesia

15  tech is operating on their own; correct?

16      A.  No.  You're still under the direction of the

17  supervisor.

18      Q.  But I mean you're by yourself, you don't have

19  another anesthesia tech with you generally?

20      A.  No.

21      Q.  You're the only --

22      A.  You're a lone person.

23      Q.  You go out and you get a call saying go do

24  this, now go do this --

25      A.  Uh-huh.

47

PROCEEDINGS    April 24, 2007

1          Q.   -- now go do this --

2          A.   Yeah.

3          Q.   -- on the Spectralink phone?

4          A.   Yes.  But at the same time, sir, you still have

5      to assume anesthesia-tech duties.

6          Q.   Right.  Yeah.  I mean, that's what they're

7      telling you as an anesthesia tech:  I want you to go set

8      up the cath lap or I want you to --

9          A.   Uh-huh.

10         Q.   -- disassemble the cath lab --

11         A.   Yeah.

12         Q.   -- or go do this or go do that?

13         A.   But as an out-of-department person, yes, you

14     are supporting out-of-department cath lab,

15     interventional radiology, MRI, so on and so forth.  But

16     in between while those cases are going, you still have

17     your anesthesia-tech duties in the main OR.

18         Q.   So you come back to the --

19         A.   You come back to the main OR --

20              Okay.  I'm sorry.

21              THE ARBITRATOR:  He interrupted you.  Don't

22     worry about it.  You were testifying.

23              THE WITNESS:  Yeah.  You are still expected to

24     return to the main OR and function as a part of the team

25     there.

48

PROCEEDINGS    April 24, 2007

1    BY MR. ARNOLD:

2        Q.  And so you finish a duty outside of the OR, and

3    you go back to the main OR.  How do you get your

4    assignment to go back out of the OR to do the next

5    thing?

6        A.  They'll call you.

7        Q.  And "they" would be who?

8        A.  It could be cath lab.  It could be MRI.  It

9    could be CAT scan.  It could be interventional

10   radiology.  It could be any one of those departments.

11       Q.  And they call you on the --

12       A.  The Spectra --

13       Q.  The way you get that specific assignment is by

14   the Spectralink phone?

15       A.  Uh-huh.

16       Q.  Now, prior to the Spectralink phone, you said

17   you would carry a pager?

18       A.  Yes.

19       Q.  It was more difficult when you were carrying a

20   pager than with a Spectralink phone, wasn't it, to

21   respond to calls?

22       A.  Yes.

23       Q.  You would get paged, and it would tell you to

24   call someone; correct?

25       A.  Yes.

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1          Q.   So, for instance, if you were out of the

2    department, first thing you have to do is find a phone

3    to call them on; right?

4          A.   Right.

5          Q.   There's some pretty long hallways, as I recall,

6    in Stanford.  You could be in a hallway and you would

7    have to go to the nearest place where there might be a

8    phone; correct?

9          A.   If it -- at that time -- well, if you're in the

10   OR, you know --

11         Q.   Well, let's say out of the department, you

12   could be almost -- you could be a lot of different

13   places; correct?

14         A.   If you're out of the department, you could be

15   anywhere.

16         Q.   And if you are in the main OR and you got

17   paged, what would you -- go to the phone in the workroom

18   and call?

19         A.   You go to the nearest phone.

20         Q.   But with the Spectralink phone, you can just

21   answer the phone?

22         A.   They'll call you directly.

23         Q.   If on the night shift there's a cancellation or

24   an add-on that they're advised about, are they supposed

25   to write it on that board that you've talked about too?

Merrill Legal Solutions
(800) 869-9132

1    A.  Well, on the night shift, basically you're
2    working off the previous day's schedule until after
3    midnight.  'Cause after that time, you're setting up for
4    the next day's cases.  So at that time you really don't
5    hear any additions or cancellations until the actual day
6    shift starts.
7    Q.  So you were talking about the report that you
8    got from the night shift person.  What -- what are they
9    reporting to you?
10    A.  What they're reporting to me is sometimes the
11    night shift control desk person will say, Okay, the
12    cases in room 7, we're going to switch the order.  First
13    case could go third, second case could go forth; those
14    types of things.
15    Q.  Wouldn't -- aren't they supposed to write that
16    down on the board?
17    A.  When a new schedule comes out, yeah.  But still
18    you have to report it off to the next person on the
19    phone.
20    Q.  But they -- you could also learn that
21    information by looking at the board?
22    A.  If it's written up there, yes.
23         ·    MR. ARNOLD:  Off the record for a moment,
24    please.
25              (Discussion off the record.)

