EXHIBIT L

PROCEEDINGS    April 24, 2007

1   recently opened.  By the time we get there on the

2   evening shift, there is maybe one room even running;

3   maybe one turnover to do down there.

4       Q.   So prior to February of 2006, was the extension

5   of the OR in operation?

6       A.   No.

7       Q.   What about the ASC, the ambulatory surgical

8   center, how was the duty there with the Spectralink

9   phone the same as or different from the one in the main

10  OR?

11      A.   It's similar to it in that, yes, you are --

12  basically you are the point person for the department.

13  The majority of the calls will come in to that person

14  within the ASC.  The simplicity of the cases makes for

15  an easier shift over there.

16      Q.   How many operating rooms are there in use in a

17  given time at the ASC, if you know?

18      A.   I would venture around 12.

19      Q.   And ambulatory surgical center, on its face,

20  appears to describe those kinds of surgeries which are

21  outpatient in nature?

22      A.   Yes, that's my understanding.

23      Q.   Were you aware that there was, at some point, a

24  lead in anesthesia tech hired?

25      A.   Yes.

PROCEEDINGS     April 24, 2007

1          Q.   And do you know on what shift the person was

2     assigned?

3          A.   Day shift.

4          Q.   Did you work on the day shift when that person

5     was there?

6          A.   No, I did not.

7          Q.   What shift were you working at that time?

8          A.   Evening shift.

9          Q.   Was there any overlap in your hours with that

10    person on her hours?

11         A.   Yes.

12         Q.   Did you know whether or not during the time

13    that that lead person was there and working on the day

14    shift, one of the techs had the Spectralink phone

15    assignment?

16         A.   Correct.

17         Q.   Was there any difference in the Spectralink

18    phone assignment, to your understanding, when the lead

19    was there versus when the lead wasn't there?

20              MR. ARNOLD:   Objection.   He didn't work that

21    shift.

22              THE ARBITRATOR:   Objection what?

23              MR. ARNOLD:   He didn't work that shift.   It

24    calls for speculation.

25              THE ARBITRATOR:   Thank you.

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

```
1   BY MR. HARRINGTON:

2       Q.   Why did you give your testimony that there was

3   no difference?

4       A.   I would say that there's no difference because

5   the person giving me the report is the person carrying

6   the Spectralink phone.  It's not the lead tech.  My

7   communication with the lead tech on the day shift was

8   minimal at best.  The lead tech's phone number was not

9   even posted within the operating rooms until, you know,

10  three, four weeks after that person started.  So people

11  -- there was no communication to the lead tech.  The

12  communication within our department still fell within

13  those individuals carrying the Spectralink phone.

14          MR. ARNOLD:  Same objection.  He wasn't there.

15  This is all speculation as to what the communication was

16  during the course of the shift when he wasn't present.

17          MR. HARRINGTON:  It's not speculation that

18  their number wasn't posted for three to four weeks.

19  It's not speculation that he got a report from the

20  off-going tech, not the lead.  That's not speculation.

21  That's fact.

22          MR. ARNOLD:  Okay.  Let that stand.  The rest I

23  move to strike as pure speculation subject to my

24  objection.

25          MR. HARRINGTON:  All right.  I don't think it's
```

74

PROCEEDINGS    April 24, 2007

1  speculative.  It's based on his actual experience in the

2  unit.

3       MR. ARNOLD:  It was clear that it's based on

4  speculation.  How could he possibly know what the

5  communications were during the course of a day shift and

6  who was calling who when he wasn't present?

7       MR. HARRINGTON:  You can ask him that on cross

8  examination.

9       MR. ARNOLD:  No.  It's speculative.  And it is

10 -- it shouldn't be -- my objection should be sustained.

11       THE ARBITRATOR:  Well, I think it is to the --

12 to that extent, because he was not working on that

13 shift.  Although, he may have had that knowledge from

14 his capacity as a shop steward, I don't know.  But

15 anyway, your point is well taken, Mr Arnold, as

16 qualified by Mr. Harrington.

17 BY MR. HARRINGTON:

18    Q.  Sir, as a shop steward, did you have occasion

19 to be involved in this particular grievance?

20    A.  Yes.

21    Q.  Were you involved in the investigation of the

22 grievance?

23    A.  Yes.

24    Q.  Did you discuss with coworkers on the day shift

25 their interaction with and the duties of the lead?

75

PROCEEDINGS    April 24, 2007

1    A.    Yes.

2    Q.    Okay.  And did you learn anything from the --

3         MR. ARNOLD:  Objection; hearsay.

4         MR. HARRINGTON:  Which is admissible.

5         MR. ARNOLD:  Objection; hearsay.  We've already

6    had a witness testify who worked the day shift.

7         THE ARBITRATOR:  Well --

8         MR. HARRINGTON:  You'll stipulate that there

9    was no -- that the lead's presence or absence had no

10   impact on --

11        MR. ARNOLD:  I won't stipulate to anything.  We

12   have testimony.  That testimony is what the testimony

13   is.

14        MR. HARRINGTON:  Okay.  Fine.  Then I'm going

15   to get it in through this witness.  You can't control my

16   case.  You can make objections and you can rule on them.

17   You're just interrupting me at this point to impress

18   somebody.  I'm not sure who that is.

19        MR. ARNOLD:  'Cause you're asking for blatant

20   hearsay.

21        MR. HARRINGTON:  Blatant hearsay.  Is that --

22        MR. ARNOLD:  Blatant hearsay.

23        MR. HARRINGTON:  I see.  I thought hearsay was

24   admissible in arbitrations.

25        THE ARBITRATOR:  It is.  It is.

76

PROCEEDINGS    April 24, 2007

```
 1              MR. HARRINGTON:  Yeah, that's what I thought.
 2              MR. ARNOLD:  I still get to object.
 3              THE ARBITRATOR:  And your objection is noted.
 4              MR. HARRINGTON:  And overruled.
 5              MR. ARNOLD:  I think he gets to --
 6              MR. HARRINGTON:  He's subcontracted that one
 7    out to me.
 8         Q.   So did you have occasion to speak with your
 9    coworkers on the day shift concerning this issue as it
10    related to the duties of the lead on that shift?
11         A.   Yes.
12         Q.   And what did you learn from those coworkers
13    about that, if anything?
14              MR. ARNOLD:  Objection.  He should at least
15    state what he was told as opposed to what he learned.  I
16    mean, if he's going to testify rather than conclusory
17    statements, he should at least have to testify who he
18    spoke to and what those people told him.
19              MR. HARRINGTON:  Okay, fine.
20         Q.   Who did you speak to?
21         A.   All right.  In my capacity as shop steward I
22    received numerous concerns from my counterparts on the
23    day shift regarding the functions of the lead tech,
24    regarding the functions -- regarding our concerns that
25    the Spectralink phone was not being given to the lead
```

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1    tech; instead that the lead tech was going to be

2    carrying their own Spectralink phone.

3         My coworkers were concerned that the lead

4    tech's phone was not being posted in the operating

5    rooms.  And that regardless of there being a lead tech,

6    nobody had the ability to actually contact the lead tech

7    because they just didn't know the phone number.

8         The -- my coworkers expressed to me that the

9    calls and the call volume had not changed with the

10   addition of a lead tech.  And at this same time, we had

11   other concerns regarding our lead tech that we chose to

12   work with the Union addressing.

13        Q.  So can you recall any particular members of the

14   day shift who were anesthesia techs who related these

15   concerns to you about the calls and the call volume, for

16   example?

17        A.  Specific names?

18        Q.  Right.

19        A.  That's so far --

20        Q.  Okay.

21        A.  -- gone.

22        Q.  Did you ever have occasion to discuss with the

23   lead, who was there apparently for approximately a year,

24   what her -- she was a female?

25        A.  Yes.

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1      Q.  -- what her duties were as it related to this

2   main OR Spectralink phone?

3      A.  No.  Actually, I had this discussion with my

4   manager at the time.

5      Q.  Who was the manager at the time?

6      A.  Alice Beltran.

7      Q.  And what discussion did you have with

8   Ms. Beltran about this issue?

9      A.  I expressed my concern to Alice that with the

10  presence of a lead, why is it that the types of calls

11  that we are getting on this Spectralink phone are the

12  calls that should be going to a lead tech, such as staff

13  not performing their specific requests, staff being

14  unable to be located; you know, various personnel issues

15  that were coming into this Spectralink phone.

16      I expressed this concern to my manager, that as

17  a regular employee, I should not be having to handle

18  these types of calls.

19      And I also, at that particular time, explained

20  to her that, you know, if you're going to have a lead

21  tech, it would be nice to at least have people be able

22  to get ahold of this lead tech so they can do their job,

23  and requested that she then post the lead tech's phone

24  number in all the operating rooms.

25      Q.  And do you know whether that happened?

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1      A.   Yes, it did.

2      Q.   And do you know -- did you say anything else to

3  Ms. Beltran about the nature of the calls which were

4  continuing to be received, putting aside the personal

5  calls, on the Spectralink phone?

6      A.   The call volume, that's never changed.

7      Q.   Did Ms. Beltran have any response with respect

8  to the volume of calls?

9      A.   No.

10     Q.   Was there -- in your experience after April of

11  2004, during the time that you worked on the p.m. or

12  evening shifts, was there ever a lead on that shift?

