**EXHIBIT Q**

STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
VINCENT A. HARRINGTON, JR.
W. DANIEL BOONE
BLYTHE MICKELSON
BARRY E. HINKLE
JAMES RUTKOWSKI ·
SANDRA RAE BENSON
CHRISTIAN L. RAISNER
JAMES J. WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K. IKEDA ··
LINDA BALDWIN JONES
PATRICIA A. DAVIS
ALAN G. CROWLEY
M. SUZANNE MURPHY
J. FELIX DE LA TORRE
KRISTINA L. HILLMAN ···
ANDREA LAIACONA

EMILY P. RICH
LORI K. AQUINO ··
ANNE I. YEN
NICOLE M. PHILLIPS
BROOKE D. PIERMAN ···
JOYE BLANSCETT···
BRUCE A. HARLAND
CONCEPCIÓN E. LOZANO-BATISTA
CAREN P. SENCER
LINELLE S. MOGADO

PATRICIA M. GATES, Of Counsel
PENELOPE S. PAHL, Of Counsel
ROBERTA D. PERKINS, Of Counsel
JOHN PLOTZ, Of Counsel

· Also admitted in Arizona
·· Admitted in Hawaii
··· Also admitted in Nevada

**WEINBERG, ROGER & ROSENFELD**
A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

FOLEY & LARDNER LLP
RECEIVED
MAR 0 8 2006

March 3, 2006

Larry Arnold
Foley & Lardner
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404

Re:   SEIU, Local 715
      Stanford Hospital & Clinics
      Carol Harry – Grievance No. 2005-244

Dear Mr. Arnold:

I understand the facts to be as follows: The employer Step II grievance decision is dated November 11, 2005 from Laurie Kuintel. The Union received that letter on November 23, 2005, and faxed its letter to arbitrate on December 5, 2005, well within the fourteen (14) calendar day requirement. Stanford's letter was not sent certified mail.

I understand this same issue was previously litigated, and the arbitrability claim was rejected.

If the facts are as I described, and the employer insists on bifurcation, the Union will request that the employer pay the Arbitrator's fees for this unnecessary hearing. In the alternative, we request that the matter not be bifurcated.

Sincerely,

W. Daniel Boone

WDB/kam
opeiu 3 afl-cio(1)
cc:   K.C. Snodgrass
111810/413072

PASADENA OFFICE
301 North Lake Avenue, Suite 310
Pasadena, CA 91101-5122
TEL 626.795.8232 FAX 626.795.8686

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI 96813-4500
TEL 808.528.8881 FAX 808.528.8881