**EXHIBIT R**



FOLEY & LARDNER LLP
ATTORNEYS AT LAW

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3037

March 23, 2006

<u>**VIA FACSIMILE AND U.S. MAIL**</u>

W. Daniel Boone, Esq.
Weinberg, Roger & Rosenfeld
1001 Marina Village Pkwy, Suite 200
Alameda, CA 94501-1091

   Re: SEIU, Local 715 - Carol Harry Grievance

Dear Mr. Boone:

  I am in receipt of your letter dated March 3, 2006 and received on March 8, 2006, in which you contend that this case is factually indistinguishable from one decided earlier and that timeliness therefore should not be at issue. In order that the Hospital might consider your contention, and make a determination whether or not to proceed on the issue of timeliness, I hereby make to you, as counsel to the Union, the following request for information from the Union on behalf of the Hospital. Please provide the following:

- A copy of the envelope in which the November 11, 2005 letter from Laurie Quintel was received, making sure to retain the original.

- A copy of any log or other record maintained showing the date of receipt of correspondence by the Union which lists the November 11, 2005 letter from Laurie Quintel.

- A copy of the transmittal fax cover sheet, transmittal letter or memo, or other document accompanying the letter when it was transmitted from the Stanford University office of the Union to the San Jose office or other location, to K.C. Snodgrass or any other union representative, for handling and processing. If transmitted by fax or e-mail, a copy of the received e-mail or fax, and if by U.S. Mail, please provide a copy of the envelope in which it was transmitted. Please note that the Union may redact from the copy any substantive information relating to the grievance, etc., from such transmittal letter, fax transmittal sheet or letter, or e-mail copy.

| BOSTON | JACKSONVILLE | NEW YORK | SAN DIEGO/DEL MAR | TAMPA |
| BRUSSELS | LOS ANGELES | ORLANDO | SAN FRANCISCO | TOKYO |
| CHICAGO | MADISON | SACRAMENTO | SILICON VALLEY | WASHINGTON, D.C. |
| DETROIT | MILWAUKEE | SAN DIEGO | TALLAHASSEE | |

SFCA 381402

**∎FOLEY**

W. Daniel Boone, Esq.
March 23, 2006
Page 2

      Your prompt response is necessary if we are to select a date from among those offered by Arbitrator Chertkov, as we will be unable to know whether witnesses will be available on the offered dates until we know whether we will continue on with the timeliness arbitration, or will proceed on the merits.

      Sincerely,

      Laurence R. Arnold

LRA/sey

## Confirmation Report—Memory Send

```
                                Time       : Mar-23-06  02:52pm
                                Tel line 1 : +
                                Tel line 2 : +
                                Name       : FOLEY & LARDNER
```

| | | |
|---|---|---|
| Job number | : | 846 |
| Date | : | Mar-23 02:50pm |
| To | : | 0034#085437#3037#15103371023# |
| Document Pages | : | 03 |
| Start time | : | Mar-23 02:50pm |
| End time | : | Mar-23 02:52pm |
| Pages sent | : | 03 |
| Job number | : 846 | *** SEND SUCCESSFUL *** |

**≡FOLEY**

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111 3409
TELEPHONE  415.434.4484
FACSIMILE  415.434.4507
WWW.FOLEY.COM

### FACSIMILE TRANSMISSION

ORIGINAL WILL BE SENT BY MAIL

**Total # of Pages 3 (including this page)**

| TO: | PHONE #: | FAX #: |
|---|---|---|
| W. Daniel Boone, Esq.<br>Weinberg, Roger & Rosenfeld | (510) 337-1001 | (510) 337-1023 |

| | |
|---|---|
| From: | Laurence R. Arnold |
| Email Address: | larnold@foley.com |
| Sender's Direct Dial: | 415.984.9819 |
| Date: | March 23, 2006 |
| Client/Matter No: | 085437-3037 |
| User ID No: | 0034 |

**MESSAGE:**

If there are any problems with this transmission or if you have not
received all of the pages, please call 415.434.4484, extension 858.

| Operator: | Time Sent: | Return Original To:<br>Susan E. Yardley |
|---|---|---|



CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

SFCA_381416.1                    Cover Page 1 of 1                    FOLEY & LARDNER LLP