**EXHIBIT S**

STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
VINCENT A. HARRINGTON, JR
W. DANIEL BOONE
BLYTHE MICKELSON
BARRY E. HINKLE
JAMES RUTKOWSKI •
SANDRA RAE BENSON
CHRISTIAN L. RAISNER
JAMES J WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K IKEDA ••
LINDA BALDWIN JONES
PATRICIA A. DAVIS
ALAN G. CROWLEY
M SUZANNE MURPHY
J FELIX DE LA TORRE
KRISTINA L. HILLMAN •••
ANDREA LAIACONA

EMILY P RICH
LORI K AQUINO ••
ANNE I. YEN
NICOLE M PHILLIPS
BROOKE D PIERMAN •••
JOYE BLANSCETT•••
BRUCE A HARLAND
CONCEPCIÓN E. LOZANO-BATISTA
CAREN P SENCER
LINELLE S. MOGADO

PATRICIA M GATES, Of Counsel
PENELOPE S PAHL, Of Counsel
ROBERTA D PERKINS, Of Counsel
JOHN PLOTZ, Of Counsel

• Also admitted in Arizona
•• Admitted in Hawaii
••• admitted in Nevada

**WEINBERG, ROGER & ROSENFELD**
A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

FOLEY & LARDNER LLP
RECEIVED
MAR 2 9 2006

March 28, 2006

Larry Arnold
Foley & Lardner
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404

Re: United Healthcare Workers – West (formerly SEIU, Local 715)
Stanford University Hospital
Carol Harry Grievance

Dear Mr. Arnold:

I have forwarded your March 23 letter to the Union for investigation. I will follow up when I receive a response.

Sincerely,

W. Daniel Boone

WDB/kam
opeiu 3 afl-cio(1)
Enclosure
cc: Sal Rosselli
John Borsos
111810/415819

PASADENA OFFICE
301 North Lake Avenue, Suite 310
Pasadena, CA 91101-5122
TEL 626.795.8232 FAX 626.795.8686

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI 96813-4500
TEL 808.528.8880 FAX 808.528.8881