**EXHIBIT T**



**FOLEY & LARDNER LLP**
**ATTORNEYS AT LAW**

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3037

April 11, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

W. Daniel Boone, Esq.
Weinberg, Roger & Rosenfeld
1001 Marina Village Pkwy, Suite 200
Alameda, CA 94501-1091

    Re:    SEIU, Local 715 and Stanford Hospital & Clinics
             (Carol Harry Grievance)

Dear Mr. Boone:

    The Employer is still awaiting a response to its request for information sent to you by letter dated March 23, 2006. On March 28, 2006, you replied that you had forwarded it to the Union for investigation. Please advise regarding the status as soon as possible.

    In addition, I note that in the subject line of your letter to me dated March 28, 2006, you refer to the Union as "United Healthcare Workers-West (formerly SEIU, Local 715)." Please explain this entry. The Employer has not been advised of any change in representational status, although it is aware that representatives of SEIU – UHW are actively involved in matters supposedly related to the administration of the recently negotiated Contract by and between the Employer and SEIU, Local 715, as per SEIU, Local 715's request. However, the Employer has been specifically advised by Greg Pullman, of SEIU, Local 715, that SEIU, Local 715 retains representational rights, and remains the exclusive bargaining representative of the employees in the bargaining unit at Stanford Hospital & Clinics and Lucile Packard Children's Hospital.

Sincerely,

Laurence R. Arnold

LRA:sey

cc:    Peter Rzeminski
       Laurie Quintel
       Melissa Burke

# FOLEY

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE 415.434.4484
FACSIMILE 415.434.4507
WWW.FOLEY.COM

## FACSIMILE TRANSMISSION

ORIGINAL WILL BE SENT BY MAIL

**Total # of Pages 2 (including this page)**

| TO: | PHONE #: | FAX #: |
|---|---|---|
| W. Daniel Boone, Esq. Weinberg, Roger & Rosenfeld | (510) 337-1001 | (510) 337-1023 |
| CC: | PHONE #: | FAX #: |
| Pete Rzeminski Stanford Hospital & Clinics | | (650) 723-2370 |
| Laurie Quintel Stanford Hospital & Clinics | (650) 725-2770 | (650) 723-2370 |
| Melissa Burke Stanford University | (650) 725-9470 | (650) 723-4323 |

From: Laurence R. Arnold
Email Address: larnold@foley.com
Sender's Direct Dial: 415.984.9819
Date: April 11, 2006
Client/Matter No: 085437-3037
User ID No: 0034

**MESSAGE:**

If there are any problems with this transmission or if you have not received all of the pages, please call 415.434.4484, extension 858.

| Operator: | Time Sent: | Return Original To: Susan E. Yardley |
|---|---|---|

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

## Group Send Report

```
                                        Time      : Apr-11-06  05:13pm
                                        Tel line 1 : +
                                        Tel line 2 : +
                                        Name      : FOLEY & LARDNER
```

| | |
|---|---|
| Job number | : 932 |
| Date | : Apr-11 05:05pm |
| Document Pages | : 02 |
| Start time | : Apr-11 05:05pm |
| End time | : Apr-11 05:13pm |

Successful

    Fax number

☎0034#085437#3037#151033710123#
☎0034#085437#3037#16507232370#
☎0034#085437#3037#16507232370#
☎0034#085437#3037#16507234323#

Unsuccessful                                                                                         Pages sent