Case 5:07-cv-05158-JF     Document 60-26     Filed 07/18/2008     Page 1 of 4

**EXHIBIT U**



FOLEY & LARDNER LLP
ATTORNEYS AT LAW

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3037

April 24, 2006

<u>VIA FACSIMILE AND U.S. MAIL</u>

W. Daniel Boone, Esq.
Weinberg, Roger & Rosenfeld
1001 Marina Village Pkwy, Suite 200
Alameda, CA 94501-1091

Re: SEIU, Local 715 and Stanford Hospital & Clinics
(Carol Harry Grievance)

Dear Mr. Boone:

Nearly a month has passed since you wrote to me indicating that you had forwarded the request for information to the Union for investigation. Although it should be a simple "investigation," we still have no response.

In addition, you have not responded to my inquiry regarding your designation of the Union in this matter as "United Healthcare Workers-West (formerly SEIU, Local 715)." Again, I am requesting, on behalf of the Employer, an explanation of the meaning this entry since it would appear to suggest a change of representation, which SEIU has previously denied in writing. Since your firm represents SEIU, Local 715, you are in a position to inform the Employer of the meaning of this entry. Please do so promptly.

Sincerely,

Laurence R. Arnold

LRA:sey

cc: Pete Rzeminski
    Laurie Quintel
    Melissa Burke

BOSTON        JACKSONVILLE   NEW YORK     SAN DIEGO/DEL MAR   TAMPA
BRUSSELS      LOS ANGELES    ORLANDO      SAN FRANCISCO       TOKYO
CHICAGO       MADISON        SACRAMENTO   SILICON VALLEY      WASHINGTON, D.C.
DETROIT       MILWAUKEE      SAN DIEGO    TALLAHASSEE

SFCA_383357.1



**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

## FACSIMILE TRANSMISSION

ORIGINAL WILL BE SENT BY MAIL

Total # of Pages 2 (Including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| W. Daniel Boone, Esq. Weinberg, Roger & Rosenfeld | (510) 337-1001 | (510) 337-1023 |
| CC: | PHONE #: | FAX #: |
| Pete Rzeminski Stanford Hospital & Clinics | | (650) 723-2370 |
| Laurie Quintel Stanford Hospital & Clinics | (650) 725-2770 | (650) 723-2370 |
| Melissa Burke Stanford University | (650) 725-9470 | (650) 723-4323 |

From: Laurence F. Arnold
Email Address: larnold@foley.com
Sender's Direct Dial: 415.984.9819
Date: April 24, 2006
Client/Matter No: 085437-3037
User ID No: 0034

**MESSAGE:**

If there are any problems with this transmission or if you have not received all of the pages, please call 415.434.4484, extension 858.

| Operator: | Time Sent | Return Original To: Susan E. Yardley |

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

SFCA_382679.1                    Cover Page 1 of 1                    FOLEY & LARDNER LLP

# Group Send Report

```
                                    Time      : Apr-24-06  04:18pm
                                    Tel line 1 : +
                                    Tel line 2 : +
                                    Name      : FOLEY & LARDNER
```

| | |
|---|---|
| Job number | : 967 |
| Date | : Apr-24 04:03pm |
| Document Pages | : 02 |
| Start time | : Apr-24 04:04pm |
| End time | : Apr-24 04:18pm |

Successful

Fax number

☎0034#085437#3037#15103371023#
☎0034#085437#3037#16507232370#
☎0034#085437#3037#16507232370#
☎0034#085437#3037#16507234323#

Unsuccessful                                                                 Pages sent