# EXHIBIT V

0854437-3037

STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
VINCENT A. HARRINGTON, JR
W. DANIEL BOONE
BLYTHE MICKELSON
BARRY E. HINKLE
JAMES RUTKOWSKI •
SANDRA RAE BENSON
CHRISTIAN L. RAISNER
JAMES J WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K. IKEDA ••
LINDA BALDWIN JONES
PATRICIA A. DAVIS
ALAN G. CROWLEY
M. SUZANNE MURPHY
J FELIX DE LA TORRE
KRISTINA L HILLMAN •••
ANDREA LAIACONA

EMILY P RICH
LORI K AQUINO ••
ANNE I YEN
NICOLE M PHILLIPS
BROOKE D PIERMAN •••
JOYE BLANSCETT•••
BRUCE A. HARLAND
CONCEPCION E. LOZANO-BATISTA
CAREN P SENCER
LINELLE S MOGADO
MANJARI CHAWLA

PATRICIA M GATES, Of Counsel
PENELOPE S PAHL Of Counsel
ROBERTA D PERKINS, Of Counsel
JOHN PLOTZ, Of Counsel

• Also admitted in Arizona
•• Admitted in Hawaii
••• Also admitted in Nevada

## VEINBERG, ROGER & ROSENFELD
### A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

April 19, 2006

FOLEY & LARDNER LLP
RECEIVED

APR 2 4 2006

Laurence R. Arnold
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3409

Re:   United Healthcare Workers – West (formerly SEIU, Local 715)
      Stanford University Hospital
      Carol Harry Grievance

Dear Mr. Arnold:

I have not received a response to my efforts to respond to your request for information. I will follow up. I would hope that this matter could be set for arbitration pending response.

As to the matter set forth in the second paragraph of your April 11 letter, as far as I know, you're information is correct. I was mistaken in my impressions.

Sincerely,

W. Daniel Boone
W. Daniel Boone

WDB/kam
opeiu 3 afl-cio(1)
111810/418115

PASADENA OFFICE
301 North Lake Avenue, Suite 310
Pasadena, CA 91101-5122
TEL 626.795.8232 FAX 626.795.8686

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI 96813-4500
TEL 808 528 8880 FAX 808.528 8881