**EXHIBIT W**



**FOLEY & LARDNER LLP**
**ATTORNEYS AT LAW**

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3037

April 25, 2006

<u>VIA FACSIMILE AND U.S. MAIL</u>

W. Daniel Boone, Esq.
Weinberg, Roger & Rosenfeld
1001 Marina Village Pkwy, Suite 200
Alameda, CA 94501-1091

      Re:    **SEIU, Local 715 and Stanford Hospital & Clinics**
               **(Carol Harry Grievance)**

Dear Mr. Boone:

      With regard to my letter to you dated April 24, 2006, it appears that your letter, dated April 19, 2006, and received yesterday afternoon, crossed mine. Thank you for the explanation regarding the incorrect description in your letter of the organization you are representing, although I note that it appears once again in your letter of April 19, 2006.

      Thank you also for your update on the response to the Hospitals' request for information. Please do follow up, as the response to this request should not be difficult.

                              Sincerely,

                              Laurence R. Arnold

LRA:sey
cc:    Pete Rzeminski
        Laurie Quintel
        Melissa Burke

BOSTON   JACKSONVILLE   NEW YORK   SAN DIEGO/DEL MAR   TAMPA
BRUSSELS   LOS ANGELES   ORLANDO   SAN FRANCISCO   TOKYO
CHICAGO   MADISON   SACRAMENTO   SILICON VALLEY   WASHINGTON, D.C.
DETROIT   MILWAUKEE   SAN DIEGO   TALLAHASSEE

SFCA_383416

```
Group Send Report

                                    Time       : Apr-25-06  02:24pm
                                    Tel line 1 : +
                                    Tel line 2 : +
                                    Name       : FOLEY & LARDNER


Job number        :  971

Date              :  Apr-25 02:19pm

Document Pages    :  02

Start time        :  Apr-25 02:19pm

End time          :  Apr-25 02:24pm

Successful

    Fax number

            ☎0034#085437#3037#151033710123#
            ☎0034#085437#3037#16507232370#
            ☎0034#085437#3037#16507232370#
            ☎0034#085437#3037#16507234323#


Unsuccessful                                                              Pages sent
```