**EXHIBIT X**

# FOLEY

FOLEY & LARDNER LLP
ATTORNEYS AT LAW

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415 434 4484 TEL
415 434 4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415 984 9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437 3000

April 25, 2006

William Sokol, Esq.
Weinberg, Roger & Rosenfeld
1001 Marina Village Pkwy, Suite 200
Alameda, CA 94501-1091

Re: "SEIU United Healthcare Workers-West
Stanford University Medical Center
Dues Deduction - Information Request"

Dear Mr. Sokol:

    Your letter to Laurie Quintel, dated April 17, 2006, has been forwarded to this office for response. At the outset, I note that you write on behalf of SEIU United Healthcare Workers-West. That organization does not represent employees at Stanford Hospital & Clinics or Lucile Packard Children's Hospital. The Hospitals do have a collective bargaining relationship with SEIU, Local 715. While they have been informed by SEIU, Local 715 that SEIU UHW is providing the services of its representatives to perform contract administration functions on behalf of SEIU, Local 715, the Hospitals have also been assured in writing by SEIU, Local 715 that it remains the exclusive representative of the employees covered by the collective bargaining agreement between it and the Hospitals.

    There being no collective bargaining relationship or agreement between SEIU UHW and the Hospitals, a key element required for the payment of deducted dues to it under the exception in Section 302(c)(4) would appear to be missing. Moreover, the dues deduction authorization forms only authorize deduction to be paid to SEIU Local 715, specifically. Thus, for any or all of these reasons, the Hospitals will not be remitting dues to SEIU UHW. That being the case, the request for information by SEIU UHW in connection with dues deduction remittances is moot.

    The Hospitals will continue remitting dues, along with the information which the parties have contractually agreed will be provided, to SEIU Local 715. If SEIU UHW has some intra-local arrangement with SEIU Local 715 whereby funds or information are transferred from the latter to the former, those two entities will have to work that out between themselves.

BOSTON          JACKSONVILLE     NEW YORK       SAN DIEGO/DEL MAR   TAMPA
BRUSSELS        LOS ANGELES      ORLANDO        SAN FRANCISCO       TOKYO
CHICAGO         MADISON          SACRAMENTO     SILICON VALLEY      WASHINGTON, D.C.
DETROIT         MILWAUKEE        SAN DIEGO      TALLAHASSEE

SFCA_383405.1

**▪FOLEY**

William Sokol, Esq.
April 25, 2006
Page 2

      Similarly, putting aside the issue of what information the Agreement with SEIU Local 715 provides that the Hospitals will provide and with what frequency, SEIU UHW has no right to information from the Hospitals since there is no collective bargaining relationship with that entity.

                                   Sincerely,

                                   Laurence R. Arnold

LRA:sey
cc:    Laurie Quintel
        Melissa Burke