**EXHIBIT EE**



**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3044

August 29, 2006

<u>VIA FACSIMILE AND U.S. MAIL</u>

Kristy Sermersheim
Executive Secretary
SEIU Local 715
2302 Zanker Road
San Jose, CA 95131-1115

Re:   **SEIU Local 715 and SEIU-UHW Representation Issues**

Dear Ms. Sermersheim:

      Stanford Hospital & Clinics and Lucile Packard Children's Hospital have received and reviewed the "service agreement," copies of which both Greg Pullman and your counsel forwarded. From a review of that document, as well as a review of other documents relating to purported SEIU Local 715 representation by SEIU-UHW representatives, and a comparison of the scope of the duties and relationships between the two organizations as outlined in the agreement provided against the activities engaged in by the persons apparently assigned by SEIU-UHW to the Hospitals, the Hospitals do not believe that the actual arrangements between the unions comport with those set forth in the document. Accordingly, the Hospitals reconfirm their previous communication to Mr. Pullman that they do not recognize the purported service agreement; nor do they recognize as representatives of SEIU Local 715 any personnel from SEIU-UHW.

      As also previously communicated to Mr. Pullman, if you wish to assign personnel employed directly by SEIU Local 715 to provide representational functions on behalf of the employees represented exclusively by SEIU Local 715, please notify the Hospitals of the names of those employees of SEIU Local 715. Until then, the Hospitals will continue to abide by their duty to recognize and deal with SEIU Local 715 through the stewards appointed by SEIU Local 715.

      In the past, the Hospitals have forwarded correspondence received from SEIU-UHW personnel to Mr. Pullman and have directed responses thereto to him as well, as if the correspondence was received from him initially. In response, they receive further correspondence from the SEIU-UHW personnel. Going forward, and effective immediately, all future correspondence, purported grievances, referrals to arbitration and other communications received from any individuals other than Local 715 employees, designated stewards (or individual employees in the bargaining unit as contemplated by Article 26. with respect to the filing and informal

BOSTON          LOS ANGELES       SACRAMENTO          TALLAHASSEE
BRUSSELS        MADISON           SAN DIEGO           TAMPA
CHICAGO         MILWAUKEE         SAN DIEGO/DEL MAR   TOKYO
DETROIT         NEW YORK          SAN FRANCISCO       WASHINGTON, D.C.
JACKSONVILLE    ORLANDO



**FOLEY & LARDNER LLP**

Kristy Sermersheim
August 29, 2006
Page 2


resolution of grievances) will be disregarded as not properly sent on behalf of Local 715. In order to avoid problems in resolving issues properly addressed between the Hospitals and the bargaining representative of the unit employees, and to avoid missing the deadlines on grievances, etc., please have the stewards handle all communications regarding such matters unless and until you appoint SEIU Local 715 personnel to handle such matters. Please also advise whether you would like inquiries, notices and other communications initiated by the Hospitals on matters that fall within the realm of collective bargaining or the parties' contractual commitments and obligations, to be directed to you, to Mr. Pullman, to the stewards, or to some other Local 715 employee.

Finally, this is also to advise that the Hospitals will not participate in any meetings or proceeding attended by persons who are employed by SEIU-UHW, and that the Hospitals do not recognize employees of SEIU-UHW as representatives of SEIU Local 715 for purposes of access to Hospital premises.

The Hospitals understand that a reorganization is being imposed upon the various locals of SEIU in California by the International, and that you may have little flexibility or autonomy in these matters, which appear to have been already determined at the International level. However, the Hospitals are obligated to recognize SEIU Local 715, and only SEIU Local 715, as the exclusive representative of the unit employees unless and until proper steps have been taken to change the representative, and doing so *de facto* through a purported service agreement is not the appropriate method.

Sincerely,

Laurence R. Arnold

LRA:sey

cc:   Laurie Quintel



**FOLEY & LARDNER LLP**

AT. .NEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

# FACSIMILE TRANSMISSION

ORIGINAL WILL BE SENT BY MAIL

### Total # of Pages 3 (including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| Kristy Sermersheim<br>SEIU Local 715 | (408) 954-8715 | (408) 954-1538 |
| CC: | PHONE #: | FAX #: |
| Laurie Quintel<br>Stanford Hospital & Clinics | (650) 725-2770 | (650) 723-2370 |

| | |
|---|---|
| From: | Laurence R. Arnold |
| Email Address: | larnold@foley.com |
| Sender's Direct Dial: | 415.984.9819 |
| Date: | August 29, 2006 |
| Client/Matter No: | 085437-3044 |
| User ID No: | 0034 |

**MESSAGE:**

If there are any problems with this transmission or if you have not
received all of the pages, please call 415.434.4484, extension 858.

| Operator: | Time Sent: | Return Original To:<br>Susan E. Yardley |
|---|---|---|

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

Job number    : 278          *** SEND SUCCESSFUL ***


**FOLEY**
FOLEY & LARDNER LLP

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE  415.434.4484
FACSIMILE  415.434.4507
www.FOLEY.COM

## FACSIMILE TRANSMISSION

ORIGINAL WILL BE SENT BY MAIL

Total # of Pages 3 (including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| Kristy Sermersheim SEIU Local 715 | (408) 954-8715 | (408) 954-1538 |
| CC: | PHONE #: | FAX #: |
| Laurie Quintrel Stanford Hospital & Clinics | (650) 725-2770 | (650) 723-2370 |

From: Laurence R. Arnold
Email Address: larnold@foley.com
Sender's Direct Dial: 415.984.9819
Date: August 29 2006
Client/Matter No: 085437-3044
User ID No: 0024

**MESSAGE:**

If there are any problems with this transmission or if you have not received all of the pages, please call 415 434 4484, extension 858

| Operator: | Time Sent | Return Original To: Susan E. Yardley |

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

Cover Page 1 of 1

SFCA_396844.1

## Group Send Report

```
                                    Time      : Aug-29-06  04:37pm
                                    Tel line 1 : +
                                    Tel line 2 : +
                                    Name      : FOLEY & LARDNER
```

| | | |
|---|---|---|
| Job number | : | 278 |
| Date | : | Aug-29 04:34pm |
| Document Pages | : | 03 |
| Start time | : | Aug-29 04:34pm |
| End time | : | Aug-29 04:37pm |

Successful

    Fax number

        ☎0034#085437#3044#14089541538#
        ☎0034#085437#3044#16507232370#

Unsuccessful                                                                                          Pages sent