**EXHIBIT FF**



**ATTORNEYS AT LAW**

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA  94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3044

June 18, 2007

**VIA FACSIMILE AND U.S. MAIL**

Barbara J. Chisholm
Altshuler, Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108

      **Re:    SEIU, Local 715**

Dear Ms. Chisholm:

      As you know, Foley & Lardner LLP, and the undersigned, represent Stanford Hospital & Clinics and Lucile Packard Children's Hospital in their labor matters.  This letter confirms our telephone conversation of earlier today, in which you advised me that you, and your firm, now represent "the Trustee" appointed by the International for SEIU Local 715, and that, inasmuch as the Trustee would stand in the shoes of the officers and directors of that local, you represent Local 715.  This further confirms that you advised that all future correspondence, communications, or inquiries that Stanford Hospital & Clinics and Lucile Packard Children's Hospital, or this firm on their behalf, might direct to legal counsel regarding or involving Local 715 should be addressed to you.

      Sincerely,

Laurence R. Arnold

LRA:sey

cc:    Laurie Quintel

page 1

BOSTON
BRUSSELS
CHICAGO
DETROIT
JACKSONVILLE

LOS ANGELES
MADISON
MILWAUKEE
NEW YORK
ORLANDO

SACRAMENTO
SAN DIEGO
SAN DIEGO/DEL MAR
SAN FRANCISCO
SILICON VALLEY

TALLAHASSEE
TAMPA
TOKYO
WASHINGTON, D.C.

```
                         ***********************
                   ***    TX REPORT     ***
                         ***********************


      TRANSMISSION OK

      TX/RX NO                 0382
      DESTINATION TEL #        0034#085437#3044#3628064#
      DESTINATION ID
      ST. TIME                 06/18 17:55
      TIME USE                 00'28
      PAGES SENT                  2
      RESULT                   OK
```



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

# FACSIMILE TRANSMISSION

---
ORIGINAL WILL BE SENT BY MAIL
---

## Total # of Pages 2 (including this page)

| TO: | PHONE #: | FAX #: |
| --- | --- | --- |
| Barbara J. Chisholm<br>Altshuler, Berzon LLP | (415) 421-7151 | (415) 362-8064 |

**From :** Laurence R. Arnold

**Email Address :** larnold@foley.com

**Sender's Direct Dial :** 415.984.9819

**Date :** June 18, 2007

**Client/Matter No :** 085437-3044

**User ID No :** 0034

**MESSAGE:**