**EXHIBIT II**



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

June 22, 2007

WRITER'S DIRECT LINE
415.984.9834
nkani@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3068

**VIA FACSIMILE AND U.S. MAIL**

David C. Nevins
Arbitrator
3145 Geary Boulevard, No. 751
San Francisco, CA 94118

      Re:    Service Employee International Union, Local 715 and
             Stanford Hospital & Clinics
             Joe Hayes Termination Arbitration

Dear Arbitrator Nevins:

      We have been advised that Weinberg, Roger & Rosenfeld is no longer representing Local 715, and that new counsel is Barbara J. Chisholm, of Altshuler Berzon LLP. While we are sorting through this and other issues, the above referenced arbitration has been scheduled for July 10, 2007. By copy of this letter, we are requesting Ms. Chisholm to advise whether she or someone from her firm is available on the scheduled date.

                                                       Sincerely,

                                                            Nina Kani

cc:    Laurie Quintel
        Laurence R. Arnold, Esq.

        Barbara J. Chisholm (by facsimile (415) 362-8064 and U.S. Mail)
        177 Post Street
        San Francisco, CA 94108

BOSTON          LOS ANGELES    SACRAMENTO        TALLAHASSEE
BRUSSELS        MADISON        SAN DIEGO         TAMPA
CHICAGO         MILWAUKEE      SAN DIEGO/DEL MAR TOKYO
DETROIT         NEW YORK       SAN FRANCISCO     WASHINGTON, D.C.
JACKSONVILLE    ORLANDO        SILICON VALLEY

SFCA_432203.1

06/22/2007 15:41 FAX 415 434 2422    FOLEY & LARDNER LLP    ☒001

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              4714
RECIPIENT ADDRESS     9834#085437#3068#7510947#
DESTINATION ID
ST. TIME              06/22 15:40
TIME USE              00'32
PAGES SENT            2
RESULT                OK
```

FAXED JUN 22 2007



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

# FACSIMILE TRANSMISSION

Total # of Pages ___2___ (including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| David C. Nevins | (415) 665-4012 | (415) 751-0947 |

From : Nina Kani
Email Address : nkani@foley.com
Sender's Direct Dial : 415.984.8934
Date : June 22, 2007
Client/Matter No : 085437-3068
User ID No : 9834

**MESSAGE:**