**EXHIBIT JJ**

## ALTSHULER BERZON LLP
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

FOLEY & LARDNER LLP
RECEIVED
JUL 0 2 2007

June 29, 2007

*Via Facsimile and U.S. Mail*

David C. Nevins
Arbitrator
3145 Geary Boulevard, No. 751
San Francisco, CA 94118

Re: Service Employee International Union, Local 715 and
Stanford Hospital & Clinics
Joe Hayes Termination Arbitration

Dear Mr. Nevins:

This letter is to confirm that Jeffrey B. Demain and Stacey Leyton from our office will be appearing on behalf of Local 715 in the arbitration currently scheduled for July 10, 2007, in the above-referenced matter. Please contact me if you have any questions.

Sincerely,

Barbara J. Chisholm

cc: Laurence Arnold ✓
Nina Kani
B.W. "Rusty" Smith