**EXHIBIT LL**

**ALTSHULER BERZON LLP**
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

July 3, 2007

**VIA FACSIMILE AND FIRST CLASS MAIL**

David C. Nevins, Esq.
Arbitrator
3145 Geary Boulevard, No. 751
San Francisco, CA 94118

Re:   Service Employee International Union, Local 715 and
      Stanford Hospital & Clinics
      Joe Hayes Termination Arbitration

Dear Arbitrator Nevins:

This letter is to inform you that Vin Harrington and Andrea Laiacona from the Weinberg Roger & Rosenfeld law firm will be appearing on behalf of Local 715 in the arbitration currently scheduled for July 10, 2007, in the above-referenced matter, in place of Altshuler Berzon. The subpoena issued by my office on Monday, July 2 remains in effect. Please contact Mr. Harrington or Ms. Laiacona if you have any questions.

Thank you for your consideration.

Sincerely,

Jeffrey B. Demain

cc:   Laurence Arnold, Esq. (via facsimile only)
      Nina Kani, Esq. (via facsimile only)
      B.W. "Rusty" Smith (via facsimile only)
      Vin Harrington, Esq. (via facsimile only)
      Andrea Laiacona, Esq. (via facsimile only)

085437-3068

## ALTSHULER BERZON LLP
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

# FACSIMILE COVER SHEET

**TO:** Laurence R. Arnold, Esq.
Nina Kani, Esq.

**FAX #:** 415-434-4507

**DATE:** July 3, 2007

**PAGES:** 2 (including cover page)

**FROM:** Jeffrey B. Demain, Esq.

**RE:** Stanford Hospital & Clinics and SEIU, Local 715
Joe Hayes Termination Arbitration

**MESSAGE:** Please see attached.

IF YOU ENCOUNTER PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 421-7151.

**CONFIDENTIALITY NOTE**
The information contained in this facsimile transmission is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the agent or employee responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone at (415) 421-7151, and return the original facsimile to us at the above address by mail. Thank you.