**EXHIBIT MM**



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3044

August 1, 2007

VIA FACSIMILE AND U.S. MAIL

Barbara Chisholm
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

  Re: **SEIU Local 715 Information Request (Second)**

Dear Ms. Chisholm:

  As you know, Stanford Hospital & Clinics and Lucile Packard Children's Hospital have outstanding information requests regarding Local 715 and Local 521. Although the Hospitals have repeatedly requested this information, the union has continued to refuse to comply, and most recently, has ignored the request altogether. Nevertheless, the Hospitals' request remains.

  In addition to that information, however, and in light of the claim that a trustee has been appointed, the Hospitals seek additional information. Please provide the following:

1. The name and position held of each employee on the active payroll and who received pay in of the first pay period of each of the months of April, May and June of 2007, and the name of each employee on the active payroll on June 7, 2007.

2. The name and title of each officer of Local 715 as of the first day of each of the months of April, May and June of 2007, and on June 7, 2007, and the amounts of compensation and expense reimbursements paid to each.

3. A list of assets as the first day of each of the months of April, May and June of 2007, and on June 7, 2007.

4. A list of assets transferred or sold in each of the months of April, May and June of 2007.

5. A list of assets acquired in each of the months of April, May and June of 2007.

BOSTON  LOS ANGELES  SACRAMENTO  TALLAHASSEE
BRUSSELS  MADISON  SAN DIEGO  TAMPA
CHICAGO  MILWAUKEE  SAN DIEGO/DEL MAR  TOKYO
DETROIT  NEW YORK  SAN FRANCISCO  WASHINGTON, D.C.
JACKSONVILLE  ORLANDO  SILICON VALLEY



**FOLEY & LARDNER LLP**

Barbara Chisholm
August 1, 2007
Page 2

Your prompt provision of the above information is requested, and will be appreciated.

Sincerely,

Laurence R. Arnold

LRA:reb

cc:    Laurie Quintel

08/01/2007  12:03 FAX  4154344507                CANNON                                    @001

```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************

         TRANSMISSION OK

         TX/RX NO            0431
         DESTINATION TEL #   0034#085437#3044#3628064#
         DESTINATION ID
         ST. TIME           08/01 12:03
         TIME USE           01'38
         PAGES SENT         3
         RESULT             OK
```



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

## FACSIMILE TRANSMISSION

---------------------------------------------------------
              ORIGINAL WILL BE SENT BY MAIL
---------------------------------------------------------

### Total # of Pages 3 (Including this page)

| TO: | PHONE #: | FAX #: |
|-----|----------|--------|
| Barbara J. Chisholm<br>Altshuler, Berzon LLP | (415) 421-7151 | (415) 362-8064 |

|  |  |
|--|--|
| **From :** | Laurence R. Arnold |
| **Email Address :** | larnold@foley.com |
| **Sender's Direct Dial :** | 415.984.9819 |
| **Date :** | August 1, 2007 |
| **Client/Matter No :** | 085437-3044 |
| **User ID No :** | 0034 |

**MESSAGE:**