**EXHIBIT NN**



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3044

August 24, 2007

VIA FACSIMILE AND U.S. MAIL

Barbara J. Chisholm
Altshuler, Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Re: Service Employees International Union, Local 715 and
Stanford Hospital & Clinics and Lucile Packard Children's Hospital

Dear Ms. Chisholm:

As you know, you previously advised us that you had been retained to represent SEIU, Local 715, and its Trustee. Since that time, however, you have made no appearances in any matters involving Local 715 and Stanford Hospital & Clinics and Lucile Packard Children's Hospital and, of late, have declined to respond to correspondence with respect to matters relating to Local 715. On the other hand, on every occasion that legal representation has been required since receipt of your notification, legal representation for Local 715 has been by an attorney from Weinberg, Roger & Rosenfeld. Most recently, Mr. Harrington of that firm has purported to be representing Local 715 in connection with a demand for bargaining.

Stanford Hospital & Clinics and Lucile Packard Children's Hospital were also advised by the purported trustee of Local 715 that the Service Agreement previously entered into between Local 715 and SEIU-UHW remains in place. Pursuant to that Service Agreement, SEIU-UHW is to provide all representational activities and representation, which would include legal representation. Please advise again whether Altshuler, Berzon LLP represents SEIU, Local 715, and, if so, whether Weinberg, Roger & Rosenfeld is providing representation for SEIU-UHW under the "Service Agreement" entered into between UHW and SEIU, Local 715.



**FOLEY**
FOLEY & LARDNER LLP

Barbara J. Chisholm
August 24, 2007
Page 2

        Your prompt reply is required and will be appreciated.

                         Sincerely,

                         Laurence R. Arnold

LRA:sey
cc:    Laurie Quintel

page 2

```
08/29/2007 15:36 FAX 4154344507      CANNON                    ☒001


                              *********************
                              *** TX REPORT    ***
                              *********************

           TRANSMISSION OK

           TX/RX NO                  0454
           DESTINATION TEL #         0034#085437#3044#3628064#
           DESTINATION ID
           ST. TIME                  08/24 15:35
           TIME USE                  00'36
           PAGES SENT                3
           RESULT                    OK
```



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

# FACSIMILE TRANSMISSION

ORIGINAL WILL BE SENT BY MAIL

## Total # of Pages 3 (including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| Barbara J. Chisholm<br>Altshuler, Berzon LLP | (415) 421-7151 | (415) 362-8064 |

From : Laurence R. Arnold
Email Address : larnold@foley.com
Sender's Direct Dial : 415.984.9819
Date : August 24, 2007
Client/Matter No : 085437-3044
User ID No : 0034

**MESSAGE:**