**EXHIBIT PP**

Case 5:07-cv-05158-JF   Document 60-47   Filed 07/18/2008   Page 2 of 6



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111 3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437.3044

October 8, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Barbara Chisholm
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Re:   Stanford Hospital & Clinics/ Lucile Packard Children's Hospital's Information Request Concerning SEIU Local 715 (Second)

Dear Ms. Chisholm:

On August 1, 2007, I faxed and mailed to you a second information request regarding Local 715 and Local 521. I presume you received a copy of the request by one or both means, as we have confirmation of successful transmittal by facsimile. However, to date I have received no response, nor even any acknowledgment of receipt of the request.

Please provide the information requested in the attached letter dated August 1, 2007, by no later than Friday, October 19, 2007. Failure to do so will be regarded as a refusal by SEIU, Local 715 to provide requested relevant information.

Sincerely,

Laurence R. Arnold

LRA:sey

cc:   Laurie Quintel

Page 1

BOSTON          LOS ANGELES     SACRAMENTO          TALLAHASSEE
BRUSSELS        MADISON         SAN DIEGO           TAMPA
CHICAGO         MILWAUKEE       SAN DIEGO/DEL MAR   TOKYO
DETROIT         NEW YORK        SAN FRANCISCO       WASHINGTON, D.C.
JACKSONVILLE    ORLANDO         SILICON VALLEY



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3044

August 1, 2007

VIA FACSIMILE AND U.S. MAIL

Barbara Chisholm
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Re: SEIU Local 715 Information Request (Second)

Dear Ms. Chisholm:

As you know, Stanford Hospital & Clinics and Lucile Packard Children's Hospital have outstanding information requests regarding Local 715 and Local 521. Although the Hospitals have repeatedly requested this information, the union has continued to refuse to comply, and most recently, has ignored the request altogether. Nevertheless, the Hospitals' request remains.

In addition to that information, however, and in light of the claim that a trustee has been appointed, the Hospitals seek additional information. Please provide the following:

1. The name and position held of each employee on the active payroll and who received pay in of the first pay period of each of the months of April, May and June of 2007, and the name of each employee on the active payroll on June 7, 2007.

2. The name and title of each officer of Local 715 as of the first day of each of the months of April, May and June of 2007, and on June 7, 2007, and the amounts of compensation and expense reimbursements paid to each.

3. A list of assets as the first day of each of the months of April, May and June of 2007, and on June 7, 2007.

4. A list of assets transferred or sold in each of the months of April, May and June of 2007.

5. A list of assets acquired in each of the months of April, May and June of 2007.



**FOLEY**
FOLEY & LARDNER LLP

Barbara Chisholm
August 1, 2007
Page 2

Your prompt provision of the above information is requested, and will be appreciated.

Sincerely,

Laurence R. Arnold

LRA:reb

cc:   Laurie Quintel

```
08/01/2007  12:05 FAX  415434      JF            CANNON                                    @001
```

```
                        ************************
                        ***    TX REPORT     ***
                        ************************

        TRANSMISSION OK

        TX/RX NO                  0431
        DESTINATION TEL #         0034#085437#3044#3628064#
        DESTINATION ID
        ST. TIME                  08/01 12:03
        TIME USE                  01'38
        PAGES SENT                3
        RESULT                    OK
```



# FOLEY
### FOLEY & LARDNER LLP

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

## FACSIMILE TRANSMISSION

```
ORIGINAL WILL BE SENT BY MAIL
```

### Total # of Pages 3 (including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| Barbara J. Chisholm<br>Altshuler, Berzon LLP | (415) 421-7151 | (415) 362-8064 |

From: Laurence R. Arnold
Email Address: larnold@foley.com
Sender's Direct Dial: 415.984.9819
Date: August 1, 2007
Client/Matter No: 085437-3044
User ID No: 0034

**MESSAGE:**

```
10/08/2007 17:00 FAX 4154344507         CANNON                              ☑001


                          *********************
                          ***   TX REPORT    ***
                          *********************


             TRANSMISSION OK

             TX/RX NO              0503
             DESTINATION TEL #     0034#085437#3044#3628064#
             DESTINATION ID
             ST. TIME              10/08 16:59
             TIME USE              00'53
             PAGES SENT            5
             RESULT                OK
```



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

# FACSIMILE TRANSMISSION

ORIGINAL WILL BE SENT BY MAIL

### Total # of Pages 5 (including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| Barbara J. Chisholm<br>Altshuler, Berzon LLP | (415) 421-7151 | (415) 362-8064 |

From: Laurence R. Arnold
Email Address: larnold@foley.com
Sender's Direct Dial: 415.984.9819
Date: October 8, 2007
Client/Matter No: 085437-3044
User ID No: 0034

**MESSAGE:**