**EXHIBIT QQ**

10/09/2007 14:08 FAX 415 7889104        ALTSHULER BERZON                    ☒002

## ALTSHULER BERZON LLP
### ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
DANIEL T. PURTELL
MICHAEL RUBIN
REBECCA SMULLIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

JAMIE L. CROOK
FELLOW

October 9, 2007

**Via Facsimile Transmission Only**
Mr. Laurence R. Arnold
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, California 94111-3409
Facsimile: (415) 434-4507

Re:   Your letters dated October 5, 2007 and August 24, 2007

Dear Mr. Arnold:

I will not be responding to your letters dated October 5, 2007 and August 24, 2007.

Sincerely,

Barbara J. Chisholm



10/09/2007 14:07 FAX 415 78891   ALTSHULER BERZON   ☐001

# ALTSHULER BERZON LLP
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

## FACSIMILE COVER SHEET

**TO:** Mr. Laurence R. Arnold
Foley & Lardner LLP

**FAX #:** (415) 434-4507

**DATE:** October 9, 2007

**PAGES:** 2 (including cover page)

**FROM:** Belinda Yamate, Legal Secretary

**RE:** Your letters dated October 5, 2007 and August 24, 2007

**MESSAGE:**

Please see the attached letter from Barbara J. Chisholm. If you have any difficulty reading this facsimile transmission, feel free to contact me by calling (415) 421-7151. Thank you.

IF YOU ENCOUNTER PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 421-7151.

### CONFIDENTIALITY NOTE
The information contained in this facsimile transmission is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the agent or employee responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone at (415) 421-7151 and return the original facsimile to us at the above address by mail. Thank you.