**EXHIBIT SS**

| INTERNET FORM NLRB-508 (6-90) | | | FORM EXEMPT UNDER 44 U.S.C. 3512 | |
|---|---|---|---|---|
| | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD **CHARGE AGAINST LABOR ORGANIZATION OR ITS AGENTS** | | DO NOT WRITE IN THIS SPACE | |
| | | | Case<br>32-CB-6350 | Date Filed<br>10-19-2007 |

INSTRUCTIONS: File an original and 4 copies of this charge and an additional copy for each organization, each local, and each individual named in Item 1 with the NLRB Regional Director of the region in which the alleged unfair labor practice occurred or is occurring.

### 1. LABOR ORGANIZATION OR ITS AGENTS AGAINST WHICH CHARGE IS BROUGHT

| a. Name | b. Union Representative to contact |
|---|---|
| Service Employees International Union, Local 715 | Kristy Sermersheim (?) |

| c. Telephone No. | d. Address (street, city, state and ZIP code) |
|---|---|
| 408.954.8715 | 2302 Zanker Road, San Jose, CA 95131 |

e. The above-named organization(s) or its agents has (have) engaged in and is (are) engaging in unfair labor practices within the meaning of section 8(b), subsection(s) (list subsections) (3) _____ of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

The Union has failed and refused to provide information concerning whether the firm of Weinberg, Roger & Rosenfeld is providing representational services directly on behalf of the Union, or on behalf of SEIU-UHW pursuant to an invalid servicing agreement between the Union and SEIU-UHW, which servicing agreement has previously been rejected by the Employer.

RECEIVED NLRB REGION 32
2007 OCT 19 PM 12:07
OAKLAND, CA

| 3. Name of Employer | 4. Telephone No. |
|---|---|
| Stanford Hospital & Clinics/Lucile Packard Children's Hospital | |

| 5. Location of plant involved (street, city, state and ZIP code) | 6. Employer representative to contact |
|---|---|
| 300 Pasteur Drive, Stanford, CA 94305-5513 | Laurence R. Arnold<br>415.984.9819 |

| 7. Type of establishment (factory, mine, wholesaler, etc.) | 8. Identify principal product or service | 9. Number of workers employed |
|---|---|---|
| Acute care hospital | Healthcare | ~1400 (in unit) |

| 10. Full name of party filing charge |
|---|
| Laurie Quintel |

| 11. Address of party filing charge (street, city, state and ZIP code) | 12. Telephone No. |
|---|---|
| 300 Pasteur Drive, Stanford, CA 94305-5513 | 650.725.2770 |

### 13. DECLARATION

I declare that I have read the above charge and that the statements therein are true to the best of my knowledge and belief.

| By _Laurence R. Arnold_ (signature of representative or person making charge) | | Attorney |
|---|---|---|
| Address Foley & Lardner LLP, One Maritime Plaza, Suite 600<br>San Francisco, CA 94111-3409 | 415.984.9819<br>(Telephone No.) | (title or office, if any)<br>10/17/07 (date) |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U. S. CODE, TITLE 18, SECTION 1001)

*U.S. GPO: 2000-464-640/29074

SFCA_488901.1

COPY SENT NLRB
Date 10/22/07 By _____