**EXHIBIT TT**

| INTERNET FORM NLRB-508 (6-90) | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD **CHARGE AGAINST LABOR ORGANIZATION OR ITS AGENTS** | FORM EXEMPT UNDER 44 U.S.C. 3512 **DO NOT WRITE IN THIS SPACE** |
|---|---|---|
| | | Case: 32-CB-6351    Date Filed: 10-19-2007 |

INSTRUCTIONS: File an original and 4 copies of this charge and an additional copy for each organization, each local, and each individual named in Item 1 with the NLRB Regional Director of the region in which the alleged unfair labor practice occurred or is occurring.

### 1. LABOR ORGANIZATION OR ITS AGENTS AGAINST WHICH CHARGE IS BROUGHT

| a. Name | b. Union Representative to contact |
|---|---|
| Service Employees International Union, Local 715 | Kristy Sermersheim (?) |

| c. Telephone No. | d. Address (street, city, state and ZIP code) |
|---|---|
| 408.954.8715 | 2302 Zanker Road, San Jose, CA 95131 |

e. The above-named organization(s) or its agents has (have) engaged in and is (are) engaging in unfair labor practices within the meaning of section 8(b), subsection(s) (list subsections) **(3)** of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

The Union has refused to provide requested information relevant to the status and viability of SEIU, Local 715, for each month in the period from the announcement of the merger of Local 715 and four (4) other locals into Local 521 until the purported appointment of a "trustee" for SEIU, Local 715, by SEIU International.

*[Stamp: RECEIVED NLRB REGION 32, 2007 OCT 19 PM 12:05, OAKLAND, CA]*

| 3. Name of Employer | 4. Telephone No. |
|---|---|
| Stanford Hospital & Clinics/Lucile Packard Children's Hospital | |

| 5. Location of plant involved (street, city, state and ZIP code) | 6. Employer representative to contact |
|---|---|
| 300 Pasteur Drive, Stanford, CA 94305-5513 | Laurence R. Arnold   415.984.9819 |

| 7. Type of establishment (factory, mine, wholesaler, etc.) | 8. Identify principal product or service | 9. Number of workers employed |
|---|---|---|
| Acute care hospital | Healthcare | ~1400 (in unit) |

| 10. Full name of party filing charge |
|---|
| Laurie Quintel |

| 11. Address of party filing charge (street, city, state and ZIP code) | 12. Telephone No. |
|---|---|
| 300 Pasteur Drive, Stanford, CA 94305-5513 | 650.725.2770 |

### 13. DECLARATION

I declare that I have read the above charge and that the statements therein are true to the best of my knowledge and belief.

By *(signed) Laurence R. Arnold*    Attorney (title or office, if any)
Address: Foley & Lardner LLP, One Maritime Plaza, Suite 600, San Francisco, CA 94111-3409    415.984.9819    10/17/07

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

SFCA_488900.1    *U.S. GPO: 2000-464-640/29074

COPY SENT NLRB Date 10/22/07 By (IL)