**EXHIBIT UU**

IRA ARI WEINBERG
DAVID A HOSENFELD
WILLIAM A SOKOL
VINCENT A HARRINGTON JR
W DANIEL BOONE
BLYTHE MICKELSON
HARRY E HINKLE
JAMES RUTKOWSKI
ANDREA RAE BENSON
CHRISTIAN L RAISNER
JAMES J WESKER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J GAUGER
ASHLEY K IKEDA
LINDA BALDWIN JONES
PATRICIA A DAVIS
ALAN G CROWLEY
FELIX DE LA TORRE
KRISTINA L HILLMAN
ANDREA LAIACONA
EMILY P RICH

LORI K AQUINO
ANNE I YEN
NICOLE M PHILLIPS
BRUCE A HARLAND
CONCEPCION E LOZANO-BATISTA
CAREN P SENCER
LINELLE S MOGADO
MANJARI CHAWLA
KRISTINA M ZINNEN
JANNAH V MANANSALA
MANUEL A BOIGUES

PATRICIA M GATES, Of Counsel
ROBERTA D PERKINS, Of Counsel

• Also admitted in Arizona
•• Admitted in Hawaii
••• Also admitted in Nevada
•••• Also admitted in Illinois

**WEINBERG, ROGER & ROSENFELD**

A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

October 18, 2007

VIA FACSIMILE & US MAIL
Laurence R. Arnold
Foley & Lardner LLP
One Maritime Plaza, 6th Floor
San Francisco, CA 94111-3409

FOLEY & LARDNER LLP
RECEIVED
OCT 1 9 2007

Re:   SEIU Local 715
      Stanford Hospital and Clinics
      1.  All Affected: Dues Withholdings
          (FMCS Case No. 070618-57704-A – FMCS Panel dated June 18, 2007)

      2.  All Affected: Retaliation Against Union Stewards
          (FMCS Case No. 070608-57417-A – FMCS Panel dated June 8, 2007)

      3.  All Affected: Union Access
          (FMCS Case No. 070405-55451-A – FMCS Panel dated April 5, 2007)

      4.  John Simien Harassment - Accusation Leading to Shift Change
          (FMCS Case No. 070622-57865-A – FMCS Panel dated June 22, 2007)

      5.  James Satuito Discharge
          (FMCS Case No. 070621-57494-A - Second FMCS Panel dated June 21, 2007)

      6.  All Affected: Union Access (Union Reps Hereth & Olick Arrests)
          (FMCS Case No. 070618-57692-A – FMCS Panel dated June 18, 2007)

      7.  Oscar Portillo - Denied Vacation Requests/Harassment & Discrimination
          (FMCS Case No. 070725-58848-A – FMCS Panel dated July 25, 2007)

Dear Mr. Arnold:

This firm represents SEIU Local 715 in the above-captioned matters.

Listed above are grievances currently pending Arbitrator selection. You are the attorneys for Stanford Hospitals and Clinic. We have FMCS panels in each of these matters, and have tried to contact you to select Arbitrators on numerous occasions; however, you have been non-responsive to our emails and telephone calls.

I will recite our attempts to select Arbitrators, in order of the cases listed above.

October 18, 2007
Laurence R. Arnold
Page 2

**All Affected: Dues Withholdings:** The FMCS panel was requested on June 18, 2007. On July 17, 2007, an e-mail was sent from Barbara Gorin to you and Laurie Quintel asking you to contact her to select an Arbitrator from the June 18 panel.

Since there was no response to that e-mail, Ms. Gorin sent you and Ms. Quintel another email on July 24, once again, listing all the pending cases, and asking you to contact her to select Arbitrators. On that same day, Marveline Carrell of our office left you a voice mail message, following up on the previous emails.

Since we did not receive any response, on August 21, 2007, Barbara Gorin sent you another e-mail, with a copy to Laurie Quintel, again listing the pending cases, and asking you to contact her to select Arbitrators.

There has been no response to date.

**All Affected: Retaliation Against Union Stewards:** The FMCS panel was requested on June 8, 2007. On July 17, 2007, an e-mail was sent from Barbara Gorin to you and Laurie Quintel asking you to contact her to select an Arbitrator from the June 8, panel.

Since there was no response to that e-mail, Ms. Gorin sent you and Ms. Quintel another e-mail on July 24, once again, listing all the cases, and asking you to contact her to select Arbitrators. On that same day, Marveline Carrell left you a voice mail message, following up on the email.

Since we did not receive any response, on August 21, 2007, Barbara Gorin sent you another e-mail, with a copy to Laurie Quintel, again listing the pending cases, and asking you to contact her to select Arbitrators.

