**E**XHIBIT **WW**

SEIU Local 521
Dues Receipts of the year of 2007

|   | A | B | C | D | E | F | G | H | I | J | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |   | Mar-07 | Apr-07 | May-07 | Jun-07 | Jun-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | YTD 2007 |
| 2 | Dues Receipts | | | | | | | | | | |
| 3 | Counties | | | | | | | | | | |
| 4 | Dues - Santa Clara County | 470,448 | 524,339 | 787,487 | 526,439 | 528,349 | 531,773 | 529,842 | 799,449 | 534,889 | 5,233,014 |
| 5 | Dues - San Mateo County | 119,751 | 74,084 | 73,818 | 80,835 | 74,292 | 74,173 | 112,154 | 75,557 | 77,623 | 762,287 |
| 6 | Dues - Kern County | 259,178 | 172,739 | 172,899 | 173,438 | 175,510 | 271,279 | 185,585 | 187,293 | 192,003 | 1,789,923 |
| 7 | Dues - San Benito County | 11,969 | 10,763 | 11,034 | 10,640 | 15,154 | 10,398 | 10,565 | 16,318 | 11,170 | 108,011 |
| 8 | Dues - Santa Cruz County | 98,732 | 50,949 | 148,372 | 101,453 | 102,876 | 106,070 | 52,079 | 151,251 | 102,148 | 913,930 |
| 9 | Dues - KINGS County | 11,988 | 5,760 | 17,118 | 11,232 | 5,598 | 11,196 | 11,070 | 5,544 | - | 79,506 |
| 10 | Dues - TULARE County | 4,376 | 6,501 | 9,045 | 9,861 | 8,060 | 9,111 | 23,612 | 17,060 | 3,711 | 91,338 |
| 11 | Dues - MONTEREY COUNTY | 109,335 | 142,998 | 143,495 | 143,380 | 147,711 | 153,549 | 187,499 | 154,879 | 154,776 | 1,337,622 |
| 12 | Dues - STANISLAUS COUNT | - | - | - | - | - | - | 155,395 | - | 36,239 | 191,635 |
| 13 | Dues - MARIPOSA COUNTY | - | 4,890 | 4,798 | 5,414 | 5,665 | - | - | - | - | 20,767 |
| 14 | Dues -FRESNO COUNTY | - | 116,016 | 347,306 | 230,008 | 232,837 | 239,111 | 468,354 | 208,305 | 240,246 | 2,082,183 |
| 15 | Dues -MADERA (COMPA) COUNTY | | | | | | | 8,336 | - | - | 8,336 |
| 16 | Dues -MADERA (SEMC) COUNTY | | | | | | | 3,240 | - | - | 3,240 |
| 17 | Courts | | | | | | | | | | - |
| 18 | Dues - Santa Clara Sup Court | 39,116 | 39,290 | 59,229 | 39,918 | 41,282 | 41,641 | 41,848 | 63,541 | 42,781 | 408,647 |
| 19 | Dues - San Mateo Sup Court | 14,531 | 14,663 | 14,876 | 15,070 | 14,912 | 14,838 | 22,265 | 14,996 | 15,401 | 141,552 |
| 20 | Dues - SANTA CRUZ COURT | 2,730 | 5,479 | 5,570 | 8,881 | 5,653 | 5,627 | 5,567 | 8,221 | 5,655 | 53,383 |
| 21 | Dues - SAN BENITO COURT | 996 | 451 | 929 | 940 | 961 | 943 | 957 | 1,447 | 1,015 | 8,641 |
| 22 | Dues - KINGS COURT | 1,206 | 1,224 | 1,242 | 1,260 | 1,260 | 1,908 | 1,332 | 1,332 | 1,314 | 12,078 |
| 23 | Dues - TULARE COURT | 3,890 | 6,741 | 6,854 | 4,958 | 4,958 | 7,595 | 5,158 | 5,130 | 5,303 | 50,588 |
| 24 | Dues - MONTEREY COURT | 10,543 | - | 5,293 | 5,383 | 5,487 | 11,281 | 5,527 | 5,519 | 5,432 | 54,465 |
