# EXHIBIT XX

SEIU Local 521
Financial Statement - For the month of November 2007

| | B | J | M | P | S | V | Y | AB | AE | AG | AH | AI | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | | Nov | | | YTD - Nine months | |
| 2 | | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 3 | TOTAL DUES RECEIPTS | 1,937,972 | 1,960,198 | 2,661,404 | 2,182,557 | 2,224,147 | 2,412,425 | 2,867,623 | 2,595,318 | 2,376,957 | 2,358,290 | (18,667) | 21,392,616 | 21,199,934 | (192,682) |
| 4 | OTHER INCOME | | | | | | | | | | | | | | |
| 5 | Interest & Dividends | | 6,158 | 7,601 | 6,986 | 7,767 | 10,529 | 15,063 | 20,039 | 2,400 | 4,553 | 2,153 | 21,600 | 78,696 | 57,096 |
| 6 | SMIHSS Administrative Reim | | 25,000 | | | | | | | 5,000 | 25,000 | 20,000 | 45,000 | 50,000 | 5,000 |
| 7 | Sublease Rent | 3,311 | 3,311 | 3,311 | 4,626 | 3,457 | 3,536 | 3,391 | 3,761 | 3,600 | 3,536 | (64) | 32,400 | 32,240 | (160) |
| 8 | Misc. Income | 383 | 2,308 | | 47 | 234 | 15 | (378) | 298 | | | | | 2,905 | 2,905 |
| 9 | Total Misc. Income | 3,694 | 36,777 | 10,912 | 11,659 | 11,457 | 14,081 | 18,075 | 24,098 | 11,000 | 33,089 | 22,089 | 99,000 | 163,841 | 64,841 |
| 10 | | | | | | | | | | | | | | | |
| 11 | TOTAL GENERAL FUND IN | 1,941,666 | 1,996,975 | 2,672,316 | 2,194,216 | 2,235,604 | 2,426,506 | 2,885,698 | 2,619,416 | 2,387,957 | 2,391,379 | 3,421 | 21,491,616 | 21,363,775 | (127,841) |
| 12 | | | | | | | | | | | | | | | |
| 13 | GENERAL FUND EXPENSES | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | ORGANIZING OFFSET | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | (0) | 2,709,697 | 2,709,694 | 2 |
| 16 | | | | | | | | | | | | | | | |
| 17 | SALARIES | | | | | | | | | | | | | | |
| 18 | Administrative | 29,293 | 34,472 | 34,472 | 34,472 | 34,472 | 50,267 | 30,948 | 34,472 | 37,345 | 34,472 | 2,873 | 336,104 | 317,340 | 18,764 |
| 19 | Admin Support | 15,732 | 18,304 | 32,391 | 32,264 | 32,224 | 54,556 | 28,182 | 28,101 | 37,674 | 28,101 | 9,573 | 339,062 | 269,854 | 69,208 |
| 20 | Directors | 63,466 | 65,828 | 65,581 | 71,063 | 70,314 | 105,810 | 76,759 | 70,612 | 83,896 | 73,821 | 10,075 | 755,064 | 663,256 | 91,808 |
| 21 | Internal Organizers/Research | 179,499 | 207,013 | 218,022 | 248,018 | 258,140 | 413,449 | 275,800 | 282,380 | 252,575 | 278,360 | (25,784) | 2,273,178 | 2,360,682 | (87,504) |
| 22 | Clerical | 58,721 | 67,066 | 54,179 | 55,436 | 60,802 | 87,339 | 59,864 | 61,663 | 68,579 | 61,107 | 7,472 | 617,208 | 566,179 | 51,029 |
| 23 | Facilities | 2,669 | 3,321 | 3,080 | 3,362 | 3,203 | 4,878 | 3,369 | 3,374 | 3,337 | 6,496 | (3,159) | 30,029 | 33,752 | (3,723) |
| 24 | Data Base Services | 17,152 | 21,396 | 22,889 | 23,847 | 23,361 | 36,212 | 23,837 | 24,277 | 23,217 | 24,006 | (789) | 208,949 | 216,979 | (8,029) |
