# EXHIBIT YY

# EXECUTIVE BOARD MEETING MINUTES
## SELMA, CALIFORNIA
### April 20, 2007

**A.  Distribution of Documents**

**B.  Call to Order**

The meeting was called to order at 10:30 a.m. by President Kristy Sermersheim.

**C.  Roll Call**

| | |
|---|---|
| President Kristina M. Sermersheim | Present |
| Vice President Gwyn Harshaw | Present |
| Treasurer Vicki Avila | Present |
| Secretary Kelly McCarthy | Present |
| Ellen Rollins (Homecare) | Present |
| Harry Gamotan (Counties) | Present |
| Henry Ildefonzo (Social & Economic Justice) | Present |
| Vicki Jarequi (Courts) | Not present |
| Roseann Dominguez (Special Districts) | Present |
| Arlene Ramos-Aninion (Member Involvement) | Present |
| Walt George (Cities) | Present |
| Nan Blitz (Schools) | Not present |
| Matt Nathanson (Health Care) | Present |
| Carmen Morales (Nurses) | Not present |
| Brian O'Neill (Committee on Political Education) | Present |
| Elsa Venegas (Member Organizing Committee) | Present |
| Carmen Cruise (Education & Training Committee) | Present |
| Luis Aguilar (At Large) | Not present |
| Scott Loberg (At Large) | Present |
| Dean Carothers (At Large) | Present |
| Rosemary Romo (At Large) | Not present |
| John Gutierrez (At Large) | Present |
| Alfred Issaco (At Large) | Present |

**D.  2007 Draft Budget**

Treasurer Vicki Avila, Ming Lee, and President Kristy Sermersheim have been working on the budget, which is still in draft form because not all of the information has been received from some of the former locals. Emphasizing that it is a draft, President Kristy Sermersheim reviewed the document entitled "SEIU Local 521 Budget for year 2007 – 10 months only DRAFT only" and answered questions of board members.

**Walt George made a motion to accept the service agreements with Locals 817, 700, 535, 415, and 715. The motion was seconded by Scott Loberg and unanimously approved.**

E.  **Meeting Schedule**

The next Executive Board meeting is scheduled for May 3, 2007, at 6:30 p.m., to be held at the San Jose Headquarters and/or by telephone conference.

K.  **Adjournment**

The meeting was adjourned at 11:45 a.m.

Respectfully submitted,
Kelly McCarthy, Secretary

:kw ©2007-SEIU521/CTW-CLC