# EXHIBIT ZZ

| | | |
|---|---|---|
| ,TEWART WEINBERG<br>CAVID A. ROSENFELD<br>WILLIAM A. SOKOL<br>VINCENT A. HARRINGTON, JR.<br>W DANIEL BOONE<br>BLYTHE MICKELSON<br>BARRY E. HINKLE<br>JAMES RUTKOWSKI •<br>SANDRA RAE BENSON<br>CHRISTIAN L. RAISNER<br>JAMES J. WESSER<br>THEODORE FRANKLIN<br>ANTONIO RUIZ<br>MATTHEW J. GAUGER<br>ASHLEY K. IKEDA ••<br>LINDA BALDWIN JONES<br>PATRICIA A. DAVIS<br>ALAN G. CROWLEY<br>J FELIX DE LA TORRE<br>KRISTINA L. HILLMAN •••<br>ANDREA LAIACONA<br>EMILY P RICH | **_INBERG, ROGER & ROSENF_**<br>A PROFESSIONAL CORPORATION<br><br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501-1091<br>TELEPHONE 510.337.1001<br>FAX 510.337.1023 | LORI K. AQUINO ••<br>ANNE I YEN<br>NICOLE M. PHILLIPS<br>BROOKE D. PIERMAN •••<br>BRUCE A HARLAND<br>CONCEPCIÓN E. LOZANO-BATISTA<br>CAREN P SENCER<br>LINELLE S. MOGADO<br>MANJARI CHAWLA<br>KRISTINA M. ZINNEN<br><br>PATRICIA M. GATES, Of Counsel<br>ROBERTA D. PERKINS, Of Counsel<br>JOHN PLOTZ, Of Counsel<br><br>• Also admitted in Arizona<br>•• Admitted in Hawaii<br>••• Also admitted in Nevada |

May 16, 2007

Thomas Angelo, Arbitrator
P.O. Box 1937
Mill Valley, CA 94942

Re:  SEIU United Healthcare Workers - West
     Stanford Hospital and Clinics
     Victor Acosta - Unjust Termination
     FMCS Case No. 070420-55892-A

Dear Mr. Angelo:

We are pleased to inform you that you have been selected to serve as the arbitrator in the above matter. This office represents the Union and the employer representative appears below.

Please submit a list of available dates to the respective representatives of the parties.

To assure that our records are accurate concerning your current per diem fee and cancellation requirements, we ask that when you respond to the parties with your available dates, that you include this information in your response. Thank you.

Sincerely,

*W. Daniel Boone*

W. Daniel Boone

WDB/ar
opeiu 3 afl-cio(1)
115888/457647

cc:  Larry Arnold
     Foley & Lardner
     One Maritime Plaza, Sixth Floor
     San Francisco, CA 94111-3404
     (415) 984-9819

     LaKisha Hackett
     Ella Hereth
     Sal Rosselli



LOS ANGELES OFFICE          SACRAMENTO OFFICE