EXHIBIT AAA

*Thomas Angelo*
Labor Arbitrator
*Post Office Box 1937*
*Mill Valley, California 94942*
(415) 381-1701
*Fax (415) 380-9792*

**RECEIVED**
JUL 11 2007
**W R & R**

July 10, 2007

Laurence R. Arnold
Foley & Lardner
One Maritime Plaza, 6th Floor
San Francisco CA  94111-3409

W. Daniel Boone
Weinberg, Roger & Rosenfeld
1001 Marina Village Pkwy., Ste. 200
Alameda CA  94501-1091

Re: Stanford Hospital and Clinics
SEIU
Victor Acosta - Termination

Gentlemen:

This will confirm the hearing in the above matter has
been scheduled for November 28, 2007.  I understand the
parties will advise me of the location for the hearing, and
I assume proceedings will begin at 10:00 a.m.  I do not
require the services of a court reporter but have no
objections if the parties wish to have a transcript
prepared.

This will also confirm my per diem charge of $1600.00
and that a cancellation fee of $1600.00 for each day
scheduled will be charged unless notification is received
30 calendar days prior to hearing.

Sincerely yours,

Thomas Angelo

COPY SENT TO CALENDAR
JUL 11 2007
VAN BOURG, WEINBERG,
ROGER & ROSENFELD