Case 5:07-cv-05158-JF     Document 60-59     Filed 07/18/2008     Page 1 of 2

**EXHIBIT BBB**



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
415.434.4484 TEL
415.434.4507 FAX
www.foley.com

WRITER'S DIRECT LINE
415.984.9819
larnold@foley.com EMAIL

CLIENT/MATTER NUMBER
085437-3080

June 26, 2007

Thomas Angelo
Labor Arbitrator
Post Office Box 1937
Mill Valley, CA 94942

Re: Stanford Hospital & Clinics and SEIU Local 715
F.M.C.S. Case No. 070420-55892-A

Dear Mr. Angelo:

We have been advised that Weinberg, Roger & Rosenfeld is no longer representing Local 715, and that new counsel is Barbara J. Chisholm, of Altshuler Berzon LLP. While we are sorting through this and other issues, the above referenced arbitration has not yet been scheduled. You have offered the following dates: 10/10/07, 11/28/07, 12/12/07. By copy of this letter we are advising Ms Chisholm of these dates so that she may respond as to her availability, or that of one of her colleagues, on these dates.

Sincerely,

Laurence R. Arnold /sey

LRA:sey
cc: Laurie Quintel

Barbara J. Chisholm
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108