**EXHIBIT EEE**

**WEINBERG, ROGER & ROSENFELD**
A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

November 19, 2007

Thomas Angelo
Arbitrator
P.O. Box 1937
Mill Valley, CA 94942

Laurence R. Arnold
Foley & Lardner LLP
One Maritime Plaza, 6th Floor
San Francisco, CA 94111-3409

Re: Stanford Hospital & Clinics/Lucile Packard Children's Hospital
and
SEIU Local 715 (Victor Acosta)
FMCS Case No.: 070420-55892-A

Dear Gentlemen:

This letter is jointly addressed to Arbitrator Angelo, and employer attorney Arnold, because Mr. Arnold sent a copy of his November 7, 2007 letter to Barbara Chisholm to the Arbitrator.

First, Mr. Angelo, you should know that this firm represents the Union in this case. Our office participated in striking from the FMCS list with Mr. Arnold for your selection. We informed you of your selection by letter dated May 16, 2007. I am the attorney assigned to advocate this case on behalf of the Union on November 28, 2007.

The collective bargaining agreement is entered into between Stanford Hospital and Clinics and SEIU Local 715. I will be appearing and stating my appearance on behalf of SEIU Local 715. I made exactly that statement of appearance in a recent arbitration on a different discharge case with Mr. Arnold, and without incident. Although I am sure that Mr. Arnold would like to know whether and how much I am being paid for this arbitration, it is none of his business.

In addition, a Union representative will appear with me and the grievant at the arbitration. Mr. Arnold has a separate agenda, the nature of which is something of a mystery to me, but the designation of the Union representative appearing on this case is not for Mr. Arnold to question or challenge. Whether it be during collective bargaining negotiations, or at arbitration, each party may designate its representative.

11-20-2007  08:34    From-Weinberg, Roger & Rosenfeld         3371023         T-704  P.003/003  F-082

November 19, 2007
Thomas Angelo
Laurence R. Arnold
Page 2

By this letter, I request that Arbitrator Angelo communicate to the employer and to Mr. Arnold that the November 28, 2007 arbitration will proceed regardless of Mr. Arnold's protestations about my appearance, the payment arrangements between our office and the Union, and the identity of the party representative for the Union.

Finally, because it appears that Mr. Arnold may refuse to appear and participate, we request that the arbitration be held in our offices in Alameda, so that it may go ahead even if the employer refuses to participate or cooperate. Of course, if the "objections" are withdrawn, then we can proceed in a proper, mature labor-relations fashion.

Sincerely,

W. Daniel Boone

WDB/MPB
opeiu 3 afl-cio(1)
Enclosure
115888/476051

# WEINBERG, ROGER & ROSENFELD
### A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Voice: 510.337.1001
Fax:   510.337.1023

**DATE:** Tuesday, November 20, 2007                     Confirmation: MPB

**FROM:** W. Daniel Boone

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT: | FAX # | PHONE # |
|---|---|---|
| Thomas Angelo<br>Arbitrator | (415) 380-9792 | (415) 381-1701 |
| Laurence R. Arnold<br>Foley & Lardner LLP | (415) 434-4507 | (415) 984-9819<br>(Direct) |

Total number of pages including this page: 3.
If you do not receive all the pages, please call and ask for the mailroom.

PLEASE NOTE: The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you have received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone. Thank you.