UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 30 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:  NOT REPORTED  
COURTROOM DEPUTY: MARTHA PARKER BROWN

DATE:  8/5/08  
CASE #:  C 07-05158JF(RS)

CASE TITLE:  STANFORD HOSPITAL & CLINICS, ET AL  VS.  LOCAL 715 and related actions

**Appearances for Plaintiff(s)**      **Appearances for Defendant(s)**

  EILEEN RIDLEY                        BRUCE A. HARLAND

**TODAY'S PROCEEDINGS**

{X} TELEPHONIC SCHEDULING CONFERENCE   { } PRETRIAL CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| { } | { } | { } | 1. | |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED      [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED       [  ] DENIED        [  ] SUBMITTED       [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

{  } Cont'd to           @           For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT  
Additional Comments:  MOTIONS CURRENTLY SET FOR 9/3/08 AT 9:30 WILL BE SPECIALLY SET ON 9/24 AT 1:30 PM.