1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:    415.434.4484
   FACSIMILE:    415.434.4507
3
   LAURENCE R. ARNOLD, CA BAR NO. 133715
   EILEEN R. RIDLEY, CA BAR NO. 151735                    **E-Filed 10/2/08**
4  SCOTT P. INCIARDI, CA BAR NO. 228814
   Attorneys for STANFORD HOSPITAL & CLINICS and
5  LUCILE PACKARD CHILDREN'S HOSPITAL

6  **WEINBERG, ROGER & ROSENFELD**
   **A PROFESSIONAL CORPORATION**
   1001 MARINA VILLAGE PARKWAY, SUITE 200
7  ALAMEDA, CA 94501-1091
   TELEPHONE:    (510) 337 1001
   FACSIMILE:    (510) 337 1023
8
   WILLIAM A. SOKOL, CA BAR NO. 072740
9  W. DANIEL BOONE, CA BAR NO. 046553
   BRUCE A. HARLAND, CA BAR NO. 230477
   Attorneys for SERVICE EMPLOYEES
10 INTERNATIONAL UNION, LOCAL 715

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Petitioners,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>Respondent. | Case No: 5:07-CV-05158-JF<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DISPOSITIVE MOTIONS AND BRIEFING SCHEDULE<br><br>[LOCAL RULE 6-2, 7-7 & 7-12]<br><br>Judge:    Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>Petitioner and Counter-Respondent,<br><br>vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>Respondents and Counter-Petitioners. | Case No: 5:08-CV-00213-JF<br><br><br><br>Judge:    Hon. Jeremy Fogel |

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>　　　　Respondents. | Case No: 5:08-CV-00215-JF<br><br><br><br>Judge:　　　Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>　　　　Respondents. | Case No: 5:08-CV-00216-JF<br><br><br><br>Judge:　　　Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>　　　　Respondents. | Case No: 5:08-CV-01726-JF<br><br><br><br>Judge:　　　Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>　　　　Respondents. | Case No: 5:08-CV-01727-JF<br><br><br><br>Judge:　　　Hon. Jeremy Fogel |

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON DISPOSITIVE MOTIONS AND BRIEFING SCHEDULE
5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF; 5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1465734.1

Pursuant to Local Rules 6-2, 7-7 and 7-12, the Parties hereby move on a stipulated basis for an order continuing the date of the hearing on dispositive motions in the above-captioned related cases.

Due to multiple discovery disputes, the Parties have been unable to complete discovery in these cases. The Hospitals have filed motions to compel in order to resolve these disputes. During a hearing held on September 24, 2008 before Magistrate Judge Seeborg, the Parties were able to reach agreement concerning supplemental document production and deposition of witnesses. However, several outstanding issues remain that require resolution by Magistrate Judge Seeborg. Accordingly, Magistrate Judge Seeborg instructed the Parties to submit proposed orders and arguments, which will be completed on October 1, 2008. An order is expected to issue shortly thereafter. However, because the responses to outstanding document requests cannot be provided until after the order on the motions to compel, and depositions can only occur after the production of documents, there will not be sufficient time to complete discovery before the deadline to file oppositions to dispositive motions on October 10, 2008. It is in the interest of judicial economy to permit the outstanding discovery to be completed prior to the submission of the Parties' opposition and reply briefs. Therefore the Parties agreed at the September 24, 2008 hearing to stipulate to continuance of the dispositive motion hearing of at least thirty (30) days. Magistrate Judge Seeborg indicated that the Court would be favorably disposed to granting such a continuance.

///

///

///

///

///

///

///

1

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON DISPOSITIVE MOTIONS AND BRIEFING SCHEDULE
5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF; 5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1465734.1

1  Therefore, the Parties have agreed, and hereby stipulate, that the hearing on
2  dispositive motions in Case Nos. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-
3  00215-JF; 5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF should be
4  continued to **Friday, December 5, 2008 at 9:30 AM**. The time for filing any opposition
5  and reply briefs will be based upon the December 5, 2008 hearing date under Local Rule
6  7-3. The parties respectfully request that the Court grant this stipulated motion.

Dated: October  1 , 2008                    FOLEY & LARDNER LLP
                                            LAURENCE R. ARNOLD
                                            EILEEN R. RIDLEY
                                            SCOTT P. INCIARDI

                                            By: _Eileen R Ridley /SPI/_
                                                EILEEN R. RIDLEY
                                                Attorneys for STANFORD HOSPITAL &
                                                CLINICS and LUCILE PACKARD
                                                CHILDREN'S HOSPITAL

Dated: October _/_, 2008                    WEINBERG, ROGER & ROSENFELD
                                            WILLIAM A. SOKOL
                                            W. DANIEL BOONE
                                            BRUCE A. HARLAND


                                            By: _Bruce A. Harland_
                                                BRUCE A. HARLAND
                                                Attorneys for SERVICE EMPLOYEES
                                                INTERNATIONAL UNION, LOCAL
                                                715

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/2/08

                                            By: _____
                                                HON. JEREMY FOGEL
                                                JUDGE OF THE UNITED STATES
                                                DISTRICT COURT FOR THE
                                                NORTHERN DISTRICT OF
                                                CALIFORNIA, SAN JOSE DIVISION

2
STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON DISPOSITIVE MOTIONS AND BRIEFING SCHEDULE
5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF; 5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1465734.1