PROCEEDINGS    April 24, 2007

1          MR. ARNOLD:  No further questions at this time.

2          REDIRECT EXAMINATION BY MR. HARRINGTON

3   BY MR. HARRINGTON:

4       Q.  Okay.  Mr. Ashford, I have a couple of

5   questions about your testimony.

6          Based on your experience working in the main OR

7   area, with what frequency would you typically find

8   anesthesia techs in the workroom during the shift as

9   opposed to in one of the units?

10      A.  Very little.

11      Q.  So in your experience, do people tend to rely

12  on calling into the workroom to contact someone?

13      A.  They rely on calling the Spectralink phone

14  'cause that's more of a direct way of contacting a live

15  person.

16      Q.  In these other places where you have worked,

17  you said the ambulatory surgical center, the ASC --

18      A.  The ASC.

19      Q.  -- how many rooms are in use there, operating

20  rooms, typically?

21      A.  In the new ASC?  I'm not exactly sure how many

22  -- I'm not sure exactly as to how many rooms there are

23  in the new ASC.

24      Q.  Well, new as opposed -- when you use the term

25  "new," are you describing something that occurred after

                                                        52

PROCEEDINGS     April 24, 2007

1    February of 2006 or became operative?

2        A.   Well, the new ASC is where they are located

3    now, which is the cancer building.

4        Q.   Well, in the ASC if you were given the

5    Spectralink phone as you've said, is that the same phone

6    that's used in the main OR?

7        A.   Yes, sir.  Is it -- it's the Spectralink phone,

8    but it's not the Spectralink phone that you would call

9    for the main OR.  It has a different number --

10       Q.   Okay.

11       A.   -- the Spectralink phone's in the main OR.

12       Q.   So it's the same device?

13       A.   Same device, but different number.

14       Q.   Okay.  So if you have that particular

15   assignment in the ASC, you have a different Spectralink

16   phone than if you were working in the main OR?

17       A.   It's a different Spectralink phone number, yes.

18       Q.   And what about in the extension if you were

19   working there with the --

20       A.   A different Spectralink number.

21       Q.   And what about the out of department?

22       A.   A different Spectralink number.

23       Q.   And were you ever, to your experience, paid a

24   differential for carrying the Spectralink in these other

25   places?

PROCEEDINGS    April 24, 2007

1        A.   No.

2        Q.   Okay.   So the Spectralink phone to which the

3    differential was attached is the one used in the main

4    OR?

5        A.   Yes.

6        Q.   Counsel indicated that you could get certain

7    information about schedule changes by looking at a

8    board.   In addition to receiving the pass down or

9    report, if you will, from the other shift, in your

10   experience, which one do you rely upon in terms of

11   getting updated information?

12       A.   Well, the most -- it's hard to say, sir.

13   Because like I said, when the control desk cannot reach

14   anyone in the anesthetic workroom, they immediately call

15   the Spectralink phone.   There that's a sure way of

16   getting in contact with an anesthesia tech, notifying

17   them of the change -- of whatever change is to be made.

18       Q.   So in the event that that call was made from

19   the control deck and you're carrying the Spectralink

20   phone, you would then record the new information?

21       A.   Yes.   You would record those changes of

22   whatever you have to write on.   You return to the room

23   to record it on the schedule in the workroom.

24       Q.   Just for clarification of the record.   If

25   necessary, the malignant hypothermia cart you referred

54

1    to, is that a cart which involves the use of

2    chemotherapy of some kind?

3        A.   No.   Some patients -- I guess they call them

4    malignant.   And when those persons aren't being operated

5    on, it's important that we have that malignant

6    hypothermia cart outside the room in case things go

7    wrong, you know, in the room.   We had -- the cart had to

8    be there, and it has to be ready to go.

9        Q.   And that is an assignment that is connected to

10   the carrying of the Spectralink phone?

11       A.   Yes, sir.

12       Q.   You said that there was a lead who was, to your

13   knowledge, employed within the department.

14       A.   Yes.

15       Q.   How long did that lead last?

16       A.   Maybe a year.

17       Q.   Is there a lead there presently?

18       A.   No.

19       Q.   And when the lead was working in the unit, did

20   the Spectralink phone that you've testified about that

21   was utilized in the main OR, continue to be utilized?