13     A.   No.

14     Q.   And between the time you became an employee

15  until approximately February of 2006, did the nature of

16  the Spectralink phone on the p.m., or evening shift,

17  change?

18     A.   No.

19     Q.   Did the duties remain the same?

20     A.   They remained the same.

21     Q.   You became aware that the differential for

22  carrying the phone became terminated at some time?

23     A.   Yes.

24     Q.   How did you learn that it was to be terminated?

25     A.   Our manager told us in a staff meeting.

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1    Q.  And was any reason given at that time?

2    A.  The reason we were given was that it had not

3 been put into the new contract.

4        MR. HARRINGTON:  Did you hear his answer?

5        THE ARBITRATOR:  I didn't quite catch the last

6 part.

7        THE WITNESS:  The reason we were given that the

8 differential pay would be terminated was that it was not

9 placed within the new contract.  There's no language

10 calling for it in the new contract.

11 BY MR. HARRINGTON:

12    Q.  Okay.  After the date of that communication by

13 the manager, did the duties change, at all associated

14 with the carrying of the phone?

15    A.  No, not at all.  They still haven't changed.

16    Q.  Now, after the Employer terminated the payment

17 of the differential for the carrying of the phone, has

18 method of communicating during the shift about issues

19 concerning cancellations and case changes and the kinds

20 of things you described, has that changed at all?

21    A.  No.

22    Q.  Is there any different method of communication

23 being used to notify the anesthesia techs about those

24 matters, to your knowledge, after February of 2006?

25    A.  No.

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1        Q.  Has the rotation of the assignment of the

2    carrying the phone changed?

3        A.  Yes.

4        Q.  How has it changed?

5        A.  We've gone -- we were on a week-long

6    assignment, that has now changed to a daily assignment

7    that rotates to a different assignment everyday.

8        Q.  So you said at one point you would get it

9    roughly one a week per month?

10       A.  Yeah, approximately.

11       Q.  And how long -- in this new system -- how often

12   in this new system do you get it on a monthly basically?

13       A.  I would say the exact same amount of time.

14       Q.  In your training period when you were first

15   introduced to the use of the Spectralink phone in the

16   main OR, did you receive any information concerning any

17   different responsibilities that that person had as

18   compared to coworkers -- the use of any term about that

19   assignment?

20       A.  It was just we were class -- we were

21   specifically told, you know, when we fill out our

22   timecard, that you will classify yourself as RHC, which

23   is relief at higher class; that you're functioning at a

24   higher class.  That's how my manager explained it to me.

25       Q.  So in the pay periods in which you had the

82

PROCEEDINGS    April 24, 2007

1   assignment, you would actually notate something on your

2   timecard?

3       A.  Yes.

4       Q.  And you got that code from the manager?

5       A.  Yes.

6       Q.  Did you do that on every occasion when you had

7   the assignment?

8       A.  Yes.

9       Q.  And did the manager sign off on the timecard at

10  the end?

11      A.  Yes.

12          MR. HARRINGTON:  That's all I have.

13              CROSS EXAMINATION BY MR. ARNOLD

14  BY MR. ARNOLD:

15      Q.  Were you told what higher class it was you were

16  supposedly working in?

17      A.  No.  We were told we were functioning at a

18  higher class.

19      Q.  Are you familiar with the contract as a

20  steward?

21      A.  Somewhat, yes.

22      Q.  Are you familiar in anticipation of preparing

23  for this arbitration with Article 9 of the contract?

24      A.  No.

25          MR. ARNOLD:  Please show the witness Article 9

83

PROCEEDINGS    April 24, 2007

1   of the contract, please.

2           MR. HARRINGTON:  I have an extra copy.  I'll

3   show him.

4           (Witness examining document.)

5           MR. HARRINGTON:  He has it.

6           THE WITNESS:  Okay.

7   BY MR. ARNOLD:

8       Q.  Were you ever told that you were working --

9   performing the typical duties of a position in a higher

10  pay grade?

11      A.  I was told that I was functioning --

12      Q.  That's a yes or no question.

13      A.  I'm going to tell you what I was told.

14      Q.  No.  I'm just asking you:  Were you ever told

15  that you had typical duties of a position in a higher

16  pay grade?

17      A.  Yes.

18      Q.  And what position were you told you were

19  working in that was in a higher pay grade?

20      A.  I was told that I was working in a higher

21  class.

22      Q.  That wasn't my question.

23      A.  Well, that's how it was -- that's the answer I

24  was given.

25      Q.  Well, then your answer should have been no.

84

PROCEEDINGS    April 24, 2007

1          MR. HARRINGTON:  Don't argue with the witness

2     like that.  You're offensive, you know that.

3          MR. ARNOLD:  You're --

4          MR. HARRINGTON:  You know, he doesn't work for

5     you.  He really doesn't.  It's an obnoxious kind of

6     overbearing term -- a way of obnoxious to the witness.

7          MR. ARNOLD:  Move to strike the comments.

8          THE ARBITRATOR:  Yeah.  I don't think that it

9     was intended that way, Mr. Harrington.

10         MR. HARRINGTON:  I do.  That's why I objected

11    to it.

12         MR. ARNOLD:  You didn't object to it.  You made

13    a comment on the record.

14         MR. HARRINGTON:  If he has an objection to the

15    witness's testimony, he should make it to you, and you

16    can rule on it.

17         THE ARBITRATOR:  All right.

18    BY MR. ARNOLD:

19      Q.  Were you ever told what higher position you

20    were working in?

21      A.  No.

22      Q.  Were you ever told you were working as a lead?

23      A.  No.

24      Q.  You talked about getting a report or giving a

25    report.  When you got a report -- let's take when you're

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1    on an evening shift.  When you got a report from the

2    day-shift person carrying the Spectralink phone, what

3    did you do with the report after you got it?

4        A.  The report that I'm given -- well, what I did

5    was that information was -- I mean, me individually,

6    there's not much to do with that information.  The

7    information that's being communicated is just

8    information that we need to know as far as -- you know,

9    most of the information has already been recorded.  If

10   there are schedule changes, that information should

11   already be recorded.

12       Q.  Right.  So I'm asking you what did you do with

13   the information, just file it away in your head for the

14   shift?

15       A.  Some of the information gets filed away in your

16   head.  Some of the information get communicated to your

17   coworkers.  And some of the information just gets left

18   alone to be on the schedule for everybody to see.

19       Q.  What information -- I think you said that the

20   things that they would tell you would be about

21   cancellations, add-ons, changes in rooms, changes in the

22   order of surgeries, et cetera.

23       A.  Yes.  There are things of that nature.  There

24   are also things such as cases that are coming up that

25   require specific setups to be made for it.  If they've

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1  been done.  If those setups are ready to go.  If those

2  set ups are incomplete, what do they need to have done

3  to them to complete them.

4      Q.  What did you do with that type of information?

5      A.  That type of information, I'd either complete

6  the assignment myself or post that information on the

7  whiteboard as an item needing to be done.

8      Q.  And then techs would look at the board and say,

9  okay, we've got to do this?

10      A.  Yeah.

11      Q.  How many techs -- you talked about the ASC.

12  Approximately how many techs are scheduled on an average

13  day in the ASC?

14      A.  Two to three.

15      Q.  How many are scheduled in the main OR?

16      A.  For the --

17      Q.  Day shift.

18      A.  For the day shift, six to eight.

19      Q.  And do the procedures in the ASC tend to be

20  shorter procedures than in the main OR?

21      A.  Yes.

22      Q.  More of them -- I mean, they -- more turnover

23  the rooms during --

24      A.  No.

25      Q.  -- the course of a day?

87

PROCEEDINGS    April 24, 2007

1      A.   Not at all.

2      Q.   So they don't -- there are lots of times when

3  the ASC OR rooms are empty?

4      A.   No.  It's just they don't have the volume that

5  the main operating room has.  There's only 12 rooms in

6  the ASC?

7      Q.   I'm talking on a per-room basis.  Don't they do

8  a number of procedures in each room in ASC?

9      A.   Yeah.

10     Q.   And I think you testified that after some brief

11 initial period, the lead's Spectralink phone number was

12 posted?

13     A.   Yes.

14          MR. ARNOLD:  Can we go off the record for a

15 moment?

16          THE ARBITRATOR:  Yes.

17          (Recess.)

18 BY MR. ARNOLD:

19     Q.   You testified that you went from the -- the

20 Spectralink phone went from being a weekly assignment to

21 a daily assignment.

22          Do you know how that came about?

23     A.   No, I don't.

24     Q.   Did you write a letter requesting that it go to

25 a daily assignment?

PROCEEDINGS    April 24, 2007

1          A.  No, I didn't.

2          Q.  You never made a request of the manager that

3     they change to a daily assignment?

4          A.  No.  I made a request of the manager that they

5     change it back to a weekly assignment.

6          Q.  Now, you testified that if you're -- if you get

7     a call to get supplies, you get the supplies.  The

8     Spectralink tech isn't the only person during the course

9     of the shift that has to go get supplies, is he?

10         A.  No.

11         Q.  All the techs get requests to get supplies;

12    correct?

13         A.  Yes.

14         Q.  And if they get a request, then they're

15    supposed to respond to the request; correct?

16         A.  Of course.

17         Q.  And on those occasions -- how often is it that

18    you get chained to a cell safer?