There has been no response to date.

**All Affected: Union Access:** The FMCS panel was requested on April 5, 2007. On May 5, 2007, Barbara Gorin sent you and Laurie Quintel an e-mail asking you to contact her to select an Arbitrator from the April 5, 2007 panel.

On May 10, 2007, you spoke with Barbara Gorin and claimed that you were not authorized to select an Arbitrator for this matter, but asked for the panel to be forwarded to you again. On May 10, 2007, Barbara Gorin sent you the following email, with the panel attached:

> "Mr. Arnold: Enclosed is the FMCS list of Arbitrators and the bios for this matter. You indicated that you are not authorized to select an Arbitrator in this matter. Please contact our office once you have been authorized. I will be unavailable from May 15 through May 30, however, you can speak with Marveline Carrell in my absence. Thank you."

On May 17, 2007, Marveline Carrell called you office and left you a voice mail. Your message indicated that you were out of the office until May 21, 2007.

October 18, 2007
Laurence R. Arnold
Page 3

On June 6, 2007, Marveline Carrell again contacted your office, and left a voice mail message asking you to contact her to select arbitrators.

Since we did not receive a response, on July 17, 2007, Barbara Gorin sent you and Laurie Quintel another e-mail listing the pending cases, and asking you to contact her to select Arbitrators.

On July 24, 2007, Marveline Carrell followed up with another voice mail message to your office, asking you to contact us to selection Arbitrators.

On August 21, 2007, Barbara Gorin sent another email to you and Laurie Quintel listing the cases, and asking you to contact our office to select Arbitrators.

There has been no response to date.

John Simien Harassment - Accusation Leading to Shift Change: On June 22, 2007, a FMCS panel was requested. On July 24, 207 Barbara Gorin sent you and Laurie Quintel an e-mail message, asking you to contact her to select Arbitrators from the pending matters.

Since there was not any communications from you, Marveline Carrell left you a detailed voice mail message on July 24, 2007 asking you to contact her to select Arbitrators from these pending matters.

On August 21, 2007, Barbara Gorin sent you another e-mail, with a copy to Laurie Quintel, again listing the pending cases, and asking you to contact her to select Arbitrators.

There has been no response to date.

James Satuito Discharge: On June 12, 2007 our office requested a FMCS panel. By letter dated June 12, 2007, you wrote a letter requesting that we get a new panel of Arbitrators. We agreed, and on June 21, 2007, we requested a second FMCS list.

Since we did not receive a response, on July 17, 2007, Barbara Gorin sent you and Laurie Quintel another e-mail listing the pending cases, and asking you to contact her to select Arbitrators.

On July 24, 2007, Marveline Carrell followed up with another voice mail message to your office, asking you to contact us to selection Arbitrators.

On August 21, 2007, Barbara Gorin sent another email to you and Laurie Quintel listing the cases, and asking you to contact our office to select Arbitrators.

There has been no response to date.

All Affected: Union Access (Union Reps Hereth & Olick Arrests): FMCS panel requested June 18, 2007.

Since we did not receive a response, on July 17, 2007, Barbara Gorin sent you and Laurie Quintel another e-mail listing the pending cases, and asking you to contact her to select Arbitrators.

October 18, 2007
Laurence R. Arnold
Page 4

On July 24, 2007, Marveline Carrell followed up with another voice mail message to your office, asking you to contact us to selection Arbitrators.

On August 21, 2007, Barbara Gorin sent another email to you and Laurie Quintel listing the cases, and asking you to contact our office to select Arbitrators.

There has been no response to date.

<u>Oscar Portillo - Denied Vacation Requests/Harassment & Discrimination</u>: FMCS panel requested July 25, 2007. On August 21, 2007, Barbara Gorin sent an email to you and Laurie Quintel listing the cases, and asking you to contact our office to select Arbitrators.

There has been no response to date.

By this letter, we reconfirm our request for arbitration on behalf of SEIU, Local 715, and I again ask that you contact our office immediately for the purpose of selecting Arbitrators from the FMCS panels of arbitrators.

We have been authorized by the Union to file and serve a Petition to Compel Arbitration, seeking a judgment ordering final and binding arbitration. If you do not contact us and select arbitrators within ten days of the date of this letter, we will proceed with the lawsuit. We will insist upon the recovery of attorneys' fees necessitated by your apparent refusal to arbitrate the pending disputes. I trust that this will not be necessary.

Sincerely,

W. Daniel Boone

WDB/bag
opeiu 3 afl-cio(1)

I/472764