| 25 | Dues - MARIPOSA COURT | - | 348 | 314 | 324 | 334 | - | - | - | - | 1,320 |
| 26 | Cities | | | | | | | | | | |
| 27 | Dues - City of Menlo Park | 8,501 | 4,276 | 13,002 | 8,712 | 9,175 | 14,134 | 8,737 | 8,850 | 8,892 | 84,279 |
| 28 | Dues - City of Palo Alto | 38,654 | 39,012 | 39,823 | 38,718 | 39,907 | 62,546 | 40,185 | 40,395 | 40,745 | 379,985 |
| 29 | Dues - City of East Palo Alto | 2,299 | 1,506 | 833 | 821 | 1,743 | 2,714 | 1,917 | 1,875 | 1,808 | 15,516 |
| 30 | Dues - City of Redwood City | 15,498 | 15,548 | 8,507 | 23,054 | 23,120 | 15,512 | 15,542 | 15,604 | 23,502 | 155,888 |
| 31 | Dues - City of San Mateo | 6,838 | 3,397 | - | 13,528 | 6,470 | 6,699 | 6,723 | 10,042 | 6,778 | 60,474 |
| 32 | Dues - City of San Mateo GU | 8,956 | 9,071 | 13,636 | 4,592 | 4,599 | 13,916 | 9,147 | 14,024 | 14,090 | 92,031 |
| 33 | Dues - City of Mtn View | 10,796 | 10,902 | 16,452 | 11,032 | 11,315 | 11,374 | 11,368 | 17,123 | 11,455 | 111,817 |
| 34 | Dues - City of Sunnyvale | 1,606 | 1,623 | 2,503 | 1,614 | 1,585 | 1,570 | 1,524 | 1,551 | 2,390 | 15,966 |
| 35 | Dues - City of EXETER | 585 | 585 | 585 | 585 | 585 | 624 | 605 | 546 | 566 | 5,265 |
| 36 | Dues - City of Delano | 5,504 | 5,511 | 5,484 | 5,604 | 5,687 | 8,521 | 5,799 | 5,681 | 5,777 | 53,569 |
| 37 | Dues - City of Salinas | 9,865 | 10,062 | 10,156 | 10,156 | 9,814 | 9,787 | 9,814 | 9,663 | 9,539 | 88,856 |
| 38 | Dues - City of Santa Cruz | 21,256 | 21,050 | 23,786 | 22,448 | 23,527 | 23,719 | 22,746 | 22,412 | 24,312 | 205,257 |
| 39 | Dues - City of Watsonville | 2,444 | 2,404 | 3,606 | 2,422 | 2,535 | 2,643 | 2,621 | 4,004 | 2,640 | 25,320 |
| 40 | Dues - City of King | 689 | 694 | 694 | 347 | 694 | 1,045 | 695 | 696 | 674 | 6,228 |
| 41 | Dues - City of Hanford | 4,365 | 2,175 | 6,641 | 4,400 | 4,402 | 3,930 | 2,161 | 6,529 | 4,404 | 39,006 |
| 42 | Dues - City of TAFT | 517 | - | 481 | 157 | 564 | 905 | 249 | 264 | 380 | 3,518 |
| 43 | Dues - City of WASCO | 500 | 917 | 1,074 | 1,074 | 1,074 | 537 | 1,148 | 1,867 | - | 8,189 |
| 44 | Dues - City of CORCORAN | 351 | 312 | 663 | 351 | 312 | 312 | - | 351 | 702 | 3,354 |
| 45 | Dues - City of Scotts Valley | 1,317 | 1,342 | 1,395 | 1,395 | 1,395 | 1,476 | 1,482 | 1,489 | 1,494 | 12,786 |
| 46 | Dues - City of Shafter | 925 | 2,696 | 1,753 | 1,753 | 1,756 | 1,758 | 1,722 | 1,723 | 1,725 | 15,809 |
| 47 | Dues - City of Tulare | 1,642 | 4,907 | 7,871 | 3,521 | 3,625 | 5,594 | 3,823 | 4,043 | 4,180 | 39,205 |
| 48 | Dues - City of Bakersfield | 25,485 | 25,565 | 25,743 | 25,635 | 25,745 | 38,662 | 26,056 | 26,261 | 26,148 | 245,300 |