| 25 | Temp. Internal Organizers/Re | 2,889 | 3,440 | 5,190 | 2,964 | 9,863 | 2,615 | 3,223 | 4,349 | 5,000 | 5,000 | | 45,000 | 34,533 | 10,467 |
| 26 | Temp. Clerical/Support | 915 | 645 | 4,275 | 5,742 | 9,403 | 5,993 | 9,720 | 14,533 | | 6,525 | (3,525) | 27,000 | 57,752 | (30,752) |
| 27 | Vacation & Comp Time | 5,611 | 656 | 5,067 | 5,921 | 4,294 | 13,090 | 9,408 | 7,993 | 25,331 | 15,609 | 9,722 | 227,980 | 67,650 | 160,329 |
| 28 | Total Salaries | 375,947 | 422,143 | 445,146 | 483,091 | 506,077 | 774,211 | 521,110 | 531,755 | 539,953 | 528,497 | 11,455 | 4,859,574 | 4,587,977 | 271,596 |
| 29 | PAYROLL RELATED EXPENSES | | | | | | | | | | | | | | |
| 30 | Pension | 102,326 | 28,766 | 58,608 | 61,103 | 60,615 | 96,949 | 64,119 | 66,395 | 70,927 | 66,529 | 4,398 | 638,343 | 605,411 | 32,933 |
| 31 | Payroll Taxes Expenses | 30,413 | 57,561 | 26,190 | 29,002 | 29,278 | 52,793 | 33,063 | 33,815 | 50,662 | 31,130 | 19,532 | 455,959 | 323,245 | 132,715 |
| 32 | Travel Staff-Admin | 951 | 3,012 | 5,877 | 434 | 3,564 | 6,410 | 4,020 | 883 | 1,500 | 2,145 | (645) | 13,500 | 27,297 | (13,797) |
| 33 | Travel Staff- Internal Organiz | 5,977 | 9,614 | 3,634 | 1,756 | 5,335 | 3,757 | 5,689 | 2,610 | 3,000 | 7,393 | (4,393) | 27,000 | 45,766 | (18,766) |
| 34 | Mileage/Ins. Reimb.-Admin & | 2,209 | 1,049 | 509 | 3,639 | 3,084 | 2,164 | 2,184 | 4,260 | 10,392 | 1,116 | 9,276 | 93,528 | 20,213 | 73,315 |
| 35 | Mileage/Ins. Reimb.-Internal | 15,982 | 17,963 | 17,106 | 19,717 | 22,226 | 19,248 | 19,830 | 24,719 | 21,475 | 18,419 | 3,056 | 193,275 | 175,210 | 18,065 |
| 36 | Telephone Reimbursement | 3,040 | 2,298 | 2,431 | 2,457 | 4,085 | 4,349 | 3,196 | 5,281 | 7,500 | 4,044 | 3,456 | 67,500 | 31,182 | 36,318 |
| 37 | Retiree Health Exp | 3,410 | 7,969 | 2,334 | 3,236 | 7,085 | 6,569 | 6,069 | 6,069 | 5,701 | 4,352 | 1,348 | 51,305 | 47,093 | 4,212 |
| 38 | Retire Benefit Trust Fund | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | | 93,600 | 93,600 | - |
| 39 | Benefits(Health, Dental, Visio | 94,218 | 188,515 | 111,093 | 114,959 | 144,501 | 89,661 | 154,935 | 152,707 | 163,718 | 126,609 | 37,109 | 1,473,459 | 1,177,199 | 296,260 |
| 40 | Workers Comp.Insurance | 23,737 | 7,613 | 7,613 | 12,613 | 7,613 | 7,613 | 7,613 | 5,776 | 20,698 | 7,718 | 12,980 | 186,286 | 87,909 | 98,377 |
| 41 | Recruiting exp | 909 | 1,394 | 1,331 | 1,175 | 1,271 | 1,501 | 1,519 | 371 | 1,000 | 1,409 | (409) | 9,000 | 10,881 | (1,881) |
| 42 | Vacancy Rate (saving) | | | | | | | | | (88,182) | | | (793,642) | | (793,642) |
| 43 | Total Payroll Related Exp | 293,572 | 336,154 | 247,127 | 260,491 | 299,057 | 301,414 | 312,638 | 313,285 | 278,790 | 281,265 | (2,475) | 2,509,112 | 2,645,004 | (135,891) |
| 44 | | | | | | | | | | | | | | | |