22       A.   By us techs?

23       Q.   Yes.

24       A.   Yes.

25       Q.   Was there any difference in the duties that you

PROCEEDINGS   April 24, 2007

1    had at that time as compared to before?

2         A.  No.

3         Q.  Was there a difference after the lead went

4    away --

5         A.  No.

6         Q.  -- terms of duties?

7         A.  No.

8         Q.  And do you know whether there's a lead on any

9    shift -- strike that.

10         When you became aware of a lead being employed,

11   on which shift was the person employed?

12        A.  Day shift.

13        Q.  Was there ever a lead, in your experience, on

14   either the p.m. or the nights?

15        A.  No.

16             MR. HARRINGTON:  That's all I have.  Thank you.

17             RECROSS EXAMINATION BY MR. ARNOLD

18   BY MR. ARNOLD:

19        Q.  So, Mr. Ashford, if you're not the one carrying

20   the Spectralink phone on a particular day and there is a

21   change in the operating schedule, you would find it out

22   by looking at the board in the workroom; correct?

23        A.  If the control desk was actually able to

24   contact someone either in the anesthetic workroom or the

25   Spectralink phone, one of those two ways, you know,

PROCEEDINGS    April 24, 2007

1   you'll find whether there's a cancellation or an

2   addition to the schedule.

3       Q.   But it gets written up on -- in the schedule;

4   right after -- after the call comes, someone writes in

5   the schedule?

6       A.   It is recorded on the schedule.

7       Q.   And so if you weren't the person who answered

8   the phone or you weren't the person with the Spectralink

9   phone, but you were working that day, you would find out

10  about that schedule change by looking on the schedule;

11  correct?

12      A.   That would be the plan, yes.

13      Q.   Okay.  Were you ever told when you were working

14  the evening shift or the night shift, that when you

15  carried the Spectralink phone, you were the lead?

16      A.   No.

17          MR. ARNOLD:  Can we go off the record for a

18  second?

19          THE ARBITRATOR:  Yes.

20          (Discussion off the record.)

21          THE ARBITRATOR:  I think that the Union has

22  something to clarify with respect to the grievance.

23          MR. HARRINGTON:  We'll clarify our claim is

24  directed to the differential which was historically paid

25  to the anesthesia techs who carried the Spectralink

57

PROCEEDINGS    April 24, 2007

1    phone associated with the main OR.  Those are the

2    employees who were previously receiving the

3    differential.

4            THE ARBITRATOR:  Thank you.

5    BY MR. ARNOLD:

6        Q.  Mr. Ashford, when the lead was employed for

7    approximately a year, wasn't the lead generally

8    stationed in and around the main OR?

9        A.  Yes.

10       Q.  And is it your testimony that the night shift

11   -- the person in the main OR carrying the Spectralink

12   phone on the night shift received extra pay?

13       A.  I don't know, sir, if they received extra pay

14   pertaining to the Spectralink phone.  I really don't

15   know.

16       Q.  Okay.  And there were only two anesthesia --

17       A.  Two anesthesia --

18       Q.  -- techs on the night shift?

19       A.  -- on the night shift.

20           MR. ARNOLD:  No further questions.

21           MR. HARRINGTON:  Nothing else right now.

22           THE ARBITRATOR:  Okay.  Thank you very much,

23   Mr. Ashford.

24           MR. HARRINGTON:  Call Paul Granados as a

25   witness.

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1                          PAUL GRANADOS,

2                    having first been duly sworn, was

3                    examined and testified as follows:

4              DIRECT EXAMINATION BY MR. HARRINGTON

5     BY MR. HARRINGTON:

6          Q.   Mr. Granados, are you currently employed by

7     Stanford Hospital and Clinics?

8          A.   Yes.

9          Q.   And how long have you been employed by the

10    hospital in any job capacity?

11         A.   April 2004.

12         Q.   Okay.  And what's the nature of your employment

13    with the hospital?

14         A.   I'm an anesthesia technician for the main

15    operating room.

16         Q.   And do you have any position as a steward for

17    the Union?

18         A.   Yes, I am a shop steward.

19         Q.   And when did you become a shop steward

20    approximately?