19         A.  Weekly.  Once a week, maybe.

20         Q.  And if you are operating the cell saver and

21    can't leave and have to turn down a request that you get

22    over the phone, what -- if you know, what do the people

23    making the request do?

24         A.  I don't know.  They deal with it.  I don't

25             know what happens on the other end of the

                                                              89

PROCEEDINGS    April 24, 2007

1    phone.  I hang up.

2        Q.  You never learned later that another tech was

3    located and took care of it?

4        A.  No.

5        Q.  And you don't inquire?

6        A.  No.  If they still need it, they'll call

7    me back.  But if they say they can't handle it

8    themselves, then I assume that they're handling it

9    themselves.

10           MR. ARNOLD:  No further questions.

11           REDIRECT EXAMINATION BY MR. HARRINGTON

12    BY MR. HARRINGTON:

13        Q.  Just one.  After the posting of the telephone

14    number for the lead, did the volume of calls being

15    received by the Spectralink phone change?

16        A.  No.

17           MR. HARRINGTON:  That's all I have.

18           MR. ARNOLD:  Nothing further.

19           THE ARBITRATOR:  Thank you, Mr. Granados.  You

20    see, it does end at some point.

21           MR. HARRINGTON:  We rest, subject to rebuttal.

22           THE ARBITRATOR:  Okay.  Union rests subject to

23    rebuttal.

24           Do you want to move forward, Mr. Arnold, or --

25    let's see. . . It's 20 minutes after 12:00.

90

PROCEEDINGS    April 24, 2007

1           MR. ARNOLD:  Let's take a lunch break,

2     please.

3           THE ARBITRATOR:  Let's take a lunch break.

4     Okay.  I've brought a sandwich, so I won't have to

5     inquire about places to eat.

6           (Lunch recess taken at 12:20 p.m., to be

7     reconvened at 1:20 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

91

PROCEEDINGS    April 24, 2007

```
  1                        AFTERNOON SESSION
  2    APRIL 24, 2007                              1:34 P.M.
  3            THE ARBITRATOR:  So the Employer is now going
  4    to present its case in chief, and we have a witness
  5    here.
  6                        DIANE ALEJANDRO,
  7                having first been duly sworn, was
  8                examined and testified as follows:
  9                EXAMINATION BY MR. ARNOLD
 10    BY MR. ARNOLD:
 11        Q.  Can you please state and spell your name for
 12    the record.
 13        A.  Diane Alejandro -- D-I-A-N-E,
 14    A-L-E-J-A-N-D-R-O.
 15        Q.  And are you currently employed by Stanford
 16    Hospital and Clinics?
 17        A.  Yes.
 18        Q.  How long have you worked for the Stanford
 19    Hospital and Clinics?
 20        A.  Since September of 2005.
 21        Q.  And what is your current position?
 22        A.  Administrative manager for OR anesthesia.
 23        Q.  And how long have you held that position?
 24        A.  Since January of 2007.
 25        Q.  And prior to assuming that position, what job
```

                                                                    92

PROCEEDINGS    April 24, 2007

1    did you hold?

2         A.   I was a certificated anesthesia technician.

3         Q.   And who was the manager prior to your becoming

4    manager?

5         A.   Alice Beltran.

6         Q.   Having been an anesthesia tech at Stanford, are

7    you familiar with the anesthesia tech job position?

8         A.   Yes.

9         Q.   And having been an anesthesia tech, are you

10   familiar with the duties for that position?

11        A.   Yes.

12        Q.   And since you've been promoted to manager, do

13   you supervise the work of anesthesia techs?

14        A.   Yes.

15        Q.   And have you since becoming manager, remained

16   familiar with the job duties of the anesthesia tech?

17        A.   Yes.

18        Q.   Could you, if you would please, describe for us

19   in something of a summary fashion, not great detail,

20   what the duties are for an anesthetic tech?

21        A.   Prepare and set up IV lines, invasive lines,

22   set up the -- each operating room suite specific to

23   various cases, and to include checking of the anesthesia

24   machine, stocking of the anesthesia supply cart, and

25   turnovers of rooms between cases, which includes removal

PROCEEDINGS    April 24, 2007

1  of disposable anesthesia circuits, restocking of the

2  carts.  Operating, setting up and disposal of the

3  cell-saver machine.

4       And also towards the end of the day, turning

5  down of each operating room suite and basically be able

6  to respond to requests from physicians and nurses and

7  other techs if need be.

8       Q.  Okay.

9           THE ARBITRATOR:  This would be your --

10          MR. ARNOLD:  Employer 1.

11          THE ARBITRATOR:  Employer 1, okay.  Good.

12          (Whereupon, Employer's Exhibit No. 1 was marked

13          for identification.)

14  BY MR. ARNOLD:

15       Q.  Ms. Alejandro, I'm going to show you what's

16  been marked as Employer's Exhibit No. 1, and ask you to

17  take a look at it; and after you've done so, tell me if

18  you recognize it.

19          (Witness examining document.)

20       A.  Yes.

21       Q.  What is it?

22       A.  The job description for the anesthesia

23  technician.

24          MR. ARNOLD:  I move the admission of Employer's

25  1 into the record.

PROCEEDINGS    April 24, 2007

1          MR. HARRINGTON:  I have a question on it.

2          Voir dire the witness?

3          THE ARBITRATOR:  Yes.

4          VOIR DIRE EXAMINATION BY MR. HARRINGTON

5    BY MR. HARRINGTON:

6          Q.  Ma'am, on the second page it shows a date of

7    2004 in the lower left corner.  Is this the current job

8    description?

9          A.  This is the current -- this is what the job

10   description was when -- with what was placed for the

11   current techs that are in our department.

12         Q.  So subsequent to January of 2004, this has not

13   been amended or revised?

14         A.  This is what is current -- what we use

15   currently.

16         MR. HARRINGTON:  Okay.  No -- no objections.

17         THE ARBITRATOR:  Okay.  We'll accept Employer

18   Exhibit 1 into the record.

19         (Whereupon, Employer's Exhibit No. 1 was

20         received into evidence.)

21         DIRECT EXAMINATION BY MR. ARNOLD (resumed)

22   BY MR. ARNOLD:

23         Q.  Now, you mentioned that one of the jobs is to

24   set up the rooms for -- for surgical cases.  Could you

25   explain what it is that a tech does in order to set up

PROCEEDINGS    April 24, 2007

1    the rooms.

2        A.   They turn on the anesthesia machine for a

3    systems self test to include there are no leaks within

4    the machine.   They assure that the anesthesia supply

5    carts are appropriately stocked, and that additional

6    equipment if needed is -- is present for the cases.

7        Q.   And you also mentioned that they will turnover

8    rooms or turndown rooms, I think.   What does that

9    involve?

10       A.   Turnover rooms?

11       Q.   Uh-huh.

12       A.   Removal of the disposable anesthetic breathing

13   circuit, removal of the trash, removal of the laren --

14   laryngoscope blades if used.   And basically replacing

15   what was removed for the next following case.

16       Q.   And you also testified that they will respond

17   to specific requests from doctors or nurses.

18            What kind of requests would those be?

19       A.   Specific items that are not within the OR

20   suite.   There are certain cases that require additional

21   equipment.   For example, craniotomy cases require -- by

22   request by the physician, they Interco machine which is

23   located in our anesthesia work area.   The use of a

24   cell-saver machine if requested by the physician, and

25   items that may be -- that are not typically stocked in

96

PROCEEDINGS    April 24, 2007

1    the operating room.

2        Q.  Now, if there is going to be a specific

3    request, can requests be made during the course of a

4    surgical procedure for something from the techs?

5        A.  Yes.

6        Q.  How do those requests get made to a tech that

7    something is needed?

8        A.  There are various ways they can get ahold of a

9    anesthesia tech, one being the landline phone that we

10   have located in our anesthetic workroom.  We have

11   Spectralink phone, which is what I have here; pagers,

12   overhead paging if need be.

13            But typically, we used the Spectralink phone,

14   the landline phone and the paging system that we have

15   located in the ambulatory center.

16            THE ARBITRATOR:  What's a "landline phone?"

17            THE WITNESS:  The phone that's connected to the

18   wall as opposed to having a cordless phone, so it's a

19   regular telephone.

20            THE ARBITRATOR:  Oh, regular telephone.

21            THE WITNESS:  Yes.

22            THE ARBITRATOR:  Okay.

23   BY MR. ARNOLD:

24       Q.  Now, you mentioned an overhead paging system;

25   right?

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1      A.   Yes.

2      Q.   Can the -- does the overhead paging system work

3   inside an operating room?

4      A.   Yes.

5      Q.   And have you, as an anesthesia tech, had

6   occasion to hear overhead pages inside an operating

7   room?

8      A.   Yes, if they're -- if someone was requesting

9   for -- you know, a person or needed to get ahold of a

10   person, the overhead paging system can be used to get in

11   contact with someone in the operating room.

12      Q.   Inside an operating room?

13      A.   Yes.

14      Q.   And can -- using this system, can you actually

15   pick a specific OR and page in the specific OR?

16      A.   Yes.

17      Q.   And how about the anesthesia workroom, can you

18   hear overhead pages in the anesthesia workroom?

19      A.   Yes, you can hear the overhead pages through --

20   in the anesthesia workroom.

21      Q.   And is there an intercom system?

22      A.   Yes.

23      Q.   And can you -- can you use an intercom system

24   to communicate into the anesthesia workroom?