| 49 | Dues - City of HOLLISTER | 2,116 | 1,018 | 2,973 | 1,922 | 2,004 | 1,932 | 3,996 | - | 1,995 | 17,956 |
| 50 | Dues - City of COALINGA | 536 | 1,109 | 1,678 | 1,159 | 1,174 | 1,174 | 1,724 | 1,123 | 1,145 | 10,822 |
| 51 | Dues - City of LINDSAY | - | 467 | 240 | 212 | 106 | 304 | 389 | 185 | 185 | 2,088 |
| 52 | Dues - City of ARVIN | - | 658 | 660 | 729 | 468 | 847 | 554 | 588 | 533 | 5,037 |

SEIU Local 521
Dues Receipts of the year of 2007

| | A | B | C | D | E | F | G | H | I | J | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mar-07 | Apr-07 | May-07 | Jun-07 | Jun-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | YTD 2007 |
| 53 | Schools | | | | | | | | | | - |
| 54 | Dues - Santa Clara COE | 41,089 | 40,873 | 41,237 | 41,427 | 41,111 | 37,842 | 41,737 | 42,153 | 42,631 | 370,100 |
| 55 | Dues - San Mateo COE | 6,188 | 6,115 | 6,108 | 6,066 | 6,197 | 5,522 | 5,324 | 5,731 | 5,886 | 53,137 |
| 56 | Dues - Campbell UHSD | 2,537 | 2,559 | 2,559 | 2,554 | 2,856 | 2,128 | 2,155 | 2,498 | 2,677 | 22,522 |
| 57 | Dues - Cupertino USD | 9,116 | 9,316 | 9,162 | 9,453 | 8,302 | 7,918 | 8,398 | 8,975 | 9,327 | 79,967 |
| 58 | Dues - Los Gatos JUHSD | 4,611 | 4,542 | 4,787 | 4,827 | 4,648 | 2,196 | 2,991 | 4,922 | 4,951 | 38,476 |
| 59 | Dues - Morgan Hill UHSD | 9,920 | 9,601 | 9,597 | 9,942 | 7,718 | 3,830 | 4,658 | 10,452 | 10,427 | 76,144 |
| 60 | Dues - Orchard Elem. | 818 | 828 | 889 | - | 860 | 797 | 217 | 960 | 984 | 6,354 |
| 61 | Dues - West Valley CCD | 14,430 | 14,592 | 14,552 | 14,456 | 14,110 | 13,233 | 14,127 | 15,645 | 15,630 | 130,776 |
| 62 | Dues - Foothill - DeAnza CCD | 31,350 | 31,442 | 31,274 | 31,327 | 31,433 | 29,538 | 27,243 | 28,798 | - | 242,405 |
| 63 | Dues - CABRILLO COLLEGE | 11,292 | 11,464 | 6,561 | - | - | - | - | - | - | 29,317 |
| 64 | Dues - GONZALES UNIFIED | 187 | - | 178 | 178 | 178 | - | - | 178 | 178 | 1,075 |
| 65 | Dues - STANDARD SCHOOL | 1,285 | - | 1,285 | 2,560 | - | 1,278 | 734 | 1,631 | 1,827 | 10,599 |
| 66 | Dues - San Lorenzo Valley USD | 3,706 | 3,669 | - | - | - | - | - | 14,869 | - | 22,244 |
| 67 | Dues - TAFT UNION HIGH SC | - | 1,556 | 1,556 | 1,556 | 1,516 | 1,073 | 1,113 | 1,529 | 1,529 | 11,430 |
| 68 | Dues - EDISON ELEMENTAR | - | 480 | - | 493 | 493 | 1,178 | 221 | 440 | 440 | 3,746 |
| 69 | Dues - RIVERDALE UNIFIED | - | - | 1,441 | 1,440 | 1,440 | 1,398 | 2,952 | 1,470 | 1,620 | 11,761 |
| 70 | Dues - LAIDLAW EDUCATIO | - | - | - | 6,308 | 166 | 4,641 | 29,099 | 6,277 | 6,162 | 52,652 |
| 71 | Dues - FRESNO UNIFIED SCH | - | - | - | - | 26,170 | 28,606 | 102,542 | 26,849 | 26,708 | 210,875 |
| 72 | Dues - FASTA | - | - | - | - | | | 30,653 | 6,425 | 10,094 | 47,172 |