| 45 | Total Salaries & Payroll Exp | 669,519 | 758,297 | 692,272 | 743,582 | 805,134 | 1,075,625 | 833,748 | 845,041 | 818,743 | 809,762 | 8,980 | 7,368,686 | 7,232,981 | 135,705 |

SEIU Local 521
Financial Statement - For the month of November 2007

| | B | J Mar Actual | M Apr Actual | P May Actual | S Jun Actual | V Jul Actual | Y Aug Actual | AB Sep Actual | AE Oct Actual | AG Budget | AH Nov Actual | AI better/(worse) | AQ Budget | AR YTD - Nine months Actual | AS better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 48 | MISCELLANEOUS | | | | | | | | | | | | | | |
| 49 | Agency Fee/Assoc. Exp. | | | | | | | | | | | | | | |
| 50 | Capital Fund Expense | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 17,736 | 11,000 | 11,000 | 11,000 | - | 99,000 | 105,736 | (6,736) |
| 51 | Admin exp share w. chapter | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | - | 9,000 | 9,000 | - |
| 52 | Free Life Insurance to members (SCR, MRY & | 375 | 40 | 302 | | | | | | 1,000 | | 1,000 | 9,000 | 717 | 8,283 |
| 53 | Chapter Fund Reimbursemer | 3,685 | 1,200 | 2,454 | 1,227 | 1,026 | 1,227 | 1,123 | 699 | 6,800 | 12,231 | (5,431) | 61,200 | 21,188 | 40,012 |
| 54 | Dodge Scholarship | 1,500 | 3,074 | 3,119 | 3,893 | 4,249 | 4,191 | | 10,845 | 4,000 | 4,484 | (484) | 36,000 | 37,540 | (1,540) |
| 55 | Good & Welfare | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | - | 13,500 | 13,500 | - |
| 56 | UHW & L1877 ADMIN EXPEI | 181,638 | 189,849 | 14,356 | 39,412 | 167,420 | 21,011 | 175,580 | 26,741 | 3,600 | 191 | 3,600 | 32,400 | 453 | 31,947 |
| 57 | Hanford - Shawhan Expense: | | | | | 10,000 | 10,000 | 10,000 | 10,000 | | 69,603 | (69,603) | | 885,611 | (885,611) |
| 58 | Ex-Board Stipend | | | | | 2,200 | 2,200 | 1,500 | 10,000 | | 10,000 | (10,000) | | 50,000 | (50,000) |
| 59 | Total Miscellaneous | 199,198 | 207,663 | 33,732 | 58,032 | 198,395 | 52,391 | 208,630 | 1,700 | | 2,000 | (2,000) | | 9,600 | (9,600) |
| 60 | | | | | | | | | 63,485 | 28,900 | 111,819 | (82,919) | 260,100 | 1,133,345 | (873,245) |
| 61 | ARBITRATIONS & LEGAL | | | | | | | | | | | | | | |
| 62 | Arbitrations Fees | 7,545 | 3,909 | 1,781 | 8,374 | 7,911 | 1,758 | 9,825 | 3,492 | 3,100 | 7,532 | (4,432) | 27,900 | 52,128 | (24,228) |
| 63 | Retainer | 13,262 | 8,995 | 21,791 | 11,237 | 27,134 | 20,117 | 23,576 | 53,194 | 21,740 | 24,661 | (2,921) | 195,660 | 203,968 | (8,308) |
| 64 | Court Costs | | | 1,215 | | | | | | 3,300 | | 3,300 | 29,700 | 1,215 | 28,485 |
| 65 | Miscellaneous | | | | | | | | | 500 | | 500 | 4,500 | | 4,500 |
| 66 | Total Arbitrations & Leg: | 20,807 | 12,905 | 24,787 | 19,611 | 35,045 | 21,875 | 33,401 | 56,686 | 28,640 | 32,193 | (3,553) | 257,760 | 257,310 | 450 |
| 67 | | | | | | | | | | | | | | | |
| 68 | FACILITIES | | | | | | | | | | | | | | |