21         A.   Uh, right around February, March of 2006.

22         Q.   Okay.  When you became employed in April of

23    2004 with the Employer, did you become aware of the

24    existence of what we've referred to as the Spectralink

25    phone?

59

PROCEEDINGS     April 24, 2007

1       A.   Yes.

2       Q.   How did you become aware of it?

3       A.   It became my assignment one day.

4       Q.   Okay.  And --

5       A.   Plus, I had seen it.  You know, in my training

6    it was obvious one person had this phone.

7       Q.   So when you became an employee initially,

8    there's a so-called training period?

9       A.   Yes.

10      Q.   Okay.  And in the training period, you

11   worked -- did you work at the various locations in and

12   on the various shifts?

13      A.   Yes.  Various locations on your shift.

14      Q.   Okay.  And when you became employed in April of

15   2004, was there a shift to which you were assigned?

16      A.   Day shift, yes.

17      Q.   Okay.  And did you remain on the day shift?

18      A.   Yes.

19      Q.   Have you worked on other shifts as well?

20      A.   I've worked on the graveyard shift as a

21   rotation -- on a rotational basis.  I'm work -- now, I'm

22   currently on the evening shift.

23      Q.   And is the evening shift sometimes also

24   referred to as the p.m. shift?

25      A.   Yes.

PROCEEDINGS    April 24, 2007

```
 1          Q.  Have you had occasion to receive the
 2     Spectralink phone assignment on the day shift?
 3          A.  Yes.
 4          Q.  Have you had occasion to receive it on the
 5     night shift?
 6          A.  Yes.
 7          Q.  Have you had occasion to receive it on the
 8     evening or p.m. shift?
 9          A.  Yes.
10          Q.  And on the day shift, how would you become
11     aware that it was your responsibility to carry the
12     phone?
13          A.  Looking at the assignment sheet.
14          Q.  And prior to February 2006 when you had the
15     assignment to carry the Spectralink phone in the main
16     OR, did you receive a differential?
17          A.  Yes.  5 percent.
18          Q.  And, again, prior to February of 2006, if you
19     had that assignment on the night shift, did you receive
20     a differential?
21          A.  I never had that assignment on the night shift
22     prior to that date.
23          Q.  Okay.  What about on the evening shift?
24          A.  Yes.
25          Q.  You did receive a differential?
```

61

PROCEEDINGS    April 24, 2007

1      A.   Yes.

2      Q.   And during your training period, did you

3  receive any instruction as to what duties or

4  responsibilities were associated with carrying the

5  Spectralink phone in the main OR?

6      A.   Yes.

7      Q.   What did you learn?

8      A.   I learned that you answer it as fast as you can

9  possibly do it and hang on for dear life.

10     Q.   Okay.  And did you have -- if you had the

11 Spectralink phone during a given shift, did you have any

12 other responsibilities in addition to that?

13     A.   Yes.  I still had to function as a regular

14 anesthetic tech performing room turnovers, case

15 preparation, what have you.

16     Q.   So in your experience in carrying the shift --

17 the Spectralink device during a day shift, with what

18 frequency over the shift would you receive calls in

19 terms of numbers or during a given hour of work?

20     A.   During the day shift, the call volume was

21 consistent throughout the entire shift, and I would

22 venture, you know, 50, 60 calls during a day shift.

23     Q.   And on the p.m., or evening shifts, when you

24 carried the phone, what was the call volume, would you

25 say during the shift?

62

PROCEEDINGS    April 24, 2007

1      A.   Probably 40 to 50 calls.

2      Q.   And what kinds of calls did you -- would you

3  receive -- or strike that.

4           What kinds of calls did you receive on the

5  Spectralink phone, when you carried it, associated with

6  the main OR?

7      A.   You name it.  I would get calls for the

8  simplest of supplies from a pen or a pencil to bringing

9  in trauma equipment for an emergency that's coming up

10  from the ER, to setting up a cell saver for a patient

11  that could be in the process of bleeding out.

12      Q.   And from whom would you receive the calls when

13  you were carrying the Spectralink phone?

14      A.   I would receive the call from nurses in the

15  room, from anesthesiologists in the room, from

16  control desk.

17      Q.   And what did you understand was your

18  responsibility to respond to these calls relative to

19  your regular work, if you will?

20      A.   You answer the call as you get it, and then you

21  go back to your regular work and get that done.

22      Q.   Mr. Ashford testified to the existence of what

23  he called the anesthesia workroom.  Are you familiar

24  with that location?