25      A.   Yes.

98

PROCEEDINGS    April 24, 2007

1      Q.   And what other types of communication systems

2   are there?  You've mentioned an overhead page, regular

3   pager.

4      A.   Regular pager, Spectralink phone, and we have

5   call lights located within our anesthesia workroom.

6      Q.   Okay.  Let's take the pagers first.  Who -- are

7   there still anesthesia techs that will carry a pager?

8      A.   Yes.

9      Q.   And which anesthesia techs would carry a pager?

10      A.   The ambulatory surgery anesthesia techs

11   specifically located in the ambulatory center carry a

12   pager at the present time.

13      Q.   Now, the call light system, where is the call

14   light system located?

15      A.   We have a call light system within our main

16   operating room, anesthesia workroom.  We also have a

17   ComTel system in our ambulatory surgery anesthesia

18   workroom.  That also includes bells -- bells in addition

19   to -- audible bells in addition to lights located in the

20   ambulatory center anesthesia workroom.

21      Q.   So -- now, the call light system in the main OR

22   and in the main OR anesthesia workroom, how does that

23   work?

24      A.   It will -- if they need to get ahold of an

25   anesthesia technician, the actual switch is located

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1    within each operating room, so either a nurse or an

2    anesthesiologist or any other physician can activate the

3    anesthesia specific switch to turn on the light in our

4    anesthesia workroom which will signify that attention is

5    needed for that operating room.

6        Q.   So like if -- No. 8 might light up and say --

7    and that tells you that OR suite No. 8 needs something?

8        A.   Correct.

9        Q.   And can one call from the landline into OR

10   suite 8?

11       A.   Correct.

12       Q.   And speak to whoever is in that room?

13       A.   Correct.

14       Q.   Now, you've described all but the Spectralink

15   phone.  What is the purpose of the Spectralink phone?

16       A.   Basically used as a communication device.

17       Q.   And why the Spectralink phone?  Is it -- when

18   you have all these other systems, why do you also have

19   the Spectralink phone?

20       A.   It is a device that has been used to be able to

21   directly get ahold of an anesthesia technician.

22       Q.   So in case no one answers the light or no one

23   is around to answer the landline or they don't hear the

24   overhead page, you know you can get someone by using the

25   Spectralink phone?

100

PROCEEDINGS    April 24, 2007

1        A.   Correct.

2        Q.   And how many Spectralink phones are there in

3   use by the anesthesia techs?

4        A.   We currently have four Spectralink phones for

5   the anesthesia technicians in addition to one

6   Spectralink phone designated for the lead anesthesia

7   technician.

8        Q.   And does each Spectralink phone have its own

9   separate phone number?

10       A.   Correct.

11       Q.   So if there are only four, does that mean that

12   not every anesthesia tech carries a Spectralink phone?

13       A.   Correct.

14       Q.   So how is it determined -- how are the

15   assignments of the Spectralink phone made to a

16   particular anesthesia tech?

17       A.   It is done basically on a rotational basis.

18            THE ARBITRATOR:  Employer 2?

19            MR. ARNOLD:  Please.

20            THE ARBITRATOR:  Okay.

21            (Whereupon, Employer's Exhibit No. 2 was marked

22            for identification.)

23   BY MR. ARNOLD:

24       Q.   Ms. Alejandro, I've shown you a document that's

25   been marked as Employer Exhibit No. 2 and ask you after

101

PROCEEDINGS    April 24, 2007

1    you look at it, tell me whether you recognize it?

2        A.    Yes.

3        Q.    And who prepared this document?

4        A.    I did.

5        Q.    And did you prepare for it for use in these

6    proceedings?

7        A.    Correct.

8        Q.    And tell us what it represents.

9        A.    All the numbers that can be used to get ahold

10    of an anesthesia technician.

11        Q.    So one of them -- where it says, third from the

12    bottom, ASC anesthesia workroom, is that a landline or

13    is the a --

14        A.    Landline.

15        Q.    And the second one, main OR anesthesia

16    workroom, is that a landline?

17        A.    Yes.

18        Q.    And then the bottom two ASC -- or the bottom

19    one, two numbers, those are regular pager numbers.

20        A.    Correct.

21        MR. ARNOLD:    Move the admission of Employer's

22    No. 2.

23        MR. HARRINGTON:    May I inquire?

24        THE ARBITRATOR:    Yes.    Voir dire?

25        MR. HARRINGTON:    Yes, thank you.

102

PROCEEDINGS    April 24, 2007

1          VOIR DIRE EXAMINATION BY MR. HARRINGTON

2    BY MR. HARRINGTON:

3        Q.   This list was created by you when?

4        A.   About two weeks ago.

5        Q.   So it -- does it reflect what phones were in

6    effect -- being utilized in the department prior to

7    February of 2006?

8        A.   Can you repeat the question.

9        Q.   Yes.  Does it reflect what phones were being

10   utilized in the department prior to February of 2006?

11       A.   There was -- a phone was added due to the fact

12   that an operating room extension was added to our area.

13       Q.   So which one was added that wasn't in effect

14   prior to February of 2006?

15       A.   The main OR extension Spectralink and the ASC

16   anesthesia beepers because we have relocated to a

17   different area.

18       Q.   So is it your testimony that with those

19   exceptions, this would represent what phone contacts

20   existed prior to February of 2006?

21       A.   In addition to the ASC add, we always had the

22   workroom phone, so just the anesthesia beepers and the

23   main OR extension Spectralink.

24          MR. HARRINGTON:  Okay.  No objection with those

25   notations.

                                                              103

PROCEEDINGS    April 24, 2007

1          THE ARBITRATOR:  Okay.  Thank you.

2          DIRECT EXAMINATION BY MR. ARNOLD (resumed)

3     BY MR. ARNOLD:

4          Q.  What about the top -- the top number, the lead

5     Spectralink phone, was that in existence prior to

6     February of '06?

7          A.  The -- there was no lead.

8          Q.  So there was no lead anesthesia Spectralink

9     phone?

10         A.  Before February of 2006.

11         Q.  Okay.

12         THE ARBITRATOR:  So that would also be a phone

13    number -- phone that didn't exist then.  So there were

14    three out of --

15         THE WITNESS:  Correct.

16         THE ARBITRATOR:  -- three out of the eight

17    items listed as phone numbers on this Employer Exhibit 2

18    are lines that did not exit in February of 2006.

19         And by the way, he has no objection to this

20    exhibit.

21         I take it you wanted to move it into the

22    record?

23         MR. ARNOLD:  Yes.

24         THE ARBITRATOR:  Okay.  We'll accept Employer

25    Exhibit 2.

PROCEEDINGS    April 24, 2007

1              (Whereupon, Employer's Exhibit No. 2 was

2              received into evidence.)

3    BY MR. ARNOLD:

4        Q.  Does it require any special training to carry

5    and operate the Spectralink phone?

6        A.  Can I move back to the other question -- for

7    this past question?  This number I believe.

8        Q.  You're pointing at?

9        A.  The lead Spectralink phone.  This number was, I

10   believe to my recollection -- I can't remember, but this

11   phone was used by -- the manager, I believe, at that

12   time had the phone.

13             THE ARBITRATOR:  But not by the normal AT -- or

14   manager could get ahold of the ATs then that way?

15             THE WITNESS:  Meaning that she -- she was

16   holding that phone.

17             THE ARBITRATOR:  So it was the same number, but

18   instead of being assigned to the lead anesthesia tech?

19             THE WITNESS:  There was no lead anesthesia tech

20   before February 2006.

21             THE VIDEOGRAPHER:  Okay.

22   BY MR. ARNOLD:

23       Q.  So the manager carried that Spectralink phone

24   prior to February 2006?

25       A.  Yes.

105

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1        Q.   These are all currently operable Spectralink

2    phone, landlines or beepers?

3        A.   Yes.

4        Q.   Now, I think I'll ask again:  Does it require

5    any special training to carry and operate the

6    Spectralink phone?

7        A.   No.

8        Q.   It operates pretty much like a cell phone?

9        A.   Correct.

10       Q.   And does carrying the Spectralink phone involve

11   more work for the particular tech who is carrying it?

12       A.   It is assigned as a task -- daily task.

13            MR. HARRINGTON:  Move to strike as

14   nonresponsive.

15            MR. ARNOLD:  I think that I move to strike as

16   nonresponsive, but --

17            THE ARBITRATOR:  Yes.  It isn't quite

18   responsive.

19            Could you read the question, Ms. Reporter,

20   please.

21            MR. ARNOLD:  And I'll follow up if that's okay,

22   if I follow up.

23            THE ARBITRATOR:  Okay.  Whatever you like.

24   BY MR. ARNOLD:

25       Q.   Can the -- can it result in a heavier workload

                                                              106

PROCEEDINGS    April 24, 2007

1    for the person carrying the Spectralink phone?

2         A.   No.

3         Q.   Do they -- do they tend to get a lot of calls

4    on the Spectralink phone?

5         A.   There are calls made to the Spectralink phone,

6    yes.

7         Q.   And if they get a call, are they expected to

8    respond to it in some way?

9         A.   Yes.

10         Q.   And are they expected to always do it -- do

11    whatever the request is on their own?

12         A.   They can, you know, ask their fellow colleagues

13    for assistance if need be.