| 73 | UHW & L1877 | | | | | | | | | | - |
| 74 | Dues - Santa Clara University | 3,686 | 3,943 | 3,818 | 4,073 | 3,762 | 5,983 | 2,153 | 3,661 | 3,846 | 34,924 |
| 75 | Dues - Bon Appetit/SantaC U. | 24 | - | - | - | - | - | - | - | - | 24 |
| 76 | Dues - Standford | 40,032 | 41,760 | 43,154 | 45,288 | 39,644 | 43,946 | 42,468 | 20,486 | 68,139 | 384,916 |
| 77 | Dues - SLAC | 10,184 | 24,519 | 35,749 | 13,298 | 34,453 | 25,559 | 24,805 | 11,260 | 25,835 | 205,664 |
| 78 | Dues - USW Hospitals | - | - | - | - | - | - | 21,949 | - | - | 21,949 |
| 79 | Dues - Cardinal Cogen | 990 | 993 | 1,000 | 1,004 | 922 | 858 | 1,648 | 790 | (67) | 8,137 |
| 80 | Dues - Bon Appetit/Standford | - | - | - | - | - | - | - | - | - | - |
| 81 | Private Non-profit | | | | | | | | | | - |
| 82 | Dues - Alliance for Comm Care | 9,819 | 9,617 | 9,583 | 13,925 | 9,175 | 8,801 | 8,937 | 8,607 | 13,241 | 91,706 |
| 83 | Dues - Community Solutions | 4,555 | 1,161 | 3,971 | 2,322 | 1,099 | 3,511 | 2,526 | 2,750 | 4,312 | 26,206 |
| 84 | Dues - Gardner Health | 5,733 | 5,591 | 8,406 | 5,906 | 5,929 | 6,066 | 8,789 | 5,802 | 5,834 | 58,056 |
| 85 | Dues - Rebekan Children's Hm | 2,564 | 2,637 | 2,521 | 2,605 | 2,517 | 3,830 | 2,530 | 2,795 | 3,110 | 25,108 |
| 86 | Dues - SC Bar Foundation | 1,745 | 1,731 | 1,766 | 1,643 | 1,716 | 1,663 | 1,733 | 1,758 | 1,969 | 15,725 |
| 87 | Dues - Starlight | 4,263 | 4,452 | 4,973 | 5,182 | 4,668 | 5,038 | 5,054 | 4,737 | 5,478 | 43,844 |
| 88 | Homecares | | | | | | | | | | - |
| 89 | Dues - Addus Health Center | 1,267 | 1,114 | 1,139 | 1,145 | 1,242 | 1,185 | 1,210 | 1,338 | 1,239 | 10,879 |
| 90 | Dues - IHSS San Mateo Co. | 46,781 | 47,519 | 46,832 | 47,645 | 48,548 | 48,373 | 50,367 | 50,039 | 51,292 | 437,396 |
| 91 | Dues - IHSS Santa Clara Co. | 194,614 | 184,800 | 175,301 | 190,544 | 197,732 | 195,859 | 195,917 | 206,883 | 210,321 | 1,751,971 |
| 92 | Dues - MidPen Homecare | - | 2,726 | 4,729 | - | 3,011 | 2,308 | 2,748 | 4,229 | - | 19,750 |
| 93 | Dues - OACM | 1,894 | 2,808 | 2,023 | 1,914 | 2,002 | 1,876 | 2,820 | 1,901 | - | 17,237 |
| 94 | Dues - BEAR VALLEY | 480 | 1,411 | 1,460 | 976 | 1,068 | 1,043 | 1,001 | 958 | 1,445 | 9,842 |
| 95 | Special Districts | | | | | | | | | | - |
| 96 | Dues - El Camino Hospital | 33,140 | 21,976 | 21,733 | 21,637 | 20,419 | 27,287 | 18,133 | 17,672 | 19,377 | 201,375 |
| 97 | Dues - Housing Authority-SCC | 5,798 | 5,910 | 8,758 | 5,731 | 5,750 | 5,733 | 5,728 | 5,783 | 10,145 | 59,337 |
| 98 | Dues - Humane Society | 767 | 410 | 750 | 742 | 819 | 770 | 1,274 | 837 | 833 | 7,202 |