| 69 | Rent-SJC + 535SJC | 32,716 | 37,673 | 37,731 | 37,643 | 37,597 | 32,827 | 31,282 | 32,964 | 34,922 | 38,558 | (3,636) | 314,298 | 318,991 | (4,693) |
| 70 | Rent-RWC | 6,114 | 6,114 | 6,130 | 6,130 | 6,130 | 6,330 | 6,330 | 6,330 | 6,114 | 6,330 | (216) | 55,026 | 55,938 | (912) |
| 71 | Rent-Bakersfield apartment | | | | | | | | | 1,525 | | 1,525 | 13,725 | - | 13,725 |
| 72 | Rent-Fresno | 6,853 | 273 | 11,793 | 11,425 | 11,402 | 6,853 | 8,096 | 8,368 | 6,900 | 7,196 | (296) | 62,100 | 72,259 | (10,159) |
| 73 | Rent-Santa Cruz, Watsonville | 750 | 7,383 | 7,329 | 7,329 | 7,329 | 7,329 | 7,329 | 5,601 | 7,333 | 7,329 | 4 | 65,997 | 57,710 | 8,287 |
| 74 | Rent-Visalia | 2,157 | 661 | 925 | 661 | 661 | 800 | 800 | 800 | 700 | 800 | (100) | 6,300 | 8,265 | (1,965) |
| 75 | Utilities | 13,135 | 5,504 | 18,083 | 16,099 | 15,341 | 17,166 | 14,961 | 12,308 | 18,200 | 13,206 | 4,994 | 163,800 | 125,804 | 37,996 |
| 76 | Kitchen Sundries | 1,716 | 2550.93 | 2,153 | 2,328 | (1,337) | 5,432 | 4,958 | 698 | 3,500 | 3,752 | (252) | 31,500 | 22,250 | 9,250 |
| 77 | Gen. Liab. Ins. & Property Ta | 5,417 | 5,417 | 5,433 | 8,089 | 9,216 | 5,417 | 8,314 | 11,752 | 18,033 | 32,611 | (14,578) | 162,296 | 91,666 | 70,630 |
| 78 | Building Maintenance/Securit | 7,948 | 11,783 | 8,608 | 17,551 | 13,286 | 14,082 | 10,959 | 9,744 | 9,000 | 7,996 | 1,004 | 81,000 | 101,956 | (20,956) |
| 79 | Total Admin - Facilities | 76,806 | 77,359 | 98,187 | 107,255 | 99,626 | 96,237 | 93,028 | 88,565 | 106,227 | 117,778 | (11,551) | 956,042 | 854,839 | 101,202 |
| 80 | | | | | | | | | | | | | | | |
| 81 | ADMINISTRATIVE - OFFICES | | | | | | | | | | | | | | |
| 82 | Audit/Acct. Fees | 910 | 901 | 13,025 | 1,471 | 1,145 | 13,752 | 1,029 | 6,474 | 10,000 | 13,850 | (3,850) | 90,000 | 52,557 | 37,443 |
| 83 | Subscriptions | | 171 | 647 | | 115 | 226 | 259 | 38 | 500 | 447 | 53 | 4,500 | 1,903 | 2,597 |
| 84 | Office Sundries | 8,184 | 4,355 | 13,187 | 5,770 | 9,429 | 7,008 | 9,050 | 10,462 | 7,000 | 6,777 | 223 | 63,000 | 74,221 | (11,221) |
| 85 | Office Equipment Leases | 36,592 | 44,816 | 25,726 | 43,588 | 32,548 | 28,896 | 31,213 | 37,079 | 40,000 | 45,453 | (5,453) | 360,000 | 325,911 | 34,089 |
| 86 | Equipment Maintenance & Re | 3,628 | 9,575 | 5,919 | 6,270 | 5,751 | 5,384 | 725 | 4,767 | 8,000 | 3,091 | 4,909 | 72,000 | 45,110 | 26,890 |
| 87 | Contributions | | | 283 | | 1,000 | | | | 500 | 140 | 360 | 4,500 | 1,422 | 3,078 |
| 88 | Research Material & Data | | | | | | | | | 2,000 | | 2,000 | 18,000 | - | 18,000 |
| 89 | Dues Implementation | | | | | | | | | 600 | | 600 | 5,400 | - | 5,400 |
| 90 | Computer Database Services | 881 | 2,482 | 777 | 777 | 324 | 52 | 5,553 | 312 | 10,000 | 52 | 9,948 | 90,000 | 11,212 | 78,788 |
| 91 | Miscellaneous | | 750 | | | | 0 | | | 1,000 | | 1,000 | 9,000 | 750 | 8,250 |