25      A.   Yes.

                                                    63

PROCEEDINGS    April 24, 2007

1      Q.  And does the overhead page system work in
2   there?
3      A.  No.
4      Q.  Do you perform work in the OR -- in the various
5   operating rooms themselves?
6      A.  Yes.
7      Q.  Does the overhead page work in there?
8      A.  Not inside the OR suites, no.
9      Q.  Does the Spectralink phone work in both of
10  those locations?
11     A.  Yes.
12     Q.  With respect to the various kinds of calls that
13  you have indicated you receive, what, if any,
14  interaction would you have with coworkers in terms of
15  your response to those calls?
16     A.  I may need to ask my coworkers to help me out
17  because of the sheer volume of calls or the complex
18  nature of a call.
19     Q.  And could you give us an example of how you
20  would ask for assistance from coworkers based on the
21  complex nature of the call?  What might you do?
22     A.  Well, I could very easily be -- receive a call
23  to go work on a cell saver in a room, which --
24     Q.  What is a "cell saver?"
25     A.  A cell saver is a -- a cell saver is a blood

64

1    collection system that reprocesses the patient's blood

2    and enables you to return that blood back to the

3    patient.  And it's -- essentially it's their own blood,

4    and you're not bringing in outside products and -- to

5    assist the circulation system of the patient.

6         In the main OR the anesthesia techs are

7    responsible for operating the cell saver.  It can be a

8    time consuming process.  If you're carrying that

9    Spectralink, you will be getting the majority of the

10   phone calls to set it up or run a cell saver.

11        If you're running a cell saver, it is the one

12   situation where you can't leave.  You cannot drop what

13   you're doing.  And at that point, as you're doing the

14   cell saver as the telephone is ringing, you then have

15   choices to make.  Either tell this person to wait.  Tell

16   this person to forget about it or start making a bunch

17   of phone calls yourself trying to get help.

18        Q.  So if you were making a, quote, "bunch of phone

19   calls," unquote, to get help, whom would you be calling?

20        A.  Well, on the evening shift there's no one to

21   call because our -- the telephones in the anesthesia

22   workroom at that point are forwarded to voicemail to

23   receive any incoming request for the next day's cases.

24        Q.  Okay.

25        A.  So on the evening shifts the Spectralink phone

PROCEEDINGS    April 24, 2007

1    is the main form of communication.

2        Q.    So using the -- the Spectralink phone both

3    receives and can be used to send?

4        A.    Yes.

5        Q.    And if you're carrying it on the evening shift,

6    have you had occasion to seek assistance from others in

7    responding to Spectralink calls?

8        A.    Yes.

9        Q.    And what -- whom would you be calling to seek

10    assistance?

11        A.    My coworkers.  I can call the front desk and

12    ask them to try and find me help.  I'll be calling back

13    other rooms that have already made requests and letting

14    them know that, you know, you're going to need to wait.

15    This is what I'm doing and this is when I will be

16    available to you.  Things of that nature.

17        Q.    And if you need assistance form coworkers with

18    respect to responding to those calls, what was your

19    understanding of how you could approach your coworkers

20    in that regard?

21        A.    Beg, ask, plead.  You know, ask and, hopefully,

22    you'll get the right answer.

23        Q.    On the p.m. shift, is there -- or evening

24    shift, as it's also referred to, is there any supervisor

25    on duty?

66

PROCEEDINGS     April 24, 2007

1          A.   There is a charge nurse, and there is a nurse
2     manager on duty.
3          Q.   Are there any department managers on duty?
4          A.   No.
5          Q.   When do they leave?
6          A.   Our previous managers used to leave probably
7     four o'clock to five o'clock in the evening.  Our
8     current manager, she stays there till around 7:00 or so.
9          Q.   As the person carrying the Spectralink phone in
10    the main OR, do you have any responsibilities to record
11    -- as you understand it, to record changes in the
12    schedule?
13         A.   Yes.
14         Q.   And what is the responsibility?
15         A.   The responsibility is to record any changes
16    either case cancellations, room switches to record it on
17    our schedule in our workroom so that everybody else can
18    see it.
19         Q.   And as you understand it, do you have any
20    responsibility to give any verbal notification to
21    coworkers of any such changes?
22         A.   If I have -- if there are coworkers present, I
23    will verbalize those changes.  If they're not present,
24    then I'll just physically make a change on the schedule
25    and leave it at that.