14         Q.   And did you carry the Spectralink phone when

15    you were an anesthesia tech?

16         A.   Yes.

17         Q.   To the extent you can do so, can you give us

18    some kind of assessment on your part of how often the

19    Spectralink phone might typically ring when someone is

20    carrying it during a shift?

21         A.   When I was an anesthesia tech, I worked the day

22    shift, so I would be responding to what a day shift

23    would typically --

24         Q.   Okay.  Can you tell us what you might think

25    would be typical for a day shift anesthesia tech.

107

PROCEEDINGS    April 24, 2007

```
 1        A.   On average how many calls?

 2        Q.   Right.

 3        A.   On a shift?

 4        Q.   However you might -- if you need to break it

 5   down some other way, by the hour, by the shift, however.

 6        A.   Probably by the hour, about maybe five to six

 7   times.

 8        Q.   Now, if a tech is not carrying a Spectralink

 9   phone on a particular shift, if they're in the workroom

10   and the landline rings, is the tech expected to answer

11   that?

12        A.   Yes.

13        Q.   And if it's being -- if it's a request being

14   made, is the tech expected, if they can, to respond to

15   the request?

16        A.   Yes.

17        Q.   And if a tech is not carrying a Spectralink

18   phone and they're in the room and they see a call light,

19   are they expected to respond to the call light?

20        A.   Yes.

21        Q.   And if an overhead page is made for an

22   anesthesia tech, are all of the anesthetic techs

23   supposed to respond if they're available?

24        A.   Yes.

25        Q.   When an anesthesia tech is carrying a
```

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1    Spectralink phone, does that give the tech carrying the

2    phone any additional authority or responsibility over

3    other techs?

4        A.   No.

5        Q.   Can the person carrying the Spectralink phone,

6    the anesthesia tech, can they require another tech to

7    change what they're doing or to do something they asked

8    them to do?

9        A.   Can you repeat the question?

10       Q.   Can they require another tech to perform a

11   particular task or to change another tech's assignment?

12       A.   Not change assignments.  If they need

13   assistance in a task.

14       Q.   Can they require the person to do it or can

15   they ask a person to do it?

16       A.   They can ask a person to do it.

17       Q.   If the person says no, do they have the

18   authority to make them do it?

19       A.   They would, you know, ask me as a manager for,

20   you know, assigning tasks.

21       Q.   Okay.  Now, I think you've already said that

22   prior to February 2006, there was no lead anesthesia

23   tech.  Subsequent to February 2006, was there -- was --

24   has there been a lead anesthesia tech position?

25       A.   Before February?

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1          Q.  Subsequent to -- after.

2          A.  After February 2006, yes.

3          Q.  And was -- has it been filled for at least part

4     of that time since February 2006?

5          A.  Yes.

6          Q.  And are you familiar with the lead anesthesia

7     tech position?

8          A.  Yes.

9              THE ARBITRATOR:  Am I to understand that that

10    position is still open and still being filled today, or

11    has it been disbanded?  I thought we had some

12    information to that effect earlier.

13             MR. ARNOLD:  No, we don't.  We have some

14    information on that.  I will ask.  I'm going to ask

15    questions on that.

16             THE ARBITRATOR:  Okay.

17             This will be marked as the next in order for

18    the Employer, which will be 3.

19             MR. ARNOLD:  It should be 3, and I marked it 4.

20    I'm sorry.

21             THE ARBITRATOR:  It should be 3.

22             (Whereupon, Employer's Exhibit No. 3 was marked

23             for identification.

24    BY MR. ARNOLD:

25         Q.  Ms. Alejandro, I'm going to ask you to look at

                                                              110

PROCEEDINGS    April 24, 2007

1    Employer's 3 and after you've done so, please tell me if

2    you recognizes that document.

3            (Witness examining document.)

4        A.  Yes.

5        Q.  Can you tell us what it is, please?

6        A.  The job descriptions for the lead anesthesia

7    technician.

8        Q.  And is it the current job description for the

9    lead anesthesia tech?

10       A.  Yes.

11           MR. ARNOLD:  I move the admission of Employer's

12    3.

13           MR. HARRINGTON:  Just a moment, please.

14           No objection.

15           THE ARBITRATOR:  Okay.  We'll accept Employer's

16    Exhibit 3 into the record.

17           (Whereupon, Employer's Exhibit No. 3 was

18           received into evidence.)

19    BY MR. ARNOLD:

20       Q.  Is the lead anesthesia tech position presently

21    filled?

22       A.  No.

23       Q.  Is it posted?

24       A.  Not yet.

25       Q.  Do you intend to refill it?

111

PROCEEDINGS    April 24, 2007

1      A.   Yes.

2      Q.   It hasn't been abandoned?

3      A.   No.

4      Q.   And up until when -- when was the position

5  filled?

6      A.   To my knowledge, March of 2006.

7      Q.   And when did it become vacant?

8      A.   March of -- the end of March of 2007.

9      Q.   So it was recently vacated?

10      A.   Correct.

11      Q.   Can you tell us again when you became the

12  manager?

13      A.   January of 2007.

14      Q.   So between January of 2007 and the end of March

15  2007, did you, as manager, work with the lead anesthesia

16  tech?

17      A.   Yes.

18      Q.   And did you have personal knowledge of the

19  duties of a lead anesthesia tech's position?

20      A.   Yes.

21      Q.   And to your knowledge, do you expect those

22  duties to be re -- remain the same if and when it's

23  filled again?

24      A.   Yes.

25      Q.   Tell us, if you could, describe it in your own

PROCEEDINGS    April 24, 2007

1    words, what are the job duties of the lead anesthesia

2    tech?

3        A.  Overseeing of the anesthesia workroom, assist

4    in the -- assist management -- manager of anesthesia

5    to -- with evaluations, performance of the anesthesia

6    technicians, monitor and -- to ensure that the techs are

7    following the lunch breaks and/or -- and lunches for the

8    day.  And basically work side by side with the manager.

9        Q.  Can they change an anesthetic tech's assignment

10   during the course of the day?

11       A.  If I'm not present and their need -- changes

12   need to be made because of either a sick call or, you

13   know -- yes.

14       Q.  And if there's a sick call and you're not

15   present, do they have any role in arranging for someone

16   to come in and replace the person who is sick?

17       A.  If need be, yes.

18       Q.  And you said a system evaluation.  How do they

19   assist in the evaluation performance?

20       A.  They would provide their input in regards to

21   any type of conduct that may have occurred within the

22   anesthetic workroom.  They would also assist in -- with

23   the interviewing process for -- for techs that are hired

24   into the department.

25       Q.  Do they make the hiring decision?

                                                        113

PROCEEDINGS    April 24, 2007

1      A.   No.

2      Q.   So how do they assist in the interview process?

3      A.   They participate as a panel in the interview

4  and work alongside asking questions during the interview

5  process.  They can provide their input, but it's the

6  management basically that just makes the final decision.

7      Q.   And during the time that you -- that the

8  anesthesia tech position has been in existence -- and

9  I'm asking you now based both on your experiences as an

10  anesthesia tech and as an manager, how many lead

11  anesthesia techs have there been at one time?

12      A.   One.

13      Q.   What shift did that lead anesthesia tech work?

14      A.   She had worked a majority of the day shift.

15      Q.   Sometimes work other shifts?

16      A.   Majority of the -- what do you mean by other

17  shift?

18      Q.   Well, night shift, the evening shift.  You said

19  a majority day shift.  Did she work the day shift?

20      A.   Yes.

21      Q.   Now, on the day shift approximately how many --

22  not counting of the lead, approximately how many

23  anesthesia techs would work the day shift in the main

24  OR?

25      A.   Specifically in the main OR for that area

114

PROCEEDINGS    April 24, 2007

1    alone, approximately five to six.

2        Q.   And how many in the main OR work the evening

3    shift?

4        A.   Approximately, four.

5        Q.   And, again, in the main OR, what about the

6    night shift?

7        A.   Two.

8        Q.   I know there are -- we talked about day,

9    evening, nights.  Are there any other shifts that techs

10   in the main OR work?

11       A.   Yes.

12       Q.   What would those shifts be?

13       A.   We have designation shifts for the ambulatory

14   center, which include from 6:00 to 2:30 and 9:00 to

15   5:30, and then we have mid shifts.  So we have one 9:00

16   to 5:30 and two mid shifts, 10:45 to 7:15 p.m.

17       Q.   And they work where?

18       A.   Within the main operating room.

19       Q.   Okay.

20       A.   And they sometimes are utilized as a float for

21   the ambulatory center.

22       Q.   Okay.  So we have -- and what about OR, is

23   there someone -- is there a tech that is assigned on a

24   dedicated basis to the main OR extension?

25       A.   Yes.  There is a designated tech, and it is

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1    based on a rotational basis.

2         Q.   So there's one -- is there at the time or can

3    there be more than one in the main?

4         A.   There's one person that's designated to hold a

5    main OR extension Spectralink phone.

6         Q.   And apart from the main OR, the main OR

7    extension, the ambulatory surgical center, is there any

8    other assignments -- tech assignment?

9         A.   As far as -- can you repeat the question.

10        Q.   Okay.  Well, you've described the main OR.

11        A.   Yes.

12        Q.   You've described the ambulatory surgical

13   center.