| 99 | Dues - Valley Transit Authorit | 18,233 | 18,228 | 27,231 | 18,666 | 18,396 | 18,426 | 18,370 | 18,231 | 27,703 | 183,485 |
| 00 | Dues - MACSA | - | 5,670 | 2,880 | 2,805 | 3,079 | 2,848 | 2,814 | - | 5,780 | 25,877 |
| 01 | Dues - HOPE REHABILITATI | 4,792 | 5,106 | 4,997 | 2,699 | 5,248 | 5,573 | 5,356 | 5,327 | 5,381 | 44,478 |
| 02 | Dues - YOSEMITE CONC | 15,175 | 12,472 | 24,901 | 31,508 | 31,734 | 49,216 | 30,601 | 28,862 | 27,337 | 251,804 |
| 03 | Dues - Community Act Part Ke | 11,518 | 18,182 | 11,808 | 9,895 | 8,460 | 8,467 | 2,773 | 11,590 | 11,219 | 93,912 |
| 04 | Dues - SANTA CRUZ METRO | 2,707 | 2,721 | 10,772 | 3,234 | 2,179 | - | 2,759 | 5,494 | 8,149 | 38,017 |
| 05 | Dues - SANTA CRUZ COMM | 3,574 | - | 2,770 | 1,496 | 416 | 511 | 1,177 | 1,699 | - | 11,642 |
| 06 | Dues - SALUD PARA LA GEN | 6,028 | - | 7,535 | 2,021 | 4,842 | 4,038 | 4,364 | 8,725 | 4,736 | 42,288 |
| 07 | Dues - ARVIN-EDISON WAT | 688 | 725 | 725 | 725 | 688 | 707 | 1,069 | 996 | 615 | 6,938 |
| 08 | Dues - COMMUNITY ACT P I | 920 | 2,914 | 2,101 | 1,890 | 1,933 | 3,314 | 3,197 | 3,196 | 3,165 | 22,630 |
| 09 | Dues - MONTEREY REGIONA | 1,575 | - | - | - | 6,233 | 1,550 | 1,544 | 1,489 | 1,499 | 13,890 |
| 10 | Dues - HOPE - SAN JOSE | - | - | - | 2,669 | - | - | - | - | - | 2,669 |
| 11 | Dues - San Andreas Regional C | 15,542 | 15,962 | 16,240 | 16,344 | 16,068 | 15,605 | (149) | 15,627 | 15,664 | 126,903 |
| 12 | Dues - LINDSAY STRATHMO | 114 | 114 | 57 | 172 | 114 | 95 | 75 | 75 | 75 | 892 |
| 13 | Dues - SSJUD | 225 | 213 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 1,838 |
| 14 | Dues -MONTEREY CHILDRE | 1,000 | - | 1,026 | - | - | - | - | - | - | 2,026 |
| 15 | Dues -GOLDEN VALLEY HE | 8,140 | 4,048 | 12,055 | 8,242 | 8,948 | 9,152 | 13,895 | 9,826 | 9,592 | 83,899 |
| 16 | Dues -SAN BENITO CTY WA | 58 | 285 | 431 | 289 | 352 | 357 | 364 | 375 | 820 | 3,332 |
| 17 | Dues - SOQUEL CREEK WAT | 552 | 974 | 487 | - | 974 | 487 | - | 974 | 487 | 4,935 |
| 18 | Dues - CHAMBERLAIN'S CH | 955 | 952 | 766 | 695 | 695 | - | 732 | 1,560 | 890 | 7,245 |
| 19 | Dues - MARINA COAST WAT | 1,292 | 1,279 | 1,281 | 1,235 | 1,286 | 1,345 | 1,342 | 1,337 | 1,349 | 11,747 |

SEIU Local 521
Dues Receipts of the year of 2007

| | A | B | C | D | E | F | G | H | I | J | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mar-07 | Apr-07 | May-07 | Jun-07 | Jun-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | YTD 2007 |
| 120 | Dues - MONTEREY BAY UNI | 979 | 977 | - | - | - | - | - | - | - | 1,956 |
| 121 | Dues - COMMUNITY BRIDGI | 487 | 508 | 476 | 506 | - | 491 | 1,009 | 446 | 533 | 4,457 |