| 92 | Total Admin - Offices | 50,195 | 63,051 | 59,564 | 57,876 | 50,312 | 55,318 | 47,829 | 59,131 | 79,600 | 69,810 | 9,790 | 716,400 | 513,087 | 203,313 |
| 93 | | | | | | | | | | | | | | | |
| 94 | COMMUNICATIONS | | | | | | | | | | | | | | |

SEIU Local 521
Financial Statement - For the month of November 2007

| | B | J | M | P | S | V | Y | AB | AE | AG | AH | AI | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | | Nov | | | YTD - Nine months | |
| 2 | | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 95 | Printing | 12,836 | 11,799 | 7,881 | 11,160 | 3,342 | 1,787 | 4,429 | 5,923 | 8,000 | 6,661 | 1,339 | 72,000 | 65,819 | 6,181 |
| 96 | Paper | 2,445 | 1,244 | 2,404 | 3,609 | 2,473 | 411 | 1,607 | 5,620 | 4,000 | 814 | 3,186 | 36,000 | 20,626 | 15,374 |
| 97 | Website/Station/communicati | 719 | 799 | 453 | 310 | 251 | 303 | 1,867 | 1,230 | 1,500 | 278 | 1,222 | 13,500 | 6,211 | 7,289 |
| 98 | Telephone & Internet | 13,223 | 11,744 | 13,188 | 18,048 | 11,957 | 12,207 | 9,544 | 13,463 | 18,000 | 10,927 | 7,073 | 162,000 | 114,300 | 47,700 |
| 99 | Postage | 7,775 | 3,484 | 7,296 | 2,642 | 8,675 | 8,709 | 5,776 | 13,169 | 6,000 | 8,216 | (2,216) | 54,000 | 65,741 | (11,741) |
| 100 | Professional Fees/Translations | | 55 | 120 | 195 | | | 405 | 90 | 1,000 | | 1,000 | 9,000 | 865 | 8,135 |
| 101 | Total Communications | 36,998 | 29,125 | 31,342 | 35,964 | 26,698 | 23,416 | 23,628 | 39,496 | 38,500 | 26,895 | 11,605 | 346,500 | 273,563 | 72,937 |
| 103 | CONFERENCES/MILEAGE | | | | | | | | | | | | | | |
| 104 | Staff-Misc. Conf/Seminar | | | | 175 | | 575 | 680 | (601) | 2,000 | | 2,000 | 18,000 | 828 | 17,172 |
| 105 | Exec. Board-Conferences | | | | | | | | 2,175 | 1,000 | | 1,000 | 9,000 | 2,175 | 6,825 |
| 106 | International Convention | | | | | | | | | | | | | | |
| 107 | Industries & Members Conferences | | | 1,500 | 95 | | | 27,301 | | 1,000 | 2,248 | (1,248) | 9,000 | 31,145 | (22,145) |
| 108 | Misc. Members-Reimbursed | | | | 604 | | | | 846 | 500 | | 500 | 4,500 | 1,450 | 3,050 |
| 109 | Total Conferences/Milea | | | 1,500 | 874 | | 575 | 27,981 | 2,420 | 4,500 | 2,248 | 2,252 | 40,500 | 35,598 | 4,902 |
| 111 | STAFF MEETING & TRAINING | | | | | | | | | | | | | | |
| 112 | Director Training | | | | | | | | | | | | | | |
| 113 | Staff - representation & politic | 4,360 | 7,456 | 1,845 | | | 5,076 | 1,888 | 2,274 | 2,000 | | 2,000 | 18,000 | 6,007 | 11,993 |
| 114 | Clerical Staff | | 1,392 | 662 | | | 568 | 6,286 | 1,616 | 10,000 | 11,231 | (1,231) | 90,000 | 36,687 | 53,313 |
| 115 | Executive Staff | 2,742 | | 259 | 323 | 177 | | | 69 | 800 | 899 | (99) | 7,200 | 3,687 | 3,513 |
| 116 | Tuition Reim.-Internal Organizers | | | 886 | 1,030 | | | 968 | 2,053 | 800 | 143 | 657 | 7,200 | 7,821 | (621) |
| 117 | Tuition Reim.-OPEIU | | | | | | | | | 500 | | 500 | 4,500 | - | 4,500 |