67

PROCEEDINGS    April 24, 2007

1        Q.  With respect to the Spectralink phone in the

2    main OR, are there occasions when you would receive a

3    call for additional equipment or supplies?

4        A.  Yes.

5        Q.  And where are they maintained?

6        A.  We main -- all our supplies are basically

7    maintained within the anesthesia workroom.  The majority

8    of our employment is in the anesthesia workroom.  We do

9    have a few satellite storage areas where we keep other

10   additional equipment, but the bulk of our supplies and

11   equipment is in that workroom.

12       Q.  And if you had an assignment within one of the

13   ORs and you had the Spectralink phone, what did you

14   understand your responsibility was in terms of obtaining

15   those additional supplies if there was a request?  Did

16   you ever have to get them yourself --

17       A.  Yes.

18       Q.  -- or did you have someone do --

19       A.  Yes, get them ourselves.

20       Q.  After February 2004 up to approximately -- I'm

21   sorry -- April of 2004 up to approximately February of

22   2006, how often would you have the Spectralink phone

23   assignment?

24       A.  Well, up until about a year ago, we did

25   week-long assignments, so we'd have -- I'd have that

68

1    Spectralink phone about -- you know, for five days out

2    of a month.

3        Q.   Would you have it during the entirety of your

4    scheduled shift?

5        A.   Yes.

6        Q.   And was there any system that you were aware of

7    as to how the phone was moved from worker to worker --

8        A.   Umm --

9        Q.   -- either on a daily basis or a shift-by-shift

10   basis?

11       A.   On a shift basis -- well, there's -- you know,

12   you just look at the assignment sheet and you know who

13   you're giving the phone to when the next shift arrives.

14       Q.   How would you know that?

15       A.   I would look at our daily assignment sheets.

16       Q.   And what would it say relative to the

17   Spectralink phone?

18       A.   It's -- the assignment sheet is divided into

19   shifts.  So basically if you're day shift, you're

20   looking at day shift.  And it has all the various

21   assignments, Spectralink being one of them.  You could

22   then look at the next shift; and you go, okay, well, I

23   know that this person is going to take over the

24   Spectralink.  That's who I'll be giving it to.

25       Q.   And in terms of handing the phone on to the

PROCEEDINGS    April 24, 2007

1   next shift, did you have any other responsibilities

2   associated with that?

3       A.   Yeah.   You want to give as detailed a report as

4   you possibly can.

5       Q.   And what kind of report would you give in your

6   direct experience?

7       A.   You would report room changes, cases being

8   canceled, orders being switched of cases.   Cases being

9   added on.   Things of that nature.

10      Q.   Now, is this information that also would be

11  found within the workroom on a board of some sort?

12      A.   Yeah, yeah.   It's -- of our schedule that's

13  posted in the workroom.

14      Q.   And why would you do it in this verbal way

15  rather than simply saying, for example, go look at the

16  board?

17      A.   The more communication, the better.   I mean,

18  this is life and death, what we do.

19      Q.   Were you trained to make this verbal report?

20      A.   Yes.

21      Q.   And have you, in turn, received verbal reports

22  of this kind when you come on the shift and received the

23  phone?

24      A.   Yes, I have.

25      Q.   Now, have you also had the Spectralink phone in

70

PROCEEDINGS    April 24, 2007

1    these other areas, ASC, OR extension and out of

2    department?

3        A.  Yes, I have.

4        Q.  And is the function -- strike that.

5            When you have the assignments in these other

6    locations, did you receive the differential?

7        A.  No.

8        Q.  Is the function different in your experience in

9    these other places as compared to the main OR?

10       A.  Definitely.

11       Q.  And what's different about it?

12       A.  Well, if you have -- well, for example, if you

13   have the out-of-department phone, you've got maybe four

14   or five out-of-department cases.

15           You know, we only have four anesthesia machines

16   that are set aside for out of departments.  So the most

17   we can actually run are four cases at any one given

18   time, so you tend to be focused with getting the initial

19   out-of-department cases up and running.

20           But after that point, you're free and clear and

21   it's -- you know, you go back to the main OR and start

22   doing regular anesthesia duties.

23       Q.  What about in the extension?

24       A.  The extension -- my experience with the

25   extension has been very minimal, mostly because it just

71