14        A.   Uh-huh.

15        Q.   You've described the main OR extension.  Is

16   there any other assignment given to anesthesia techs

17   other than one of those three?

18        A.   We have the outer department area that we also

19   cover.

20        Q.   And what sort of -- when you say out of area,

21   what's the nature of that particular assignment?

22        A.   It encompasses different units we cover to

23   include MRI, endoscopy, cath lab, east radiology, CAT

24   scan.

25        Q.   And how many -- how many techs have that

116

PROCEEDINGS    April 24, 2007

1  assignment at any one time?

2      A.  One tech is designated and utilizes a

3  out-of-department Spectralink phone for that area.

4      Q.  You've described -- are there any other duties

5  that you can think of that the lead anesthesia tech has

6  that you haven't described?

7      A.  Aside from monitoring anesthesia tech's

8  performance, overseeing of the workroom, participating

9  in interviews and assignment of tasks if there is sick

10  calls and/or overtime needed.

11      Q.  They can authorize overtime?

12      A.  If I'm not present and we do need people

13  because we're shortstaffed, they would be able to -- you

14  know, to take part in that.

15      Q.  Okay.  And are there any forms that they're

16  responsible for?

17      A.  Yeah.  There are a couple of forms that they --

18  that the tech had -- the leads tech utilizes.

19      Q.  What are those forms?

20      A.  There's an environment checklist that is used

21  at the end of each month and the malignant hypothermia.

22      Q.  Okay.  Let's take the first one.  What did you

23  call the first form?

24      A.  Environmental -- EOC checklist.

25      Q.  What is their responsibility with respect to

117

PROCEEDINGS    April 24, 2007

1    that?

2        A.   At the end of each month, they use this form to

3    ensure that our workroom is compliant with all the

4    listed items on that list.

5        MR. ARNOLD:   I'm going to show you a document

6    that has been marked as Employer's 4.

7        THE ARBITRATOR:   Okay.  Thank you.

8        (Whereupon, Employer's Exhibit No. 4 was marked

9            for identification.)

10   BY MR. ARNOLD:

11       Q.   Again, I'll ask you to look at the document and

12   after you've had an opportunity to do so, tell me if you

13   recognize the document.

14       (Witness examining document.)

15       A.   Yes.

16       Q.   Can you tell us what it is, please?

17       A.   An EOC checklist form.

18       Q.   And is this the form that you were referring to

19   that the lead tech completes once a month?

20       A.   Correct.

21       Q.   And now that there's currently not a lead tech,

22   who is responsible for completing this form?

23       A.   I am.

24       MR. ARNOLD:   Can we go off the record for just

25   one second?  I'm sorry.

                                                           118

PROCEEDINGS    April 24, 2007

1          THE ARBITRATOR:  Yes, of course.

2          (Discussion off the record.)

3     BY MR. ARNOLD:

4          Q.  Is there something called a gray bar?

5          A.  Yes.

6          Q.  Can you tell us what a gray bar is?

7          A.  It accesses a timecard.

8          Q.  And does the lead have any responsibility with

9     respect to the gray bar?

10         A.  Yes, to an -- yes.

11         Q.  What are the responsibilities with respect to

12    the gray bar?

13         A.  When the lead tech came in in the morning, she

14    would take down the gray bar and put it inside the -- my

15    office.  She would also make any notations of

16    discrepancies with the times for each -- if there were

17    any discrepancies with the -- with the tech's sign in or

18    sign out --

19         Q.  Okay.

20         A.  -- and/or lunches.

21         Q.  Can the -- can the lead anesthesia tech

22    discipline anesthesia techs?

23         A.  Can you repeat the question.

24         Q.  Can the lead -- does the lead anesthesia tech

25    have authority to discipline other anesthesia techs?

                                                          119

PROCEEDINGS    April 24, 2007

1          A.   To what -- to what extent?

2          Q.   Warnings, suspensions, discharge.

3          A.   No.   I -- I would be the one that would take

4     part in that.

5          Q.   Can they discuss performance or conduct -- do

6     they have the authority to discuss performance or

7     conduct of other anesthesia techs with those techs?

8          A.   Yes.   They can provide their input.

9          Q.   Okay.   Can they provide directly to the

10    anesthesia tech or only to you?

11         A.   As far as?

12         Q.   If they observe an anesthesia tech performing

13    something improperly or not performing something.

14         A.   Yes, they can coach -- you know, consult.

15         Q.   But they can't engage in formal discipline?

16         A.   Not in formal discipline.

17         Q.   Now, I believe you said there's a phone that's

18    dedicated for the use of the lead anesthesia techs; is

19    that correct?

20         A.   Yes.

21         Q.   And now that there is presently no lead

22    anesthesia tech, who carries that Spectralink phone?

23         A.   I do.

24         Q.   Do you assign it to other anesthesia techs to

25    carry?

120

PROCEEDINGS    April 24, 2007

1        A.    No.

2        Q.    On the days off of the lead anesthesia tech,

3    when the lead anesthesia tech still held the position,

4    was that phone assigned to regular anesthesia techs?

5        A.    No.

6        Q.    What about on the shifts other than the day

7    shift when the lead anesthesia tech would not be

8    present, such as the evening or night shift, was the

9    Spectralink phone for the lead anesthesia tech given to

10    an anesthesia tech?

11        A.    No.

12        Q.    What sort of calls would the lead anesthesia

13    tech receive over that phone?

14        MR. HARRINGTON:   No foundation.

15    BY MR. ARNOLD:

16        Q.    You now carry the lead anesthesia tech phone;

17    correct?

18        A.    Yes.

19        Q.    What kind of calls do you get on the lead

20    anesthesia tech phone?

21        A.    Calls that will require things that cannot --

22    that cannot be addressed or that need -- other

23    anesthesia techs contact the lead tech for assistance in

24    a matter that cannot be addressed.  Physician requests

25    that cannot be answered and/or assistance in the general

121

PROCEEDINGS    April 24, 2007

1    area in the general workroom -- anesthetic workroom

2    where help is needed.

3        Q.   If a physician or a nurse has a complaint about

4    an anesthesia tech or a service that the anesthesia tech

5    is or is not providing to them, who do they call?

6        A.   They either call the lead tech phone or they

7    can call my office and/or they can beep me.

8        Q.   You carry a beeper?

9        A.   Correct.

10       Q.   When you're not carrying the Spectralink phone,

11   you don't have your own Spectralink phone as a manager?

12       A.   No.

13       Q.   Are you familiar with the form called the

14   malignant hypothermia form?

15       A.   Yes.

16       Q.   And what is that form used for?

17       A.   It ensures compliance with the malignant

18   hypothermia cart to ensure that the cart is locked when

19   not in use.

20       Q.   And who fills it out on -- is it filled out on

21   daily basis?

22       A.   Yes.

23       Q.   How many times a day is it filled out?

24       A.   Once.

25       Q.   What time of day it is filled out?  Do you know

123

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1    which shift?

2         A.    It's typically assigned on the day shift.

3         Q.    And what's involved in filling it out on a

4    daily basis?

5         A.    A tech is assigned on a daily basis to initial

6    on each day, so per day to ensure a lock is in place and

7    to make a record of that lock number; and if a lock

8    number is not in place, to inform pharmacy.

9         Q.    And how long does it take to do that function

10   on a typical day?

11        A.    A couple seconds.

12        MR. ARNOLD:   I don't think I moved the

13   admission of Employer's 4.

14        THE ARBITRATOR:   Okay.

15        MR. ARNOLD:   I'd like to do so now.

16        MR. HARRINGTON:   No objection.

17        THE ARBITRATOR:   No objection.   Okay.   We'll

18   accept Employer Exhibit 4, and we have something else

19   now that's marked as Employer Exhibit 5.

20             (Whereupon, Employer's Exhibit No. 4 was

21             received into evidence.)

22             (Whereupon, Employer's Exhibit No. 5 was

23             marked for identification.)

24   BY MR. ARNOLD:

25        Q.    Now, I'm showing you a document that's been

123

PROCEEDINGS    April 24, 2007

1    marked as Employer's 5, and I'll ask you to look at it

2    and tell me if you recognize it.

3            (Witness examining document.)

4        A.   Yes.

5        Q.   And is this the malignant hypothermia form that

6    you just testified to?

7        A.   Yes.

8        Q.   And does the lead tech have any

9    responsibilities with regard to this form?

10       A.   Yes.

11       Q.   What are those responsibilities?

12       A.   The lead tech ensures on a monthly basis, at

13   the end of each month, that there is a record of a lock

14   number and a technician's initial on each day.

15       Q.   And then is this maintained on file somewhere?

16       A.   Yes.  It actually gets sent to the compliance

17   manager, and that is when -- and it's on a monthly

18   basis.

19       Q.   And we've had some -- we've had this mentioned

20   several times.  If you know, can you tell us what is

21   "malignant hypothermia?"

22       A.   Malignant hypothermia is a condition that can

23   be -- be hereditary and be passed on.  So if there is

24   any -- when undergoing a patient history and they are

25   aware that there is possible -- that this patient has a

PROCEEDINGS    April 24, 2007

1    malignant hypothermia precaution, we are informed; and

2    it's notated on the OR schedule that we need to take

3    special precautions for this type of case where they

4    might utilize this cart.

5        Q.   But what is the hypothermia?  Does that mean

6    that they could have a sudden change in body

7    temperature?