| 122 | Dues - WOMEN'S CRISIS SUI | 537 | 585 | 561 | 559 | 497 | 529 | 511 | 567 | 528 | 4,873 |
| 123 | Dues - CENTRAL CA LEGAL | 1,053 | 2,156 | 2,115 | 2,082 | 2,165 | 2,132 | 2,307 | 2,520 | 2,596 | 19,126 |
| 124 | Dues - Housing Authority-MRY | 3,568 | 3,503 | 3,416 | 3,496 | - | 6,902 | 3,467 | 3,517 | 3,570 | 31,439 |
| 125 | Dues - PENINSULA DENTAL | 378 | - | - | - | - | - | (378) | - | - | |
| 126 | Dues - CHISPA HOUSING MA | - | 1,155 | 1,665 | 853 | 853 | - | 1,252 | 864 | 1,538 | 8,180 |
| 127 | Dues - MV PUBLIC TRANSPO | - | 3,796 | 1,912 | 1,856 | 1,856 | 1,800 | 1,828 | 1,828 | 1,828 | 16,702 |
| 128 | Dues - ACHIEVEKIDS | - | 5,645 | 5,576 | 5,531 | 8,303 | 5,592 | 5,572 | 5,500 | 5,954 | 47,672 |
| 129 | Dues - PENINSULA JEWISH | - | 2,029 | 1,956 | - | 2,764 | 877 | 877 | 2,229 | 2,332 | 13,062 |
| 130 | Dues - CHILDREN'S SERVICI | - | 2,016 | - | 2,991 | 2,770 | - | 3,371 | - | 3,944 | 15,092 |
| 131 | Dues - JEWISH COMM CTR - | - | 718 | 694 | 686 | 264 | - | 238 | 985 | 1,081 | 4,666 |
| 132 | Dues - AMERICAN REDCROS | - | - | 2,472 | 2,429 | 2,593 | 2,662 | 7,372 | 2,711 | 2,545 | 22,785 |
| 133 | Dues - Housing Authority-FAT | - | - | - | 1,419 | 1,386 | 2,968 | 12,834 | 2,921 | 2,975 | 24,502 |
| 134 | Dues - KERN REGIONAL CENTER | | | | | | 9,020 | 44,108 | 8,491 | 8,980 | 70,599 |
| 135 | Dues - STUDENT TRANSPORTATION | | | | | | - | 3,290 | - | - | 3,290 |
| 136 | Dues - Associate Members | 206 | - | 472 | - | 86 | - | - | - | - | 764 |
| 137 | Dues - Retirees | 1,701 | 339 | 1,690 | - | 924 | 1,257 | 815 | 765 | 622 | 8,112 |
| 138 | Dues - 521 Staff Members | 1,076 | 771 | 1,363 | 1,824 | 1,888 | 2,710 | 1,598 | 1,570 | 1,421 | 14,222 |
| 139 | Total Dues Receipts | 1,937,972 | 1,960,198 | 2,661,404 | 2,182,557 | 2,224,147 | 2,412,425 | 2,867,623 | 2,595,318 | 2,358,290 | 21,199,934 |
| 140 | Other Income | | | | | | | | | | |
| 141 | Interest / Dividend Income | - | 6,158 | 7,601 | 6,986 | 7,767 | 10,529 | 15,063 | 20,039 | 4,553 | 78,696 |
| 142 | Gain / Loss on Investment | - | - | - | - | - | > | - | - | - | |
| 143 | Rebate Income | - | 2,247 | - | - | - | - | - | - | - | 2,247 |
| 144 | Rebate Org. Income | - | - | - | - | - | - | - | - | - | - |
| 145 | Rental Income | 3,311 | 3,311 | 3,311 | 4,626 | 3,457 | 3,536 | 3,391 | 3,761 | 3,536 | 32,240 |
| 146 | Misc. Income | 383 | 61 | - | 47 | 234 | 15 | (378) | 298 | - | 659 |
| 147 | ADMINISTRATION FEES | - | 25,000 | - | - | - | - | | - | 25,000 | 50,000 |
| 148 | | | | | | | | | | | |
| 149 | Total Receipts | 1,941,666 | 1,996,975 | 2,672,316 | 2,194,216 | 2,235,604 | 2,426,506 | 2,885,698 | 2,619,416 | 2,391,379 | 21,363,775 |