| 118 | Total Staff Training | 7,102 | 8,848 | 3,652 | 1,354 | 177 | 5,644 | 9,142 | 6,012 | 500 | | 500 | 4,500 | - | 4,500 |
| 119 | | | | | | | | | | 14,600 | 12,273 | 2,327 | 131,400 | 54,202 | 77,198 |
| 120 | EDUCATION & TRAINING | | | | | | | | | | | | | | |
| 121 | Steward & Chief Steward Training | | | | | | | | | | | | | | |
| 122 | Executive Board | | | | | | | 3,862 | 124 | 300 | 449 | (149) | 2,700 | 449 | 2,251 |
| 123 | Education & Training Committee Meeting & Materials | | | | 29 | | | | 439 | 500 | | 500 | 4,500 | 3,986 | 514 |
| 124 | Industry Training Events | | | | | | | | | 4,000 | | 4,000 | 36,000 | 468 | 35,532 |
| 125 | Total Education & Traini | | | | 29 | | | 3,862 | 563 | 2,000 | | 2,000 | 18,000 | - | 18,000 |
| 126 | | | | | | | | | | 6,800 | 449 | 6,351 | 61,200 | 4,903 | 56,297 |
| 127 | POLITICAL/SOCIAL INVOLVEMENT | | | | | | | | | | | | | | |
| 128 | Candidates Account ($0.10 p | | | | | | | | | | | | | | |
| 129 | Issues Account | 7,930 | 9,412 | 9,579 | 9,902 | 4,091 | 2,004 | 2,038 | 2,048 | 6,000 | 2,017 | 3,983 | 54,000 | 49,020 | 4,980 |
| 130 | Legal | | | | | | 2,003 | 2,038 | 2,047 | | 2,017 | (2,017) | | 8,105 | (8,105) |
| 131 | Committee Meetings | 91 | 86 | 68 | 1,298 | | | | | 4,000 | | 4,000 | 36,000 | - | 36,000 |
| 132 | Conferences | | | | | 509 | 401 | | | 300 | 239 | 61 | 2,700 | 2,183 | 517 |
| 133 | Electoral Staff/Activity | | | | | | | | | 2,000 | 1,528 | 472 | 18,000 | 2,036 | 15,964 |
| 134 | Polls & Surveys | | | | | 247 | | | | 300 | | 300 | 2,700 | 247 | 2,700 |
| 135 | Special Printing | | | | | | | | | 500 | | 500 | 4,500 | | 4,253 |
| 136 | Subscriptions | | | | | | | | | 200 | | 200 | 1,800 | | 1,800 |
| 137 | Total Political/Social Inv | 8,021 | 9,498 | 9,647 | 11,199 | 4,846 | 4,408 | 4,076 | 4,095 | 25 | | 25 | 225 | - | 225 |
| | | | | | | | | | | 13,325 | 5,800 | 7,525 | 119,925 | 61,591 | 58,334 |

3 of 5    G:\Finance\Monthend\2007\1107\INC1107 1107 12/10/2007 8:29 PM

SEIU Local 521
Financial Statement - For the month of November 2007

| | Mar Actual | Apr Actual | May Actual | Jun Actual | Jul Actual | Aug Actual | Sep Actual | Oct Actual | Nov Actual | better/(worse) | Budget | YTD - Nine months Actual | better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SOCIAL & ECONOMIC JUSTICE** | | | | | | | | | | | | | |
| Committee Meetings | | | | | | | | | | | | | |
| Conferences | 778 | | 22 | 524 | | 359 | | 84 | 70 | 230 | 2,700 | 1,058 | 1,642 |
| Contributions/Solidarity | 500 | | | | | 193 | | | | 300 | 2,700 | 971 | 1,729 |
| *** $1.00 PER MEMBER | 4,588 | 312 | 1,182 | 350 | 2,487 | 300 | 3,246 | 250 | 300 | (100) | 1,800 | 1,700 | 100 |
| Total Social & Economic | 5,867 | 312 | 1,204 | 874 | 2,487 | 8,844 | 3,246 | 1,073 | 5,557 | (2,432) | 28,125 | 27,290 | 835 |