8        A.   Sudden increase in body temperature.

9        Q.   And that can happen during the surgical

10   procedure?

11       A.   Correct.

12           MR. ARNOLD:  Move the admission of Employer's

13   5.

14           MR. HARRINGTON:  No objection.

15           THE ARBITRATOR:  Okay.  We'll accept Employer

16   Exhibit 5.

17           (Whereupon, Employer's Exhibit No. 5 was

18           received into evidence.)

19   BY MR. ARNOLD:

20       Q.   Now, prior to becoming a manager and when you

21   were working as a anesthesia tech, there was a time

22   period there was also a lead; isn't that correct?

23       A.   Yes.

24       Q.   To your knowledge, prior to the becoming a

25   manager, did the then-manager ever assign the lead tech

PROCEEDINGS    April 24, 2007

1    Spectralink phone to any anesthesia tech other than the

2    leads when the lead wasn't present?

3        A.   Not to my recollection.

4        Q.   And when the lead anesthesia tech wasn't

5    present, to your knowledge, did the manager ever assign

6    the lead tech anesthesia role to another anesthesia

7    tech?

8        A.   Not to my recollection.

9            MR. ARNOLD:  No further questions on direct.

10           THE ARBITRATOR:  Okay.

11           MR. HARRINGTON:  I have some questions, but I'd

12    like to take a moment to consult.

13           THE ARBITRATOR:  Okay.  Certainly.

14           MR. HARRINGTON:  Take five minutes or so.

15           THE ARBITRATOR:  Yes.  Let's go off the record,

16    please.

17           (Recess.)

18            CROSS EXAMINATION BY MR. HARRINGTON

19    BY MR. HARRINGTON:

20        Q.   So, Ms. Alejandro, I also have some questions

21    for you concerning your testimony and the subject matter

22    of our arbitration.

23           When did you first become an employee of the

24    hospital in any capacity?

25        A.   September of 2005.

126

PROCEEDINGS    April 24, 2007

1      Q.  Okay.  And in September of 2005, you were a

2   certified anesthesia tech?

3      A.  Correct.

4      Q.  All right.  And who was the manager of the unit

5   at that time?

6      A.  Alice Beltran.

7         MR. ARNOLD:  You're going to have to speak up.

8   BY MR. HARRINGTON:

9      Q.  And, unfortunately, although I'm sitting here,

10  she's sitting there, so kind of talk more loudly than

11  you might feel comfortable with.  Okay?

12     A.  Sure.

13     Q.  All right.  And when you became an employee of

14  the hospital as a tech, were you assigned on the day

15  shift?

16     A.  Yes.

17     Q.  Okay.  And did you always work on the day shift

18  after you first became an employee?

19     A.  Yes.

20     Q.  Did you ever perform a relief shift or an extra

21  shift on any of the other shifts that were available?

22     A.  There are times I'd come in early -- earlier

23  than my shift to assist in -- to cover for a portion of

24  the night shift --

25     Q.  Okay.

127

PROCEEDINGS    April 24, 2007

1      A.  -- and/or stayed later to assist for the

2  evening shift.

3      Q.  So in those cases, you would be working part of

4  another shift, basically?

5      A.  Yes.

6      Q.  Okay.  And you assumed your present position,

7  as you told us, I believe, in January of 2007?

8      A.  Yes.

9      Q.  And you replaced Ms. Beltran?

10      A.  Yes.

11      Q.  So between 2005 when you came and January of

12  2007, you were working as a bargaining unit certified

13  anesthesia tech?

14      A.  Yes.

15      Q.  Okay.  And during that time between 2005 and

16  2007, did you have the assignment from time to time on

17  your shift to carry the Spectralink phone?

18      A.  Yes.

19      Q.  And would you find out that you had the

20  assignment by looking at a work schedule?

21      A.  Assignment sheet.

22      Q.  Assignment sheet.  And in the period 2005 to

23  2007, was the Spectralink phone that was used in the

24  main OR, if you can recall, assigned on a weekly basis

25  or on a daily basis?

128

PROCEEDINGS    April 24, 2007

1    A.  I can't remember.

2    Q.  Okay.  Do you remember having the assignment,

3  yourself, in the periods of 2005 to roughly the early

4  part of February 2006?

5    A.  Of holding the phone?

6    Q.  Yes.

7    A.  Yes.

8    Q.  Okay.  And do you recall how many occasions

9  there were where you had that assignment between the

10  time you became an employee and approximately the middle

11  of February 2006?

12    A.  Once every couple of days.

13    Q.  Okay.  So would that suggest that it was done

14  on a daily or something like a daily basis?

15    A.  To that extent.

16    Q.  All right.  'Cause it was rotated among the

17  techs on the shift?

18    A.  Correct.

19    Q.  Okay.  And between 2005 and approximately the

20  middle of February 2006, when you had the assignment to

21  carry the Spectralink phone for the main OR, did you get

22  paid a differential of 5 percent?

23    A.  Yes.  To a certain period of time.

24    Q.  And do you remember when the certain period of

25  time was when it stopped?

129

PROCEEDINGS    April 24, 2007

1          A.   Last year, but I can't specify the date.

2          Q.   All right.  Was it your understanding that all

3     other techs who similarly had that assignment with the

4     Spectralink phone, also got paid a differential?

5          A.   Correct.

6          Q.   And is it your testimony that, based on your

7     own experience, you would receive, roughly, five to six

8     calls per hour during your shift on those days that you

9     had the Spectralink phone on that particular phone?

10         A.   Approximately, yes.

11         Q.   All right.  So that's approximately 40 to 48

12    calls per day; correct?

13         A.   Uh-huh.

14         Q.   On that phone?

15         A.   Yes.

16         Q.   All right.  And did you also receive additional

17    calls or requests for assistance in some other fashion

18    during the day not coming through the Spectralink phone?

19         A.   Can you repeat the question?

20         Q.   Okay.  So let's pick a day.  It's Monday of

21    some month and you have the Spectralink phone that's

22    used in the main OR.  We're talking about '05 through

23    February of '06.  On the Spectralink phone you would

24    receive approximately five to six calls per hour; is

25    that correct?

                                                          130

PROCEEDINGS    April 24, 2007

1       A.   Yes.

2       Q.   Directed specifically to that telephone?

3       A.   Correct.

4       Q.   Right.  'Cause that's a direct dial number and

5    people are calling that number specifically; correct?

6       A.   Correct.

7       Q.   All right.  And you were told that your

8    responsibility was to directly deal with those calls as

9    soon as possible when you got them; isn't that correct?

10       A.   Yes.

11       Q.   And were you always told to prioritize those

12    calls as opposed to other things you were doing at the

13    time?

14       A.   Was I told to?

15       Q.   Yes.  Or did you -- either told or did you

16    acquire the understanding that that was your duty?

17       A.   I prioritized based on what requests were

18    asked.

19       Q.   So if you got a Spectralink phone call on that

20    particular day that we're talking about from an

21    anesthesiologist who said I need something in the OR,

22    you'd prioritize that as an immediate response; is that

23    right?

24       A.   To -- depending on what calls I received, yes.

25       Q.   All right.  And the prioritizing was something

                                                          131

PROCEEDINGS    April 24, 2007

1    you exercised your judgment about; is that right?

2        A.   Correct.

3        Q.   And if you felt that particular call could wait

4    a few minutes until you finished what you were doing,

5    you would exercise your judgment that way?

6        A.   Yes.

7        Q.   Right.  So did you have an understanding that

8    in general that was the way the phone was handled by

9    other techs as well, that they would respond to each

10   individual call that they got by exercising their

11   judgment about how to do something?

12       A.   Correct.

13       Q.   Okay.  So with respect to these five to six

14   calls an hour that you would be getting, you would also

15   have your own regular assignment on the assignment

16   sheet, would you not?

17       A.   Yes.

18       Q.   And what other kinds of regular assignments

19   would you get on this particular Monday, by way of

20   example, in addition to carrying the Spectralink phone?

21       A.   Typically depending on what shift --

22       Q.   Let's talk about the day shift as I understand

23   that's your primary experience.  What might you be

24   assigned?

25       A.   So for the day shift, a person that would be

132

PROCEEDINGS    April 24, 2007

1    assigned the Spectralink phone for the day would also

2    get assigned to initial that malignant hypothermia cart

3    checklist.

4        Q.  We got as our Exhibit 5?

5        A.  Correct.

6        Q.  Okay.

7        A.  And also to place an order for some equipment,

8    such as a olaris pumps, which are infusion pumps that we

9    use, and we store in our general work area.  If we are

10   low in count, we just place a call to central

11   distribution and place an order as to how many we need

12   to obtain to restock our inventory of those pumps.

13       Q.  Okay.  And was there -- so the signing off on

14   the malignant hypothermia cart or checklist, and

15   determining whether a call should be made for the olaris

16   pumps was also a duty, as you understood it, associated

17   with the carrying of the Spectralink phone; is that

18   right?

19       A.  Typically what is assigned, yes --

20       Q.  Okay.

21       A.  -- when that person is holding that -- assigned

22   that Spectralink phone.

23       Q.  And did you also have the assignment to assist

24   in various operating room duties during your shift like

25   everyone else?

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

1      A.  Yes.  They would perform the regular duties as

2   a anesthesia tech.