| | | | | | | 9,696 | | 1,407 | 5,927 | (2,002) | 35,325 | 31,019 | 4,306 |
| **MEMBER INVOLVEMENT** | | | | | | | | | | | | | |
| Memorabilia/Give away Mem | 927 | 20,716 | 17,280 | 8,235 | 21,247 | 82,260 | 4,371 | 5,610 | | 5,710 | 45,000 | 159,935 | (114,935) |
| Awards/Recognition | 500 | | | | | | | | (710) | 300 | 2,700 | 500 | 2,200 |
| Planning & Event Prep | | | | | | | | | | 300 | 2,700 | - | 2,700 |
| Ex Board / Advisory Board Reimbursement | | | | | | | | | | 500 | 4,500 | - | 4,500 |
| Rally Rental & Bus | | 3,570 | 1,945 | 760 | | 74 | 1,034 | 45 | | 4,000 | 36,000 | 7,428 | 28,572 |
| Member Reimbursement/Lost time | | 283 | 831 | | 1,414 | 569 | 1,218 | | 548 | 4,452 | 45,000 | 4,863 | 40,137 |
| Transportation & Vehicle Exp | 134 | | | | | | | | | 500 | 4,500 | 134 | 4,366 |
| Total Member Involveme | 1,561 | 24,569 | 20,056 | 8,995 | 22,661 | 82,903 | 6,623 | 5,655 | (162) | 15,762 | 140,400 | 172,861 | (32,461) |
| **NEGOTIATIONS** | | | | | | | | | | | | | |
| Printing Contracts | 30,237 | | | | 507 | (447) | | 10,652 | | 5,000 | 45,000 | 40,949 | 4,051 |
| Meetings & Supplies | 445 | 1,690 | 1,087 | 2,287 | 2,656 | 6,527 | 11,824 | 5,805 | 1,462 | 3,538 | 45,000 | 33,784 | 11,216 |
| Negotiations Committee Food | | | | | | | | | | 5,000 | 45,000 | - | 45,000 |
| Strike Preparations | | | | | | | | | | 1,000 | 9,000 | - | 9,000 |
| Automatic Strike Fund Transfer ($0.50 per member/mom) | | | | | | | | | | 18,750 | 168,750 | - | 168,750 |
| Total Negotiations | 30,682 | 1,690 | 1,087 | 2,287 | 3,163 | 6,081 | 11,824 | 16,457 | 1,462 | 33,288 | 312,750 | 74,733 | 238,017 |
| **MEETINGS & EVENTS** | | | | | | | | | | | | | |
| Executive Board Meetings | | | 108 | | 665 | 210 | | 589 | | 1,158 | 18,000 | 2,414 | 15,586 |
| Steward/Council meetings | 294 | 99 | 5,484 | 4,961 | 4,281 | 26 | | 14,037 | 842 | 4,500 | 40,500 | 29,183 | 11,317 |
| 521 Party & other events | 2,595 | 5,886 | 22,719 | 1,565 | | 3,516 | | | | 1,262 | 63,000 | 42,019 | 20,981 |
| Advisory Board Meetings | 15,570 | | - | | | 2,761 | | 43,057 | 5,738 | 10,000 | 90,000 | 61,389 | 28,611 |
| Miscellaneous | | | | | | | (1) | | | 200 | 1,800 | (1) | 1,801 |
| Total Meetings & Events | 18,459 | 5,985 | 28,311 | 6,526 | 4,946 | 6,513 | (1) | 57,684 | 6,581 | 17,119 | 213,300 | 135,004 | 78,296 |

SEIU Local 521
Financial Statement - For the month of November 2007

| | B | J | M | P | S | V | Y | AB | AE | AG | AH | AI | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | | Nov | | | YTD - Nine months | |
| 2 | | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 172 | REPRESENTATIVE DUES | | | | | | | | | | | | | | |
| 173 | SEIU $7.65 ea | 571,918 | 386,333 | 397,907 | 412,366 | 424,540 | 417,300 | 498,552 | 424,024 | 430,848 | 421,423 | 9,425 | 3,877,632 | 3,954,362 | (76,730) |