3      Q.  So the handling of the five to six calls per

4   hour plus these other duties that you've indicated, were

5   in addition to the normal anesthesia tech duties that

6   you had that particular day?

7      A.  On that assignment sheet, I also had other

8   techs assigned to other Spectralink phone to designate

9   for different units they need to cover.

10     Q.  All right.  But none -- only one was in the

11  main OR; right?

12     A.  Yes.

13     Q.  Okay.  And is it correct that the main OR has

14  at its maximum capacity about 21 suites operating?

15     A.  Correct.

16     Q.  And are there typically numerous cases which

17  are performed during the day in those 21 suites?

18     A.  Yes.

19     Q.  And is it true that the more significant or

20  serious medical procedures are performed in the main OR?

21     A.  It various, yes.

22     Q.  But craniotomies and heart surgeries and

23  transplants, those kinds of things, are in that

24  operating area, are they not?

25     A.  Yes.  But we also do have a main OR extension

134

PROCEEDINGS    April 24, 2007

1    that we have included into our operating room that are

2    acting as main OR cases.

3        Q.  All right.  So they might get similar kinds of

4    more serious, if you will, procedures there?

5        A.  They will -- they will get main OR cases.

6        Q.  Okay.  When you have the Spectralink phone --

7    and let's, again, go back to this hypothetical, if you

8    will, Monday that we're talking about.  At the end of

9    your shift, did you have any understanding of what you

10   were supposed to do with the phone?

11       A.  And are -- am I asking this as a tech prior --

12       Q.  Yeah.  As the tech when you had it as the

13   assignment of the -- going back now to this day.  At the

14   end of your shift, what, if anything, were you told you

15   were supposed to do with the phone?

16       A.  At the end of the shift, the person that had

17   the phone from the day shift, basically it was given to

18   the next shift, so it was handed over to the next shift.

19       Q.  And did you have an understanding that in

20   connection with that handover, you were to provide a

21   report of some sort as to the status of the main OR at

22   that point in time?

23       A.  Yes.

24       Q.  Okay.  And did you likewise, if it was a day

25   where you had the Spectralink phone, get a report from

135

PROCEEDINGS    April 24, 2007

1    the off-going night shift which would give you

2    information about the status of the OR at that time?

3         A.   The night shift giving report to the day shift?

4         Q.   Yes.

5         A.   Yes.

6         Q.   Okay.  And what kinds of information did you

7    provide to the oncoming shift when you had the

8    Spectralink phone as part of your assignment?

9         A.   Any changes in the OR schedule.

10        Q.   Okay.  Well, is it also true that that

11   information was available on a whiteboard somewhere in

12   the unit?

13        A.   On a greaseboard.

14        Q.   On a greaseboard.

15        A.   Yes.

16        Q.   Do you know why you were asked to give a verbal

17   report if it was otherwise available someplace else?

18        A.   There are calls that the -- there are some --

19   they are calls that we received in the anesthetic

20   workroom that the clerks and the front desk will either

21   call our anesthesia workroom phone and/or this

22   Spectralink phone to -- if there was any changes made to

23   the OR schedule.

24        Q.   So are you saying that it might not be the case

25   that changes had been recorded -- they might not have

                                                          136

PROCEEDINGS    April 24, 2007

1    yet been recorded; is that why you would give a verbal?

2        A.  May not have been recorded.

3        Q.  Right.  My original question was:  If this

4    information about the status of the add-ons and cancels,

5    et cetera, is on the board, do you know why you were

6    asked to provide a verbal report to the oncoming shift?

7        A.  Why -- why we were asked to give a verbal

8    report?

9        Q.  No.  Why was that part of the Spectralink phone

10   assignment, if you know.

11       A.  It wasn't designated as an assignment.  I mean,

12   it was just -- you know, if there was any changes that

13   were relayed either, you know, from the anesthetic

14   workroom or from the phone itself, just something that

15   you would hand over to your colleague and just inform as

16   a way -- you know, 'cause we all work as a team, so --

17       Q.  But is it correct that on the shift where there

18   was the Spectralink phone being used in the main OR,

19   only that tech had the duty, if you will, to convey that

20   information to the person coming on who was going to

21   assume the Spectralink phone?

22       A.  I wouldn't consider -- I wouldn't consider it a

23   duty.  It would basically just be -- you know, assuring

24   that we're receiving the same type of communication from

25   shift to shift.

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS    April 24, 2007

```
 1        Q.  Well, it was part of the assignment.  Putting
 2   aside the word "duty," you understood that it was part
 3   of the assignment of carrying the phone; is that right?
 4        A.  As part of giving -- of handing off the
 5   phone --
 6        Q.  Right.
 7        A.  -- to next shift?
 8        Q.  Yes.
 9        A.  Is that what you're --
10        Q.  Yes.  That's all I'm asking.  You agree with
11   that?
12        A.  Yes.
13        Q.  And when you had the phone on those days when
14   it was assigned to you, is it true that you would code
15   your timecard with a code RHC?
16        A.  Are you referring back to when I was a tech?
17        Q.  Yes.
18        A.  I believe so, yes.
19        Q.  And you understood that that was the code which
20   triggered your payment of the premium; is that correct,
21   the 5 percent?
22        A.  Yes.
23        Q.  Employer Exhibit 4 which you looked at earlier
24   which is the anesthesia workroom compliance doc -- audit
25   document --
```

138

PROCEEDINGS    April 24, 2007

1    A.  Uh-huh.

2    Q.  -- it says revised March of '06.  Do you know

3 whether there was a form of this kind in existence prior

4 to March?

5    A.  I don't know.

6    Q.  Okay.  And you're saying that this is a form

7 which was to be filled out by the lead on a monthly

8 basis; is that your testimony?

9    A.  Correct.

10   Q.  Exhibit 2 which is the listing of the various

11 telephones that you talked to us about, there wasn't a

12 lead anesthesia tech Spectralink phone in use prior to

13 February of '06, was there?

14   A.  There was no lead tech phone, yes.

15   Q.  And after the lead tech phone was added, the

16 main OR Spectralink phone continued to be used; did it

17 not?

18   A.  Correct.

19   Q.  And it continued to be used in the very same

20 way it had been used prior to February of '06; is that

21 correct?

22   A.  Correct.

23   Q.  Okay.  The ASC anesthesia beepers that you

24 referred to are relatively new; is that right?

25   A.  Correct.

Merrill Legal Solutions
(800) 869-9132

PROCEEDINGS     April 24, 2007

1      Q.   And that's because there's a new ASC facility

2   that's been put up; is that right?

3      A.   Correct.

4      Q.   And the phones don't work there?

5      A.   The phones currently work there.

6      Q.   And do you know why the beepers are used there

7   as opposed to a -- some other means of communication?

8      A.   Currently?

9      Q.   Yes.

10      A.   It is used, aside from the anesthetic -- ASC

11   Spectralink, to get ahold of other techs that are in the

12   -- that general work area.

13      Q.   When did this facility where these beepers are

14   used come on line?  When did it become operating; do you

15   know?

16      A.   These beepers were implemented when the new ASC

17   opened which was January -- the end of January of this

18   year.

19      Q.   2007?

20      A.   Correct.

21      Q.   Okay.  Now, you described a situation where, in

22   terms of the duties of the anesthesia techs, there is a

23   fair amount of preparation for the various surgeries,

24   including testing of equipment and setting equipment up;

25   is that correct?

140

PROCEEDINGS    April 24, 2007

1          A.   Yes.

2          Q.   And then in individual cases, as may be

3     required, they have to obtain additional special

4     supplies or equipment; is that right?

5          A.   Yes.

6          Q.   And do you know, are there also certain

7     physicians who require certain kinds of -- or

8     anesthesiologists, rather, who require certain kinds of

9     additional material based on their own preference?

10         A.   Yes.

11         Q.   Is that within the job function of the

12    anesthesia tech, to get that and get it in the room?

13         A.   Yes.

14         Q.   Do the techs remain in a room when the

15    procedure is ongoing -- the surgical procedure?

16         A.   No.

17         Q.   Okay.

18         A.   Unless there's a cell saver that needs to be

19    operated.

20         Q.   On a given shift are the assigned techs rotated

21    among the various suites -- among the 21 suites that

22    you've got, the -- on the day shift you told us the

23    staffing is typically five to six techs assigned in the

24    main OR?

25         A.   In the main OR, and then we have the ASC, and

141

PROCEEDINGS    April 24, 2007

1   then we have the main OR extension, and then we have the

2   outer department techs.

3       Q.  You gave us staffing for all of those which are

4   the typical staffing?

5       A.  So when I mean five to six, I meant in the

6   general main --

7       Q.  Main OR?

8       A.  Yeah.

9       Q.  We have main -- maximum of about 21 operating

10  suites potentially in use?

11      A.  Correct.

12      Q.  So after doing their activity in suite A, then

13  the techs would then rotate through the other suites, as

14  necessary, during the shift to set up additional

15  equipment that you described; is that right?

16      A.  Yes.

17      Q.  Okay.  Now, I'm -- I want to understand your

18  discussion about pagers -- pagers and pages, so we're

19  clear on this.  Pager is the belt mounted or some other

20  device that's carried where you can be beeped; is that

21  right?

22      A.  Right.

23      Q.  Okay.  During the shift in the main OR, are

24  pagers carried by any of the techs?

25      A.  In the main OR?

142