| 174 | SEIU Unity Fund $5.00ea | 347,500 | 238,740 | 247,290 | 254,750 | 265,260 | 263,365 | 312,196 | 265,035 | 266,200 | 260,575 | 5,625 | 2,395,800 | 2,454,711 | (58,911) |
| 175 | SEIU Retirees $1.00ea | - | - | - | - | - | 602 | - | 50 | 60 | 1 | 59 | 540 | 653 | (113) |
| 176 | SEIU Associate Members-1.0 | - | - | - | - | - | - | - | - | 12 | - | 12 | 108 | 108 | - |
| 177 | SEIU/ State Council-$2.53ea | 197,089 | 126,639 | 130,547 | 157,157 | 139,986 | 148,237 | 154,040 | 139,346 | 142,490 | 138,156 | 4,333 | 1,282,406 | 1,331,198 | (48,791) |
| 178 | So Bay CLC $0.55ea | 20,898 | 11,230 | 11,172 | 16,311 | 14,002 | 16,062 | 12,164 | 11,910 | 12,100 | 11,325 | 775 | 108,900 | 125,073 | (16,173) |
| 179 | SMCO CLC $0.60ea | 4,965 | 2,571 | 2,440 | 2,629 | 2,371 | 2,155 | 2,568 | 2,553 | 2,838 | 2,588 | 250 | 25,542 | 24,839 | 703 |
| 180 | Fresno CLC $0.35ea | 510 | 1,619 | 1,950 | 2,237 | 1,967 | 2,198 | 5,109 | 2,200 | 2,800 | 2,230 | 570 | 25,200 | 20,020 | 5,180 |
| 181 | Bakersfield CLC $0.25ea | - | 1,585 | 1,753 | 1,854 | 1,760 | 1,808 | 2,042 | 1,810 | 1,625 | 1,900 | (275) | 14,625 | 14,512 | 113 |
| 182 | Monterey & Santa Cruz LC $1 | 1,880 | 2,648 | 3,605 | 3,600 | 4,284 | 3,989 | 3,823 | 3,326 | 3,300 | 3,597 | (297) | 29,700 | 30,752 | (1,052) |
| 183 | CA Labor Fed 50% X .47ea | 13,261 | 8,901 | 9,167 | 9,501 | 9,830 | 9,720 | 13,191 | 9,778 | 9,048 | 9,709 | (662) | 81,428 | 93,057 | (11,630) |
| 184 | Building Trades-SMCO | 250 | 250 | 250 | 275 | 275 | 275 | 275 | 275 | 250 | 275 | (25) | 2,250 | 2,400 | (150) |
| 185 | Total Representative Du | 1,158,271 | 780,517 | 806,081 | 860,678 | 864,274 | 865,710 | 1,003,960 | 860,307 | 871,570 | 851,779 | 19,791 | 7,844,131 | 8,051,577 | (207,446) |
| 186 | | | | | | | | | | | | | | | |
| 187 | TOTAL EXPENSES | 2,584,563 | 2,280,894 | 2,112,499 | 2,216,213 | 2,418,840 | 2,607,469 | 2,612,055 | 2,408,082 | 2,390,457 | 2,355,692 | 34,765 | 21,514,116 | 21,596,307 | (82,192) |
| 188 | | | | | | | | | | | | | | | |
| 189 | TOTAL INCOME LESS TOT, | (642,897) | (283,919) | 559,817 | (21,997) | (183,236) | (180,964) | 273,643 | 211,334 | (2,500) | 35,687 | 38,186 | (22,500) | (232,532) | (210,033) |
| 190 | | | | | | | | | | | | | | | |
| 191 | VOLUNTARY TRANSFERS | | | | | | | | | | | | | | |
| 192 | Building Funds | | | | | | | | | | | | | | |
| 193 | Automatic Legal Defense Fun | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | - | 84,375 | 84,375 | - |
| 194 | Strike Fund | | | | | | | | | | | | | | |
| 195 | Total Transfers | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | - | 84,375 | 84,375 | - |
| 196 | TOTAL INCOME LESS EXPI | (652,272) | (293,294) | 550,442 | (31,372) | (192,611) | (190,339) | 264,268 | 201,959 | (11,875) | 26,312 | 38,186 | (106,875) | (316,907) | (210,033) |